**EXHIBIT 9**

## DECLARATION OF MATTHEW G. EZELL

I, Matthew G. Ezell, declare as follows:

INTRODUCTION

1.      I am president of the marketing research and consulting firm of Ford Bubala & Associates, located in Huntington Beach, California, which has been engaged in commercial marketing research and consulting for the past forty-three years.  My professional experience is further summarized below in paragraphs 20 through 26.

2.      Attached hereto as Exhibit A are the results of a survey conducted in 2013 ("2013 Survey") which addressed the issue of the primary significance of DISCOUNT TIRE in thirty-seven (37) markets in the continental U.S.  The survey was designed and caused to be conducted by the late Dr. Gerald L. Ford, a partner at Ford Bubala & Associates.  Exhibit A was submitted to the Trademark Trial and Appeal Board in connection with an application for registration of the DISCOUNT TIRE mark.

3.      In the instant matter, at the request of Kilpatrick Townsend & Stockton LLP, counsel for Discount Tire, I designed and caused to be conducted a survey to address the issue of the principal or primary significance with respect to the term or designation DISCOUNT TIRE in the metropolitan areas of Atlanta, Jacksonville, and Orlando ("2019 Survey").  Specifically, the 2019 Survey was designed to measure whether or not, in each of these metropolitan areas, the potential tire purchasing public understands the primary significance of DISCOUNT TIRE, with respect to retail establishments that sell tires, to be a brand name or trademark, or alternatively, a common or generic name.

4.      The results of the 2019 Survey evidence that between approximately seventy-six percent (76.00%) and eighty-four percent (84.00%) of qualified respondents in each of the three metropolitan areas understand that DISCOUNT TIRE is a brand name.

5.      It is my opinion that the results of the 2019 Survey support a finding that the primary significance of DISCOUNT TIRE in the metropolitan areas of Atlanta, Jacksonville, and Orlando is that of a brand name or trademark and not that of a generic term or designation. These findings are consistent with the results of the 2013 Survey.  Additionally, the magnitude of acquired distinctiveness or secondary meaning evidenced by the 2019 Survey results support a finding that DISCOUNT TIRE is a strong and famous mark in Atlanta, Jacksonville, and Orlando among the relevant universe of people who within the next two years are likely to purchase tires for a vehicle at a store that sells tires.

2019 SURVEY BACKGROUND

6.      Attached hereto as Exhibit B are the results of the 2019 Survey which addressed the issue of the primary significance of DISCOUNT TIRE in the three metropolitan areas of Atlanta, Jacksonville, and Orlando.  Exhibit B provides a synopsis of the survey methodology, the survey screener and questionnaire, and response frequencies for the survey questions.  The Appendix of Exhibit B contains a sequential listing of the survey responses, and other survey-related background materials.

7.      The sample selection, questions, questionnaire design, and interviewing procedures employed in the survey were designed in accordance with the generally accepted standards and procedures in the field of surveys.  The survey was also designed to meet the criteria for survey trustworthiness detailed in the Federal Judicial Center's Manual for Complex Litigation, Fourth.[1]

---

[1]      For the proffered poll or survey, "...Relevant factors include whether:  the population was properly chosen and defined; the sample chosen was representative of that population; the data gathered were accurately reported; and the data were analyzed in accordance with accepted statistical principles...In addition, in assessing the validity of a survey, the judge should take into account the following factors:  whether the questions asked were clear and not leading; whether the survey was conducted by qualified persons following proper interview procedures; and whether the process was conducted so as to ensure objectivity..."  See Federal Judicial Center, Manual for Complex Litigation, Fourth, Section 11.493, @ 102-104 (2004).

8.      I was responsible for the design of the survey, the screener and questionnaire, as well as for the procedures to be followed in conducting the interviews. Data gathering was carried out, under the direction of Ford Bubala & Associates, by Issues & Answers Network, Inc. ("Issues & Answers"), an independent survey organization. Data gathering was conducted from February 13 through February 20, 2019. In total, three hundred (300) interviews were completed in this survey, with one hundred completes each in Atlanta, Jacksonville, and Orlando.

9.      The survey conducted in this matter was administered under a double-blind protocol. Specifically, not only were the respondents not informed as to the purpose or sponsor of the survey, but similarly, both the staff of Critical Mix, the sample provider, and the staff of Issues & Answers were not informed as to the purpose or sponsor of the survey.

<u>SURVEY STRUCTURE</u>

10.      This survey conducted in this matter employed an online internet protocol using an internet panel created and maintained by Critical Mix and was hosted by Issues & Answers.

11.      The respondent selection procedure employed in this survey is referred to as a quota sampling method. This method provided a respondent base that is generally representative of individuals eighteen (18) years of age or older who reside in the metropolitan area of either Atlanta, Jacksonville, or Orlando, and who are likely, within the next two (2) years, to purchase tires for a vehicle at a store that sells tires. The age and gender distributions of respondents were based upon an Opinion Research Corporation telephone survey conducted between May 2 and May 5, 2013, among a nationally representative sample of approximately one thousand (1,010) individuals across the United States.[2]

---

[2]      At the direction of Ford Bubala & Associates, respondents in this Opinion Research Corporation survey were asked "Within the past two years, have you purchased tires for a vehicle at a store that sells tires?" The results of the Opinion Research Corporation survey indicate that the gender distribution of purchasers was approximately 52% male and 48% female and the age distribution was approximately 29% 18 to 34, 41% 35 to 54, and 30% 55 or above.

<u>SURVEY PROCEDURES AND QUESTIONS</u>

12.    After respondents met the screening criteria (i.e., the universe definition), they were then shown the following statements:

The research we are conducting today is on <u>brand names</u> and <u>common names</u>.

By a brand name, we mean a name like 'FORD' which is used by one company; by a common name, we mean a name like 'SEDAN' which is used by a number of different companies.

Respondents were then asked two questions which tested their ability to distinguish between a brand name and a common name.  These questions were:

9.0    Now, with respect to automobiles, if you were asked, "Do you understand the name 'MERCEDES BENZ' to be a brand name or a common name?" what would you say?

9.1    Now, again with respect to automobiles, if you were asked "Do you understand the name 'SPORTS CAR' to be a brand name or a common name?" what would you say?

Those respondents who gave the answer "brand name" to question 9.0 and "common name" to question 9.1 were included in the survey; otherwise they were excluded from the survey.

13.    Subsequently, respondents were told:

Now, for each of the following ten names, would you indicate whether you understand the name to be a brand name used by one company or a common name used by a number of different companies.

For any of the names, if you don't know, that is an acceptable answer.

Respondent were then told:

10.0    Please indicate whether you understand this name to be a brand name or a common name.

This question was followed by a list of ten names:  STP, COKE, JELLO, REFRIGERATOR, MARGARINE, ASPIRIN, AMERICAN AIRLINES, KENTUCKY FRIED CHICKEN, APPLIANCE DEALER, AND BANK.[3]

14.    Subsequently, respondents were told:

Now with respect to a retail establishment that sells tires, for each of the following five names please indicate whether you understand each name to be a brand name used by one company or a common name used by more than one company.

This question was followed by a list of five (5) names.  The five (5) names were DISCOUNT TIRE, BIG O TIRE, AUTO REPAIR SHOP, GAS STATION, and FIRESTONE.[4]

15.    The overall design of this survey is based upon the "Teflon" design, which has been widely accepted by courts.[5]  The questions posed to respondents, and the list of names tested were generally patterned after the surveys reported and relied upon by the courts in E.I. du Pont de Nemours & Co. v. Yoshida International, Inc., et al., 393 F.Supp. 502 (E.D.N.Y. 1975), and Windsurfing International, Inc., et al. v. Fred Ostermann GmbH, et al., 613 F.Supp. 933 (S.D.N.Y. 1985).  Also see In re Callaway Golf Company, 2001 T.T.A.B. LEXIS 599 (T.T.A.B. 2001) (this disposition is not citable as precedent of the T.T.A.B.), In re Country Music Association, Inc., 2011 T.T.A.B. LEXIS 343 (T.T.A.B. 2011) (this opinion is a precedent of the T.T.A.B.), and J. Thomas McCarthy, McCarthy on Trademarks and Unfair Competition, Vol. 2 §12:16 @ 12-63, Rel. 5, 12/2018.

<u>SURVEY RESULTS</u>

16.    Following is a restatement of the questions posed and the response distributions received for each metropolitan area and in total.

---

[3]    To guard against position or order bias, the list of the ten names was randomly ordered for each respondent.

[4]    Again, to guard against position or order bias, the list of the five names was randomly ordered for each respondent.

[5]    See Pods Enters. v. U-Haul Int'l, Inc., 2014 U.S. Dist. LEXIS 80208 (M.D. Fla. 2014) ("The general reliability of Teflon surveys cannot be questioned, given their wide acceptance.").

## TABLE 1B – ATLANTA RESPONDENTS PERCENTAGES

10.0    Please indicate whether you understand this name to be a <u>brand name</u> or a <u>common name</u>.

Atlanta Survey Respondents = 100

|  | Response Distribution – Percent | | | |
| --- | --- | --- | --- | --- |
|  | Brand Name | Common Name | Don't Know | Total |
| STP | 76.00 | 1.00 | 23.00 | 100.00 |
| COKE | 84.00 | 16.00 | --- | 100.00 |
| JELLO | 86.00 | 14.00 | --- | 100.00 |
| REFRIGERATOR | 3.00 | 97.00 | --- | 100.00 |
| MARGARINE | 3.00 | 95.00 | 2.00 | 100.00 |
| ASPIRIN | 10.00 | 87.00 | 3.00 | 100.00 |
| AMERICAN AIRLINES | 99.00 | 1.00 | --- | 100.00 |
| KETUCKY FRIED CHICKEN | 98.00 | 2.00 | --- | 100.00 |
| APPLIANCE DEALER | 1.00 | 96.00 | 3.00 | 100.00 |
| BANK | 3.00 | 97.00 | --- | 100.00 |

## TABLE 2B – ATLANTA RESPONDENTS PERCENTAGES

11.0    Please indicate whether you understand this name to be a <u>brand name</u> or a <u>common name</u>.

Atlanta Survey Respondents = 100

|  | Response Distribution – Percent | | | |
| --- | --- | --- | --- | --- |
|  | Brand Name | Common Name | Don't Know | Total |
| DISCOUNT TIRE | 76.00 | 19.00 | 5.00 | 100.00 |
| BIG O TIRE | 78.00 | 4.00 | 18.00 | 100.00 |
| AUTO REPAIR SHOP | 1.00 | 97.00 | 2.00 | 100.00 |
| GAS STATION | 1.00 | 99.00 | --- | 100.00 |
| FIRESTONE | 98.00 | 2.00 | --- | 100.00 |

Approximately seventy-six percent (76.00%) of the relevant public in the Atlanta metropolitan area understands DISCOUNT TIRE to be a brand name.

## TABLE 3B – JACKSONVILLE RESPONDENTS PERCENTAGES

10.0    Please indicate whether you understand this name to be a <u>brand name</u> or a <u>common name</u>.

Jacksonville Survey Respondents = 100

|  | Response Distribution – Percent | | | |
| --- | --- | --- | --- | --- |
|  | Brand Name | Common Name | Don't Know | Total |
| STP | 68.00 | 6.00 | 26.00 | 100.00 |
| COKE | 87.00 | 13.00 | --- | 100.00 |
| JELLO | 80.00 | 19.00 | 1.00 | 100.00 |
| REFRIGERATOR | 1.00 | 99.00 | --- | 100.00 |
| MARGARINE | 2.00 | 94.00 | 4.00 | 100.00 |
| ASPIRIN | 19.00 | 81.00 | --- | 100.00 |
| AMERICAN AIRLINES | 98.00 | 1.00 | 1.00 | 100.00 |
| KETUCKY FRIED CHICKEN | 98.00 | 2.00 | --- | 100.00 |
| APPLIANCE DEALER | --- | 98.00 | 2.00 | 100.00 |
| BANK | --- | 99.00 | 1.00 | 100.00 |

## TABLE 4B – JACKSONVILLE RESPONDENTS PERCENTAGES

11.0    Please indicate whether you understand this name to be a <u>brand name</u> or a <u>common name</u>.

Jacksonville Survey Respondents = 100

|  | Response Distribution – Percent | | | |
| --- | --- | --- | --- | --- |
|  | Brand Name | Common Name | Don't Know | Total |
| DISCOUNT TIRE | 84.00 | 14.00 | 2.00 | 100.00 |
| BIG O TIRE | 76.00 | 7.00 | 17.00 | 100.00 |
| AUTO REPAIR SHOP | --- | 99.00 | 1.00 | 100.00 |
| GAS STATION | 1.00 | 99.00 | --- | 100.00 |
| FIRESTONE | 100.00 | --- | --- | 100.00 |

Approximately eighty-four percent (84.00%) of the relevant public in the Jacksonville metropolitan area understands DISCOUNT TIRE to be a brand name.

## TABLE 5B – ORLANDO RESPONDENTS PERCENTAGES

10.0    Please indicate whether you understand this name to be a <u>brand name</u> or a <u>common name</u>.

Orlando Survey Respondents = 100

| | Response Distribution – Percent | | | |
|---|---|---|---|---|
| | Brand Name | Common Name | Don't Know | Total |
| STP | 73.00 | 8.00 | 19.00 | 100.00 |
| COKE | 86.00 | 13.00 | 1.00 | 100.00 |
| JELLO | 90.00 | 10.00 | --- | 100.00 |
| REFRIGERATOR | 2.00 | 97.00 | 1.00 | 100.00 |
| MARGARINE | 8.00 | 91.00 | 1.00 | 100.00 |
| ASPIRIN | 23.00 | 76.00 | 1.00 | 100.00 |
| AMERICAN AIRLINES | 96.00 | 4.00 | --- | 100.00 |
| KETUCKY FRIED CHICKEN | 94.00 | 5.00 | 1.00 | 100.00 |
| APPLIANCE DEALER | 4.00 | 94.00 | 2.00 | 100.00 |
| BANK | 2.00 | 95.00 | 3.00 | 100.00 |

## TABLE 6B – ORLANDO RESPONDENTS PERCENTAGES

11.0    Please indicate whether you understand this name to be a <u>brand name</u> or a <u>common name</u>.

Orlando Survey Respondents = 100

| | Response Distribution – Percent | | | |
|---|---|---|---|---|
| | Brand Name | Common Name | Don't Know | Total |
| DISCOUNT TIRE | 76.00 | 21.00 | 3.00 | 100.00 |
| BIG O TIRE | 69.00 | 8.00 | 23.00 | 100.00 |
| AUTO REPAIR SHOP | 4.00 | 96.00 | --- | 100.00 |
| GAS STATION | 2.00 | 98.00 | --- | 100.00 |
| FIRESTONE | 99.00 | 1.00 | --- | 100.00 |

Approximately seventy-six percent (76.00%) of the relevant public in the Orlando metropolitan area understands DISCOUNT TIRE to be a brand name.

## TABLE 7B – ALL RESPONDENTS PERCENTAGES

10.0    Please indicate whether you understand this name to be a <u>brand name</u> or a <u>common name</u>.

Total Survey Respondents = 300

|  | Response Distribution – Percent | | | |
|  | Brand Name | Common Name | Don't Know | Total |
|---|---|---|---|---|
| STP | 72.33 | 5.00 | 22.67 | 100.00 |
| COKE | 85.67 | 14.00 | 0.33 | 100.00 |
| JELLO | 85.33 | 14.33 | 0.33 | 100.00 |
| REFRIGERATOR | 2.00 | 97.67 | 0.33 | 100.00 |
| MARGARINE | 4.33 | 93.33 | 2.33 | 100.00 |
| ASPIRIN | 17.33 | 81.33 | 1.33 | 100.00 |
| AMERICAN AIRLINES | 97.67 | 2.00 | 0.33 | 100.00 |
| KETUCKY FRIED CHICKEN | 96.67 | 3.00 | 0.33 | 100.00 |
| APPLIANCE DEALER | 1.67 | 96.00 | 2.33 | 100.00 |
| BANK | 1.67 | 97.00 | 1.33 | 100.00 |

## TABLE 8B – ALL RESPONDENTS PERCENTAGES

11.0    Please indicate whether you understand this name to be a <u>brand name</u> or a <u>common name</u>.

Total Survey Respondents = 300

|  | Response Distribution – Percent | | | |
|  | Brand Name | Common Name | Don't Know | Total |
|---|---|---|---|---|
| DISCOUNT TIRE | 78.67 | 18.00 | 3.33 | 100.00 |
| BIG O TIRE | 74.33 | 6.33 | 19.33 | 100.00 |
| AUTO REPAIR SHOP | 1.67 | 97.33 | 1.00 | 100.00 |
| GAS STATION | 1.33 | 98.67 | --- | 100.00 |
| FIRESTONE | 99.00 | 1.00 | --- | 100.00 |

In total, approximately seventy-nine percent (78.67%) of the relevant public across the Atlanta, Jacksonville, and Orlando metropolitan areas understands DISCOUNT TIRE to be a brand name.

17.    A review of the survey results for the other names tested (e.g., STP, MARGARINE, JELLO, COKE, etc.) evidences that the respondents in the instant survey were quite capable of sorting out brand names from common names.  Additionally, the percentage response patterns for the other names tested were generally similar and parallel to results reported in prior tests of these names, which further attests to the reliability of the instant research results.[6]

18.    The results of this survey make clear that the primary significance of DISCOUNT TIRE is that of a brand name or trademark.  Additionally, the magnitude of acquired distinctiveness or secondary meaning evidenced by the survey results[7] support a finding that DISCOUNT TIRE is a strong and famous mark among the relevant universe of people who, within the next two years, are likely to purchase tires for a vehicle at a store that sells tires.

<u>CONCLUSION</u>

19.    Based upon the results of the 2019 Survey, it is my considered opinion, based upon my education, background, and professional experience, and based upon my review and analysis of the results of the survey conducted in this matter, that the results of the survey

---

[6]    See <u>E.I. du Pont de Nemours & Co. v. Yoshida International, Inc., et al.</u>, 393 F.Supp. 502 (E.D.N.Y. 1975), and <u>Windsurfing International, Inc., et al., v. Fred Ostermann GmbH, et al.</u>, 613 F.Supp. 933 (S.D.N.Y. 1985).  Also see <u>In re Callaway Golf Company</u>, 2001 T.T.A.B. LEXIS 599 (T.T.A.B. 2001) (this disposition is not citable as precedent of the T.T.A.B.), and <u>In re Country Music Association, Inc.</u>, 2011 T.T.A.B. LEXIS 343 (T.T.A.B. 2011) (this opinion is a precedent of the T.T.A.B.).

[7]    See <u>March Madness Ath. Ass'n v. Netfire, Inc.</u>, 310 F. Supp. 2d 786, 804 ("…within the relevant sample of persons who knew March madness was related to basketball, over 60% classified it as a trade name. Based on this evidence, the Court finds that March madness has acquired secondary meaning as a trade name.").  Also see <u>In re Country Music Ass'n</u>, 100 U.S.P.Q.2D (BNA) 1824, 1834, (TTAB 2011) ("…although the consumer survey…was submitted in connection with the issue of genericness, the acquired distinctiveness of the term COUNTRY MUSIC ASSOCIATION among the relevant purchasing public can be inferred from the results.").

support a finding that the primary significance of DISCOUNT TIRE is that of a brand name or trademark and not that of a generic term or designation in the metropolitan areas of Atlanta, Jacksonville, and Orlando. Additionally, the magnitude of acquired distinctiveness or secondary meaning evidenced by the survey results supports a finding that DISCOUNT TIRE is a strong and famous mark among the relevant universe of people who are potential tire purchasers. These opinions are consistent with those presented relative to the 2013 Survey.

QUALIFICATIONS

20.    Ford Bubala & Associates has been retained by a variety of firms engaged in the consumer product, industrial product, and service sectors of the economy to provide marketing consulting and research services. Approximately one half of Ford Bubala & Associates' consultancies have involved the design and execution of marketing research surveys.

21.    During the past forty-three years, Ford Bubala & Associates has been retained in a number of litigation-related consultancies involving intellectual property matters, including matters before federal and state courts, the Trademark Trial and Appeal Board of the U.S. Patent and Trademark Office, and the International Trade Commission.

22.    I have been with Ford Bubala & Associates for approximately seventeen years. During the past nine years, I have participated in the design and execution of a variety of surveys relating to intellectual property matters, including trademark, false advertising, and other related matters. Additionally, I am familiar with the tests for trustworthiness of properly conducted surveys or polls and the accepted principles of survey research, detailed in the Manual for Complex Litigation, Fourth.[8]

---

[8]    Supra note 2.

23.     I am a member of the American Marketing Association (AMA), the American Association of Public Opinion Research (AAPOR), the Insights Association,[9] and the International Trademark Association (INTA).

24.     Attached hereto as Exhibit C is a copy of publications that I have authored or co-authored in the last ten years.

25.     Attached hereto as Exhibit D is a list of all trial and deposition testimony I have given in the last four years.

26.     Attached hereto as Exhibit E is a copy of my professional history, describing my qualifications and professional background.

<u>MATERIALS CONSIDERED</u>

27.     Materials considered in the instant matter include:  the Discount Tire website and the store location maps on the website at DISCOUNTTIRE.COM; the 2013 Declaration of Dr. Gerald L. Ford and its exhibits relative to the Discount Tire matter; and the results of an Opinion Research Corporation telephone omnibus study conducted between May 2 and May 5, 2013.

<u>COMPENSATION</u>

28.     Ford Bubala & Associates' fees for this engagement consist of billable time and expenses.  Standard time is billed at the rate of $600.00 per hour for the services of a Principal and $300.00 per hour for the services of a Research Associate.  Deposition and trial time are billed at the rate of $750.00 per hour plus expenses.

---

[9]     The Marketing Research Association (MRA) and the Council of American Survey Research Organizations (CASRO) merged on January 1, 2017 to form the Insights Association.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 1st day of March, 2019, in Huntington Beach, California.

_____
Matthew G. Ezell

# EXHIBIT A

## DECLARATION OF DR. GERALD L. FORD

I, Gerald L. Ford, declare as follows:

<u>INTRODUCTION</u>

1.    I am a partner in the marketing research and consulting firm of Ford Bubala & Associates, located in Huntington Beach, California, where I have been engaged in commercial marketing research and consulting for the past thirty-eight years.  I am also an emeritus faculty member of the School of Business Administration, California State University, Long Beach, where I held a full-time teaching position for twenty-five years, prior to my retirement from academia in 1994.  My professional experience is further summarized below in paragraphs 24 through 34.

2.    In the instant matter, at the request of Ballard Spahr LLP, counsel for Discount Tire, I designed and caused to be conducted a survey designed to address the issue of the principal or primary significance with respect to the term or designation DISCOUNT TIRE.  Specifically, this survey was designed to measure whether or not the potential tire purchasing public's understanding of the principal significance of DISCOUNT TIRE with respect to retail establishments that sell tires is as a brand name or, alternatively, as a common name.

3.    This survey employed a random digit telephone protocol.  The sample for this survey was based upon a random digit probability sample of computer-generated telephone numbers derived from all working telephone exchanges, for both landlines

and cellular telephones, in thirty-seven (37) markets in the continental U.S., that have three (3) or more DISCOUNT TIRE stores within a ten-mile radius.

4.    The results of the survey conducted in this matter evidence that for approximately eighty-one percent (80.50%) of adults eighteen (18) years of age or older who, within the next two years, are likely to purchase tires for a vehicle at a store that sells tires and who were able to evidence their ability to distinguish between a brand name and a common name, the principal significance of DISCOUNT TIRE is that of a brand name or trademark.

5.    It is my opinion that the results of the survey support a finding that the principal significance of DISCOUNT TIRE is that of a brand name or trademark and not that of a generic term or designation.  Additionally, the magnitude of acquired distinctiveness or secondary meaning evidenced by the survey results support a finding that DISCOUNT TIRE is a strong and famous mark among the relevant universe of people who within the next two years are likely to purchase tires for a vehicle at a store that sells tires.

<u>SURVEY BACKGROUND</u>

6.    Attached hereto as Exhibit A are the results of the survey which addressed the issue of the primary significance of DISCOUNT TIRE.  Exhibit A provides a synopsis of the survey methodology, the survey screener and questionnaire, and response frequencies for the survey questions.  The Appendix of this report contains a sequential listing of the survey responses, copies of the Supervisor and Interviewer Instructions which

provide additional details of the survey protocols, and other survey-related background materials.

      7.   The sample selection, questions, questionnaire design, and interviewing procedures employed in the survey were designed in accordance with the generally accepted standards and procedures in the field of surveys.  The survey was also designed to meet the criteria for survey trustworthiness detailed in the Federal Judicial Center's <u>Manual for Complex Litigation, Fourth</u>.[1]

      8.   I was responsible for the design of the survey, the survey's questions, and the instructions given to the survey supervisors and interviewers, as well as the procedures to be followed in conducting the interviews.  Interviewing, data gathering, and response recordation were carried out, under the direction of Ford Bubala & Associates, by interviewers employed by an independent interviewing organization.  The Project Director working on this study was personally trained by Ford Bubala & Associates with respect to the design, procedures, and related protocols for the survey.  In addition, approximately sixty-two percent (62.25%) of the study interviews were validated by the survey supervisors' telephone monitoring of the interviews

_____

[1]    For the proffered poll or survey, "...Relevant factors include whether:  the population was properly chosen and defined; the sample chosen was representative of that population; the data gathered were accurately reported; and the data were analyzed in accordance with accepted statistical principles...In addition, in assessing the validity of a survey, the judge should take into account the following factors:  whether the questions asked were clear and not leading; whether the survey was conducted by qualified persons following proper interview procedures; and whether the process was conducted so as to ensure objectivity..." See Federal Judicial Center, <u>Manual for Complex Litigation, Fourth</u>, Section 11.493, @ 102-104 (2004).

while they were being conducted or by telephone callback; and Ford Bubala & Associates also conducted validation of twenty-one percent (21.00%) of the interviews by recontacting, by telephone, survey respondents to confirm their qualification and participation in the survey.  Net, nonduplicated validations totaled approximately seventy-three percent (73.25%).[2]  None of the interviews failed to validate.

9.    The survey conducted in this matter was administered under a double-blind protocol.  Specifically, not only were the respondents not informed as to the purpose or sponsor of the survey, but similarly, both the survey's supervisors and interviewers were not informed as to the purpose or sponsor of the survey.

<u>SURVEY STRUCTURE</u>

10.    The survey conducted in this matter, as noted above, employed a random digit telephone protocol.  The sample for this survey was based upon a random digit probability sample of computer-generated telephone numbers derived from all working telephone exchanges in thirty-seven (37) markets in the continental U.S., for both landlines and cellular telephones, that have three (3) or more DISCOUNT TIRE stores within a ten-mile radius.

11.    Attempts to contact prospective respondents were made during afternoon and evening hours on weekdays and during daytime hours on weekends, in the time zones of respective respondents.  Telephone callbacks occurred at any time during the

---

[2]    This level of validation exceeds industry standards.

day/evening when it was suggested that a prospective respondent would be available.  Interviewers made an initial call and, as necessary, up to five telephone callbacks (i.e., six calls) to reach a prospective respondent.

12.  Generally, respondents qualified for inclusion in the survey were individuals eighteen (18) years of age or older who reside in one of the thirty-seven identified markets and who are likely, within the next two (2) years, to purchase tires for a vehicle at a store that sells tires.  The age and gender distribution of respondents was based upon an Opinion Research Corporation telephone survey conducted between May 2 and May 5, 2013, among a nationally representative sample of approximately one thousand (1010) individuals across the United States.[3]

13.  Respondents were either (1) randomly selected individuals in households using the next-birthday method,[4] or (2) randomly selected cellular telephone numbers for individuals who receive all or most of their personal calls on a cellular telephone, and (3) who were able to evidence their ability to distinguish between a brand name and a common name.

14.  The survey results are representative and statistically projectable to all adults, eighteen (18) years of

---

[3]    At the direction of Ford Bubala & Associates, respondents in the Opinion Research Corporation survey were asked "Within the past two years, have you purchased tires for a vehicle at a store that sells tires?"  The results of the Opinion Research Corporation survey indicate that the gender distribution of purchasers was approximately 52% male and 48% female and the age distribution was approximately 29% 18 to 34, 41% 35 to 54, and 30% 55 or above.

[4]    See James H. Frey, <u>Survey Research by Telephone</u>, Second Edition, 1989, pages 110-115.

age or older in the thirty-seven markets (37) in the Continental
U.S., who are likely, within the next two (2) years, to purchase
tires for a vehicle at a store that sells tires, and who were
able to evidence their ability to distinguish between a brand
name and a common name, in households which have a working
telephone or receive all or most of their personal calls on a
cellular telephone.  The sample size for the survey, combined
with the sampling methodology and interviewing procedures,
provides results at a 95% level of confidence with a precision
variance for the DISCOUNT TIRE brand responses of +/-3.88%.  See
Exhibit A, Appendix F.

15.  In this study, the survey screener and
questionnaire were programmed for computer-based interviewing so
that interviewers could read the survey questions and record the
survey responses directly on their computer terminals.  In total,
as noted above, four hundred (400) interviews were completed
among qualified, randomly selected respondents.

### SURVEY PROCEDURES AND QUESTIONS

16.  The survey, as previously described, utilized a
telephone protocol and employed a random probability selection
process.  After calling a telephone number and identifying a
respondent who met the screening criteria (i.e., the survey
universe definition), the qualified survey respondent was then
told:

> The research we are conducting today is on <u>brand
> names</u> and <u>common names</u>.

> By a <u>brand name</u>, I mean a name like 'Ford' which
> is used by one company or organization; by a <u>common
> name</u>, I mean a name like 'sedan' which is used by a
> number of different companies.

Respondents were then asked two questions which tested their ability to understand the subsequent task of distinguishing between a brand name and a common name.  These questions were:

> 4.0   Now, with respect to automobiles, if I were to ask you "Do you understand the name 'Mercedes Benz' to be a <u>brand name</u> or a <u>common name</u>?" what would you say?

> 4.1   Now, again with respect to automobiles, if I were to ask you "Do you understand the name 'sports car' to be a <u>brand name</u> or a <u>common name</u>?" what would you say?

Those respondents who gave the answer "brand name" to question 4.0 and "common name" to question 4.1 were included in the survey; otherwise they were excluded from the survey.

> 17.   Subsequently, respondents were told:

> Now, I am going to read you some names and ask you to tell me whether you understand each name to be a <u>brand name</u> used by one company or a <u>common name</u> used by a number of different companies.

> For any of the names, if you don't have an opinion or don't know, that is an acceptable answer.

Respondent were then asked:

> 4.2   Now, for each of the following ten names, would you please tell me whether you understand the name to be a <u>brand name</u> or a <u>common name</u>?  Let's start with...

This question was followed by a list of ten names:  STP, COKE, JELLO, REFRIGERATOR, MARGARINE, ASPIRIN, AMERICAN AIRLINES, KENTUCKY FRIED CHICKEN, APPLIANCE DEALER, AND BANK.[5]

Due to the binary nature of the generic/brand inquiry, respondents were not explicitly offered the alternative of answering that they understood a particular name to be both a

---

[5]   To guard against position or order bias, the list of the ten names was randomly ordered for each respondent.

brand name and a common name, but if a respondent gave a "both" response it was accepted and recorded.

18. Subsequently, respondents were told:

5.0 Now, with respect to a retail establishment that sells tires, for each of the following names would you tell me whether you understand the name to be a <u>brand name</u> used by one company or a <u>common name</u> used by a number of different companies. Let's start with...

This question was followed by a list of five (5) names. The five (5) names were DISCOUNT TIRE, BIG O TIRE, AUTO REPAIR SHOP, GAS STATION, AND FIRESTONE.[6]  Again, while respondents were not explicitly offered the alternative of answering that they understood a particular name to be both a brand name and a common name, if a respondent gave a "both" response it was accepted and recorded. See Exhibit A, survey screener and questionnaire, pages 5-7, and Appendix B and C for additional details of the survey protocols.

19. The overall design of this survey, the questions posed to respondents, and the list of names tested were generally patterned after the surveys reported and relied upon by the courts in <u>E.I. du Pont de Nemours & Co. v. Yoshida International, Inc., et al.</u>, 393 F.Supp. 502 (E.D.N.Y. 1975), and <u>Windsurfing International, Inc., et al. v. Fred Ostermann GmbH, et al.</u>, 613 F.Supp. 933 (S.D.N.Y. 1985).  Also see <u>In re Callaway Golf Company</u>, 2001 T.T.A.B. LEXIS 599 (T.T.A.B. 2001) (this disposition is not citable as precedent of the T.T.A.B.), <u>In re Country Music Association, Inc.</u>, 2011 T.T.A.B. LEXIS 343

---

[6]    Again, to guard against position or order bias, the list of the five names was randomly ordered for each respondent.

(T.T.A.B. 2011) (this opinion is a precedent of the T.T.A.B.), and J. Thomas McCarthy, <u>McCarthy on Trademarks and Unfair Competition</u>, Vol. 2 §12:16 @ 12-55, Rel. #65, 3/2013.

SURVEY RESULTS

20.  Following is a restatement of the questions posed and the response distributions received.

Q4.2 Now, for each of the following ten names, would you please tell me whether you understand the name to be a brand name or a common name?  Let's start with...

Total Survey Respondents = 400

| | Response Distribution - Percent | | | | |
| | Brand Name | Common Name | Don't Know | Both | Total |
|---|---|---|---|---|---|
| STP. . . . . . . . . . | 76.00 | 5.75 | 18.25 | --- | 100.00 |
| Coke . . . . . . . . . | 90.75 | 6.50 | 1.75 | 1.00 | 100.00 |
| Jello. . . . . . . . . | 73.75 | 21.00 | 3.25 | 2.00 | 100.00 |
| Refrigerator . . . . . | 2.00 | 97.50 | 0.50 | --- | 100.00 |
| Margarine. . . . . . . | 4.50 | 93.50 | 2.00 | --- | 100.00 |
| Aspirin. . . . . . . . | 15.50 | 82.50 | 1.75 | 0.25 | 100.00 |
| American Airlines. . . . | 96.75 | 2.50 | 0.75 | --- | 100.00 |
| Kentucky Fried Chicken . | 96.25 | 2.75 | 1.00 | --- | 100.00 |
| Appliance dealer . . . . | 2.50 | 96.50 | 1.00 | --- | 100.00 |

Q5.0 Now, with respect to a retail establishment that sells tires, for each of the following names would you tell me whether you understand the name to be a brand name used by one company or a common name used by a number of different companies?  Let's start with...

Total Survey Respondents = 400

| | Response Distribution - Percent | | | | |
| | Brand Name | Common Name | Don't Know | Both | Total |
|---|---|---|---|---|---|
| Discount Tire. . . . . . | 80.50 | 16.75 | 1.25 | 1.50 | 100.00 |
| Big O Tire . . . . . . | 77.50 | 11.00 | 11.50 | --- | 100.00 |
| Auto repair shop . . . . | 0.75 | 99.25 | --- | --- | 100.00 |
| Gas station. . . . . . . | 0.25 | 99.75 | --- | --- | 100.00 |
| Firestone. . . . . . . . | 98.00 | 1.50 | 0.50 | --- | 100.00 |

In total, approximately eighty-one percent (80.50%) of the relevant public who, within the next two years, are likely to

purchase tires for a vehicle at a store that sells tires understands DISCOUNT TIRE to be a brand name.[7]

21.  A review of the survey results for the other names tested (e.g., STP, MARGARINE, JELLO, COKE, etc.) evidences that the respondents, in the instant survey, were quite capable of sorting out brand names from common names.  Additionally, the percentage response patterns for the other names tested were generally similar and parallel to results reported in prior tests of these names, which further attests to the reliability of the instant research results.[8]

22.  The results of this survey make clear that the principal significance of DISCOUNT TIRE is that of a brand name or trademark.  Additionally, the magnitude of acquired distinctiveness or secondary meaning evidenced by the survey results support a finding that DISCOUNT TIRE is a strong and famous mark among the relevant universe of people who within the next two years are likely to purchase tires for a vehicle at a store that sells tires.

---

[7]    As noted earlier, the results achieved in this study are projectable to all members of the defined universe at a 95% level of confidence with an estimated error of +/-3.88.  See Exhibit A, Appendix F, Technical Note.

[8]    See E.I. du Pont de Nemours & Co. v. Yoshida International, Inc., et al., 393 F.Supp. 502 (E.D.N.Y. 1975), and Windsurfing International, Inc., et al., v. Fred Ostermann GmbH, et al., 613 F.Supp. 933 (S.D.N.Y. 1985).  Also see In re Callaway Golf Company, 2001 T.T.A.B. LEXIS 599 (T.T.A.B. 2001) (this disposition is not citable as precedent of the T.T.A.B.), and In re Country Music Association, Inc., 2011 T.T.A.B. LEXIS 343 (T.T.A.B. 2011) (this opinion is a precedent of the T.T.A.B.).

CONCLUSION

23.   It is my considered opinion, based upon my education, background, and professional experience, and based upon my review and analysis of the results of the survey conducted in this matter, that the results of the survey support a finding that the principal significance of DISCOUNT TIRE is that of a brand name or trademark and not that of a generic term or designation.  Additionally, the magnitude of acquired distinctiveness or secondary meaning evidenced by the survey results supports a finding that DISCOUNT TIRE is a strong and famous mark among the relevant universe of people who are potential tire purchasers.

QUALIFICATIONS

24.   I hold a Bachelor's Degree in Advertising (B.A.) from San Jose State University, a Master's Degree in Business Administration (M.B.A.) from the University of Southern California, and a Doctoral Degree in Business Administration (D.B.A.) from the University of Southern California.

25.   During my twenty-five year academic appointment, my teaching responsibilities included both graduate and undergraduate level courses in a variety of subject areas.  My teaching responsibilities included courses in marketing (e.g., marketing, marketing management, advertising, promotion, consumer behavior, and marketing research) and management (e.g., principles of management; business policy and strategy; business policies, operations, and organizations; and integrated analysis).

26.   I am a member of the American Marketing Association (AMA), the American Academy of Advertising (AAA), the American Association of Public Opinion Research (AAPOR), the Council of American Survey Research Organizations (CASRO), and the International Trademark Association (INTA).

27.   As a partner with Ford Bubala & Associates, I have been retained by a variety of firms engaged in the consumer product, industrial product, and service sectors of the economy to provide marketing consulting and research services. Approximately one-half of Ford Bubala & Associates' consultancies in which I have participated have involved the design and execution of marketing research surveys.

28.   During the past thirty-eight years, I have been retained in a number of litigation-related consultancies involving intellectual property matters, including matters before federal and state courts, the Trademark Trial and Appeal Board of the U.S. Patent and Trademark Office, and the International Trade Commission.  I have designed and executed surveys relating to intellectual property matters, including false advertising, trademark, patent, and other related matters.  I am familiar with the accepted principles of survey research, as well as the tests for trustworthiness of properly conducted surveys or polls.[9]

29.   During the past thirty-three years, I have addressed a variety of groups on the subject of surveys or polls and their use in the measurement of the state of mind of

---

[9]    Supra note 1.

consumers, with respect to Lanham Act matters.  Specifically, I have spoken at meetings of the American Bar Association, the American Intellectual Property Law Association, the American Marketing Association, the International Trademark Association, the Marketing Research Association, the Intellectual Property Law Institute of Canada, Marques, and the Practising Law Institute.

30.  I have also written on the subject of the design and execution of litigation-related surveys in intellectual property matters.  Attached hereto as Exhibit B is a list of papers I have written since 1987.

31.  Since 1998 I have served as a member of the Editorial Board of <u>The Trademark Reporter</u>, the scholarly legal journal on the subject of trademarks, published by the International Trademark Association.

32.  I have been qualified and accepted as an expert in marketing and marketing research in more than sixty (60) trials before federal and state courts and administrative government agencies.

33.  Attached hereto as Exhibit C is a list of cases in which I have provided trial and/or deposition testimony since 1992.

34.  Attached hereto as Exhibit D is a copy of my professional history, describing my qualifications and professional background.

<u>MATERIALS CONSIDERED</u>

35.  Materials considered in the instant matter include:  the Discount Tire website and the store location maps on the website at DISCOUNTTIRE.COM.

- 14 -

<u>COMPENSATION</u>

36.   Ford Bubala & Associates' fees for this engagement consist of billable time and expenses.   Standard time is billed at the rate of $600.00 per hour for the services of a Partner and $300.00 per hour for the services of a Research Associate. Deposition and trial time are billed at the rate of $750.00 per hour plus expenses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.   Executed this 11th day of April, 2014, in Huntington Beach, California.

_____
Gerald L. Ford

- 15 -

# Exhibit A

# ford bubala & associates

Peter's Landing, Suite 211
16400 Pacific Coast Highway
Huntington Beach, California 92649
Telephone (562) 592-4581 / FAX (562) 592-3867



June 19, 2013

TO:    Brian LaCorte, Esq.
       Ballard Spahr LLP
       1 East Washington Street
       Suite 2300
       Phoenix, AZ 85004-2555


FROM: Ford Bubala & Associates

RE:    Discount Tire Genericness Survey

        Enclosed, herein, please find the results of a survey designed to address the issue of the principal or primary significance with respect to the term or designation DISCOUNT TIRE. Specifically, this survey was designed to measure whether or not the potential tire purchasing public's understanding of the principal significance of DISCOUNT TIRE with respect to retail establishments that sell tires is as a brand name or, alternatively, as a common name.

        Provided in this report is a synopsis of the survey methodology, the survey screener and questionnaire, and response frequencies for the survey questions. The Appendix of this report contains a sequential listing of the survey responses, copies of the Supervisor and Interviewer Instructions which provide additional details of the survey protocols, and other survey-related background materials.

DISCOUNT TIRE GENERICNESS SURVEY

Ford Bubala & Associates
June, 2013

DISCOUNT TIRE GENERICNESS SURVEY
TABLE OF CONTENTS

                                                              PAGE

Tab A: Survey Synopsis . . . . . . . . . . . . . . . . .    1

Tab B: Cell Phone Screener and Questionnaire . . . . . . . .    5
       Landline Screener and Questionnaire . . . . . . . . .    9

Tab C: Tab 1: Table 1A - Question 4.2 (Numbers). . . . . .   13
              Table 1B - Question 4.2 (Percentages). . . . .   14

       Tab 2: Table 2A - Question 5.0 (Numbers). . . . . . .   15
              Table 2B - Question 5.0 (Pecentages) . . . . .   16

       Tab 3: Table 3 - Age Distribution of Respondents. . .   17

       Tab 4: Table 4 - Gender Distribution of Respondents.. 18

APPENDIX

Appendix A:   Sequential Listing of Survey Responses
Appendix B:   Supervisor Instructions
Appendix C:   Interviewer Instructions
Appendix D:   Sample Disposition Reports
Appendix E:   List of Metropolitan Markets
Appendix F:   Technical Note

Tab A

SURVEY SYNOPSIS

SURVEY BACKGROUND

The report contained herein provides the results of a
survey designed to address the issue of the principal or
primary significance with respect to the term or designation
DISCOUNT TIRE.  Specifically, this survey was designed to
measure whether or not the potential tire purchasing
public's understanding of the principal significance of
DISCOUNT TIRE with respect to retail establishments that
sell tires is as a brand name or, alternatively, as a common
name.

SAMPLING FRAME AND SAMPLE

This survey employed a random digit telephone protocol.
The sample for this survey was based upon a random digit
probability sample of computer-generated telephone numbers
derived from all working telephone exchanges, for both
landlines and cellular telephones, in thirty-seven (37)
markets in the continental U.S., that have three (3) or more
DISCOUNT TIRE stores within a ten-mile radius.

The age and gender distribution of respondents was
based upon an Opinion Research Corporation telephone survey
conducted between May 2 and May 5, 2013, among a nationally
representative sample of approximately one thousand (1010)
individuals across the United States.[1]

SURVEY UNIVERSE

Generally, respondents qualified for inclusion in the
survey were individuals eighteen (18) years of age or older
who are likely, within the next two (2) years, to purchase
tires for a vehicle at a store that sells tires and were
either (1) randomly selected individuals in households using
the next-birthday method, or (2) randomly selected cellular
telephone numbers for individuals who receive all or most of

---

[1]    At the direction of Ford Bubala & Associates,
respondents in the Opinion Research Corporation survey were asked
"Within the past two years, have you purchased tires for a
vehicle at a store that sells tires?"  The results of the Opinion
Research Corporation survey indicate that the gender distribution
of purchasers was approximately 52% male and 48% female and the
age distribution was approximately 29% 18 to 34, 41% 35 to 54,
and 30% 55 or above.

their personal calls on a cellular telephone, and (3) who were able to evidence their ability to distinguish between a brand name and a common name.

SURVEY RESULTS

The survey results are representative and statistically projectable to all adults, eighteen (18) years of age or older in the thirty-seven markets (37) in the Continental U.S., who are likely, within the next two (2) years, to purchase tires for a vehicle at a store that sells tires, and who were able to evidence their ability to distinguish between a brand name and a common name, in households which have a working telephone or receive all or most of their personal calls on a cellular telephone.

The sample size for the survey, combined with the sampling methodology and interviewing procedures, provides results at a 95% level of confidence with a precision variance for the DISCOUNT TIRE brand responses of +/-3.88%.

SURVEY METHODOLOGICAL PROCEDURES

The survey sample selection, questions, questionnaire design, and interviewing procedures employed in this survey were designed in accordance with the generally accepted standards and procedures in the field of surveys. The survey was also designed to meet the criteria for survey trustworthiness detailed by the Federal Judicial Center in the Manual for Complex Litigation, Fourth.

The survey conducted in this matter was administered under a double-blind protocol. Specifically, not only were the respondents not informed as to the purpose or sponsor of the survey, but similarly, both the survey's supervisors and interviewers were not informed as to the purpose or sponsor of the survey.

Interviewing, data gathering, and response recordation were carried out, under the direction of Ford Bubala & Associates, by interviewers employed by an independent professional interviewing organization. The Project Director working on this study was personally trained by Ford Bubala & Associates with respect to the design, procedures, and related protocols for the survey. In addition, approximately sixty-two percent (62.25%) of the study interviews were validated by the survey supervisors' telephone monitoring of the interviews while they were being conducted or by telephone callback; and Ford Bubala & Associates also conducted validation of twenty-one percent (21.00%) of the interviews by recontacting, by telephone, survey respondents to confirm their qualification and

participation in the survey.  Net, nonduplicated validations
totaled approximately seventy-three percent (73.25%).  This
level of validation exceeds industry standards.  None of the
interviews failed to validate.


SURVEY RESEARCH DESIGN/TABULATION/ANALYSIS

    Ford Bubala & Associates
    16400 Pacific Coast Highway
    Suite 211
    Huntington Beach, California  92649

    Dr. Gerald L. Ford


PROFESSIONAL INTERVIEWING SERVICE

    Issues & Answers
    5151 Bonney Road
    Virginia Beach, Virginia  23462


RANDOM DIGIT TELEPHONE SAMPLE

    Survey Sampling International
    International Place
    6 Research Drive
    Shelton, Connecticut  06484


INTERVIEWING DATES

    May 6 through May 22, 2013

Tab B

DISCOUNT TIRE GENERICNESS SURVEY

CELL PHONE SCREENER AND QUESTIONNAIRE

FB&A
4/13
#1722

SCREENER - CELL PHONE

**INTRODUCTION**

Hello.  My name is _____, with Issues & Answers, an independent research company.  We are conducting a very brief survey among consumers and would like to include the opinions of someone in your household.  This is <u>not</u> a sales or telemarketing call.

----------------------------------------------------------------

1.0  Before I continue, I need to tell you that our supervisors periodically monitor these interviews for quality and courtesy.
**RECORD WITH AN 'X.'**

_____1.  advised respondent about monitoring  **CONTINUE.**

1.1  Do you receive all or most of your personal calls on this telephone?
**RECORD RESPONSE WITH AN 'X.'**

_____1.  yes  **CONTINUE.**

_____2.  no/don't know  **TERMINATE.**

1.2  What metropolitan area do you live in?
**SELECT CORRECT RESPONSE.**

_____  **IF NOT ON LIST, TERMINATE.**

2.0  Within the next two years, are you likely to purchase tires for a vehicle at a store that sells tires?
**RECORD RESPONSE WITH AN 'X.'**

_____1.  yes  **CONTINUE.**

_____2.  no ⎤
                 ⎬  **TERMINATE.**
_____3.  don't know ⎦

3.0  For classification purposes only, would you please tell me, into which of the following categories does your age fall?
**READ LIST.  RECORD RESPONSE WITH AN 'X.'**

_____1.  under 18  **TERMINATE.**

_____2.  18 to 34 ⎤
                        ⎥
_____3.  35 to 54 ⎬  **CONTINUE.**
                        ⎥
_____4.  55 or above ⎦

_____5.  refused  **TERMINATE.**

PROGRAMMER'S NOTE - AGE QUOTAS:
      18 TO 34   29%
      35 TO 54   41%
      55 OR OVER 30%

3.1  **RECORD GENDER AND CONTINUE:**

_____1.  male      _____2.  female

PROGRAMMER'S NOTE - GENDER QUOTAS:
        MALE 52%
        FEMALE 48%

- 5 -

QUESTIONNAIRE - W

The research we are conducting today is on brand names and common names.

By a brand name, I mean a name like 'Ford' which is used by one company; by a common name, I mean a name like 'sedan' which is used by a number of different companies.

4.0    Now, with respect to automobiles, if I were to ask you "Do you understand the name 'Mercedes Benz' to be a brand name or a common name?" what would you say? **RECORD RESPONSE WITH AN 'X.'**

_____1.  brand name  **CONTINUE.**

_____2.  common name  **TERMINATE.  THANK RESPONDENT.**

_____3.  other  **TERMINATE.  THANK RESPONDENT.**

4.1    Now, again with respect to automobiles, if I were to ask you "Do you understand the name 'sports car' to be a brand name or a common name?" what would you say? **RECORD RESPONSE WITH AN 'X.'**

_____1.  brand name  **TERMINATE.  THANK RESPONDENT.**

_____2.  common name  **CONTINUE.**

_____3.  other  **TERMINATE.  THANK RESPONDENT.**

Now, I am going to read you some names and ask you to tell me whether you understand each name to be a brand name used by one company or a common name used by a number of different companies.

For any of the names, if you don't have an opinion or don't know, that is an acceptable answer.

4.2    Now, for each of the following ten names, would you please tell me whether you understand the name to be a brand name or a common name?  Let's start with... **RANDOMIZE LIST/START. READ LIST. RECORD RESPONSE FOR EACH WITH AN 'X.'**

|  | Brand Name | Common Name | Don't Know | Both |
|---|---|---|---|---|
| - STP . . . . . . . | _____1. | _____2. | _____3. | _____4. |
| - COKE. . . . . . . | _____1. | _____2. | _____3. | _____4. |
| - JELLO . . . . . . | _____1. | _____2. | _____3. | _____4. |
| - REFRIGERATOR. . . | _____1. | _____2. | _____3. | _____4. |
| - MARGARINE . . . . | _____1. | _____2. | _____3. | _____4. |
| - ASPIRIN . . . . . | _____1. | _____2. | _____3. | _____4. |
| - AMERICAN AIRLINES. . . . | _____1. | _____2. | _____3. | _____4. |
| - KENTUCKY FRIED CHICKEN . . . . | _____1. | _____2. | _____3. | _____4. |
| - APPLIANCE DEALER. | _____1. | _____2. | _____3. | _____4. |
| - BANK. . . . . . . | _____1. | _____2. | _____3. | _____4. |

**CONTINUE.**

- 6 -

5.0  Now, with respect to a retail establishment that sells
     tires, for each of the following names would you tell me
     whether you understand the name to be a <u>brand name</u> used by
     one company or a <u>common name</u> used by a number of different
     companies.  Let's start with...
     **RANDOMIZE LIST/START.**
     **READ LIST.**
     **RECORD RESPONSE FOR EACH WITH AN 'X.'**

|   | | Brand Name | Common Name | Don't Know | Both |
|---|---|---|---|---|---|
| - | DISCOUNT TIRE . . | _____1. | _____2. | _____3. | _____4. |
| - | BIG 0 TIRE. . . . | _____1. | _____2. | _____3. | _____4. |
| - | AUTO REPAIR SHOP. | _____1. | _____2. | _____3. | _____4. |
| - | GAS STATION . . . | _____1. | _____2. | _____3. | _____4. |
| - | FIRESTONE . . . . | _____1. | _____2. | _____3. | _____4. |

**CONTINUE.**


**VERIFICATION:**

     Finally, may I please have your name?  This information is
so that my Supervisor can verify a portion of my work.  If you
are contacted, it will only be to confirm that I conducted this
interview and for no other reason.

Respondent Name:_____

Verify/Confirm Telephone Number:__(_____)_____

-----------------------------------------------------------------

Interviewer Certification:

     I hereby certify that the information contained on this
Screener/Questionnaire is a true and accurate record of this
respondent's comments as they were given to me.

_____     _____
Interviewer's signature                     Date


Supervisor Validation (Telephone Monitoring Validation)

     I hereby certify that I personally monitored, by
telephone, the questions and responses to question 1.0
through question 3.1.

_____
Supervisor's signature


Supervisor Validation (Telephone Callback Validation)

     I hereby certify that I validated this interview by
recontacting the named respondent and by confirming the
respondent's participation in the survey and the respondent's
answers to question 1.0 through question 3.1.

_____
Supervisor's signature


Supervisor Validation Quality Control Telephone Monitoring

     I hereby certify that I personally monitored, by telephone,
the questions and responses to questions 1.0 through 5.0

_____
Supervisor's signature

DISCOUNT TIRE GENERICNESS SURVEY

LANDLINE SCREENER AND QUESTIONNAIRE

FB&A
4/13
#1722

SCREENER - LANDLINE

**INTRODUCTION**

Hello.  My name is _____, with Issues & Answers, an independent research company.  We are conducting a very brief survey among consumers and would like to include the opinions of someone in your household.  This is <u>not</u> a sales or telemarketing call.

So that we can get a mix of individuals from various households, may I please speak to the (gender/age) in your household who will have the next birthday?

**IF SPEAKING, GO TO --> Q1.0.**

**IF TRANSFERRED:**

Hello.  My name is _____, with Issues & Answers, an independent research company.  We are conducting a very brief survey among consumers and would like to include the opinions of someone in your household.  This is <u>not</u> a sales or telemarketing call.

Are you the (gender/age) in your household who will have the next birthday?

**IF 'YES,' GO TO --> Q1.0.**

**IF 'NO,' ASK FOR THAT PERSON AND BEGIN AGAIN AT 'IF TRANSFERRED.'**

**IF 'NOT HOME/AVAILABLE,' ASK:**

When would be a good time to call back, and who should I ask for?

**RECORD NAME AND SUGGESTED CALLBACK TIME.**

**IF CALLBACK:**

May I please speak to <u>  INSERT RESPONDENT'S NAME  </u>.

**IF/WHEN SPEAKING, CONTINUE.**

Hello.  My name is _____, with Issues & Answers, an independent research company.  We are conducting a very brief survey among consumers and would like to include the opinions of someone in your household.  This is <u>not</u> a sales or telemarketing call.

Are you the (gender/age) in your household who will have the next birthday?

**IF 'YES,' GO TO --> Q1.0.**

**IF 'NO,' ASK FOR THAT PERSON AND BEGIN AGAIN AT 'IF TRANSFERRED.'**

----------------------------------------------------------------

1.0 Before I continue, I need to tell you that our supervisors periodically monitor these interviews for quality and courtesy.
**RECORD WITH AN 'X.'**

_____1.  advised respondent about monitoring  **CONTINUE.**

- 9 -

1.1  Do you reside in **(INSERT GREATER METROPOLITAN AREA)**?

    \_\_\_\_\_1.  yes  **CONTINUE.**

2.0  Within the next two years, are you likely to purchase tires
     for a vehicle at a store that sells tires?
     **RECORD RESPONSE WITH AN 'X.'**

    \_\_\_\_\_1.  yes  **CONTINUE.**

    \_\_\_\_\_2.  no ——————┐
                    ├—  **TERMINATE.**
    \_\_\_\_\_3.  don't know ——┘

3.0  For classification purposes only, would you please tell me,
     into which of the following categories does your age fall?
     **READ LIST.  RECORD RESPONSE WITH AN 'X.'**

    \_\_\_\_\_1.  under 18  **TERMINATE.**

    \_\_\_\_\_2.  18 to 34 ——————┐
    \_\_\_\_\_3.  35 to 54 ——————┤—  **CONTINUE.**
    \_\_\_\_\_4.  55 or above ——┘

    \_\_\_\_\_5.  refused  **TERMINATE.**

**PROGRAMMER'S NOTE - AGE QUOTAS:**
     **18 TO 34    29%**
     **35 TO 54    41%**
     **55 OR OVER 30%**

3.1 RECORD GENDER AND CONTINUE:

    \_\_\_\_\_1.  male      \_\_\_\_\_2.  female

**PROGRAMMER'S NOTE - GENDER QUOTAS:**
     **MALE 52%**
     **FEMALE 48%**

QUESTIONNAIRE - W

The research we are conducting today is on <u>brand names</u> and <u>common names</u>.

By a <u>brand name</u>, I mean a name like 'Ford' which is used by one company; by a <u>common name</u>, I mean a name like 'sedan' which is used by a number of different companies.

4.0 Now, with respect to automobiles, if I were to ask you "Do you understand the name 'Mercedes Benz' to be a <u>brand name</u> or a <u>common name</u>?" what would you say?
**RECORD RESPONSE WITH AN 'X.'**

_____1.  brand name  **CONTINUE.**

_____2.  common name  **TERMINATE.  THANK RESPONDENT.**

_____3.  other  **TERMINATE.  THANK RESPONDENT.**

4.1 Now, again with respect to automobiles, if I were to ask you "Do you understand the name 'sports car' to be a <u>brand name</u> or a <u>common name</u>?" what would you say?
**RECORD RESPONSE WITH AN 'X.'**

_____1.  brand name  **TERMINATE.  THANK RESPONDENT.**

_____2.  common name  **CONTINUE.**

_____3.  other  **TERMINATE.  THANK RESPONDENT.**

Now, I am going to read you some names and ask you to tell me whether you understand each name to be a <u>brand name</u> used by one company or a <u>common name</u> used by a number of different companies.

For any of the names, if you don't have an opinion or don't know, that is an acceptable answer.

4.2 Now, for each of the following ten names, would you please tell me whether you understand the name to be a <u>brand name</u> or a <u>common name</u>?  Let's start with...
**RANDOMIZE LIST/START.**
**READ LIST.**
**RECORD RESPONSE FOR EACH WITH AN 'X.'**

| | Brand Name | Common Name | Don't Know | Both |
|---|---|---|---|---|
| -  STP . . . . . . . | _____1. | _____2. | _____3. | _____4. |
| -  COKE. . . . . . . | _____1. | _____2. | _____3. | _____4. |
| -  JELLO . . . . . . | _____1. | _____2. | _____3. | _____4. |
| -  REFRIGERATOR. . . | _____1. | _____2. | _____3. | _____4. |
| -  MARGARINE . . . | _____1. | _____2. | _____3. | _____4. |
| -  ASPIRIN . . . . . | _____1. | _____2. | _____3. | _____4. |
| -  AMERICAN AIRLINES. . . . | _____1. | _____2. | _____3. | _____4. |
| -  KENTUCKY FRIED CHICKEN . . . | _____1. | _____2. | _____3. | _____4. |
| -  APPLIANCE DEALER. | _____1. | _____2. | _____3. | _____4. |
| -  BANK. . . . . . . | _____1. | _____2. | _____3. | _____4. |

**CONTINUE.**

- 11 -

5.0  Now, with respect to a retail establishment that sells tires, for each of the following names would you tell me whether you understand the name to be a <u>brand name</u> used by one company or a <u>common name</u> used by a number of different companies.  Let's start with...
**RANDOMIZE LIST/START.**
**READ LIST.**
**RECORD RESPONSE FOR EACH WITH AN 'X.'**

|  | Brand Name | Common Name | Don't Know | Both |
|---|---|---|---|---|
| - DISCOUNT TIRE . . | _____1. | _____2. | _____3. | _____4. |
| - BIG 0 TIRE. . . . | _____1. | _____2. | _____3. | _____4. |
| - AUTO REPAIR SHOP. | _____1. | _____2. | _____3. | _____4. |
| - GAS STATION . . . | _____1. | _____2. | _____3. | _____4. |
| - FIRESTONE . . . . | _____1. | _____2. | _____3. | _____4. |

**CONTINUE.**

**VERIFICATION:**

    Finally, may I please have your name?  This information is so that my Supervisor can verify a portion of my work.  If you are contacted, it will only be to confirm that I conducted this interview and for no other reason.

Respondent Name:_____

Verify/Confirm Telephone Number:__(_____)_____

----------------------------------------------------------------

| Interviewer Certification:

    I hereby certify that the information contained on this Screener/Questionnaire is a true and accurate record of this respondent's comments as they were given to me.

_____    _____
Interviewer's signature                 Date |

| Supervisor Validation (Telephone Monitoring Validation)

    I hereby certify that I personally monitored, by telephone, the questions and responses to the next-birthday question through question 3.1.

_____
Supervisor's signature |

| Supervisor Validation (Telephone Callback Validation)

    I hereby certify that I validated this interview by recontacting the named respondent and by confirming the respondent's participation in the survey and the respondent's answers to the next-birthday question through question 3.1.

_____
Supervisor's signature |

| Supervisor Validation Quality Control Telephone Monitoring

    I hereby certify that I personally monitored, by telephone, the questions and responses to the next-birthday question through question 5.0.

_____
Supervisor's signature |

Tab 1

TABLE 1A

NUMBERS

Q4.2 Now, for each of the following ten names, would you please
     tell me whether you understand the name to be a <u>brand name</u>
     or a <u>common name</u>?  Let's start with...

|  | Response Distribution | | | | |
| --- | --- | --- | --- | --- | --- |
|  | Brand<br>Name | Common<br>Name | Don't<br>Know | Both | Total |
| STP. . . . . . . . . . | 304 | 23 | 73 | -- | 400 |
| Coke . . . . . . . . . | 363 | 26 | 1 | 10 | 400 |
| Jello. . . . . . . . . | 295 | 84 | 1 | 20 | 400 |
| Refrigerator . . . . . . | 8 | 390 | 2 | -- | 400 |
| Margarine. . . . . . . | 18 | 374 | 8 | -- | 400 |
| Aspirin. . . . . . . . | 62 | 330 | 3 | 5 | 400 |
| American Airlines. . . . | 387 | 10 | 3 | -- | 400 |
| Kentucky Fried Chicken . | 385 | 11 | 4 | -- | 400 |
| Appliance dealer . . . . | 10 | 386 | 4 | -- | 400 |
| Bank.. . . . . . . . . | 9 | 386 | 4 | 1 | 400 |

TABLE 1B

PERCENTAGES

Q4.2 Now, for each of the following ten names, would you please
tell me whether you understand the name to be a <u>brand name</u>
or a <u>common name</u>?  Let's start with...

Response Distribution

| | Brand Name | Common Name | Don't Know | Both | Total (n=400) |
|---|---|---|---|---|---|
| STP. . . . . . . . . . . | 76.00 | 5.75 | 18.25 | --- | 100.00 |
| Coke . . . . . . . . . | 90.75 | 6.50 | 0.25 | 2.50 | 100.00 |
| Jello. . . . . . . . . | 73.75 | 21.00 | 0.25 | 5.00 | 100.00 |
| Refrigerator . . . . . . | 2.00 | 97.50 | 0.50 | --- | 100.00 |
| Margarine. . . . . . . | 4.50 | 93.50 | 2.00 | --- | 100.00 |
| Aspirin. . . . . . . . | 15.50 | 82.50 | 0.75 | 1.25 | 100.00 |
| American Airlines. . . . | 96.75 | 2.50 | 0.75 | --- | 100.00 |
| Kentucky Fried Chicken . | 96.25 | 2.75 | 1.00 | --- | 100.00 |
| Appliance dealer . . . . | 2.50 | 96.50 | 1.00 | --- | 100.00 |
| Bank . . . . . . . . . | 2.25 | 96.50 | 1.00 | 0.25 | 100.00 |

Tab 2

TABLE 2A

NUMBERS

Q5.0 Now, with respect to a retail establishment that sells
     tires, for each of the following names would you tell me
     whether you understand the name to be a <u>brand name</u> used by
     one company or a <u>common name</u> used by a number of different
     companies?  Let's start with...

|  | Response Distribution | | | | |
|---|---|---|---|---|---|
|  | Brand Name | Common Name | Don't Know | Both | Total |
| Discount Tire. . . . . . | 322 | 67 | 5 | 6 | 400 |
| Big O Tire . . . . . . . | 310 | 44 | 46 | -- | 400 |
| Auto repair shop . . . . | 3 | 397 | -- | -- | 400 |
| Gas station. . . . . . . | 1 | 399 | -- | -- | 400 |
| Firestone. . . . . . . . | 392 | 6 | 2 | -- | 400 |

- 15 -

TABLE 2B

PERCENTAGES

Q5.0 Now, with respect to a retail establishment that sells
     tires, for each of the following names would you tell me
     whether you understand the name to be a <u>brand name</u> used by
     one company or a <u>common name</u> used by a number of different
     companies?  Let's start with...

| | Response Distribution | | | | |
|---|---|---|---|---|---|
| | Brand Name | Common Name | Don't Know | Both | Total (n=400) |
| Discount Tire. . . . . . | 80.50 | 16.75 | 1.25 | 1.50 | 100.00 |
| Big O Tire . . . . . . . | 77.50 | 11.00 | 11.50 | --- | 100.00 |
| Auto repair shop . . . . | 0.75 | 99.25 | --- | --- | 100.00 |
| Gas station. . . . . . . | 0.25 | 99.75 | --- | --- | 100.00 |
| Firestone. . . . . . . . | 98.00 | 1.50 | 0.50 | --- | 100.00 |

Tab 3

TABLE 3

AGE DISTRIBUTION OF RESPONDENTS

| Response Categories | Response Distribution | |
| --- | --- | --- |
| | Number | Percent (n=400) |
| 1. 18 to 34 | 116 | 29.00 |
| 2. 35 to 54 | 164 | 41.00 |
| 3. 55 or above | 120 | 30.00 |
| Total | 400 | 100.00 |

Tab 4

TABLE 4

GENER DISTRIBUTION OF RESPONDENTS

| Response Categories | Response Distribution | |
| | Number | Percent (n=400) |
| --- | --- | --- |
| 1.  Male | 208 | 52.00 |
| 2.  Female | 192 | 48.00 |
| Total | 400 | 100.00 |

# Appendix A

APPENDIX A

SEQUENTIAL LISTING OF SURVEY RESPONSES

APPENDIX A

SEQUENTIAL LISTING OF SURVEY RESPONSES

SURVEY QUESTIONS

Q4.2  Now, for each of the following ten names, would you please
      tell me whether you understand the name to be a <u>brand name</u>
      or a <u>common name</u>?

Q5.0 Now, with respect to a retail establishment that sells
     tires, for each of the following names would you tell me
     whether you understand the name to be a <u>brand name</u> used by
     one company or a <u>common name</u> used by a number of different
     companies?

APPENDIX A

SEQUENTIAL LISTING OF SURVEY RESPONSES

```
Respondent Number:                    15803
Age:                                  55 or above
Gender:                               Female
Area:                                 Lansing, MI
Q4.2 [Brand name or common name]
        STP:                          Brand name
        Coke:                         Brand name
        Jello:                        Brand name
        Refrigerator:                 Common name
        Margarine:                    Common name
        Aspirin:                      Common name
        American Airlines:            Brand name
        Kentucky Fried Chicken:       Brand name
        Appliance dealer:             Common name
        Bank:                         Common name
Q5.0 [Brand name or common name]
        Discount Tire:                Brand name
        Big O Tire:                   Brand name
        Auto repair shop:             Common name
        Gas station:                  Common name
        Firestone:                    Brand name


Respondent Number:                    15940
Age:                                  55 or above
Gender:                               Male
Area:                                 Atlanta, GA
Q4.2 [Brand name or common name]
        STP:                          Brand name
        Coke:                         Brand name
        Jello:                        Common name
        Refrigerator:                 Common name
        Margarine:                    Common name
        Aspirin:                      Common name
        American Airlines:            Brand name
        Kentucky Fried Chicken:       Brand name
        Appliance dealer:             Common name
        Bank:                         Common name
Q5.0 [Brand name or common name]
        Discount Tire:                Brand name
        Big O Tire:                   Brand name
        Auto repair shop:             Common name
        Gas station:                  Common name
        Firestone:                    Brand name
```

```
Respondent Number:                          16085
Age:                                        35 to 54
Gender:                                     Male
Area:                                       Nashville, TN
Q4.2 [Brand name or common name]
        STP:                                Brand name
        Coke:                               Brand name
        Jello:                              Brand name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Brand name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Brand name
        Big O Tire:                         Don't know
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name


Respondent Number:                          16135
Age:                                        55 or above
Gender:                                     Female
Area:                                       Columbus, OH
Q4.2 [Brand name or common name]
        STP:                                Brand name
        Coke:                               Brand name
        Jello:                              Brand name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Brand name
        Big O Tire:                         Don't know
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name


Respondent Number:                          16182
Age:                                        55 or above
Gender:                                     Male
Area:                                       Austin, TX
Q4.2 [Brand name or common name]
        STP:                                Brand name
        Coke:                               Brand name
        Jello:                              Brand name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Brand name
        Big O Tire:                         Brand name
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name
```

A-3

```
Respondent Number:                      16212
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Charlotte, NC
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Don't know
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      16286
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Greensboro, NC
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Brand name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Don't know
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      16928
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Charlotte, NC
Q4.2 [Brand name or common name]
        STP:                            Common name
        Coke:                           Brand name
        Jello:                          Common name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Common name
        Big O Tire:                     Common name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                      16939
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Detroit, MI
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Common name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Common name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      16946
Age:                                    55 or above
Gender:                                 Female
Area:                                   Grand Rapids, MI
Q4.2 [Brand name or common name]
        STP:                            Common name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      16979
Age:                                    55 or above
Gender:                                 Male
Area:                                   Minneapolis, MN
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Don't know
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                        16996
Age:                                      18 to 34
Gender:                                   Female
Area:                                     Dallas, TX
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Common name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Brand name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Common name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        17011
Age:                                      18 to 34
Gender:                                   Male
Area:                                     Houston, TX
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Brand name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Common name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        17055
Age:                                      55 or above
Gender:                                   Male
Area:                                     San Antonio, TX
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Common name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Common name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name
```

```
Respondent Number:                      17120
Age:                                    55 or above
Gender:                                 Female
Area:                                   Nashville, TN
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Brand name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      17141
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Detroit, MI
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Common name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      17268
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Raleigh, NC
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Common name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

A-7

```
Respondent Number:                          17301
Age:                                        55 or above
Gender:                                     Female
Area:                                       Minneapolis, MN
Q4.2 [Brand name or common name]
        STP:                                Brand name
        Coke:                               Common name
        Jello:                              Common name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Brand name
        Big O Tire:                         Brand name
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name


Respondent Number:                          17339
Age:                                        55 or above
Gender:                                     Female
Area:                                       Minneapolis, MN
Q4.2 [Brand name or common name]
        STP:                                Brand name
        Coke:                               Brand name
        Jello:                              Brand name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Brand name
        Big O Tire:                         Brand name
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name


Respondent Number:                          17354
Age:                                        35 to 54
Gender:                                     Male
Area:                                       Austin, TX
Q4.2 [Brand name or common name]
        STP:                                Brand name
        Coke:                               Brand name
        Jello:                              Brand name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Brand name
        Big O Tire:                         Brand name
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name
```

```
Respondent Number:                      17556
Age:                                    55 or above
Gender:                                 Female
Area:                                   Minneapolis, MN
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Common name
        Big O Tire:                     Don't know
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      17564
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Chicago, IL
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      17614
Age:                                    55 or above
Gender:                                 Female
Area:                                   Austin, TX
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Common name
        Big O Tire:                     Don't know
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

A-9

```
Respondent Number:                      17685
Age:                                    18 to 34
Gender:                                 Female
Area:                                   Grand Rapids, MI
Q4.2 [Brand name or common name]
        STP:                            Common name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Don't know
Q5.0 [Brand name or common name]
        Discount Tire:                  Common name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      17859
Age:                                    55 or above
Gender:                                 Female
Area:                                   Grand Rapids, MI
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Common name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Common name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      17880
Age:                                    18 to 34
Gender:                                 Male
Area:                                   Atlanta, GA
Q4.2 [Brand name or common name]
        STP:                            Common name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

A-10

```
Respondent Number:                      17947
Age:                                    55 or above
Gender:                                 Male
Area:                                   Atlanta, GA
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Common name
        Refrigerator:                   Common name
        Margarine:                      Brand name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Common name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      18000
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Charlotte, NC
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Common name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Common name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      18011
Age:                                    18 to 34
Gender:                                 Male
Area:                                   Austin, TX
Q4.2 [Brand name or common name]
        STP:                            Don't know
        Coke:                           Brand name
        Jello:                          Both
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Brand name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                      18048
Age:                                    18 to 34
Gender:                                 Female
Area:                                   Chicago, IL
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      18173
Age:                                    55 or above
Gender:                                 Male
Area:                                   Greenville, SC
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Common name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      18187
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Indianapolis, IN
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Common name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                      18197
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Columbus, OH
Q4.2 [Brand name or common name]
       STP:                             Brand name
       Coke:                            Brand name
       Jello:                           Brand name
       Refrigerator:                    Common name
       Margarine:                       Common name
       Aspirin:                         Common name
       American Airlines:               Brand name
       Kentucky Fried Chicken:          Brand name
       Appliance dealer:                Common name
       Bank:                            Common name
Q5.0 [Brand name or common name]
       Discount Tire:                   Brand name
       Big O Tire:                      Brand name
       Auto repair shop:                Common name
       Gas station:                     Common name
       Firestone:                       Brand name


Respondent Number:                      18199
Age:                                    18 to 34
Gender:                                 Male
Area:                                   Indianapolis, IN
Q4.2 [Brand name or common name]
       STP:                             Don't know
       Coke:                            Brand name
       Jello:                           Common name
       Refrigerator:                    Common name
       Margarine:                       Common name
       Aspirin:                         Brand name
       American Airlines:               Brand name
       Kentucky Fried Chicken:          Brand name
       Appliance dealer:                Don't know
       Bank:                            Common name
Q5.0 [Brand name or common name]
       Discount Tire:                   Brand name
       Big O Tire:                      Brand name
       Auto repair shop:                Common name
       Gas station:                     Common name
       Firestone:                       Brand name


Respondent Number:                      18311
Age:                                    18 to 34
Gender:                                 Male
Area:                                   Oklahoma City, OK
Q4.2 [Brand name or common name]
       STP:                             Brand name
       Coke:                            Brand name
       Jello:                           Common name
       Refrigerator:                    Common name
       Margarine:                       Common name
       Aspirin:                         Brand name
       American Airlines:               Brand name
       Kentucky Fried Chicken:          Brand name
       Appliance dealer:                Common name
       Bank:                            Common name
Q5.0 [Brand name or common name]
       Discount Tire:                   Brand name
       Big O Tire:                      Brand name
       Auto repair shop:                Common name
       Gas station:                     Common name
       Firestone:                       Brand name
```

A-13

```
Respondent Number:                        18338
Age:                                      55 or above
Gender:                                   Female
Area:                                     Grand Rapids, MI
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Don't know
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        18397
Age:                                      35 to 54
Gender:                                   Male
Area:                                     Raleigh, NC
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Both
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        18423
Age:                                      18 to 34
Gender:                                   Female
Area:                                     San Diego, CA
Q4.2 [Brand name or common name]
        STP:                              Don't know
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name
```

A-14

```
Respondent Number:                      18438
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Raleigh, NC
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      18466
Age:                                    18 to 34
Gender:                                 Male
Area:                                   Lansing, MI
Q4.2 [Brand name or common name]
        STP:                            Don't know
        Coke:                           Common name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Brand name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Don't know
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      18578
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Chicago, IL
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Common name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

A-15

```
Respondent Number:                      18812
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Orlando, FL
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Common name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      18842
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Grand Rapids, MI
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Common name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Brand name
        American Airlines:              Common name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Brand name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Common name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      18905
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Raleigh, NC
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Common name
        Big O Tire:                     Don't know
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                      18908
Age:                                    55 or above
Gender:                                 Female
Area:                                   Jacksonville, FL
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Common name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Common name
        Big O Tire:                     Common name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      18956
Age:                                    55 or above
Gender:                                 Male
Area:                                   Columbus, OH
Q4.2 [Brand name or common name]
        STP:                            Common name
        Coke:                           Common name
        Jello:                          Common name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      19085
Age:                                    18 to 34
Gender:                                 Female
Area:                                   Chicago, IL
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

A-17

```
Respondent Number:                        19087
Age:                                      18 to 34
Gender:                                   Female
Area:                                     San Antonio, TX
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Common name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        19128
Age:                                      35 to 54
Gender:                                   Male
Area:                                     Chicago, IL
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Common name
        Big O Tire:                       Don't know
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        19248
Age:                                      55 or above
Gender:                                   Female
Area:                                     Greenville, SC
Q4.2 [Brand name or common name]
        STP:                              Don't know
        Coke:                             Brand name
        Jello:                            Common name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Don't know
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Don't know
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name
```

```
Respondent Number:                      19300
Age:                                    18 to 34
Gender:                                 Female
Area:                                   Chicago, IL
Q4.2 [Brand name or common name]
        STP:                            Don't know
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Common name
        Big O Tire:                     Don't know
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      19302
Age:                                    55 or above
Gender:                                 Female
Area:                                   Columbus, OH
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Common name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      19312
Age:                                    55 or above
Gender:                                 Female
Area:                                   Indianapolis, IN
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Don't know
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                      19393
Age:                                    18 to 34
Gender:                                 Male
Area:                                   Grand Rapids, MI
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Brand name
        Aspirin:                        Brand name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Don't know
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      19529
Age:                                    18 to 34
Gender:                                 Female
Area:                                   Phoenix, AZ
Q4.2 [Brand name or common name]
        STP:                            Don't know
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      19539
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Provo, UT
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Both
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                          19549
Age:                                        55 or above
Gender:                                     Male
Area:                                       Chicago, IL
Q4.2 [Brand name or common name]
        STP:                                Brand name
        Coke:                               Brand name
        Jello:                              Brand name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Brand name
        Big O Tire:                         Brand name
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name


Respondent Number:                          19576
Age:                                        18 to 34
Gender:                                     Female
Area:                                       Santa Fe, NM
Q4.2 [Brand name or common name]
        STP:                                Don't know
        Coke:                               Brand name
        Jello:                              Common name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Brand name
        Big O Tire:                         Brand name
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name


Respondent Number:                          19595
Age:                                        35 to 54
Gender:                                     Male
Area:                                       Jacksonville, FL
Q4.2 [Brand name or common name]
        STP:                                Brand name
        Coke:                               Brand name
        Jello:                              Common name
        Refrigerator:                       Common name
        Margarine:                          Brand name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Common name
        Big O Tire:                         Common name
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name
```

A-21

```
Respondent Number:                      19629
Age:                                    55 or above
Gender:                                 Female
Area:                                   Nashville, TN
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Don't know
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      19725
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Greensboro, NC
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Don't know
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      19745
Age:                                    18 to 34
Gender:                                 Male
Area:                                   Denver, CO
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Brand name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                         19815
Age:                                       55 or above
Gender:                                    Male
Area:                                      Oklahoma City, OK
Q4.2 [Brand name or common name]
        STP:                               Brand name
        Coke:                              Brand name
        Jello:                             Brand name
        Refrigerator:                      Common name
        Margarine:                         Common name
        Aspirin:                           Common name
        American Airlines:                 Brand name
        Kentucky Fried Chicken:            Brand name
        Appliance dealer:                  Common name
        Bank:                              Common name
Q5.0 [Brand name or common name]
        Discount Tire:                     Don't know
        Big O Tire:                        Brand name
        Auto repair shop:                  Common name
        Gas station:                       Common name
        Firestone:                         Brand name


Respondent Number:                         19847
Age:                                       55 or above
Gender:                                    Female
Area:                                      Minneapolis, MN
Q4.2 [Brand name or common name]
        STP:                               Brand name
        Coke:                              Brand name
        Jello:                             Brand name
        Refrigerator:                      Common name
        Margarine:                         Common name
        Aspirin:                           Common name
        American Airlines:                 Brand name
        Kentucky Fried Chicken:            Brand name
        Appliance dealer:                  Common name
        Bank:                              Common name
Q5.0 [Brand name or common name]
        Discount Tire:                     Brand name
        Big O Tire:                        Common name
        Auto repair shop:                  Common name
        Gas station:                       Common name
        Firestone:                         Brand name


Respondent Number:                         19889
Age:                                       18 to 34
Gender:                                    Male
Area:                                      Santa Fe, NM
Q4.2 [Brand name or common name]
        STP:                               Brand name
        Coke:                              Both
        Jello:                             Brand name
        Refrigerator:                      Common name
        Margarine:                         Common name
        Aspirin:                           Common name
        American Airlines:                 Brand name
        Kentucky Fried Chicken:            Brand name
        Appliance dealer:                  Common name
        Bank:                              Common name
Q5.0 [Brand name or common name]
        Discount Tire:                     Brand name
        Big O Tire:                        Brand name
        Auto repair shop:                  Common name
        Gas station:                       Common name
        Firestone:                         Brand name
```

```
Respondent Number:                      19893
Age:                                    55 or above
Gender:                                 Female
Area:                                   Provo, UT
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Brand name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Brand name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      19935
Age:                                    55 or above
Gender:                                 Male
Area:                                   Albuquerque, NM
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Common name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      19940
Age:                                    18 to 34
Gender:                                 Female
Area:                                   Santa Fe, NM
Q4.2 [Brand name or common name]
        STP:                            Don't know
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                      19945
Age:                                    18 to 34
Gender:                                 Male
Area:                                   San Antonio, TX
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Brand name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Common name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      20008
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Denver, CO
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      20114
Age:                                    55 or above
Gender:                                 Male
Area:                                   Colorado Springs, CO
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Both
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                        20145
Age:                                      18 to 34
Gender:                                   Male
Area:                                     Salt Lake City, UT
Q4.2 [Brand name or common name]
        STP:                              Don't know
        Coke:                             Brand name
        Jello:                            Both
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Common name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        20151
Age:                                      55 or above
Gender:                                   Male
Area:                                     Albuquerque, NM
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        20183
Age:                                      55 or above
Gender:                                   Male
Area:                                     Denver, CO
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Both
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name
```

A-26

```
Respondent Number:                          20192
Age:                                        18 to 34
Gender:                                     Female
Area:                                       Tucson, AZ
Q4.2 [Brand name or common name]
        STP:                                Don't know
        Coke:                               Brand name
        Jello:                              Brand name
        Refrigerator:                       Common name
        Margarine:                          Brand name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Common name
        Big O Tire:                         Brand name
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name


Respondent Number:                          20196
Age:                                        18 to 34
Gender:                                     Male
Area:                                       Lansing, MI
Q4.2 [Brand name or common name]
        STP:                                Brand name
        Coke:                               Brand name
        Jello:                              Common name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Brand name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Brand name
        Big O Tire:                         Brand name
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name


Respondent Number:                          20236
Age:                                        35 to 54
Gender:                                     Female
Area:                                       Houston, TX
Q4.2 [Brand name or common name]
        STP:                                Brand name
        Coke:                               Common name
        Jello:                              Common name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Brand name
        Big O Tire:                         Brand name
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name
```

```
Respondent Number:                      20242
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Tucson, AZ
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      20332
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Las Vegas, NV
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      20346
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Greenville, SC
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Common name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

A-28

```
Respondent Number:                          20357
Age:                                        55 or above
Gender:                                     Female
Area:                                       Reno, NV
Q4.2 [Brand name or common name]
        STP:                                Brand name
        Coke:                               Brand name
        Jello:                              Brand name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Brand name
        Big O Tire:                         Brand name
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name


Respondent Number:                          20375
Age:                                        55 or above
Gender:                                     Female
Area:                                       Seattle, WA
Q4.2 [Brand name or common name]
        STP:                                Brand name
        Coke:                               Brand name
        Jello:                              Brand name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Common name
        Big O Tire:                         Brand name
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name


Respondent Number:                          20385
Age:                                        55 or above
Gender:                                     Female
Area:                                       Reno, NV
Q4.2 [Brand name or common name]
        STP:                                Brand name
        Coke:                               Brand name
        Jello:                              Brand name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Common name
        Big O Tire:                         Brand name
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name
```

```
Respondent Number:                      20394
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Reno, NV
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      20396
Age:                                    55 or above
Gender:                                 Female
Area:                                   Reno, NV
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      20397
Age:                                    18 to 34
Gender:                                 Male
Area:                                   Las Vegas, NV
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Common name
```

A-30

```
Respondent Number:                          20407
Age:                                        55 or above
Gender:                                     Male
Area:                                       Reno, NV
Q4.2 [Brand name or common name]
        STP:                                Brand name
        Coke:                               Brand name
        Jello:                              Brand name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Brand name
        Big O Tire:                         Brand name
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name


Respondent Number:                          20470
Age:                                        35 to 54
Gender:                                     Female
Area:                                       Seattle, WA
Q4.2 [Brand name or common name]
        STP:                                Brand name
        Coke:                               Brand name
        Jello:                              Brand name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Brand name
        Big O Tire:                         Brand name
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name


Respondent Number:                          20500
Age:                                        18 to 34
Gender:                                     Male
Area:                                       Oklahoma City, OK
Q4.2 [Brand name or common name]
        STP:                                Brand name
        Coke:                               Brand name
        Jello:                              Brand name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Brand name
        Big O Tire:                         Brand name
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name
```

```
Respondent Number:                      20531
Age:                                    55 or above
Gender:                                 Female
Area:                                   Reno, NV
Q4.2 [Brand name or common name]
        STP:                            Common name
        Coke:                           Brand name
        Jello:                          Common name
        Refrigerator:                   Common name
        Margarine:                      Brand name
        Aspirin:                        Brand name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      20563
Age:                                    55 or above
Gender:                                 Male
Area:                                   Denver, CO
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      20716
Age:                                    35 to 54
Gender:                                 Male
Area:                                   San Antonio, TX
Q4.2 [Brand name or common name]
        STP:                            Don't know
        Coke:                           Brand name
        Jello:                          Common name
        Refrigerator:                   Common name
        Margarine:                      Brand name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

A-32

```
Respondent Number:                      20779
Age:                                    55 or above
Gender:                                 Female
Area:                                   Nashville, TN
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Common name
        Refrigerator:                   Brand name
        Margarine:                      Brand name
        Aspirin:                        Brand name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Brand name
        Bank:                           Brand name
Q5.0 [Brand name or common name]
        Discount Tire:                  Common name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      20806
Age:                                    55 or above
Gender:                                 Male
Area:                                   Lansing, MI
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      20810
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Grand Rapids, MI
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Common name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Common name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                        20866
Age:                                      18 to 34
Gender:                                   Male
Area:                                     Grand Rapids, MI
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Brand name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        20921
Age:                                      55 or above
Gender:                                   Female
Area:                                     Raleigh, NC
Q4.2 [Brand name or common name]
        STP:                              Don't know
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Common name
        Big O Tire:                       Don't know
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        20960
Age:                                      35 to 54
Gender:                                   Female
Area:                                     Austin, TX
Q4.2 [Brand name or common name]
        STP:                              Don't know
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Don't know
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name
```

```
Respondent Number:                      21014
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Grand Rapids, MI
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      21229
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Salt Lake City, UT
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      21286
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Indianapolis, IN
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Both
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Both
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                      21327
Age:                                    55 or above
Gender:                                 Male
Area:                                   Colorado Springs, CO
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Common name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Brand name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      21366
Age:                                    18 to 34
Gender:                                 Female
Area:                                   Chicago, IL
Q4.2 [Brand name or common name]
        STP:                            Common name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      21379
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Salt Lake City, UT
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Brand name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                      21403
Age:                                    55 or above
Gender:                                 Male
Area:                                   Salt Lake City, UT
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      21404
Age:                                    55 or above
Gender:                                 Male
Area:                                   Denver, CO
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Brand name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      21477
Age:                                    18 to 34
Gender:                                 Male
Area:                                   Provo, UT
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Common name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                        21569
Age:                                      35 to 54
Gender:                                   Female
Area:                                     San Diego, CA
Q4.2 [Brand name or common name]
        STP:                              Don't know
        Coke:                             Brand name
        Jello:                            Common name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        21613
Age:                                      55 or above
Gender:                                   Male
Area:                                     Dallas, TX
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Common name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Common name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        21703
Age:                                      55 or above
Gender:                                   Male
Area:                                     Minneapolis, MN
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Common name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name
```

A-38

```
Respondent Number:                        21854
Age:                                      35 to 54
Gender:                                   Male
Area:                                     Denver, CO
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        21857
Age:                                      35 to 54
Gender:                                   Male
Area:                                     Seattle, WA
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        21910
Age:                                      55 or above
Gender:                                   Male
Area:                                     Reno, NV
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Brand name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name
```

A-39

```
Respondent Number:                      21975
Age:                                    55 or above
Gender:                                 Female
Area:                                   Salt Lake City, UT
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Both
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      22058
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Denver, CO
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      22126
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Phoenix, AZ
Q4.2 [Brand name or common name]
        STP:                            Don't know
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                      22137
Age:                                    55 or above
Gender:                                 Male
Area:                                   Denver, CO
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Common name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      22307
Age:                                    55 or above
Gender:                                 Male
Area:                                   Denver, CO
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      22415
Age:                                    18 to 34
Gender:                                 Female
Area:                                   Denver, CO
Q4.2 [Brand name or common name]
        STP:                            Common name
        Coke:                           Brand name
        Jello:                          Common name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Common name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Common name
        Auto repair shop:               Brand name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                        22523
Age:                                      55 or above
Gender:                                   Male
Area:                                     Albuquerque, NM
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        22528
Age:                                      55 or above
Gender:                                   Male
Area:                                     Chicago, IL
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Common name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Common name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        22732
Age:                                      35 to 54
Gender:                                   Male
Area:                                     Nashville, TN
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Don't know
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name
```

```
Respondent Number:                        22802
Age:                                      18 to 34
Gender:                                   Male
Area:                                     Chicago, IL
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Common name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Common name
        Big O Tire:                       Common name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        22816
Age:                                      55 or above
Gender:                                   Female
Area:                                     Phoenix, AZ
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        22926
Age:                                      35 to 54
Gender:                                   Female
Area:                                     Greensboro, NC
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name
```

```
Respondent Number:                      22981
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Denver, CO
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      22998
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Seattle, WA
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Common name
        Jello:                          Common name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      23032
Age:                                    55 or above
Gender:                                 Male
Area:                                   Reno, NV
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                       23037
Age:                                     18 to 34
Gender:                                  Female
Area:                                    Detroit, MI
Q4.2 [Brand name or common name]
        STP:                             Don't know
        Coke:                            Common name
        Jello:                           Both
        Refrigerator:                    Common name
        Margarine:                       Common name
        Aspirin:                         Common name
        American Airlines:               Brand name
        Kentucky Fried Chicken:          Brand name
        Appliance dealer:                Common name
        Bank:                            Common name
Q5.0 [Brand name or common name]
        Discount Tire:                   Common name
        Big O Tire:                      Brand name
        Auto repair shop:                Common name
        Gas station:                     Common name
        Firestone:                       Brand name


Respondent Number:                       23046
Age:                                     35 to 54
Gender:                                  Female
Area:                                    Reno, NV
Q4.2 [Brand name or common name]
        STP:                             Brand name
        Coke:                            Brand name
        Jello:                           Brand name
        Refrigerator:                    Common name
        Margarine:                       Common name
        Aspirin:                         Common name
        American Airlines:               Brand name
        Kentucky Fried Chicken:          Brand name
        Appliance dealer:                Common name
        Bank:                            Common name
Q5.0 [Brand name or common name]
        Discount Tire:                   Brand name
        Big O Tire:                      Brand name
        Auto repair shop:                Common name
        Gas station:                     Common name
        Firestone:                       Brand name


Respondent Number:                       23066
Age:                                     18 to 34
Gender:                                  Female
Area:                                    Grand Rapids, MI
Q4.2 [Brand name or common name]
        STP:                             Brand name
        Coke:                            Brand name
        Jello:                           Brand name
        Refrigerator:                    Common name
        Margarine:                       Common name
        Aspirin:                         Brand name
        American Airlines:               Brand name
        Kentucky Fried Chicken:          Brand name
        Appliance dealer:                Common name
        Bank:                            Common name
Q5.0 [Brand name or common name]
        Discount Tire:                   Brand name
        Big O Tire:                      Brand name
        Auto repair shop:                Common name
        Gas station:                     Common name
        Firestone:                       Brand name
```

```
Respondent Number:                      23235
Age:                                    55 or above
Gender:                                 Male
Area:                                   San Diego, CA
Q4.2 [Brand name or common name]
        STP:                            Don't know
        Coke:                           Brand name
        Jello:                          Both
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Both
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Don't know
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Common name
        Big O Tire:                     Don't know
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Don't know


Respondent Number:                      23283
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Reno, NV
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      23388
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Orlando, FL
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Both
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Don't know
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                        23443
Age:                                      18 to 34
Gender:                                   Male
Area:                                     Grand Rapids, MI
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Common name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Common name


Respondent Number:                        23503
Age:                                      55 or above
Gender:                                   Female
Area:                                     Reno, NV
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Don't know
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        23553
Age:                                      55 or above
Gender:                                   Female
Area:                                     Reno, NV
Q4.2 [Brand name or common name]
        STP:                              Don't know
        Coke:                             Common name
        Jello:                            Common name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Brand name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Common name
        Big O Tire:                       Brand name
        Auto repair shop:                 Brand name
        Gas station:                      Common name
        Firestone:                        Brand name
```

```
Respondent Number:                        23655
Age:                                      35 to 54
Gender:                                   Male
Area:                                     Dallas, TX
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        23658
Age:                                      55 or above
Gender:                                   Male
Area:                                     Nashville, TN
Q4.2 [Brand name or common name]
        STP:                              Don't know
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Brand name
        Aspirin:                          Brand name
        American Airlines:                Don't know
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Common name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        23714
Age:                                      35 to 54
Gender:                                   Female
Area:                                     Austin, TX
Q4.2 [Brand name or common name]
        STP:                              Don't know
        Coke:                             Both
        Jello:                            Common name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name
```

```
Respondent Number:                          23978
Age:                                        18 to 34
Gender:                                     Male
Area:                                       Grand Rapids, MI
Q4.2 [Brand name or common name]
        STP:                                Brand name
        Coke:                               Brand name
        Jello:                              Brand name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Brand name
        Big O Tire:                         Brand name
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name


Respondent Number:                          24189
Age:                                        55 or above
Gender:                                     Male
Area:                                       Chicago, IL
Q4.2 [Brand name or common name]
        STP:                                Brand name
        Coke:                               Both
        Jello:                              Brand name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Brand name
        Big O Tire:                         Don't know
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name


Respondent Number:                          24220
Age:                                        18 to 34
Gender:                                     Female
Area:                                       Houston, TX
Q4.2 [Brand name or common name]
        STP:                                Brand name
        Coke:                               Brand name
        Jello:                              Common name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Brand name
        Big O Tire:                         Brand name
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name
```

A-49

```
Respondent Number:                      24289
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Austin, TX
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Common name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      24385
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Lansing, MI
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      24455
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Salt Lake City, UT
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Common name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                       24468
Age:                                     35 to 54
Gender:                                  Male
Area:                                    Grand Rapids, MI
Q4.2 [Brand name or common name]
        STP:                             Common name
        Coke:                            Brand name
        Jello:                           Brand name
        Refrigerator:                    Common name
        Margarine:                       Common name
        Aspirin:                         Common name
        American Airlines:               Brand name
        Kentucky Fried Chicken:          Brand name
        Appliance dealer:                Common name
        Bank:                            Common name
Q5.0 [Brand name or common name]
        Discount Tire:                   Brand name
        Big O Tire:                      Brand name
        Auto repair shop:                Common name
        Gas station:                     Common name
        Firestone:                       Brand name


Respondent Number:                       24597
Age:                                     55 or above
Gender:                                  Female
Area:                                    Lansing, MI
Q4.2 [Brand name or common name]
        STP:                             Don't know
        Coke:                            Brand name
        Jello:                           Brand name
        Refrigerator:                    Common name
        Margarine:                       Common name
        Aspirin:                         Common name
        American Airlines:               Brand name
        Kentucky Fried Chicken:          Brand name
        Appliance dealer:                Common name
        Bank:                            Common name
Q5.0 [Brand name or common name]
        Discount Tire:                   Common name
        Big O Tire:                      Brand name
        Auto repair shop:                Common name
        Gas station:                     Common name
        Firestone:                       Brand name


Respondent Number:                       24622
Age:                                     35 to 54
Gender:                                  Male
Area:                                    San Diego, CA
Q4.2 [Brand name or common name]
        STP:                             Brand name
        Coke:                            Brand name
        Jello:                           Both
        Refrigerator:                    Common name
        Margarine:                       Common name
        Aspirin:                         Brand name
        American Airlines:               Brand name
        Kentucky Fried Chicken:          Brand name
        Appliance dealer:                Common name
        Bank:                            Common name
Q5.0 [Brand name or common name]
        Discount Tire:                   Brand name
        Big O Tire:                      Brand name
        Auto repair shop:                Common name
        Gas station:                     Common name
        Firestone:                       Brand name
```

```
Respondent Number:                      24745
Age:                                    55 or above
Gender:                                 Female
Area:                                   Phoenix, AZ
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      24834
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Seattle, WA
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Both
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      24896
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Denver, CO
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Common name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                      24902
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Seattle, WA
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      24928
Age:                                    35 to 54
Gender:                                 Female
Area:                                   San Diego, CA
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      24947
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Denver, CO
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                      24969
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Denver, CO
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      24999
Age:                                    18 to 34
Gender:                                 Female
Area:                                   Santa Fe, NM
Q4.2 [Brand name or common name]
        STP:                            Common name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Brand name
        Margarine:                      Brand name
        Aspirin:                        Brand name
        American Airlines:              Common name
        Kentucky Fried Chicken:         Common name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Brand name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      25020
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Tucson, AZ
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                       25022
Age:                                     35 to 54
Gender:                                  Male
Area:                                    Salt Lake City, UT
Q4.2 [Brand name or common name]
        STP:                             Brand name
        Coke:                            Brand name
        Jello:                           Brand name
        Refrigerator:                    Common name
        Margarine:                       Common name
        Aspirin:                         Common name
        American Airlines:               Brand name
        Kentucky Fried Chicken:          Brand name
        Appliance dealer:                Common name
        Bank:                            Common name
Q5.0 [Brand name or common name]
        Discount Tire:                   Brand name
        Big O Tire:                      Brand name
        Auto repair shop:                Common name
        Gas station:                     Common name
        Firestone:                       Brand name


Respondent Number:                       25127
Age:                                     55 or above
Gender:                                  Male
Area:                                    Salt Lake City, UT
Q4.2 [Brand name or common name]
        STP:                             Brand name
        Coke:                            Brand name
        Jello:                           Brand name
        Refrigerator:                    Common name
        Margarine:                       Common name
        Aspirin:                         Common name
        American Airlines:               Brand name
        Kentucky Fried Chicken:          Brand name
        Appliance dealer:                Common name
        Bank:                            Brand name
Q5.0 [Brand name or common name]
        Discount Tire:                   Brand name
        Big O Tire:                      Brand name
        Auto repair shop:                Common name
        Gas station:                     Common name
        Firestone:                       Brand name


Respondent Number:                       25550
Age:                                     35 to 54
Gender:                                  Female
Area:                                    Seattle, WA
Q4.2 [Brand name or common name]
        STP:                             Brand name
        Coke:                            Brand name
        Jello:                           Brand name
        Refrigerator:                    Common name
        Margarine:                       Common name
        Aspirin:                         Common name
        American Airlines:               Brand name
        Kentucky Fried Chicken:          Brand name
        Appliance dealer:                Common name
        Bank:                            Common name
Q5.0 [Brand name or common name]
        Discount Tire:                   Brand name
        Big O Tire:                      Brand name
        Auto repair shop:                Common name
        Gas station:                     Common name
        Firestone:                       Brand name
```

```
Respondent Number:                       25678
Age:                                     18 to 34
Gender:                                  Male
Area:                                    Salt Lake City, UT
Q4.2 [Brand name or common name]
        STP:                             Don't know
        Coke:                            Brand name
        Jello:                           Both
        Refrigerator:                    Common name
        Margarine:                       Common name
        Aspirin:                         Brand name
        American Airlines:               Brand name
        Kentucky Fried Chicken:          Brand name
        Appliance dealer:                Common name
        Bank:                            Common name
Q5.0 [Brand name or common name]
        Discount Tire:                   Brand name
        Big O Tire:                      Brand name
        Auto repair shop:                Common name
        Gas station:                     Common name
        Firestone:                       Brand name


Respondent Number:                       25687
Age:                                     18 to 34
Gender:                                  Female
Area:                                    Seattle, WA
Q4.2 [Brand name or common name]
        STP:                             Brand name
        Coke:                            Brand name
        Jello:                           Brand name
        Refrigerator:                    Common name
        Margarine:                       Common name
        Aspirin:                         Common name
        American Airlines:               Brand name
        Kentucky Fried Chicken:          Brand name
        Appliance dealer:                Common name
        Bank:                            Common name
Q5.0 [Brand name or common name]
        Discount Tire:                   Brand name
        Big O Tire:                      Brand name
        Auto repair shop:                Common name
        Gas station:                     Common name
        Firestone:                       Brand name


Respondent Number:                       25808
Age:                                     35 to 54
Gender:                                  Male
Area:                                    Indianapolis, IN
Q4.2 [Brand name or common name]
        STP:                             Brand name
        Coke:                            Brand name
        Jello:                           Brand name
        Refrigerator:                    Common name
        Margarine:                       Common name
        Aspirin:                         Common name
        American Airlines:               Brand name
        Kentucky Fried Chicken:          Brand name
        Appliance dealer:                Common name
        Bank:                            Common name
Q5.0 [Brand name or common name]
        Discount Tire:                   Brand name
        Big O Tire:                      Brand name
        Auto repair shop:                Common name
        Gas station:                     Common name
        Firestone:                       Brand name
```

A-56

```
Respondent Number:                      25860
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Raleigh, NC
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      25869
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Raleigh, NC
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Don't know
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      25908
Age:                                    55 or above
Gender:                                 Female
Area:                                   Greensboro, NC
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Both
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

A-57

```
Respondent Number:                      26006
Age:                                    18 to 34
Gender:                                 Male
Area:                                   Raleigh, NC
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Common name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Brand name
        Aspirin:                        Brand name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Common name
        Appliance dealer:               Don't know
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      26164
Age:                                    18 to 34
Gender:                                 Male
Area:                                   Albuquerque, NM
Q4.2 [Brand name or common name]
        STP:                            Common name
        Coke:                           Don't know
        Jello:                          Common name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Don't know
        Kentucky Fried Chicken:         Common name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Common name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Brand name
        Firestone:                      Brand name


Respondent Number:                      26244
Age:                                    55 or above
Gender:                                 Female
Area:                                   Denver, CO
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                      26247
Age:                                    18 to 34
Gender:                                 Male
Area:                                   Grand Rapids, MI
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Common name
        Big O Tire:                     Common name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      26283
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Phoenix, AZ
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      26445
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Colorado Springs, CO
Q4.2 [Brand name or common name]
        STP:                            Don't know
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                      26614
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Salt Lake City, UT
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Common name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      26710
Age:                                    18 to 34
Gender:                                 Male
Area:                                   Dallas, TX
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Common name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Common name
        Appliance dealer:               Brand name
        Bank:                           Brand name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      26789
Age:                                    18 to 34
Gender:                                 Female
Area:                                   Detroit, MI
Q4.2 [Brand name or common name]
        STP:                            Don't know
        Coke:                           Both
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Both
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                      26864
Age:                                    55 or above
Gender:                                 Female
Area:                                   Las Vegas, NV
Q4.2 [Brand name or common name]
        STP:                            Common name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      26909
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Raleigh, NC
Q4.2 [Brand name or common name]
        STP:                            Don't know
        Coke:                           Brand name
        Jello:                          Common name
        Refrigerator:                   Common name
        Margarine:                      Brand name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Common name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      26944
Age:                                    18 to 34
Gender:                                 Female
Area:                                   Orlando, FL
Q4.2 [Brand name or common name]
        STP:                            Common name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Brand name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Brand name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Don't know
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                         27024
Age:                                       18 to 34
Gender:                                    Female
Area:                                      Greensboro, NC
Q4.2 [Brand name or common name]
        STP:                               Brand name
        Coke:                              Brand name
        Jello:                             Brand name
        Refrigerator:                      Common name
        Margarine:                         Common name
        Aspirin:                           Common name
        American Airlines:                 Brand name
        Kentucky Fried Chicken:            Brand name
        Appliance dealer:                  Common name
        Bank:                              Common name
Q5.0 [Brand name or common name]
        Discount Tire:                     Brand name
        Big O Tire:                        Brand name
        Auto repair shop:                  Common name
        Gas station:                       Common name
        Firestone:                         Brand name


Respondent Number:                         27043
Age:                                       35 to 54
Gender:                                    Male
Area:                                      San Antonio, TX
Q4.2 [Brand name or common name]
        STP:                               Brand name
        Coke:                              Brand name
        Jello:                             Brand name
        Refrigerator:                      Common name
        Margarine:                         Common name
        Aspirin:                           Common name
        American Airlines:                 Brand name
        Kentucky Fried Chicken:            Brand name
        Appliance dealer:                  Common name
        Bank:                              Don't know
Q5.0 [Brand name or common name]
        Discount Tire:                     Brand name
        Big O Tire:                        Common name
        Auto repair shop:                  Common name
        Gas station:                       Common name
        Firestone:                         Brand name


Respondent Number:                         27159
Age:                                       18 to 34
Gender:                                    Male
Area:                                      Indianapolis, IN
Q4.2 [Brand name or common name]
        STP:                               Don't know
        Coke:                              Brand name
        Jello:                             Brand name
        Refrigerator:                      Common name
        Margarine:                         Common name
        Aspirin:                           Brand name
        American Airlines:                 Brand name
        Kentucky Fried Chicken:            Brand name
        Appliance dealer:                  Common name
        Bank:                              Common name
Q5.0 [Brand name or common name]
        Discount Tire:                     Brand name
        Big O Tire:                        Brand name
        Auto repair shop:                  Common name
        Gas station:                       Common name
        Firestone:                         Brand name
```

```
Respondent Number:                      27161
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Atlanta, GA
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Common name
        Big O Tire:                     Common name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      27206
Age:                                    18 to 34
Gender:                                 Female
Area:                                   San Antonio, TX
Q4.2 [Brand name or common name]
        STP:                            Don't know
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Brand name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      27355
Age:                                    55 or above
Gender:                                 Male
Area:                                   Grand Rapids, MI
Q4.2 [Brand name or common name]
        STP:                            Common name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Don't know
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

A-63

```
Respondent Number:                        27504
Age:                                      55 or above
Gender:                                   Male
Area:                                     Grand Rapids, MI
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Common name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        27595
Age:                                      35 to 54
Gender:                                   Female
Area:                                     Phoenix, AZ
Q4.2 [Brand name or common name]
        STP:                              Don't know
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        27612
Age:                                      55 or above
Gender:                                   Male
Area:                                     Greenville, SC
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Common name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Brand name
Q5.0 [Brand name or common name]
        Discount Tire:                    Common name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name
```

```
Respondent Number:                      27613
Age:                                    18 to 34
Gender:                                 Male
Area:                                   Phoenix, AZ
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Brand name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      27631
Age:                                    55 or above
Gender:                                 Male
Area:                                   Atlanta, GA
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      27652
Age:                                    18 to 34
Gender:                                 Male
Area:                                   Atlanta, GA
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Brand name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                      27657
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Nashville, TN
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Brand name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      27711
Age:                                    55 or above
Gender:                                 Male
Area:                                   Albuquerque, NM
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      27857
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Seattle, WA
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

A-66

```
Respondent Number:                          27884
Age:                                        55 or above
Gender:                                     Male
Area:                                       Indianapolis, IN
Q4.2 [Brand name or common name]
        STP:                                Common name
        Coke:                               Common name
        Jello:                              Common name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Common name
        Kentucky Fried Chicken:             Common name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Common name
        Big O Tire:                         Common name
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Common name


Respondent Number:                          27972
Age:                                        35 to 54
Gender:                                     Female
Area:                                       Colorado Springs, CO
Q4.2 [Brand name or common name]
        STP:                                Brand name
        Coke:                               Brand name
        Jello:                              Brand name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Brand name
        Big O Tire:                         Brand name
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name


Respondent Number:                          27973
Age:                                        55 or above
Gender:                                     Male
Area:                                       Orlando, FL
Q4.2 [Brand name or common name]
        STP:                                Brand name
        Coke:                               Brand name
        Jello:                              Brand name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Brand name
        Big O Tire:                         Brand name
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name
```

```
Respondent Number:                          28058
Age:                                        55 or above
Gender:                                     Male
Area:                                       Jacksonville, FL
Q4.2 [Brand name or common name]
        STP:                                Brand name
        Coke:                               Brand name
        Jello:                              Brand name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Common name
        Big O Tire:                         Don't know
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name


Respondent Number:                          28088
Age:                                        18 to 34
Gender:                                     Male
Area:                                       Greensboro, NC
Q4.2 [Brand name or common name]
        STP:                                Brand name
        Coke:                               Brand name
        Jello:                              Brand name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Common name
        Big O Tire:                         Brand name
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name


Respondent Number:                          28176
Age:                                        55 or above
Gender:                                     Male
Area:                                       Raleigh, NC
Q4.2 [Brand name or common name]
        STP:                                Brand name
        Coke:                               Brand name
        Jello:                              Brand name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Don't know
        Big O Tire:                         Common name
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name
```

```
Respondent Number:                          28313
Age:                                        35 to 54
Gender:                                     Male
Area:                                       Tucson, AZ
Q4.2 [Brand name or common name]
        STP:                                Brand name
        Coke:                               Brand name
        Jello:                              Brand name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Brand name
        Big O Tire:                         Brand name
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name


Respondent Number:                          28703
Age:                                        18 to 34
Gender:                                     Female
Area:                                       Denver, CO
Q4.2 [Brand name or common name]
        STP:                                Brand name
        Coke:                               Brand name
        Jello:                              Brand name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Brand name
        Big O Tire:                         Brand name
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name


Respondent Number:                          28816
Age:                                        35 to 54
Gender:                                     Female
Area:                                       Denver, CO
Q4.2 [Brand name or common name]
        STP:                                Brand name
        Coke:                               Brand name
        Jello:                              Brand name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Brand name
        Big O Tire:                         Brand name
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name
```

```
Respondent Number:                      28832
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Denver, CO
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Common name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      28922
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Seattle, WA
Q4.2 [Brand name or common name]
        STP:                            Don't know
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      28999
Age:                                    18 to 34
Gender:                                 Male
Area:                                   Denver, CO
Q4.2 [Brand name or common name]
        STP:                            Don't know
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Brand name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

A-70

```
Respondent Number:                      29028
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Fort Collins, CO
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Brand name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      29031
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Albuquerque, NM
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Common name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Brand name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      29107
Age:                                    55 or above
Gender:                                 Female
Area:                                   Colorado Springs, CO
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                        29176
Age:                                      18 to 34
Gender:                                   Male
Area:                                     Denver, CO
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Common name
        Refrigerator:                     Common name
        Margarine:                        Don't know
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        29343
Age:                                      35 to 54
Gender:                                   Female
Area:                                     Tucson, AZ
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Brand name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        29448
Age:                                      35 to 54
Gender:                                   Female
Area:                                     Charlotte, NC
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name
```

```
Respondent Number:                       29490
Age:                                     35 to 54
Gender:                                  Female
Area:                                    Nashville, TN
Q4.2 [Brand name or common name]
        STP:                             Brand name
        Coke:                            Brand name
        Jello:                           Brand name
        Refrigerator:                    Common name
        Margarine:                       Common name
        Aspirin:                         Common name
        American Airlines:               Brand name
        Kentucky Fried Chicken:          Brand name
        Appliance dealer:                Common name
        Bank:                            Common name
Q5.0 [Brand name or common name]
        Discount Tire:                   Brand name
        Big O Tire:                      Brand name
        Auto repair shop:                Common name
        Gas station:                     Common name
        Firestone:                       Brand name


Respondent Number:                       29741
Age:                                     18 to 34
Gender:                                  Male
Area:                                    Austin, TX
Q4.2 [Brand name or common name]
        STP:                             Don't know
        Coke:                            Brand name
        Jello:                           Brand name
        Refrigerator:                    Common name
        Margarine:                       Common name
        Aspirin:                         Common name
        American Airlines:               Brand name
        Kentucky Fried Chicken:          Brand name
        Appliance dealer:                Common name
        Bank:                            Common name
Q5.0 [Brand name or common name]
        Discount Tire:                   Brand name
        Big O Tire:                      Brand name
        Auto repair shop:                Common name
        Gas station:                     Common name
        Firestone:                       Brand name


Respondent Number:                       29807
Age:                                     55 or above
Gender:                                  Male
Area:                                    Orlando, FL
Q4.2 [Brand name or common name]
        STP:                             Don't know
        Coke:                            Brand name
        Jello:                           Brand name
        Refrigerator:                    Common name
        Margarine:                       Common name
        Aspirin:                         Common name
        American Airlines:               Brand name
        Kentucky Fried Chicken:          Brand name
        Appliance dealer:                Common name
        Bank:                            Common name
Q5.0 [Brand name or common name]
        Discount Tire:                   Common name
        Big O Tire:                      Don't know
        Auto repair shop:                Common name
        Gas station:                     Common name
        Firestone:                       Brand name
```

```
Respondent Number:                          29812
Age:                                        55 or above
Gender:                                     Male
Area:                                       Denver, CO
Q4.2 [Brand name or common name]
        STP:                                Brand name
        Coke:                               Brand name
        Jello:                              Brand name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Brand name
        Big O Tire:                         Brand name
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name


Respondent Number:                          29886
Age:                                        18 to 34
Gender:                                     Female
Area:                                       Orlando, FL
Q4.2 [Brand name or common name]
        STP:                                Brand name
        Coke:                               Brand name
        Jello:                              Common name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Brand name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Brand name
        Big O Tire:                         Common name
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name


Respondent Number:                          29887
Age:                                        18 to 34
Gender:                                     Male
Area:                                       Raleigh, NC
Q4.2 [Brand name or common name]
        STP:                                Brand name
        Coke:                               Brand name
        Jello:                              Brand name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Brand name
        Big O Tire:                         Don't know
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name
```

```
Respondent Number:                        29917
Age:                                      55 or above
Gender:                                   Female
Area:                                     Grand Rapids, MI
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        29931
Age:                                      18 to 34
Gender:                                   Male
Area:                                     Kalamazoo, MI
Q4.2 [Brand name or common name]
        STP:                              Common name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        30101
Age:                                      18 to 34
Gender:                                   Female
Area:                                     Austin, TX
Q4.2 [Brand name or common name]
        STP:                              Don't know
        Coke:                             Both
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Common name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name
```

A-75

```
Respondent Number:                      30172
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Chicago, IL
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Brand name
        Margarine:                      Common name
        Aspirin:                        Brand name
        American Airlines:              Common name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Brand name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      30268
Age:                                    55 or above
Gender:                                 Male
Area:                                   Albuquerque, NM
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Brand name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      30332
Age:                                    18 to 34
Gender:                                 Male
Area:                                   Austin, TX
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Both
        Jello:                          Both
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                      30407
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Albuquerque, NM
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      30548
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Indianapolis, IN
Q4.2 [Brand name or common name]
        STP:                            Don't know
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Don't know
        Aspirin:                        Brand name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Don't know
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      30647
Age:                                    18 to 34
Gender:                                 Male
Area:                                   Salt Lake City, UT
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Brand name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

A-77

```
Respondent Number:                        30705
Age:                                      55 or above
Gender:                                   Male
Area:                                     Minneapolis, MN
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Common name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        30738
Age:                                      35 to 54
Gender:                                   Female
Area:                                     Houston, TX
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        30787
Age:                                      18 to 34
Gender:                                   Male
Area:                                     Tucson, AZ
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Common name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name
```

```
Respondent Number:                       30841
Age:                                     35 to 54
Gender:                                  Male
Area:                                    Albuquerque, NM
Q4.2 [Brand name or common name]
       STP:                              Brand name
       Coke:                             Brand name
       Jello:                            Brand name
       Refrigerator:                     Common name
       Margarine:                        Common name
       Aspirin:                          Common name
       American Airlines:                Brand name
       Kentucky Fried Chicken:           Brand name
       Appliance dealer:                 Common name
       Bank:                             Common name
Q5.0 [Brand name or common name]
       Discount Tire:                    Brand name
       Big O Tire:                       Brand name
       Auto repair shop:                 Common name
       Gas station:                      Common name
       Firestone:                        Brand name


Respondent Number:                       30899
Age:                                     35 to 54
Gender:                                  Female
Area:                                    Colorado Springs, CO
Q4.2 [Brand name or common name]
       STP:                              Don't know
       Coke:                             Brand name
       Jello:                            Common name
       Refrigerator:                     Common name
       Margarine:                        Common name
       Aspirin:                          Common name
       American Airlines:                Brand name
       Kentucky Fried Chicken:           Brand name
       Appliance dealer:                 Common name
       Bank:                             Common name
Q5.0 [Brand name or common name]
       Discount Tire:                    Brand name
       Big O Tire:                       Brand name
       Auto repair shop:                 Common name
       Gas station:                      Common name
       Firestone:                        Brand name


Respondent Number:                       31054
Age:                                     55 or above
Gender:                                  Male
Area:                                    Denver, CO
Q4.2 [Brand name or common name]
       STP:                              Brand name
       Coke:                             Brand name
       Jello:                            Brand name
       Refrigerator:                     Common name
       Margarine:                        Common name
       Aspirin:                          Common name
       American Airlines:                Brand name
       Kentucky Fried Chicken:           Brand name
       Appliance dealer:                 Common name
       Bank:                             Common name
Q5.0 [Brand name or common name]
       Discount Tire:                    Brand name
       Big O Tire:                       Brand name
       Auto repair shop:                 Common name
       Gas station:                      Common name
       Firestone:                        Brand name
```

```
Respondent Number:                        31056
Age:                                      55 or above
Gender:                                   Male
Area:                                     Albuquerque, NM
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Common name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Both
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Both
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        31164
Age:                                      18 to 34
Gender:                                   Male
Area:                                     Denver, CO
Q4.2 [Brand name or common name]
        STP:                              Common name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        31178
Age:                                      35 to 54
Gender:                                   Male
Area:                                     Colorado Springs, CO
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Both
        Refrigerator:                     Common name
        Margarine:                        Brand name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Both
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name
```

```
Respondent Number:                    31253
Age:                                  35 to 54
Gender:                               Male
Area:                                 Colorado Springs, CO
Q4.2 [Brand name or common name]
        STP:                          Brand name
        Coke:                         Brand name
        Jello:                        Brand name
        Refrigerator:                 Common name
        Margarine:                    Common name
        Aspirin:                      Common name
        American Airlines:            Brand name
        Kentucky Fried Chicken:       Brand name
        Appliance dealer:             Common name
        Bank:                         Common name
Q5.0 [Brand name or common name]
        Discount Tire:                Brand name
        Big O Tire:                   Brand name
        Auto repair shop:             Common name
        Gas station:                  Common name
        Firestone:                    Brand name


Respondent Number:                    31261
Age:                                  35 to 54
Gender:                               Male
Area:                                 Fort Collins, CO
Q4.2 [Brand name or common name]
        STP:                          Brand name
        Coke:                         Brand name
        Jello:                        Brand name
        Refrigerator:                 Common name
        Margarine:                    Common name
        Aspirin:                      Common name
        American Airlines:            Brand name
        Kentucky Fried Chicken:       Brand name
        Appliance dealer:             Common name
        Bank:                         Common name
Q5.0 [Brand name or common name]
        Discount Tire:                Brand name
        Big O Tire:                   Brand name
        Auto repair shop:             Common name
        Gas station:                  Common name
        Firestone:                    Brand name


Respondent Number:                    31353
Age:                                  55 or above
Gender:                               Female
Area:                                 Detroit, MI
Q4.2 [Brand name or common name]
        STP:                          Brand name
        Coke:                         Brand name
        Jello:                        Brand name
        Refrigerator:                 Common name
        Margarine:                    Common name
        Aspirin:                      Common name
        American Airlines:            Brand name
        Kentucky Fried Chicken:       Brand name
        Appliance dealer:             Common name
        Bank:                         Common name
Q5.0 [Brand name or common name]
        Discount Tire:                Brand name
        Big O Tire:                   Brand name
        Auto repair shop:             Common name
        Gas station:                  Common name
        Firestone:                    Brand name
```

```
Respondent Number:                      31425
Age:                                    18 to 34
Gender:                                 Male
Area:                                   Santa Fe, NM
Q4.2 [Brand name or common name]
        STP:                            Don't know
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      31433
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Fort Collins, CO
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      31689
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Grand Rapids, MI
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Don't know
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                      31805
Age:                                    18 to 34
Gender:                                 Male
Area:                                   Gary, IN
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Common name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Brand name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      32016
Age:                                    55 or above
Gender:                                 Female
Area:                                   Minneapolis, MN
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Common name
        Jello:                          Both
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Brand name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      32030
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Lansing, MI
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Don't know
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                      32062
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Raleigh, NC
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Don't know
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      32106
Age:                                    18 to 34
Gender:                                 Female
Area:                                   Nashville, TN
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Common name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      32173
Age:                                    55 or above
Gender:                                 Female
Area:                                   Indianapolis, IN
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Common name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

A-84

```
Respondent Number:                        32317
Age:                                      55 or above
Gender:                                   Male
Area:                                     Austin, TX
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        32535
Age:                                      35 to 54
Gender:                                   Female
Area:                                     Charlotte, NC
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Common name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Don't know
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        32752
Age:                                      18 to 34
Gender:                                   Female
Area:                                     Greenville, SC
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Brand name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name
```

A-85

```
Respondent Number:                      32779
Age:                                    55 or above
Gender:                                 Male
Area:                                   Columbus, OH
Q4.2 [Brand name or common name]
        STP:                            Don't know
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Common name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      33272
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Colorado Springs, CO
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      33317
Age:                                    55 or above
Gender:                                 Male
Area:                                   Las Vegas, NV
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Common name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

A-86

```
Respondent Number:                          33344
Age:                                        55 or above
Gender:                                     Male
Area:                                       Albuquerque, NM
Q4.2 [Brand name or common name]
        STP:                                Brand name
        Coke:                               Brand name
        Jello:                              Brand name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Brand name
        Big O Tire:                         Brand name
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name


Respondent Number:                          33348
Age:                                        18 to 34
Gender:                                     Male
Area:                                       Atlanta, GA
Q4.2 [Brand name or common name]
        STP:                                Brand name
        Coke:                               Brand name
        Jello:                              Common name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Brand name
        Big O Tire:                         Brand name
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name


Respondent Number:                          33379
Age:                                        35 to 54
Gender:                                     Female
Area:                                       Seattle, WA
Q4.2 [Brand name or common name]
        STP:                                Brand name
        Coke:                               Brand name
        Jello:                              Brand name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Common name
        Big O Tire:                         Brand name
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name
```

A-87

```
Respondent Number:                      33423
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Nashville, TN
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Common name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      33455
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Greensboro, NC
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Common name
        Big O Tire:                     Common name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      33498
Age:                                    55 or above
Gender:                                 Female
Area:                                   Albuquerque, NM
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                          33511
Age:                                        18 to 34
Gender:                                     Male
Area:                                       Indianapolis, IN
Q4.2 [Brand name or common name]
        STP:                                Brand name
        Coke:                               Brand name
        Jello:                              Brand name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Brand name
        Big O Tire:                         Brand name
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name


Respondent Number:                          33515
Age:                                        18 to 34
Gender:                                     Male
Area:                                       Tucson, AZ
Q4.2 [Brand name or common name]
        STP:                                Brand name
        Coke:                               Brand name
        Jello:                              Brand name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Brand name
        Big O Tire:                         Brand name
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name


Respondent Number:                          33555
Age:                                        35 to 54
Gender:                                     Male
Area:                                       Raleigh, NC
Q4.2 [Brand name or common name]
        STP:                                Don't know
        Coke:                               Brand name
        Jello:                              Brand name
        Refrigerator:                       Common name
        Margarine:                          Don't know
        Aspirin:                            Brand name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Don't know
Q5.0 [Brand name or common name]
        Discount Tire:                      Brand name
        Big O Tire:                         Brand name
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name
```

```
Respondent Number:                          33586
Age:                                        35 to 54
Gender:                                     Female
Area:                                       Phoenix, AZ
Q4.2 [Brand name or common name]
        STP:                                Don't know
        Coke:                               Brand name
        Jello:                              Brand name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Brand name
Q5.0 [Brand name or common name]
        Discount Tire:                      Brand name
        Big O Tire:                         Brand name
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name


Respondent Number:                          33608
Age:                                        18 to 34
Gender:                                     Male
Area:                                       Indianapolis, IN
Q4.2 [Brand name or common name]
        STP:                                Brand name
        Coke:                               Brand name
        Jello:                              Brand name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Common name
        Big O Tire:                         Brand name
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name


Respondent Number:                          33635
Age:                                        18 to 34
Gender:                                     Male
Area:                                       Salt Lake City, UT
Q4.2 [Brand name or common name]
        STP:                                Common name
        Coke:                               Brand name
        Jello:                              Brand name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Brand name
        Big O Tire:                         Brand name
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name
```

```
Respondent Number:                        33702
Age:                                      55 or above
Gender:                                   Female
Area:                                     Dallas, TX
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        33969
Age:                                      35 to 54
Gender:                                   Male
Area:                                     Austin, TX
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Common name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        34039
Age:                                      35 to 54
Gender:                                   Male
Area:                                     Austin, TX
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Common name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name
```

```
Respondent Number:                      34114
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Tucson, AZ
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      34301
Age:                                    55 or above
Gender:                                 Female
Area:                                   Salt Lake City, UT
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Common name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      34308
Age:                                    55 or above
Gender:                                 Female
Area:                                   Lansing, MI
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Don't know
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                        34347
Age:                                      35 to 54
Gender:                                   Male
Area:                                     Colorado Springs, CO
Q4.2 [Brand name or common name]
        STP:                              Common name
        Coke:                             Common name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Don't know
        American Airlines:                Common name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Common name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Common name


Respondent Number:                        34389
Age:                                      18 to 34
Gender:                                   Female
Area:                                     Salt Lake City, UT
Q4.2 [Brand name or common name]
        STP:                              Don't know
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        34428
Age:                                      55 or above
Gender:                                   Female
Area:                                     Albuquerque, NM
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name
```

```
Respondent Number:                      34488
Age:                                    55 or above
Gender:                                 Male
Area:                                   Grand Rapids, MI
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      34491
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Albuquerque, NM
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      34616
Age:                                    18 to 34
Gender:                                 Male
Area:                                   Seattle, WA
Q4.2 [Brand name or common name]
        STP:                            Don't know
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Brand name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Common name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                        34676
Age:                                      35 to 54
Gender:                                   Male
Area:                                     Seattle, WA
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        34689
Age:                                      55 or above
Gender:                                   Male
Area:                                     Seattle, WA
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        34768
Age:                                      55 or above
Gender:                                   Female
Area:                                     Grand Rapids, MI
Q4.2 [Brand name or common name]
        STP:                              Don't know
        Coke:                             Brand name
        Jello:                            Common name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Common name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Common name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name
```

```
Respondent Number:                      34786
Age:                                    55 or above
Gender:                                 Male
Area:                                   Detroit, MI
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      34814
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Chicago, IL
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      34947
Age:                                    18 to 34
Gender:                                 Female
Area:                                   Austin, TX
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                      34964
Age:                                    18 to 34
Gender:                                 Male
Area:                                   Indianapolis, IN
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Brand name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      35061
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Houston, TX
Q4.2 [Brand name or common name]
        STP:                            Don't know
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Brand name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Don't know
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      35202
Age:                                    55 or above
Gender:                                 Female
Area:                                   Houston, TX
Q4.2 [Brand name or common name]
        STP:                            Don't know
        Coke:                           Brand name
        Jello:                          Common name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

A-97

```
Respondent Number:                      35207
Age:                                    18 to 34
Gender:                                 Male
Area:                                   Orlando, FL
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Don't know
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Don't know
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Common name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      35348
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Chicago, IL
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Common name
        Big O Tire:                     Common name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      35597
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Minneapolis, MN
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Common name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Don't know
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                       35610
Age:                                     18 to 34
Gender:                                  Female
Area:                                    Detroit, MI
Q4.2 [Brand name or common name]
        STP:                             Brand name
        Coke:                            Brand name
        Jello:                           Brand name
        Refrigerator:                    Common name
        Margarine:                       Common name
        Aspirin:                         Common name
        American Airlines:               Brand name
        Kentucky Fried Chicken:          Brand name
        Appliance dealer:                Common name
        Bank:                            Common name
Q5.0 [Brand name or common name]
        Discount Tire:                   Brand name
        Big O Tire:                      Brand name
        Auto repair shop:                Common name
        Gas station:                     Common name
        Firestone:                       Brand name


Respondent Number:                       35716
Age:                                     35 to 54
Gender:                                  Male
Area:                                    Salt Lake City, UT
Q4.2 [Brand name or common name]
        STP:                             Brand name
        Coke:                            Brand name
        Jello:                           Brand name
        Refrigerator:                    Common name
        Margarine:                       Common name
        Aspirin:                         Common name
        American Airlines:               Brand name
        Kentucky Fried Chicken:          Brand name
        Appliance dealer:                Common name
        Bank:                            Common name
Q5.0 [Brand name or common name]
        Discount Tire:                   Brand name
        Big O Tire:                      Brand name
        Auto repair shop:                Common name
        Gas station:                     Common name
        Firestone:                       Brand name


Respondent Number:                       36021
Age:                                     18 to 34
Gender:                                  Male
Area:                                    Dallas, TX
Q4.2 [Brand name or common name]
        STP:                             Brand name
        Coke:                            Brand name
        Jello:                           Brand name
        Refrigerator:                    Common name
        Margarine:                       Common name
        Aspirin:                         Common name
        American Airlines:               Brand name
        Kentucky Fried Chicken:          Brand name
        Appliance dealer:                Common name
        Bank:                            Common name
Q5.0 [Brand name or common name]
        Discount Tire:                   Brand name
        Big O Tire:                      Brand name
        Auto repair shop:                Common name
        Gas station:                     Common name
        Firestone:                       Brand name
```

A-99

```
Respondent Number:                      36386
Age:                                    55 or above
Gender:                                 Female
Area:                                   Salt Lake City, UT
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      36486
Age:                                    55 or above
Gender:                                 Female
Area:                                   Denver, CO
Q4.2 [Brand name or common name]
        STP:                            Don't know
        Coke:                           Common name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Brand name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      36502
Age:                                    55 or above
Gender:                                 Female
Area:                                   Oklahoma City, OK
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Common name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Common name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                        36535
Age:                                      35 to 54
Gender:                                   Female
Area:                                     Austin, TX
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        36565
Age:                                      35 to 54
Gender:                                   Female
Area:                                     Denver, CO
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        36591
Age:                                      55 or above
Gender:                                   Female
Area:                                     Minneapolis, MN
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name
```

```
Respondent Number:                      36718
Age:                                    18 to 34
Gender:                                 Male
Area:                                   Seattle, WA
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Brand name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      37049
Age:                                    18 to 34
Gender:                                 Female
Area:                                   Albuquerque, NM
Q4.2 [Brand name or common name]
        STP:                            Don't know
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Brand name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Common name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      37189
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Phoenix, AZ
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Brand name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                      37292
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Denver, CO
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Common name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      37305
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Provo, UT
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Common name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Common name
        Big O Tire:                     Common name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      37365
Age:                                    18 to 34
Gender:                                 Male
Area:                                   Denver, CO
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Common name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Brand name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                      37425
Age:                                    55 or above
Gender:                                 Male
Area:                                   Provo, UT
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Brand name
        Margarine:                      Brand name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Brand name
        Bank:                           Brand name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      37447
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Seattle, WA
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      37485
Age:                                    55 or above
Gender:                                 Male
Area:                                   Las Vegas, NV
Q4.2 [Brand name or common name]
        STP:                            Common name
        Coke:                           Brand name
        Jello:                          Common name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Common name
        Big O Tire:                     Common name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

A-104

```
Respondent Number:                      37546
Age:                                    18 to 34
Gender:                                 Female
Area:                                   Seattle, WA
Q4.2 [Brand name or common name]
        STP:                            Don't know
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Don't know
        Margarine:                      Common name
        Aspirin:                        Don't know
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Don't know
        Bank:                           Don't know
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Common name


Respondent Number:                      37557
Age:                                    55 or above
Gender:                                 Male
Area:                                   Phoenix, AZ
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Both
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Don't know
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Don't know
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      37623
Age:                                    18 to 34
Gender:                                 Male
Area:                                   San Diego, CA
Q4.2 [Brand name or common name]
        STP:                            Don't know
        Coke:                           Brand name
        Jello:                          Common name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

A-105

```
Respondent Number:                      37853
Age:                                    35 to 54
Gender:                                 Male
Area:                                   San Diego, CA
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Common name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      37871
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Seattle, WA
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Common name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      37916
Age:                                    18 to 34
Gender:                                 Female
Area:                                   Grand Rapids, MI
Q4.2 [Brand name or common name]
        STP:                            Don't know
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Don't know
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                        37993
Age:                                      55 or above
Gender:                                   Male
Area:                                     Grand Rapids, MI
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Common name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        38067
Age:                                      18 to 34
Gender:                                   Male
Area:                                     Salt Lake City, UT
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Common name
        Refrigerator:                     Common name
        Margarine:                        Don't know
        Aspirin:                          Brand name
        American Airlines:                Common name
        Kentucky Fried Chicken:           Common name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        38070
Age:                                      55 or above
Gender:                                   Male
Area:                                     Jacksonville, FL
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Common name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Don't know
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name
```

A-107

```
Respondent Number:                        38168
Age:                                      35 to 54
Gender:                                   Male
Area:                                     Detroit, MI
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        38203
Age:                                      55 or above
Gender:                                   Female
Area:                                     Detroit, MI
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Don't know
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        38396
Age:                                      55 or above
Gender:                                   Female
Area:                                     Greenville, SC
Q4.2 [Brand name or common name]
        STP:                              Don't know
        Coke:                             Brand name
        Jello:                            Common name
        Refrigerator:                     Brand name
        Margarine:                        Brand name
        Aspirin:                          Common name
        American Airlines:                Don't know
        Kentucky Fried Chicken:           Common name
        Appliance dealer:                 Common name
        Bank:                             Both
Q5.0 [Brand name or common name]
        Discount Tire:                    Don't know
        Big O Tire:                       Common name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name
```

```
Respondent Number:                          38464
Age:                                        55 or above
Gender:                                     Female
Area:                                       Jacksonville, FL
Q4.2 [Brand name or common name]
        STP:                                Brand name
        Coke:                               Brand name
        Jello:                              Brand name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Brand name
        Big O Tire:                         Don't know
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name


Respondent Number:                          38561
Age:                                        55 or above
Gender:                                     Female
Area:                                       Lansing, MI
Q4.2 [Brand name or common name]
        STP:                                Brand name
        Coke:                               Brand name
        Jello:                              Brand name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Brand name
        Big O Tire:                         Brand name
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name


Respondent Number:                          38648
Age:                                        35 to 54
Gender:                                     Female
Area:                                       Chicago, IL
Q4.2 [Brand name or common name]
        STP:                                Brand name
        Coke:                               Common name
        Jello:                              Brand name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Brand name
        Big O Tire:                         Brand name
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name
```

```
Respondent Number:                      38762
Age:                                    55 or above
Gender:                                 Male
Area:                                   Grand Rapids, MI
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Common name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Don't know
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      38824
Age:                                    18 to 34
Gender:                                 Female
Area:                                   Nashville, TN
Q4.2 [Brand name or common name]
        STP:                            Don't know
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Don't know
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      38839
Age:                                    18 to 34
Gender:                                 Female
Area:                                   Nashville, TN
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                      38988
Age:                                    55 or above
Gender:                                 Female
Area:                                   Colorado Springs, CO
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      39148
Age:                                    55 or above
Gender:                                 Male
Area:                                   Grand Rapids, MI
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Both
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Brand name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      39194
Age:                                    18 to 34
Gender:                                 Female
Area:                                   Raleigh, NC
Q4.2 [Brand name or common name]
        STP:                            Common name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Brand name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Common name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

A-111

```
Respondent Number:                      39244
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Kalamazoo, MI
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      39396
Age:                                    18 to 34
Gender:                                 Male
Area:                                   Reno, NV
Q4.2 [Brand name or common name]
        STP:                            Don't know
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      39397
Age:                                    18 to 34
Gender:                                 Male
Area:                                   Seattle, WA
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Brand name
        Aspirin:                        Brand name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                        39426
Age:                                      55 or above
Gender:                                   Female
Area:                                     Las Vegas, NV
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Common name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        39505
Age:                                      55 or above
Gender:                                   Male
Area:                                     Charlotte, NC
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Brand name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Common name
        Big O Tire:                       Common name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        39615
Age:                                      18 to 34
Gender:                                   Male
Area:                                     Jacksonville, FL
Q4.2 [Brand name or common name]
        STP:                              Don't know
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Brand name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name
```

```
Respondent Number:                        39657
Age:                                      18 to 34
Gender:                                   Female
Area:                                     Jacksonville, FL
Q4.2 [Brand name or common name]
        STP:                              Don't know
        Coke:                             Both
        Jello:                            Both
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Common name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        39665
Age:                                      55 or above
Gender:                                   Female
Area:                                     Lansing, MI
Q4.2 [Brand name or common name]
        STP:                              Don't know
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Both
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Don't know
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        39871
Age:                                      18 to 34
Gender:                                   Male
Area:                                     Minneapolis, MN
Q4.2 [Brand name or common name]
        STP:                              Don't know
        Coke:                             Brand name
        Jello:                            Common name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Brand name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Common name
        Appliance dealer:                 Brand name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name
```

```
Respondent Number:                     39881
Age:                                   18 to 34
Gender:                                Female
Area:                                  Austin, TX
Q4.2 [Brand name or common name]
        STP:                           Brand name
        Coke:                          Brand name
        Jello:                         Brand name
        Refrigerator:                  Common name
        Margarine:                     Common name
        Aspirin:                       Common name
        American Airlines:             Brand name
        Kentucky Fried Chicken:        Brand name
        Appliance dealer:              Common name
        Bank:                          Common name
Q5.0 [Brand name or common name]
        Discount Tire:                 Brand name
        Big O Tire:                    Brand name
        Auto repair shop:              Common name
        Gas station:                   Common name
        Firestone:                     Brand name


Respondent Number:                     39940
Age:                                   18 to 34
Gender:                                Male
Area:                                  Chicago, IL
Q4.2 [Brand name or common name]
        STP:                           Don't know
        Coke:                          Brand name
        Jello:                         Brand name
        Refrigerator:                  Common name
        Margarine:                     Common name
        Aspirin:                       Brand name
        American Airlines:             Brand name
        Kentucky Fried Chicken:        Brand name
        Appliance dealer:              Common name
        Bank:                          Common name
Q5.0 [Brand name or common name]
        Discount Tire:                 Brand name
        Big O Tire:                    Brand name
        Auto repair shop:              Common name
        Gas station:                   Common name
        Firestone:                     Brand name


Respondent Number:                     40109
Age:                                   35 to 54
Gender:                                Female
Area:                                  Indianapolis, IN
Q4.2 [Brand name or common name]
        STP:                           Brand name
        Coke:                          Brand name
        Jello:                         Brand name
        Refrigerator:                  Common name
        Margarine:                     Common name
        Aspirin:                       Common name
        American Airlines:             Brand name
        Kentucky Fried Chicken:        Brand name
        Appliance dealer:              Common name
        Bank:                          Common name
Q5.0 [Brand name or common name]
        Discount Tire:                 Brand name
        Big O Tire:                    Don't know
        Auto repair shop:              Common name
        Gas station:                   Common name
        Firestone:                     Brand name
```

```
Respondent Number:                    40223
Age:                                  18 to 34
Gender:                               Female
Area:                                 Houston, TX
Q4.2 [Brand name or common name]
        STP:                          Brand name
        Coke:                         Common name
        Jello:                        Brand name
        Refrigerator:                 Common name
        Margarine:                    Common name
        Aspirin:                      Common name
        American Airlines:            Brand name
        Kentucky Fried Chicken:       Brand name
        Appliance dealer:             Common name
        Bank:                         Common name
Q5.0 [Brand name or common name]
        Discount Tire:                Brand name
        Big O Tire:                   Brand name
        Auto repair shop:             Common name
        Gas station:                  Common name
        Firestone:                    Brand name


Respondent Number:                    40466
Age:                                  55 or above
Gender:                               Male
Area:                                 Minneapolis, MN
Q4.2 [Brand name or common name]
        STP:                          Brand name
        Coke:                         Common name
        Jello:                        Common name
        Refrigerator:                 Common name
        Margarine:                    Common name
        Aspirin:                      Common name
        American Airlines:            Brand name
        Kentucky Fried Chicken:       Brand name
        Appliance dealer:             Common name
        Bank:                         Common name
Q5.0 [Brand name or common name]
        Discount Tire:                Brand name
        Big O Tire:                   Brand name
        Auto repair shop:             Common name
        Gas station:                  Common name
        Firestone:                    Brand name


Respondent Number:                    40491
Age:                                  18 to 34
Gender:                               Female
Area:                                 Raleigh, NC
Q4.2 [Brand name or common name]
        STP:                          Don't know
        Coke:                         Brand name
        Jello:                        Both
        Refrigerator:                 Common name
        Margarine:                    Common name
        Aspirin:                      Common name
        American Airlines:            Brand name
        Kentucky Fried Chicken:       Brand name
        Appliance dealer:             Common name
        Bank:                         Common name
Q5.0 [Brand name or common name]
        Discount Tire:                Common name
        Big O Tire:                   Don't know
        Auto repair shop:             Common name
        Gas station:                  Common name
        Firestone:                    Don't know
```

```
Respondent Number:                      40666
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Denver, CO
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      40675
Age:                                    35 to 54
Gender:                                 Male
Area:                                   San Antonio, TX
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      40700
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Albuquerque, NM
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                        40762
Age:                                      35 to 54
Gender:                                   Female
Area:                                     Salt Lake City, UT
Q4.2 [Brand name or common name]
        STP:                              Don't know
        Coke:                             Brand name
        Jello:                            Common name
        Refrigerator:                     Common name
        Margarine:                        Don't know
        Aspirin:                          Brand name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        40995
Age:                                      18 to 34
Gender:                                   Female
Area:                                     San Diego, CA
Q4.2 [Brand name or common name]
        STP:                              Common name
        Coke:                             Brand name
        Jello:                            Common name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        41164
Age:                                      35 to 54
Gender:                                   Male
Area:                                     Orlando, FL
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Both
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name
```

```
Respondent Number:                        41220
Age:                                      18 to 34
Gender:                                   Female
Area:                                     Salt Lake City, UT
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        41368
Age:                                      35 to 54
Gender:                                   Female
Area:                                     Denver, CO
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        42269
Age:                                      35 to 54
Gender:                                   Female
Area:                                     Albuquerque, NM
Q4.2 [Brand name or common name]
        STP:                              Don't know
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name
```

```
Respondent Number:                       42386
Age:                                     18 to 34
Gender:                                  Female
Area:                                    Salt Lake City, UT
Q4.2 [Brand name or common name]
        STP:                             Don't know
        Coke:                            Brand name
        Jello:                           Brand name
        Refrigerator:                    Common name
        Margarine:                       Common name
        Aspirin:                         Brand name
        American Airlines:               Brand name
        Kentucky Fried Chicken:          Brand name
        Appliance dealer:                Common name
        Bank:                            Common name
Q5.0 [Brand name or common name]
        Discount Tire:                   Brand name
        Big O Tire:                      Brand name
        Auto repair shop:                Common name
        Gas station:                     Common name
        Firestone:                       Brand name


Respondent Number:                       42438
Age:                                     35 to 54
Gender:                                  Female
Area:                                    Charlotte, NC
Q4.2 [Brand name or common name]
        STP:                             Brand name
        Coke:                            Both
        Jello:                           Both
        Refrigerator:                    Common name
        Margarine:                       Common name
        Aspirin:                         Common name
        American Airlines:               Brand name
        Kentucky Fried Chicken:          Brand name
        Appliance dealer:                Common name
        Bank:                            Common name
Q5.0 [Brand name or common name]
        Discount Tire:                   Both
        Big O Tire:                      Brand name
        Auto repair shop:                Common name
        Gas station:                     Common name
        Firestone:                       Brand name


Respondent Number:                       42502
Age:                                     55 or above
Gender:                                  Female
Area:                                    Tucson, AZ
Q4.2 [Brand name or common name]
        STP:                             Brand name
        Coke:                            Common name
        Jello:                           Brand name
        Refrigerator:                    Common name
        Margarine:                       Common name
        Aspirin:                         Common name
        American Airlines:               Brand name
        Kentucky Fried Chicken:          Brand name
        Appliance dealer:                Common name
        Bank:                            Common name
Q5.0 [Brand name or common name]
        Discount Tire:                   Brand name
        Big O Tire:                      Brand name
        Auto repair shop:                Common name
        Gas station:                     Common name
        Firestone:                       Brand name
```

```
Respondent Number:                      42681
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Nashville, TN
Q4.2 [Brand name or common name]
        STP:                            Don't know
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Common name
        Big O Tire:                     Common name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      43296
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Indianapolis, IN
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      43456
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Austin, TX
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Common name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                      43537
Age:                                    18 to 34
Gender:                                 Male
Area:                                   Chicago, IL
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Common name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      43621
Age:                                    18 to 34
Gender:                                 Female
Area:                                   Reno, NV
Q4.2 [Brand name or common name]
        STP:                            Don't know
        Coke:                           Brand name
        Jello:                          Common name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      43780
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Salt Lake City, UT
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Common name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

A-122

```
Respondent Number:                        43921
Age:                                      35 to 54
Gender:                                   Male
Area:                                     Reno, NV
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        44044
Age:                                      18 to 34
Gender:                                   Female
Area:                                     Columbus, OH
Q4.2 [Brand name or common name]
        STP:                              Don't know
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        44140
Age:                                      18 to 34
Gender:                                   Female
Area:                                     Seattle, WA
Q4.2 [Brand name or common name]
        STP:                              Don't know
        Coke:                             Common name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name
```

```
Respondent Number:                      44264
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Jacksonville, FL
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Common name
        Jello:                          Common name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      44298
Age:                                    55 or above
Gender:                                 Female
Area:                                   Columbus, OH
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      44543
Age:                                    18 to 34
Gender:                                 Female
Area:                                   San Antonio, TX
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

A-124

```
Respondent Number:                          45426
Age:                                        35 to 54
Gender:                                     Female
Area:                                       Detroit, MI
Q4.2 [Brand name or common name]
        STP:                                Brand name
        Coke:                               Brand name
        Jello:                              Common name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Brand name
        Big O Tire:                         Brand name
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name


Respondent Number:                          45595
Age:                                        35 to 54
Gender:                                     Male
Area:                                       Charlotte, NC
Q4.2 [Brand name or common name]
        STP:                                Brand name
        Coke:                               Brand name
        Jello:                              Brand name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Brand name
        Big O Tire:                         Brand name
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name


Respondent Number:                          45606
Age:                                        18 to 34
Gender:                                     Male
Area:                                       Columbus, OH
Q4.2 [Brand name or common name]
        STP:                                Brand name
        Coke:                               Brand name
        Jello:                              Brand name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Brand name
        Big O Tire:                         Don't know
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name
```

```
Respondent Number:                      45842
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Provo, UT
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Brand name
        Aspirin:                        Brand name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      45880
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Las Vegas, NV
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      46052
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Columbus, OH
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Common name
        Big O Tire:                     Don't know
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                          46168
Age:                                        35 to 54
Gender:                                     Male
Area:                                       Raleigh, NC
Q4.2 [Brand name or common name]
        STP:                                Brand name
        Coke:                               Common name
        Jello:                              Common name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Common name
        Big O Tire:                         Common name
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name


Respondent Number:                          46194
Age:                                        18 to 34
Gender:                                     Female
Area:                                       Chicago, IL
Q4.2 [Brand name or common name]
        STP:                                Don't know
        Coke:                               Brand name
        Jello:                              Common name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Brand name
        Appliance dealer:                   Common name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Brand name
        Big O Tire:                         Brand name
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name


Respondent Number:                          46274
Age:                                        18 to 34
Gender:                                     Male
Area:                                       Greenville, SC
Q4.2 [Brand name or common name]
        STP:                                Common name
        Coke:                               Brand name
        Jello:                              Brand name
        Refrigerator:                       Common name
        Margarine:                          Common name
        Aspirin:                            Common name
        American Airlines:                  Brand name
        Kentucky Fried Chicken:             Common name
        Appliance dealer:                   Brand name
        Bank:                               Common name
Q5.0 [Brand name or common name]
        Discount Tire:                      Brand name
        Big O Tire:                         Brand name
        Auto repair shop:                   Common name
        Gas station:                        Common name
        Firestone:                          Brand name
```

```
Respondent Number:                        46754
Age:                                      18 to 34
Gender:                                   Female
Area:                                     Phoenix, AZ
Q4.2 [Brand name or common name]
        STP:                              Don't know
        Coke:                             Brand name
        Jello:                            Common name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Common name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        47213
Age:                                      35 to 54
Gender:                                   Female
Area:                                     Lansing, MI
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Common name
        Jello:                            Common name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Common name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Common name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        47406
Age:                                      18 to 34
Gender:                                   Female
Area:                                     Indianapolis, IN
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name
```

```
Respondent Number:              47578
Age:                            35 to 54
Gender:                         Male
Area:                           Houston, TX
Q4.2 [Brand name or common name]
        STP:                    Brand name
        Coke:                   Brand name
        Jello:                  Brand name
        Refrigerator:           Common name
        Margarine:              Common name
        Aspirin:                Common name
        American Airlines:      Brand name
        Kentucky Fried Chicken: Brand name
        Appliance dealer:       Common name
        Bank:                   Common name
Q5.0 [Brand name or common name]
        Discount Tire:          Brand name
        Big O Tire:             Brand name
        Auto repair shop:       Common name
        Gas station:            Common name
        Firestone:              Brand name


Respondent Number:              48332
Age:                            18 to 34
Gender:                         Female
Area:                           Colorado Springs, CO
Q4.2 [Brand name or common name]
        STP:                    Don't know
        Coke:                   Brand name
        Jello:                  Both
        Refrigerator:           Common name
        Margarine:              Common name
        Aspirin:                Common name
        American Airlines:      Brand name
        Kentucky Fried Chicken: Brand name
        Appliance dealer:       Common name
        Bank:                   Common name
Q5.0 [Brand name or common name]
        Discount Tire:          Brand name
        Big O Tire:             Brand name
        Auto repair shop:       Common name
        Gas station:            Common name
        Firestone:              Brand name


Respondent Number:              48432
Age:                            18 to 34
Gender:                         Female
Area:                           Dallas, TX
Q4.2 [Brand name or common name]
        STP:                    Brand name
        Coke:                   Brand name
        Jello:                  Common name
        Refrigerator:           Common name
        Margarine:              Common name
        Aspirin:                Brand name
        American Airlines:      Brand name
        Kentucky Fried Chicken: Brand name
        Appliance dealer:       Common name
        Bank:                   Common name
Q5.0 [Brand name or common name]
        Discount Tire:          Brand name
        Big O Tire:             Brand name
        Auto repair shop:       Common name
        Gas station:            Common name
        Firestone:              Brand name
```

```
Respondent Number:                      48500
Age:                                    18 to 34
Gender:                                 Female
Area:                                   Denver, CO
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      48563
Age:                                    35 to 54
Gender:                                 Female
Area:                                   Salt Lake City, UT
Q4.2 [Brand name or common name]
        STP:                            Don't know
        Coke:                           Brand name
        Jello:                          Common name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      48765
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Greenville, SC
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Common name
        Jello:                          Common name
        Refrigerator:                   Brand name
        Margarine:                      Common name
        Aspirin:                        Brand name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Common name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                      48840
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Columbus, OH
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      49202
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Minneapolis, MN
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      49787
Age:                                    18 to 34
Gender:                                 Female
Area:                                   Salt Lake City, UT
Q4.2 [Brand name or common name]
        STP:                            Don't know
        Coke:                           Common name
        Jello:                          Don't know
        Refrigerator:                   Don't know
        Margarine:                      Don't know
        Aspirin:                        Common name
        American Airlines:              Common name
        Kentucky Fried Chicken:         Don't know
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Common name
        Big O Tire:                     Common name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Common name
```

A-131

```
Respondent Number:                      50106
Age:                                    18 to 34
Gender:                                 Female
Area:                                   Salt Lake City, UT
Q4.2 [Brand name or common name]
        STP:                            Don't know
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      50442
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Colorado Springs, CO
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      50538
Age:                                    18 to 34
Gender:                                 Female
Area:                                   San Diego, CA
Q4.2 [Brand name or common name]
        STP:                            Don't know
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Common name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

```
Respondent Number:                        50707
Age:                                      35 to 54
Gender:                                   Male
Area:                                     Reno, NV
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Brand name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        50748
Age:                                      35 to 54
Gender:                                   Male
Area:                                     San Diego, CA
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name


Respondent Number:                        50803
Age:                                      35 to 54
Gender:                                   Male
Area:                                     San Diego, CA
Q4.2 [Brand name or common name]
        STP:                              Brand name
        Coke:                             Brand name
        Jello:                            Brand name
        Refrigerator:                     Common name
        Margarine:                        Common name
        Aspirin:                          Common name
        American Airlines:                Brand name
        Kentucky Fried Chicken:           Brand name
        Appliance dealer:                 Common name
        Bank:                             Common name
Q5.0 [Brand name or common name]
        Discount Tire:                    Brand name
        Big O Tire:                       Brand name
        Auto repair shop:                 Common name
        Gas station:                      Common name
        Firestone:                        Brand name
```

A-133

```
Respondent Number:                      50960
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Reno, NV
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      52788
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Denver, CO
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Common name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Common name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      52797
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Colorado Springs, CO
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

A-134

```
Respondent Number:                      54081
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Austin, TX
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Common name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name


Respondent Number:                      54260
Age:                                    35 to 54
Gender:                                 Male
Area:                                   Seattle, WA
Q4.2 [Brand name or common name]
        STP:                            Brand name
        Coke:                           Brand name
        Jello:                          Brand name
        Refrigerator:                   Common name
        Margarine:                      Common name
        Aspirin:                        Common name
        American Airlines:              Brand name
        Kentucky Fried Chicken:         Brand name
        Appliance dealer:               Common name
        Bank:                           Common name
Q5.0 [Brand name or common name]
        Discount Tire:                  Brand name
        Big O Tire:                     Brand name
        Auto repair shop:               Common name
        Gas station:                    Common name
        Firestone:                      Brand name
```

# Appendix B

APPENDIX B

SUPERVISOR INSTRUCTIONS

```
Ford Bubala & Associates                                    FB&A
16400 Pacific Coast Hwy., #211                              5/13
Huntington Beach, California  92649                         #1722
Telephone:  562/592-4581
Facsimile:  562/592-3867
```

SUPERVISOR INSTRUCTIONS

LIST OF MATERIALS

- Screener/Questionnaire
- Supervisor Instructions
- Interview Instructions
- Sample

If any materials are missing, or any instructions are unclear, please notify Dr. Gerald Ford immediately.

STUDY OVERVIEW

This is a study among individuals who meet the survey screening criteria.

The protocol for this research study is a telephone interview.

QUOTA

The desired quota for this research study is 400 completed interviews.

SAMPLE

The sample for this study is a random digit telephone (cell phone and landline) sample.

INTERVIEWING DATES/TIMES

Interviewing is to begin as scheduled and continue until the quota is complete.

Initial attempts to contact/screen prospective respondents are to be conducted during afternoon and evening hours on weekdays and during daytime hours on weekends, in the time zone of prospective respondents.  Callbacks are to be attempted at any time during the day/evening when it is suggested that the prospective respondent will be available.

Generally, Interviewers are to make an initial call and five callbacks to reach a prospective respondent.

SAMPLE SELECTION/REPLICATE USE

The sample has been sorted into replicate groups. Generally, for each replicate group, Interviewers are to make an initial call and five callbacks, when necessary, to each identified telephone number in the first replicate group before proceeding to the next replicate group.

INTERVIEWER STAFFING

No one Interviewer should complete more than 15% (i.e., 60) of the total interviews.

SCREENER/QUESTIONNAIRE AND BRIEFING

Specific details involving the execution of the Screener/
Questionnaire are outlined in the Interviewer Instructions and on
the Screener/Questionnaire.  Please read and review the
Interviewer Instructions and the Screener/Questionnaire prior to
the distribution of materials and the briefing of the
Interviewers.

Although the Screener/Questionnaire employed in this study
is short, it is important that the Screener/Questionnaire is
handled properly and that the questions are read verbatim.  It is
also important to stress that the responses be recorded
accurately.

All Interviewers participating in this study are to be
briefed.  During the briefing, go over the question-by-question
instructions with the Interviewers.  Stress the need for reading
the questions exactly as they are printed on the Screener/
Questionnaire and recording accurately the responses of the
interviewees.

During the briefing, please hold a practice interview.  The
practice interview gives the Interviewers practice in the
mechanics of the Screener/Questionnaire.  Please do additional
practice, as necessary, until you are confident the Interviewers
know how to properly conduct the interviews and thoroughly
understand the mechanics of the study.

VALIDATION

Please validate approximately 35% of each Interviewer's
completed interviews by either telephone monitoring validation or
telephone callback validation.  Validation includes either
monitoring or telephone callback confirmation of the responses to
the next-birthday question through Q3.1 (landline) or Q1.0
through Q3.1 (cell phone) and participation in the survey.
Identify validated interviews by the Respondent ID, Supervisor
Name, and Date.

For quality control purposes, please monitor approximately
35% of each Interviewer's work, by telephone, on the questions
and responses to the next-birthday question through
Q5.0(landline) or Q1.0 through Q5.0 (cell phone).  Please
identify quality control monitored interviews by entering the
Respondent ID, Supervisor Name and Date.

SHIPMENT OF COMPLETED INTERVIEWS

Daily Shipments

You are to send daily, via e-mail the results of all
completed Screeners/Questionnaires for each Interviewer.

On the first day of interviewing, you are to ship the
signature page for all signed Supervisor and Interviewer
Instructions.  On subsequent interviewing days, ship the
signature page for any additional signed Supervisor and
Interviewer Instructions, for Supervisors or Interviewers who
began work on this project after the initial survey briefing.

Final Shipment of Materials

You should retain possession of all unused survey materials
until instructed by Ford Bubala & Associates to make a final
shipment of all remaining materials.  When you are instructed by
Ford Bubala & Associates to make your final shipment of
materials, you are to return all survey materials.

     Consistent with the Marketing Research Association Guidelines, you are not to keep any copies or photocopies of any materials related to this study.  All materials related to this study are to be returned.

     Shipping costs for the return of any materials not shipped in the final shipment and/or charges for any materials that need to be returned to you for signature, etc., will be at your expense.

<u>SHIPPING INFORMATION</u>

     Please use UPS or Federal Express for your deliveries to us.

IF YOU USE UPS:

-    Please use UPS Next Day Air Letter envelopes. Ship <u>Saver</u>.

-    UPS Account <u>#75W369</u>.

IF YOU USE FEDERAL EXPRESS:

-    Please use FedEx Pak (soft) envelopes. Ship <u>Standard</u>.

-    Federal Express <u>#1108-3076-9</u>.

     When filling out the Air Bill, please put our study number, #1722, in the space marked "Reference Number."

     Ship materials to:

       Dr. Gerald Ford
       Ford Bubala & Associates
       16400 Pacific Coast Highway, Suite 211
       Huntington Beach, California  92649

```
                    SUPERVISOR INSTRUCTIONS
                      SIGNATURE PAGE

                        Study #1722



    Note:  After reading and reviewing these instructions and
           procedures, along with the Interviewer Instructions,
           and the Screener/Questionnaire, please print your name
           and then sign this set of instructions.


    _____
    Name (Please Print)



    _____
    Signature
```

# Appendix C

APPENDIX C

INTERVIEWER INSTRUCTIONS

Ford Bubala & Associates                                    FB&A
16400 Pacific Coast Hwy., #211                             5/13
Huntington Beach, California  92649                        #1722
Telephone:  562/592-4581
Facsimile:  562/592-3867

INTERVIEWER INSTRUCTIONS

STUDY OVERVIEW

     This is a study among individuals who meet the survey
screening criteria.

     The protocol for this research study is a telephone
interview.

QUOTA

     The desired quota for this research study is 400 completed
interviews.

SAMPLE

     The sample for this study is a random digit telephone (cell
phone and landline) sample.

SAMPLE SELECTION/REPLICATE USE

     The sample has been sorted into replicate groups.  Generally,
for each replicate group, Interviewers are to make an initial call
and five callbacks, when necessary, to each identified telephone
number in the first replicate group before proceeding to the next
replicate group.

INTERVIEWER STAFFING

     No one Interviewer should complete more than 15% (i.e., 60)
of the total interviews.

SCREENER/QUESTIONNAIRE PROCEDURES

     All instructions for execution of the Screener/Questionnaire
are on the Screener/Questionnaire.  The instructions for execution
of the Screener/Questionnaire are in all CAPITAL LETTERS.

     In addition, please note the following:

-    The Screener/Questionnaire utilized in this study is
     short; however, it is important (1) that the questions
     are read verbatim, and (2) that procedures are followed,
     and (3) that the responses are recorded accurately.

-    Administer each Screener/Questionnaire in a completely
     uniform manner, reading each question exactly as it is
     written and allowing the respondent as much time as
     he/she desires to answer before proceeding to the next
     question.  Do not change the wording of any question,
     and ask only the questions included on the Screener/
     Questionnaire.  If a respondent indicates he/she does
     not understand a question or asks you to explain a
     question, simply repeat it exactly as worded on the
     Screener/Questionnaire.  If necessary, repeat a question
     twice.  If the respondent still does not understand or
     asks that the question be explained, terminate the
     interview.

C-1

-    Do not allow a respondent to consult another person
     before responding to a question.  If this situation
     occurs, the interview is to be terminated.

-    At the completion of each interview, please certify the
     information on the Screener/Questionnaire by entering
     Respondent ID, Interviewer Name, and Date.

-    Approximately 35% of your Screener interviews are to be
     validated by a Supervisor, either by telephone
     monitoring or by telephone callback confirmation of the
     responses to the next-birthday question through Q3.1
     (landline) or Q1.0 through Q3.1 (cell phone) and
     participation in the survey.

-    Approximately 35% of your Questionnaire interviews are
     to be telephone monitored by a Supervisor for quality
     control.

-    In addition to your Supervisor, our firm will also
     conduct additional telephone validations of your
     completed interviews.

CALL/CALLBACK PROCEDURES

-    Initial attempts to contact/screen prospective
     respondents are to be conducted during afternoon and
     evening hours on weekdays and during daytime hours on
     weekends, in the time zone of prospective respondents.

-    Callbacks are to be attempted at any time during the
     day/evening when it is suggested that the prospective
     respondent will be available.

-    In addition to the initial call, five additional
     callbacks should be attempted, if necessary, to complete
     a prospective respondent interview.

Incomplete Contacts

Terminated Contacts - No Callback

        After dialing a telephone number, the attempt to
prescreen/interview will be terminated and no callback
attempted:

(a)  if it is determined that the number has been
     disconnected; or

(b)  if a prospective respondent refuses to participate/
     continue; or

(c)  if the prospective respondent with whom you need to
     speak will not be available during the time frame of the
     study; or

(d)  if there is a hearing or language problem; or

(e)  if the telephone number is a business or government
     agency.

<u>Incomplete Contacts - Callback</u>

For attempts to screen which result in a 'no answer,' a 'busy signal,' an 'answering machine/voice mail,' or for other procedurally incomplete contact reasons, proceed as follows:

(a)  <u>No Answer</u> (after four rings)

Where callbacks are necessary, they are to be attempted during a different time frame and/or on a subsequent day.

(b)  <u>Answering Machine/Voice Mail/Computer Tone</u>

Connection with an answering machine, voice mail, or computer tone should be treated the same as a 'no answer' (see above).

(c)  <u>Busy Signal</u>

A connection which produces a busy signal should be treated as a 'no' answer (see above).

(d)  <u>Scheduled Callback</u>

A callback occurs when a prospective respondent is not available at the time of your call and/or another person suggests a likely time to reach the prospective respondent.

```
            INTERVIEWER INSTRUCTIONS
                SIGNATURE PAGE

                 Study #1722
```

```
Note:  After reading and reviewing these instructions and
       procedures, please print your name and then sign this
       set of instructions and return it to your Supervisor.
```

_____
Name (Please Print)


_____
Signature

# Appendix D

APPENDIX D

SAMPLE DISTRIBUTION REPORTS
CELL PHONE AND LANDLINE

APPENDIX D1

SAMPLE DISPOSITION REPORT
CELL PHONE


|                                                                                                                                   | Number |
|-----------------------------------------------------------------------------------------------------------------------------------|-------:|
| Total Attempted Contacts                                                                                                          | 15,790 |
| Attempts with no contact (no answer, answering machine, computer tone, telephone disconnected, telephone busy blocked call)       | 9,821  |

Attempts with contact

| | |
|---|---:|
| -   Business/government | 419 |
| -   General/scheduled callback | -- |
| -   Refusal | 3,800 |
| -   Language problem | 353 |
| -   Q1.1  Not personal phone | 319 |
| -   Q1.2  Metro area not on list | 104 |
| -   Q2.0  Not likely to purchase | 263 |
| -   Q3.0  Age | 49 |
| -   Q4.0  Did not identify brand name | 16 |
| -   Q4.1  Did not identify common name | 15 |
| -   Interviewer terminated | 1 |
| -   Over quota | 430 |

Qualified Contacts

| | |
|---|---:|
| -   Qualified refusal | -- |
| -   Completed Interviews | 200 |
| Total Eligible | 200 |

Interview completion rate 200/200 = 100.00%

APPENDIX D2

SAMPLE DISPOSITION REPORT
LANDLINE

|  | Number |
|---|---|
| Total Attempted Contacts | 15,353 |

| Attempts with no contact (no answer, answering machine, computer tone, telephone disconnected, telephone busy blocked call) | 9,130 |
|---|---|

Attempts with contact

| | | |
|---|---|---|
| - | Business/government | 923 |
| - | General/scheduled callback | -- |
| - | Refusal | 3,705 |
| - | Language problem | 173 |
| - | Cell phone | 5 |
| - | Q1.1  Metro area not on list | 269 |
| - | Q2.0  Not likely to purchase | 251 |
| - | Q3.0  Age | 7 |
| - | Q4.0  Did not identify brand name | 12 |
| - | Q4.1  Did not identify common name | 17 |
| - | Respondent not available | 137 |
| - | Interviewer terminated | 1 |
| - | Over quota | 522 |

Qualified Contacts

| | | |
|---|---|---|
| - | Qualified refusal | 1 |
| - | Completed Interviews | 200 |

| Total Eligible | 201 |
|---|---|

Interview completion rate 200/201 = 99.50%

# Appendix E

APPENDIX E

LIST OF MARKET AREAS IN CONTINENTAL U.S.
WITH THREE OR MORE DISCOUNT TIRE STORES
WITHIN A 10-MILE RADIUS

<u>MARKET AREA</u>

1. Albuquerque, NM
2. Atlanta, GA
3. Austin, TX
4. Boulder, CO
5. Charlotte, NC
6. Chicago, IL
7. Colorado Springs, CO
8. Columbus, OH
9. Dallas, TX
10. Denver, CO
11. Detroit, MI
12. Everett, WA
13. Fort Collins, CO
14. Gary, IN
15. Grand Rapids, MI
16. Greensboro, NC
17. Greenville, SC
18. Houston, TX
19. Indianapolis, IN
20. Jacksonville, FL
21. Kalamazoo, MI
22. Lansing, MI
23. Las Vegas, NV
24. Minneapolis, MN
25. Nashville, TN
26. Oklahoma City, OK
27. Orlando, FL
28. Phoenix, AZ
29. Provo, UT
30. Raleigh, NC
31. Reno, NV
32. Salt Lake City, UT
33. San Antonio, TX
34. San Diego, CA
35. Santa Fe, NM
36. Seattle, WA
37. Tucson, AZ

# Appendix F

APPENDIX F

TECHNICAL NOTE


Calculation of the interval range, at a 95% confidence level, if the research were based upon a census of the population is as follows:

$$\frac{x}{1.96} = \sqrt{\frac{pq}{n-1}}$$


x    =    the calculated (+/-) interval range

1.96 =    the 95% confidence level for estimating the interval within which to expect the population proportion

pq   =    the measure of sample dispersion

n    =    total sample size


The calculated response interval range for the understanding of DISCOUNT TIRE as a brand name among the potential consuming public in 37 continental U.S. markets is 80.50% +/- 3.88% (i.e., if a census were taken, one would be 95% confident that the level of understanding of DISCOUNT TIRE as a brand, among the potential consuming public, would be between 76.62% and 84.38%).

Exhibit B

Publications Since 2003
By Dr. Gerald L. Ford

ARTICLES

These articles are available @ www.fordbubala.com/articles

"Survey Evidence - Successful Challenges Since Daubert" was published in 2003 in the International Trademark Association 125th Annual Meeting proceedings.

"Lanham Act Surveys:  2003" was published in 2003 in the American Intellectual Property Law Association annual proceedings.  This paper, "Lanham Act Surveys:  2003," was reprinted in the 78th Intellectual Property Institute of Canada proceedings, 2004.

"Lanham Act Surveys: 2004" was published in the Law Education Institute National CLE Conference proceedings, 2005.

"Lanham Act Surveys: 2005" was presented at a meeting of the Intellectual Property Law Section of the State Bar of Georgia, 2006. This paper, "Lanham Act Surveys: 2005" was reprinted in the NAD Annual Conference proceedings, 2006, and in the Law Education Institute National CLE Conference proceedings, 2007.

"Intellectual Property Surveys: 2006" was electronically published on the members-only section of the INTA website.

"Intellectual Property Surveys: 2007" was electronically published on the members-only section of the INTA website.

"Intellectual Property Surveys: 2008-2009" was electronically published on the members-only section of the INTA website. This paper was reprinted in the USC Gould School of Law – 2010 Intellectual Property Institute proceedings. This paper was also reprinted in the Intellectual Property Owners Association Annual Meeting Proceedings, 2010 and the Proceedings of the California CPA Education Foundation, IP Damage Institute 2010.

"False Advertising Surveys January 1998 – December 2010" was published in the 2011 Practising Law Institute course handbook Hot Topics in Advertising Law 2011.

"Intellectual Property Surveys: 2010" was electronically published on the members-only section of the INTA website.  This paper was reprinted in the Proceedings, Marques 25th Annual Conference, Baveno, Italy, 2011.

"Intellectual Property Surveys: Annual Cumulative Update 2010" was electronically published on the members-only section of the INTA website.

"Surveying the Evidence" was published in the Intellectual Property Magazine, May 2012.

ARTICLES – Page 2

"Intellectual Property Surveys: 2011-2012" was electronically published on the members-only section of the INTA website.

"Intellectual Property Surveys: Annual Cumulative Update 1998-2012" was electronically published on the members-only section of the INTA website.


BOOK CHAPTERS

"Survey Percentages in Lanham Act Matters," <u>Trademark and Deceptive Advertising Surveys:  Law, Science and Design</u>, 1st ed., published by American Bar Association, 2012.

"Survey Evidence in U.S. Dilution Cases," Bereskin, <u>International Trademark Dilution</u>, 2013 ed., published by Thomson Reuters.

Exhibit C

DR. GERALD L. FORD

TRIAL TESTIMONY 1992 – 2013


2013

Kate Spade LLC v. Saturdays Surf LLC
U.S. District Court, Southern District of New York

2011

Facebook, Inc. v. Think Computer Corporation
Trademark Trial and Appeal Board

Sara Lee Corporation v. Kraft Foods, Inc. et al.
U.S. District Court, Northern District of Illinois

The Gap, Inc. and Gap (Apparel) LLC v. G.A.P Adventures Inc.
U.S. District Court, Southern District of New York

2010

Clinique Laboratories LLC v. Absolute Dental Cheyenne, Inc.
Trademark Trial and Appeal Board

2009

The Procter & Gamble Company v. Georgia-Pacific Consumer
Products LP
U.S. District Court, Southern District of Ohio

2008

Levi Strauss & Co. v. Abercrombie & Fitch Trading Co.
U.S. District Court, Northern District of California

Google Inc. v. Nikolaus Gubernator
Trademark Trial and Appeal Board

adidas America, Inc. and adidas AG v. Payless ShoeSource, Inc.
U.S. District Court, District of Oregon

2007

Nissan Motor Co. Ltd. and Nissan North America, Inc. v. Nissan
Computer Corporation and the Internet Center
U.S. District Court, Central District of California

2006

Phillips-Van Heusen Corp., Calvin Klein, Inc., and Calvin Klein
Trademark Trust v. Calvin Clothing Company, Inc. and Star Ride
Kids, Inc.
U.S. District Court, Southern District of New York


June 18, 2013

Trial Testimony 2006 - continued

> Joel D. Wallach v. Longevity Network, Ltd.
> > U.S. District Court, Central District of California,
> > Western District

2005

> General Motors Corporation v. Chevy Duty, Inc.
> > U.S. District Court, Eastern District of Michigan,
> > Southern Division

2004

> A&W Food Services of Canada Inc. and A&W Trade Marks Inc. v.
> McDonald's Restaurants of Canada Limited.
> > Federal Court, Toronto, Canada

> Callaway Golf Company v. Dunlop Slazenger Group Americas,
> Inc.
> > U.S. District Court for the District of Delaware

> Nova Development v. Individual Software, Inc.
> > Arbitration (JAMS)

> The PE Corporation and Roche Molecular Systems, Inc. v. MJ
> Research Incorporated and Michael and John Finney
> > U.S. District Court, District of Connecticut

2002

> Sara Lee Corporation v. Kayser-Roth Corporation
> > Trademark Trial and Appeal Board

> Kirkbi AG and Lego Canada Inc. v. Ritvik Holdings Inc./
> Gestions Ritvik Inc. and Ritvik Toys Inc./Jouets Ritvik Inc.
> > Federal Court of Canada, Toronto, Ontario

2001

> Harrods Limited v. Sixty Internet Domain Names
> > U.S. District Court, Eastern District of Virginia

> The State of California Acting in a Higher Education Capacity
> by and through The Board of Trustees of the California State
> University v. Bello's Sporting Goods
> > State of California, Superior Court, San Luis Obispo

2000

> Rally Accessories, Inc. d/b/a/ Rally Manufacturing, Inc., v.
> Quest Industries, Inc.
> > U.S. District Court, Southern District of Florida

> Jack Daniel's Properties, Inc. v. Quest Associates, Ltd.
> > Trademark Trial and Appeal Board

June 18, 2013

Trial Testimony - continued

1999

    Daimler Chrysler Corporation v. Ted L. Vanzant, dba Country Craft
        U.S. District Court, Central District of California

    Hewlett-Packard Company v. Nu-kote International, Inc.
        U.S. District Court, Northern District of California

1998

    Nexxus Products Company v. Russ Kalvin, Inc., et al.
        Superior Court of California, County of Santa Barbara

    1-800-FLOWERS, Inc. v. Michael Segura, d/b/a FLOWER STAR, et al.
        U.S. District Court, Eastern District of New York

    Haverly Systems, Inc. v. Omni Flow Computers, Inc.
        Trademark Trial and Appeal Board

1997

    Kendall-Jackson Winery, Ltd. v. E. & J. Gallo Winery
        U.S. District Court, Northern District of California

    Leonard Studio Equipment, Inc. v. Desmar Corporation and Meccanica Italiana Srl.
        U.S. District Court, District of New Jersey

1996

    Black & Decker (U.S.) Inc. v. GSL Engineering Ltd., GSL Consumer Products Ltd., GSL Rechargeable Products Ltd., et al.
        U.S. District Court, Eastern District of Virginia

1995

    Berner International Corporation v. Mars Sales Company
        U.S. District Court, Western District of Pennsylvania

    Mavrides, et al. v. Hammond, et al.
        U.S. District Court, Northern District of California

    Peter Morton, et al. v. Rank Organization, et al.
        Arbitration, Los Angeles

1994

    The Princeton Review Management Corp. v. Stanley H. Kaplan Educational Center, Ltd.
        Arbitration, New York

Trial Testimony 1994 - continued

>    Al-Site Corp. v. The Bonneau Company
>        U.S. District Court, Central District of California

1993

>    American Professional Testing Service, Inc. v. Harcourt Brace
>    Jovanovich Legal and Professional Publications, Inc.
>        U.S. District Court, Central District of California
>
>    Devon Industries, Inc. v. American Medical Manufacturing, Inc.,
>    et al.
>        U.S. District Court, Central District of California
>
>    United Services of America Federal Credit Union dba USA Federal
>    Credit Union v. USA Federal Credit Union
>        U.S. District Court, Southern District of California
>
>    In re:  Circuit Breaker Litigation
>        U.S. District Court, Central District of California
>
>    P. Leiner Nutritional Products v. Pharmavite Corporation
>        U.S. District Court, Central District of California
>
>    Mouldings, Inc. v. Kellogg Company
>        U.S. District Court, District of Utah, Central Division

1992

>    Adray, et al. v. Adry-Mart, et al.
>        U.S. District Court, Central District of California
>
>    Mag Instrument, Inc. v. Martin Heller et al.
>        Superior Court of California, County of San Bernardino
>
>    Baldwin Corporation v. Frank Su Enterprise Corporation, Frank
>    Su, and Decorators Accessories, Ltd.
>        U.S. District Court, Central District of California
>
>    Mag Instrument Inc. v. Vermont American Corporation
>        Trademark Trial and Appeal Board
>
>    Better Carpet Care, Inc., dba A-1 Carpet Care v. A-1 Carpet
>    Market
>        Superior Court of California, County of Orange

DEPOSITION TESTIMONY 1992 – 2013


2013

    QS Wholesale, Inc. v. World Marketing, Inc.
        U.S. District Court, Central District of California,
        Southern Division

2012

    Bath & Body Works Brand Management, Inc. v. Summit
    Entertainment, LLC
        U.S. District Court, Southern District of New York

2011

    E. & J. Gallo Winery v. Proximo Spirits et. al.
        U.S. District Court, Eastern District of California

    H-D Michigan, LLC v. Safety National Casualty Corporation
        Trademark Trial and Appeal Board

    The Coca-Cola Company v. Pepsico, Inc.
        U.S. District Court, Southern District of Texas

    Georgia-Pacific Consumer Products LP and Georgia-Pacific LLC
    v. Four-U-Packaging, Inc.
        U.S. District Court, Northern District of Ohio

    Target Brands, Inc. and Target Corporation v. Fairweather Ltd.,
    International Clothiers Inc. and Les Ailes de La Mode
    Incorporees
        Federal Court, Toronto, Canada

    Fortune Dynamic, Inc. v. Victoria's Secret Stores Brand
    Management, Inc.
        U.S. District Court, Central District of California

2009

    Dixie Consumer Products LLC v. Huhtamaki Americas, Inc.
        U.S. District Court, Northern District of Georgia

    Autodesk, Inc. v. Dassault Systèmes Solidworks Corporation
        U.S. District Court, Northern District of California


    Good Sportsman Marketing LLC and IP Holdings, Inc. v. Non Typical
    Inc.
        U.S. District Court, Eastern District of Texas


June 18, 2013

Deposition Testimony - continued

2008

    Dayals (Fiji) Artesian Waters Limited v. Fiji Water Company
    LLC; Paramount International Expert, Ltd.; and Roll
    International Corporation
        U.S. District Court, Central District of California

    adidas American, Inc. and adidas AG v. Wal-Mart Stores, Inc.
        U.S. District Court, District of Oregon

2007

    HomeLife Communities Group v. HomeLife Realty Services, Inc.
    and HomeLife Securities, Inc.
        U.S. District Court, Northern District of Georgia

    Luppen Holdings, Inc. v. Pitney Bowes, Inc. & Staples, Inc.
        U.S. District Court, Central District of California

    E.& J. Gallo Winery v. Cantine Rallo, S.p.A.
        U.S. District Court, Eastern District of California

    adidas American, Inc. and adidas AG v. Kmart Corporation and
    Footstar, Inc.
        U.S. District Court, District of Oregon

2006

    NFL Properties LLC v. AllAuthentic Corporation
        U.S. District Court, Southern District of New York

    The Board of Trustees of the University of Alabama v. New Life
    Art, Inc. and Daniel A. Moore
        U.S. District Court, Northern District of Alabama

2005

    Children's Medical Center of Dallas v. Columbia Hospital at
    Medical City Dallas Subsidiary, L.P.
        U.S. District Court, Northern District of Texas

    Board of Supervisors of the Louisiana State University and
    Agricultural and Mechanical College, Board of Regents of the
    University of Oklahoma, Ohio State University, University of
    Southern California, Pasadena Tournament of Roses, and The
    Collegiate Licensing Company v. Smack Apparel Company and Wayne
    Curtiss
        U.S. District Court for the Eastern District of Louisiana

    The Boyds Collection, Ltd. v. The Bearington Collection
        U.S. District Court, Middle District of Pennsylvania

Deposition Testimony 2005 - continued

> Mag Instrument, Inc. v. Dollar Tree Stores, Inc. and Dollar
> Tree Distribution, Inc.
>> U.S. District Court, Central District of California

2004

> Nissan North America and Nissan Jidosha Kabushiki Kaisha dba
> Nissan Motor Co., Ltd v. Europacific Parts International, Inc.
> dba Service & Value Expeditors, and Interstate Automotive
> Distributors dba Genuine Parts Advantage and Metro Automotive
>> U.S. District Court, Central District of California

2003

> XtraPlus Corporation v. Google, Inc.
>> U.S. District Court, Northern District of California

> The Iams Company v. Nutro Products, Inc.
>> U.S. District Court, Southern District of Ohio

> adidas America, Inc. and adidas-Salomon AG v. Steve Madden,
> Ltd., and Steve Madden Retail, Inc.
>> U.S. District Court, District of Oregon

2002

> Masterfoods USA, a division of Mars, Incorporated v. Arcor USA,
> Incorporated, and Arcor S.A.I.C.
>> U.S. District Court, Western District of New York

> Dioptics Medical Products, Inc. v. The Cooper Companies, Inc.
>> U.S. District Court, Northern District of California

2001

> Manufacture des Montres Jaguar, S.A., Manufacturas de Montres
> Jaguar, S.L., and Festina, U.S.A., Inc. v. Jaguar Cars Limited,
> The Jaguar Collection Limited and Jaguar Cars, a division of
> Ford Motor Company
>> U.S. District Court, Southern District of New York

> Magnivision, Inc. v. The Bonneau Company
>> U.S. District Court, Central District of California

2000

> Kelly Blue Book Company, Inc. v. Primedia Intertec National
> Market Reports, Primedia Intertec Inc., & Primedia Inc.
>> U.S. District Court, Central District of California

> JMYZ, Inc. v. The Gap, Inc. and Old Navy, Inc.
>> U.S. District Court, Southern District of Florida

June 18, 2013

Deposition Testimony - continued

1999

    In re:  Certain Two-Handle Centerset Faucets and Escutcheons
and Components Thereof
        U.S. International Trade Commission, Washington, D.C.

    TriStar Pictures, Inc. and Zorro Productions, Inc. v. Del Taco,
Inc. and Wongdoody
        U.S. District Court, Southern District of California

1997

    Summit Bottling, Inc. v. Water Star Bottling, Inc. et al.
        U.S. District Court, District of Utah, Northern Division

    Kellogg Company v. Exxon Corporation
        U.S. District Court, Western District of Tennessee

    Galen Rowell and Richard Johnson v. Price/Costco
        U.S. District Court, Northern District of California

1996

    Saban Entertainment, Inc. and Saban International, N.V. v.
Rubie's Costumes Co., Inc.
        U.S. District Court, Eastern District of New York

    Breath Asure, Inc. v. Merlin Offshore International, Inc. et
al.
        U.S. District Court, Central District of California

    Men's Wearhouse, Inc. v. T.H.C., Inc.
        U.S. District Court, Eastern District of Michigan

1995

    Hugo Boss Fashions Inc., et al. v. Brookhurst, Inc., et al.
        U.S. District Court, Southern District of New York

    Wilden Pump & Engineering Co. v. Charles Horvath (PTE), et al.
        U.S. District Court, Central District of California

    Barbara Arner v. Sharper Image Corporation, Remington Products,
et al.
        U.S. District Court, Central District of California

1993

    The Famous Amos Chocolate Chip Cookie Corporation v. Wally Amos
        U.S. District Court, Northern District of California

    Atari Games Corporation & Tengen, Inc. v. Nintendo of America
        U.S. District Court, Northern District of California

June 18, 2013

Deposition Testimony 1993 - continued

    Calgene, Inc. v. Enzo Biochem, Inc.
        U.S. District Court, Eastern District of California

    Health Net v. U.S.A. Healthnet Inc.
        U.S. District court, Central District of California

Exhibit D

PROFESSIONAL HISTORY

Dr. Gerald L. Ford
**Ford Bubala & Associates**
Peter's Landing, Suite 211
16400 Pacific Coast Highway
Huntington Beach, California 92649
Telephone (562) 592-4581
Facsimile (562) 592-3867



EDUCATION _____

Doctor of Business Administration (D.B.A.)
University of Southern California, 1977

Master of Business Administration (M.B.A.)
University of Southern California, 1969

Bachelor of Arts (B.A.)
San Jose State University, 1967

PROFESSIONAL AFFILIATIONS_____

American Academy of Advertising
American Marketing Association
American Association for Public Opinion Research
Council of American Survey Research Organizations
International Trademark Association

PROFESSIONAL EXPERIENCE_____

Ford Bubala & Associates (Principal), 1975 - Present

Ford Bubala & Associates is a marketing and management consulting firm which
provides a variety of consulting services in the areas of marketing management,
marketing research, marketing planning, competitive evaluation, economic analysis,
and strategy development.

Ford Bubala & Associates has been retained to provide consulting assistance for a
diverse base of companies in consumer products, industrial products, and service
sectors of the economy.

PRIOR EXPERIENCE_____
1970 - 1994

Emeritus faculty member, School of Business Administration, California State
University, Long Beach. Teaching responsibilities included both graduate and
undergraduate level courses. Courses taught covered a variety of subject areas,
including marketing (e.g., marketing, marketing management, advertising,
promotion, consumer behavior and marketing research) and management (e.g.,
principles of management; business policy and strategy; business policies,
operations, and organizations; and integrated analysis).

Exhibit B

**ford bubala & associates**

Peter's Landing, Suite 211
16400 Pacific Coast Highway
Huntington Beach, California 92649
Telephone (562) 592-4581 / FAX (562) 592-3867



March 1, 2019

TO:    R. Charles Henn, Jr., Esq.
       Kilpatrick Townsend & Stockton LLP
       1100 Peachtree Street NE, Suite 2800
       Atlanta, Georgia  30309

FROM: Ford Bubala & Associates

RE:    Discount Tire Genericness Survey - Atlanta,
       Jacksonville, and Orlando

       Enclosed, herein, please find the results of a survey
to address the issue of the principal or primary
significance with respect to the term or designation
DISCOUNT TIRE in the metropolitan areas of Atlanta,
Jacksonville, and Orlando ("2019 Survey").  Specifically,
the 2019 Survey was designed to measure whether or not, in
each of these metropolitan areas, the potential tire
purchasing public understands the primary significance of
DISCOUNT TIRE, with respect to retail establishments that
sell tires, to be a brand name or trademark, or
alternatively, a common or generic name.

       Provided in this report is a synopsis of the survey
methodology, the survey screener and questionnaire, and
response frequencies for the survey questions.  The Appendix
of this report contains a sequential listing of the survey
responses, and other survey-related background materials.

DISCOUNT TIRE GENERICNESS SURVEY

ATLANTA, JACKSONVILLE, AND ORLANDO

Ford Bubala & Associates
March, 2019

DISCOUNT TIRE GENERICNESS SURVEY
TABLE OF CONTENTS

PAGE

Tab A: Survey Synopsis . . . . . . . . . . . . . . . . 1

Tab B: Screener and Questionnaire W. . . . . . . . . . 4

Tab C: <u>Atlanta Respondents</u>

  Tab 1: Table 1A - Question 10.0 (Numbers) . . . . . . 10
      Table 1B - Question 10.0 (Percentages) . . . . 11

  Tab 2: Table 2A - Question 11.0 (Numbers) . . . . . . 12
      Table 2B - Question 11.0 (Pecentages). . . . . 13

Tab D: <u>Jacksonville Respondents</u>

  Tab 3: Table 3A - Question 10.0 (Numbers) . . . . . . 15
      Table 3B - Question 10.0 (Percentages) . . . . 16

  Tab 4: Table 4A - Question 11.0 (Numbers) . . . . . . 17
      Table 4B - Question 11.0 (Percentages) . . . . 18

Tab E: <u>Orlando Respondents</u>

  Tab 5: Table 5A - Question 10.0 (Numbers) . . . . . . 20
      Table 5B - Question 10.0 (Percentages) . . . . 21

  Tab 6: Table 6A - Question 11.0 (Numbers) . . . . . . 22
      Table 6B - Question 11.0 (Pecentages). . . . . 23

Tab F: <u>All Respondents</u>

  Tab 7: Table 7A - Question 10.0 (Numbers) . . . . . . 25
      Table 7B - Question 10.0 (Percentages) . . . . 26

  Tab 8: Table 8A - Question 11.0 (Numbers) . . . . . . 27
      Table 8B - Question 11.0 (Pecentages). . . . . 28

  Tab 9: Table 9 - Gender Distribution. . . . . . . . 29

  Tab 10: Table 10 - Age Distribution . . . . . . . . 30

APPENDIX

Appendix A: Sequential Listing of Survey Responses
Appendix B: Survey Screen Shots
Appendix C: Sample Disposition Report
Appendix D: Survey Data File

SURVEY SYNOPSIS

SURVEY BACKGROUND

The report contained herein provides the results of a survey to address the issue of the principal or primary significance with respect to the term or designation DISCOUNT TIRE in the metropolitan areas of Atlanta, Jacksonville, and Orlando ("2019 Survey"). Specifically, the 2019 Survey was designed to measure whether or not, in each of these metropolitan areas, the potential tire purchasing public understands the primary significance of DISCOUNT TIRE, with respect to retail establishments that sell tires, to be a brand name or trademark, or alternatively, a common or generic name.

SAMPLING FRAME AND SAMPLE

This survey conducted in this matter employed an online internet protocol using an internet panel created and maintained by Critical Mix, the sample provider, and was hosted by Issues & Answers.

The respondent selection procedure employed in this survey is referred to as a quota sampling method. The age and gender distribution of respondents was based upon an Opinion Research Corporation telephone survey conducted between May 2 and May 5, 2013, among a nationally representative sample of approximately one thousand (1,010) individuals across the United States.

SURVEY UNIVERSE

Generally, respondents qualified for inclusion in the survey were individuals eighteen (18) years of age or older who reside in the metropolitan area of either Atlanta, Jacksonville, or Orlando, and who are likely, within the next two (2) years, to purchase tires for a vehicle at a store that sells tires.

SURVEY RESULTS

In total, approximately seventy-nine percent (78.67%) of the relevant public across the Atlanta, Jacksonville, and Orlando metropolitan areas understands DISCOUNT TIRE to be a brand name. Specifically, approximately seventy-six percent (76.00%) of the relevant public in the Atlanta metropolitan area understands DISCOUNT TIRE to be a brand name; approximately eighty-four percent (84.00%) of the relevant public in the Jacksonville metropolitan area understands DISCOUNT TIRE to be a brand name; and approximately seventy-six percent (76.00%) of the relevant public in the Orlando metropolitan area understands DISCOUNT TIRE to be a brand name.

SURVEY METHODOLOGICAL PROCEDURES

The survey sample selection, questions, questionnaire design, and interviewing procedures employed in this survey were designed in accordance with the generally accepted standards and procedures in the field of surveys.  The survey was also designed to meet the criteria for survey trustworthiness detailed by the Federal Judicial Center in the Manual for Complex Litigation, Fourth.

The survey conducted in this matter was administered under a double-blind protocol.  Specifically, not only were the respondents not informed as to the purpose or sponsor of the survey, but similarly, both the staff of Critical Mix and the staff of Issues & Answers were not informed as to the purpose or sponsor of the survey.

In total, three hundred (300) interviews were completed in this survey, with one hundred completes each in Atlanta, Jacksonville, and Orlando.

SURVEY RESEARCH DESIGN/TABULATION/ANALYSIS

Ford Bubala & Associates
16400 Pacific Coast Highway
Suite 211
Huntington Beach, California  92649

PROFESSIONAL INTERVIEWING SERVICE

Issues & Answers
5151 Bonney Road
Virginia Beach, Virginia  23462

INTERNET PANEL SAMPLE PROVIDER

Critical Mix
53 Riverside Ave.
Westport, Connecticut  06880

INTERVIEWING DATES

February 13 through February 20, 2019

DISCOUNT TIRE GENERICNESS SURVEY

SCREENER AND QUESTIONNAIRE W

SCREENER - W

**SCREEN #1**

Please take a few moments to complete our questionnaire.
We value your opinion.

**SCREEN #2**

1.0  In which of the following metropolitan areas do you live?
**PROGRAMMER NOTE: RANDOMIZE LIST.**

_____1.  Atlanta, GA

_____2.  Savannah, GA

_____3.  Jacksonville, FL

_____4.  Orlando, FL

_____5.  Dallas, TX

_____6.  Houston, TX

_____7.  None of the above

**PROGRAMMER NOTE:  IF 'ATLANTA,' 'JACKSONVILLE,' OR 'ORLANDO,' CONTINUE.  OTHERWISE, TERMINATE.**

**SCREEN #3**

2.0  Within the next two years, are you likely to do any of the following:
**PROGRAMMER NOTE: RANDOMIZE LIST.**

|  | Yes | No | Don't Know |
|---|---|---|---|
| - purchase tires for a vehicle at a store that sells tires? . . . . . . | ____1. | ____2. | ____3. |
| - purchase a cell phone from a membership warehouse? . . . . . . | ____1. | ____2. | ____3. |
| - purchase a dishwasher from a home improvement store? . . . . . . | ____1. | ____2. | ____3. |

**PROGRAMMER NOTE: IF 'YES' TO '...TIRES...', CONTINUE;  OTHERWISE, TERMINATE.**

**SCREEN #4**

3.0  Select gender.

_____1.  Male

_____2.  Female

**PROGRAMMER NOTE:  GENDER QUOTA
MALES 52%, FEMALES 48%**

- 4 -

**SCREEN #5**

3.1  Please enter your date of birth.

___/___/_____
MM DD YYYY

[PROGRAMMER: TERMINATE IF DOES NOT MATCH PANELIST'S PRE-
EXISTING DATA.  IF DOB IS BLANK, TERMINATE AS REFUSED.
CALCULATE AGE RANGES TO DETERMINE OPEN QUOTAS FOR AGE PRIOR
TO CONTINUING. CODE AGE RANGE BASED ON DOB]

1. Under 18  **TERMINATE.**
2. 18 to 34
3. 35 to 54
4. 55 or over

**PROGRAMMER NOTE — AGE/GENDER QUOTAS:**
**18 TO 34    29%**
**35 TO 54    41%**
**55 OR OVER  30%**

**SCREEN #6**

4.0  What best describes the device you are using right now to take
this survey?

_____1.  A desktop computer

_____2.  A laptop/notebook computer

_____3.  A tablet

_____4.  A phone

_____5.  Other

**PROGRAMMER'S NOTE: OPTION 1, 2, 3, OR 4, CONTINUE.**
**ALL OTHERS, TERMINATE.**

**SCREEN #7**

5.0  Do you, or does anyone else in your household, work for...
**PROGRAMMER'S NOTE: RANDOMIZE LIST.**

|  |  | Yes | No |
|---|---|---|---|
| - | an advertising agency or a market research company? . . . . . . . . . . . . . | ___1. | ___2. |
| - | a company that makes, sells, or distributes any tires?. . . . . . . . . . . | ___1. | ___2. |
| - | a company that makes, sells, or distributes any consumer electronics? . . . | ___1. | ___2. |
| - | a company that makes, sells, or distributes any household appliances? . . . | ___1. | ___2. |

**PROGRAMMER'S NOTE:  IF 'YES' TO '...ADVERTISING AGENCY...' OR**
**'...TIRES,' TERMINATE. OTHERWISE, CONTINUE.**

**SCREEN #8**

6.0  Do you agree to answer the questions in this survey by yourself
     without the help or assistance of anyone else?

      \_\_\_\_\_1. Yes --> **CONTINUE.**

      \_\_\_\_\_2. No --> **TERMINATE.**

**SCREEN #9**

6.1  Do you agree to answer the questions in this survey without
     seeking information from any other source (e.g., will not
     conduct an internet search)?

      \_\_\_\_\_1. Yes --> **CONTINUE.**

      \_\_\_\_\_2. No --> **TERMINATE.**

**SCREEN #10**

7.0  Do you usually wear contact lenses or eyeglasses when you use
     the device you are using right now?

      \_\_\_\_\_1. Yes --> **CONTINUE.**

      \_\_\_\_\_2. No --> **GO TO --> SCREEN #12**

**SCREEN #11**

7.1  Do you agree to wear them during the rest of the questionnaire?

      \_\_\_\_\_1. Yes --> **CONTINUE.**

      \_\_\_\_\_2. No --> **TERMINATE.**

**SCREEN #12**

8.0  Please select the number **(INSERT RANDOM NUMBER ONE THROUGH FOUR)**
     from the following list in order to continue with this survey.

      \_\_\_\_\_1. One

      \_\_\_\_\_2. Two

      \_\_\_\_\_3. Three

      \_\_\_\_\_4. Four

**PROGRAMMER'S NOTE: IF NUMBER CHOSEN MATCHES, CONTINUE.  OTHERWISE,
TERMINATE.**

QUESTIONNAIRE - W

**SCREEN #13**

The research we are conducting today is on <u>brand names</u> and <u>common names</u>.

By a <u>brand name</u>, we mean a name like 'FORD' which is used by one company; by a <u>common name</u>, we mean a name like 'SEDAN' which is used by a number of different companies.

**SCREEN #14**

9.0  Now, with respect to automobiles, if you were asked, "Do you understand the name 'MERCEDES BENZ' to be a <u>brand name</u> or a <u>common name</u>?" what would you say?
**PROGRAMMER'S NOTE: ROTATE ORDER OF 'BRAND' AND 'COMMON' IN BOTH QUESTION AND ANSWER.  USE THIS ORDER FOR REST OF QUESTIONNAIRE.**

_____1.  Brand name  **CONTINUE.**

_____2.  Common name  **TERMINATE.**

_____3.  Other  **TERMINATE.**

**SCREEN #15**

9.1  Now, again with respect to automobiles, if you were asked "Do you understand the name 'SPORTS CAR' to be a <u>brand name</u> or a <u>common name</u>?" what would you say?

_____1.  Brand name  **TERMINATE.**

_____2.  Common name  **CONTINUE.**

_____3.  Other  **TERMINATE.**

**SCREEN #16**

Now, for each of the following ten names, would you indicate whether you understand the name to be a <u>brand name</u> used by one company or a <u>common name</u> used by a number of different companies.

For any of the names, if you don't know, that is an acceptable answer.

- 7 -

**SCREEN #17**

**PROGRAMMER'S NOTE:**
**RANDOMIZE LIST. ASK EACH ITEM ON A SEPARATE SCREEN, SHOWING QUESTION**
**BELOW ON EACH SCREEN FOR EACH NAME.**

10.0 Please indicate whether you understand this name to be a
     <u>brand name</u> or a <u>common name</u>.
     **PROGRAMMER'S NOTE: RANDOMIZE LIST.**

| | Brand Name | Common Name | Don't Know |
|---|---|---|---|
| - STP . . . . . . . . | 1. | 2. | 3. |
| - COKE. . . . . . . | 1. | 2. | 3. |
| - JELLO . . . . . . | 1. | 2. | 3. |
| - REFRIGERATOR. . . | 1. | 2. | 3. |
| - MARGARINE . . . . | 1. | 2. | 3. |
| - ASPIRIN . . . . . | 1. | 2. | 3. |
| - AMERICAN AIRLINES. . . . | 1. | 2. | 3. |
| - KENTUCKY FRIED CHICKEN . . . . | 1. | 2. | 3. |
| - APPLIANCE DEALER. | 1. | 2. | 3. |
| - BANK. . . . . . . | 1. | 2. | 3. |

**CONTINUE.**


**SCREEN #18**

     Now with respect to a retail establishment that sells tires, for
each of the following five names please indicate whether you
understand each name to be a <u>brand name</u> used by one company or a
<u>common name</u> used by more than one company.


**SCREEN #19**

**PROGRAMMER'S NOTE:**
**RANDOMIZE LIST. ASK EACH ITEM ON A SEPARATE SCREEN, SHOWING QUESTION**
**BELOW ON EACH SCREEN FOR EACH NAME.**

11.0 Please indicate whether you understand this name to be a
     <u>brand name</u> or a <u>common name</u>.
     **PROGRAMMER'S NOTE: RANDOMIZE LIST.**

| | Brand Name | Common Name | Don't Know |
|---|---|---|---|
| - DISCOUNT TIRE . . | 1. | 2. | 3. |
| - BIG O TIRE. . . . | 1. | 2. | 3. |
| - AUTO REPAIR SHOP. | 1. | 2. | 3. |
| - GAS STATION . . . | 1. | 2. | 3. |
| - FIRESTONE . . . . | 1. | 2. | 3. |


**SCREEN #20**

12.0 Thank you for your time and participation.

DISCOUNT TIRE GENERICNESS SURVEY

ATLANTA RESPONDENTS

TABLE 1A

ATLANTA RESPONDENTS

NUMBERS


Now, for each of the following ten names, would you indicate whether you understand the name to be a brand name used by one company or a common name used by a number of different companies.

Q10.0 Please indicate whether you understand this name to be a
       <u>brand name</u> or a <u>common name</u>.

|  | Response Distribution - Numbers | | | |
|---|---|---|---|---|
|  | Brand<br>Name | Common<br>Name | Don't<br>Know | Total |
| STP. . . . . . . . . . . | 76 | 1 | 23 | 100 |
| COKE . . . . . . . . . . | 84 | 16 | -- | 100 |
| JELLO. . . . . . . . . . | 86 | 14 | -- | 100 |
| REFRIGERATOR . . . . . . | 3 | 97 | -- | 100 |
| MARGARINE. . . . . . . . | 3 | 95 | 2 | 100 |
| ASPIRIN. . . . . . . . . | 10 | 87 | 3 | 100 |
| AMERICAN AIRLINES. . . . | 99 | 1 | -- | 100 |
| KENTUCKY FRIED CHICKEN . | 98 | 2 | -- | 100 |
| APPLIANCE DEALER . . . . | 1 | 96 | 3 | 100 |
| BANK.. . . . . . . . . . | 3 | 97 | -- | 100 |

TABLE 1B

ATLANTA RESPONDENTS

PERCENTAGES


Now, for each of the following ten names, would you indicate whether you understand the name to be a brand name used by one company or a common name used by a number of different companies.

Q10.0 Please indicate whether you understand this name to be a brand name or a common name.

| | Response Distribution - Percentages | | | |
|---|---|---|---|---|
| | Brand Name | Common Name | Don't Know | Total (n=100) |
| STP. . . . . . . . . . | 76.00 | 1.00 | 23.00 | 100.00 |
| COKE . . . . . . . . . | 84.00 | 16.00 | --- | 100.00 |
| JELLO. . . . . . . . . | 86.00 | 14.00 | --- | 100.00 |
| REFRIGERATOR . . . . . | 3.00 | 97.00 | --- | 100.00 |
| MARGARINE. . . . . . . | 3.00 | 95.00 | 2.00 | 100.00 |
| ASPIRIN. . . . . . . . | 10.00 | 87.00 | 3.00 | 100.00 |
| AMERICAN AIRLINES. . . . | 99.00 | 1.00 | --- | 100.00 |
| KENTUCKY FRIED CHICKEN . | 98.00 | 2.00 | --- | 100.00 |
| APPLIANCE DEALER . . . . | 1.00 | 96.00 | 3.00 | 100.00 |
| BANK.. . . . . . . . . | 3.00 | 97.00 | --- | 100.00 |

Note: Totals on this and all subsequent tables may not be exactly 100.00 percent due to rounding.

TABLE 2A

ATLANTA RESPONDENTS

NUMBERS


Now with respect to a retail establishment that sells tires, for each of the following five names please indicate whether you understand each name to be a brand name used by one company or a common name used by more than one company.

Q11.0 Please indicate whether you understand this name to be a brand name or a common name.

| | Response Distribution - Numbers | | | |
|---|---|---|---|---|
| | Brand Name | Common Name | Don't Know | Total |
| DISCOUNT TIRE. . . . . . | 76 | 19 | 5 | 100 |
| BIG O TIRE . . . . . . . | 78 | 4 | 18 | 100 |
| AUTO REPAIR SHOP . . . . | 1 | 97 | 2 | 100 |
| GAS STATION. . . . . . . | 1 | 99 | -- | 100 |
| FIRESTONE. . . . . . . . | 98 | 2 | -- | 100 |

TABLE 2B

ATLANTA RESPONDENTS

PERCENTAGES


        Now with respect to a retail establishment that sells tires,
for each of the following five names please indicate whether you
understand each name to be a brand name used by one company or a
common name used by more than one company.

Q11.0 Please indicate whether you understand this name to be a
       brand name or a common name.

| | Response Distribution - Percentages | | | |
|---|---|---|---|---|
| | Brand Name | Common Name | Don't Know | Total (n=100) |
| DISCOUNT TIRE. . . . . . | 76.00 | 19.00 | 5.00 | 100.00 |
| BIG O TIRE . . . . . . . | 78.00 | 4.00 | 18.00 | 100.00 |
| AUTO REPAIR SHOP . . . . | 1.00 | 97.00 | 2.00 | 100.00 |
| GAS STATION . . . . . . | 1.00 | 99.00 | --- | 100.00 |
| FIRESTONE. . . . . . . . | 98.00 | 2.00 | --- | 100.00 |

- 13 -

DISCOUNT TIRE GENERICNESS SURVEY

JACKSONVILLE RESPONDENTS

TABLE 3A

JACKSONVILLE RESPONDENTS

NUMBERS

    Now, for each of the following ten names, would you indicate whether you understand the name to be a brand name used by one company or a common name used by a number of different companies.

Q10.0 Please indicate whether you understand this name to be a
       brand name or a common name.

| | Response Distribution - Numbers | | | |
|---|---|---|---|---|
| | Brand Name | Common Name | Don't Know | Total |
| STP. . . . . . . . . . | 68 | 6 | 26 | 100 |
| COKE . . . . . . . . . | 87 | 13 | -- | 100 |
| JELLO. . . . . . . . . | 80 | 19 | 1 | 100 |
| REFRIGERATOR . . . . . . | 1 | 99 | -- | 100 |
| MARGARINE. . . . . . . | 2 | 94 | 4 | 100 |
| ASPIRIN. . . . . . . . | 19 | 81 | -- | 100 |
| AMERICAN AIRLINES. . . . | 98 | 1 | 1 | 100 |
| KENTUCKY FRIED CHICKEN . | 98 | 2 | -- | 100 |
| APPLIANCE DEALER . . . . | -- | 98 | 2 | 100 |
| BANK.. . . . . . . . . | -- | 99 | 1 | 100 |

TABLE 3B

JACKSONVILLE RESPONDENTS

PERCENTAGES

Now, for each of the following ten names, would you indicate whether you understand the name to be a brand name used by one company or a common name used by a number of different companies.

Q10.0 Please indicate whether you understand this name to be a brand name or a common name.

| | Response Distribution - Percentages | | | |
|---|---|---|---|---|
| | Brand Name | Common Name | Don't Know | Total (n=100) |
| STP. . . . . . . . . . | 68.00 | 6.00 | 26.00 | 100.00 |
| COKE . . . . . . . . . | 87.00 | 13.00 | --- | 100.00 |
| JELLO. . . . . . . . . | 80.00 | 19.00 | 1.00 | 100.00 |
| REFRIGERATOR . . . . . | 1.00 | 99.00 | --- | 100.00 |
| MARGARINE. . . . . . . | 2.00 | 94.00 | 4.00 | 100.00 |
| ASPIRIN. . . . . . . . | 19.00 | 81.00 | --- | 100.00 |
| AMERICAN AIRLINES. . . . | 98.00 | 1.00 | 1.00 | 100.00 |
| KENTUCKY FRIED CHICKEN . | 98.00 | 2.00 | --- | 100.00 |
| APPLIANCE DEALER . . . . | --- | 98.00 | 2.00 | 100.00 |
| BANK.. . . . . . . . . | --- | 99.00 | 1.00 | 100.00 |

TABLE 4A

JACKSONVILLE RESPONDENTS

NUMBERS

       Now with respect to a retail establishment that sells tires,
for each of the following five names please indicate whether you
understand each name to be a brand name used by one company or a
common name used by more than one company.

Q11.0 Please indicate whether you understand this name to be a
      brand name or a common name.

| | Response Distribution - Numbers | | | |
|---|---|---|---|---|
| | Brand Name | Common Name | Don't Know | Total |
| DISCOUNT TIRE. . . . . . | 84 | 14 | 2 | 100 |
| BIG O TIRE . . . . . . . | 76 | 7 | 17 | 100 |
| AUTO REPAIR SHOP . . . . | -- | 99 | 1 | 100 |
| GAS STATION  . . . . . . | 1 | 99 | -- | 100 |
| FIRESTONE. . . . . . . | 100 | -- | -- | 100 |

TABLE 4B

JACKSONVILLE RESPONDENTS

PERCENTAGES

Now with respect to a retail establishment that sells tires, for each of the following five names please indicate whether you understand each name to be a brand name used by one company or a common name used by more than one company.

Q11.0 Please indicate whether you understand this name to be a
brand name or a common name.

| | Response Distribution - Percentages | | | |
|---|---|---|---|---|
| | Brand Name | Common Name | Don't Know | Total (n=100) |
| DISCOUNT TIRE. . . . . . | 84.00 | 14.00 | 2.00 | 100.00 |
| BIG O TIRE . . . . . . . | 76.00 | 7.00 | 17.00 | 100.00 |
| AUTO REPAIR SHOP . . . . | --- | 99.00 | 1.00 | 100.00 |
| GAS STATION . . . . . . | 1.00 | 99.00 | --- | 100.00 |
| FIRESTONE. . . . . . . . | 100.00 | --- | --- | 100.00 |

DISCOUNT TIRE GENERICNESS SURVEY

ORLANDO RESPONDENTS

TABLE 5A

ORLANDO RESPONDENTS

NUMBERS

Now, for each of the following ten names, would you indicate whether you understand the name to be a brand name used by one company or a common name used by a number of different companies.

Q10.0 Please indicate whether you understand this name to be a <u>brand name</u> or a <u>common name</u>.

| | Response Distribution - Numbers | | | |
|---|---|---|---|---|
| | Brand Name | Common Name | Don't Know | Total |
| STP. . . . . . . . . . | 73 | 8 | 19 | 100 |
| COKE . . . . . . . . . | 86 | 13 | 1 | 100 |
| JELLO. . . . . . . . . | 90 | 10 | -- | 100 |
| REFRIGERATOR . . . . . . | 2 | 97 | 1 | 100 |
| MARGARINE. . . . . . . | 8 | 91 | 1 | 100 |
| ASPIRIN. . . . . . . . | 23 | 76 | 1 | 100 |
| AMERICAN AIRLINES. . . . | 96 | 4 | -- | 100 |
| KENTUCKY FRIED CHICKEN . | 94 | 5 | 1 | 100 |
| APPLIANCE DEALER . . . . | 4 | 94 | 2 | 100 |
| BANK.. . . . . . . . . | 2 | 95 | 3 | 100 |

TABLE 5B

ORLANDO RESPONDENTS

PERCENTAGES


Now, for each of the following ten names, would you indicate whether you understand the name to be a brand name used by one company or a common name used by a number of different companies.

Q10.0 Please indicate whether you understand this name to be a brand name or a common name.

| | Response Distribution - Percentages | | | |
|---|---|---|---|---|
| | Brand Name | Common Name | Don't Know | Total (n=100) |
| STP. . . . . . . . . . | 73.00 | 8.00 | 19.00 | 100.00 |
| COKE . . . . . . . . . | 86.00 | 13.00 | 1.00 | 100.00 |
| JELLO. . . . . . . . . | 90.00 | 10.00 | --- | 100.00 |
| REFRIGERATOR . . . . . | 2.00 | 97.00 | 1.00 | 100.00 |
| MARGARINE. . . . . . . | 8.00 | 91.00 | 1.00 | 100.00 |
| ASPIRIN. . . . . . . . | 23.00 | 76.00 | 1.00 | 100.00 |
| AMERICAN AIRLINES. . . . | 96.00 | 4.00 | --- | 100.00 |
| KENTUCKY FRIED CHICKEN . | 94.00 | 5.00 | 1.00 | 100.00 |
| APPLIANCE DEALER . . . . | 4.00 | 94.00 | 2.00 | 100.00 |
| BANK.. . . . . . . . . | 2.00 | 95.00 | 3.00 | 100.00 |

TABLE 6A

ORLANDO RESPONDENTS

NUMBERS

Now with respect to a retail establishment that sells tires, for each of the following five names please indicate whether you understand each name to be a brand name used by one company or a common name used by more than one company.

Q11.0 Please indicate whether you understand this name to be a brand name or a common name.

| | Response Distribution - Numbers | | | |
|---|---|---|---|---|
| | Brand Name | Common Name | Don't Know | Total |
| DISCOUNT TIRE. . . . . . | 76 | 21 | 3 | 100 |
| BIG O TIRE . . . . . . . | 69 | 8 | 23 | 100 |
| AUTO REPAIR SHOP . . . . | 4 | 96 | -- | 100 |
| GAS STATION  . . . . . . | 2 | 98 | -- | 100 |
| FIRESTONE. . . . . . . . | 99 | 1 | -- | 100 |

TABLE 6B

ORLANDO RESPONDENTS

PERCENTAGES


Now with respect to a retail establishment that sells tires, for each of the following five names please indicate whether you understand each name to be a brand name used by one company or a common name used by more than one company.

Q11.0 Please indicate whether you understand this name to be a brand name or a common name.

| | Response Distribution - Percentages | | | |
|---|---|---|---|---|
| | Brand Name | Common Name | Don't Know | Total (n=100) |
| DISCOUNT TIRE. . . . . . | 76.00 | 21.00 | 3.00 | 100.00 |
| BIG O TIRE . . . . . . . | 69.00 | 8.00 | 23.00 | 100.00 |
| AUTO REPAIR SHOP . . . . | 4.00 | 96.00 | --- | 100.00 |
| GAS STATION  . . . . . . | 2.00 | 98.00 | --- | 100.00 |
| FIRESTONE. . . . . . . . | 99.00 | 1.00 | --- | 100.00 |

DISCOUNT TIRE GENERICNESS SURVEY

ALL RESPONDENTS

TABLE 7A

ALL RESPONDENTS

NUMBERS


    Now, for each of the following ten names, would you indicate whether you understand the name to be a brand name used by one company or a common name used by a number of different companies.

Q10.0 Please indicate whether you understand this name to be a
      <u>brand name</u> or a <u>common name</u>.

| | Response Distribution - Numbers | | | |
| --- | --- | --- | --- | --- |
| | Brand Name | Common Name | Don't Know | Total |
| STP. . . . . . . . . . | 217 | 15 | 68 | 300 |
| COKE . . . . . . . . . | 257 | 42 | 1 | 300 |
| JELLO. . . . . . . . . | 256 | 43 | 1 | 300 |
| REFRIGERATOR . . . . . . | 6 | 293 | 1 | 300 |
| MARGARINE. . . . . . . | 13 | 280 | 7 | 300 |
| ASPIRIN. . . . . . . . | 52 | 244 | 4 | 300 |
| AMERICAN AIRLINES. . . . | 293 | 6 | 1 | 300 |
| KENTUCKY FRIED CHICKEN . | 290 | 9 | 1 | 300 |
| APPLIANCE DEALER . . . . | 5 | 288 | 7 | 300 |
| BANK.. . . . . . . . . | 5 | 291 | 4 | 300 |

TABLE 7B

ALL RESPONDENTS

PERCENTAGES

Now, for each of the following ten names, would you indicate whether you understand the name to be a brand name used by one company or a common name used by a number of different companies.

Q10.0 Please indicate whether you understand this name to be a brand name or a common name.

|  | Response Distribution - Percentages | | | |
|---|---|---|---|---|
|  | Brand Name | Common Name | Don't Know | Total (n=300) |
| STP. . . . . . . . . . . | 72.33 | 5.00 | 22.67 | 100.00 |
| COKE . . . . . . . . . | 85.67 | 14.00 | 0.33 | 100.00 |
| JELLO. . . . . . . . . | 85.33 | 14.33 | 0.33 | 100.00 |
| REFRIGERATOR . . . . . . | 2.00 | 97.67 | 0.33 | 100.00 |
| MARGARINE. . . . . . . | 4.33 | 93.33 | 2.33 | 100.00 |
| ASPIRIN. . . . . . . . | 17.33 | 81.33 | 1.33 | 100.00 |
| AMERICAN AIRLINES. . . . | 97.67 | 2.00 | 0.33 | 100.00 |
| KENTUCKY FRIED CHICKEN . | 96.67 | 3.00 | 0.33 | 100.00 |
| APPLIANCE DEALER . . . . | 1.67 | 96.00 | 2.33 | 100.00 |
| BANK.. . . . . . . . . | 1.67 | 97.00 | 1.33 | 100.00 |

TABLE 8A

ALL RESPONDENTS

NUMBERS


    Now with respect to a retail establishment that sells tires,
for each of the following five names please indicate whether you
understand each name to be a brand name used by one company or a
common name used by more than one company.

Q11.0 Please indicate whether you understand this name to be a
      brand name or a common name.

_____

|                      | Response Distribution - Numbers | | |
|                      | Brand Name | Common Name | Don't Know | Total |
|----------------------|-----------|-------------|------------|-------|
| DISCOUNT TIRE. . . . . . | 236 | 54 | 10 | 300 |
| BIG O TIRE . . . . . . . | 223 | 19 | 58 | 300 |
| AUTO REPAIR SHOP . . . . | 5 | 292 | 3 | 300 |
| GAS STATION  . . . . . . | 4 | 296 | -- | 300 |
| FIRESTONE. . . . . . . | 297 | 3 | -- | 300 |

TABLE 8B

ALL RESPONDENTS

PERCENTAGES


Now with respect to a retail establishment that sells tires, for each of the following five names please indicate whether you understand each name to be a brand name used by one company or a common name used by more than one company.

Q11.0 Please indicate whether you understand this name to be a brand name or a common name.

|  | Response Distribution - Percentages | | | |
|---|---|---|---|---|
|  | Brand Name | Common Name | Don't Know | Total (n=300) |
| DISCOUNT TIRE. . . . . . | 78.67 | 18.00 | 3.33 | 100.00 |
| BIG O TIRE . . . . . . . | 74.33 | 6.33 | 19.33 | 100.00 |
| AUTO REPAIR SHOP . . . . | 1.67 | 97.33 | 1.00 | 100.00 |
| GAS STATION  . . . . . . | 1.33 | 98.67 | --- | 100.00 |
| FIRESTONE. . . . . . . . | 99.00 | 1.00 | --- | 100.00 |

TABLE 9

ALL RESPONDENTS

GENDER DISTRIBUTION

| Response Categories | Response Distribution | |
| | Number | Percent (n=300) |
| --- | --- | --- |
| 1.  Male | 156 | 52.00 |
| 2.  Female | 144 | 48.00 |
| Total | 300 | 100.00 |

TABLE 9

ALL RESPONDENTS

AGE DISTRIBUTION

| Response Categories | Response Distribution | |
| --- | --- | --- |
| | Number | Percent (n=300) |
| 1. 18 to 34 | 87 | 29.00 |
| 2. 35 to 54 | 123 | 41.00 |
| 3. 55 or above | 90 | 30.00 |
| Total | 300 | 100.00 |

APPENDIX A

SEQUENTIAL LISTING OF SURVEY RESPONSES

APPENDIX A

SEQUENTIAL LISTING OF SURVEY RESPONSES

<u>SURVEY QUESTIONS</u>

    Now, for each of the following ten names, would you indicate whether you understand the name to be a brand name used by one company or a common name used by a number of different companies.

Q10.0  Please indicate whether you understand this name to be a <u>brand name</u> or a <u>common name</u>.

      - STP
      - COKE
      - JELLO
      - REFRIGERATOR
      - MARGARINE
      - ASPIRIN
      - AMERICAN AIRLINES
      - KENTUCKY FRIED CHICKEN
      - APPLIANCE DEALER
      - BANK

    Now with respect to a retail establishment that sells tires, for each of the following five names please indicate whether you understand each name to be a brand name used by one company or a common name used by more than one company.

Q11.0  Please indicate whether you understand this name to be a <u>brand name</u> or a <u>common name.</u>

      - DISCOUNT TIRE
      - BIG O TIRE
      - AUTO REPAIR SHOP
      - GAS STATION
      - FIRESTONE

APPENDIX A

SEQUENTIAL LISTING OF SURVEY RESPONSES


Respondent Number:                    1001
PSID:                                 AIR92251154937RMB067
Metropolitan Area:                    Atlanta, GA
Gender:                               Female
Age:                                  18 to 34
Q10.0 [Brand name or common name]
        STP:                          Don't know
        COKE:                         Brand name
        JELLO:                        Brand name
        REFRIGERATOR:                 Common name
        MARGARINE:                    Common name
        ASPIRIN:                      Don't know
        AMERICAN AIRLINES:            Brand name
        KENTUCKY FRIED CHICKEN:       Brand name
        APPLIANCE DEALER:             Common name
        BANK:                         Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:                Don't know
        BIG O TIRE:                   Brand name
        AUTO REPAIR SHOP:             Common name
        GAS STATION:                  Common name
        FIRESTONE:                    Brand name


Respondent Number:                    1002
PSID:                                 39KY2251161951CAL33T
Metropolitan Area:                    Atlanta, GA
Gender:                               Female
Age:                                  35 to 54
Q10.0 [Brand name or common name]
        STP:                          Don't know
        COKE:                         Brand name
        JELLO:                        Brand name
        REFRIGERATOR:                 Common name
        MARGARINE:                    Common name
        ASPIRIN:                      Common name
        AMERICAN AIRLINES:            Brand name
        KENTUCKY FRIED CHICKEN:       Brand name
        APPLIANCE DEALER:             Common name
        BANK:                         Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:                Common name
        BIG O TIRE:                   Don't know
        AUTO REPAIR SHOP:             Common name
        GAS STATION:                  Common name
        FIRESTONE:                    Brand name

```
Respondent Number:               1003
PSID:                            FZMB2251164542HA1XFG
Metropolitan Area:               Atlanta, GA
Gender:                          Female
Age:                             55 or over
Q10.0 [Brand name or common name]
          STP:                   Brand name
          COKE:                  Common name
          JELLO:                 Common name
          REFRIGERATOR:          Common name
          MARGARINE:             Common name
          ASPIRIN:               Common name
          AMERICAN AIRLINES:     Brand name
          KENTUCKY FRIED CHICKEN: Brand name
          APPLIANCE DEALER:      Common name
          BANK:                  Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:         Common name
          BIG O TIRE:            Brand name
          AUTO REPAIR SHOP:      Common name
          GAS STATION:           Common name
          FIRESTONE:             Brand name


Respondent Number:               1004
PSID:                            HUC82251168443WFVZZD
Metropolitan Area:               Atlanta, GA
Gender:                          Female
Age:                             55 or over
Q10.0 [Brand name or common name]
          STP:                   Don't know
          COKE:                  Brand name
          JELLO:                 Brand name
          REFRIGERATOR:          Common name
          MARGARINE:             Common name
          ASPIRIN:               Common name
          AMERICAN AIRLINES:     Brand name
          KENTUCKY FRIED CHICKEN: Brand name
          APPLIANCE DEALER:      Common name
          BANK:                  Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:         Brand name
          BIG O TIRE:            Brand name
          AUTO REPAIR SHOP:      Common name
          GAS STATION:           Common name
          FIRESTONE:             Brand name
```

```
Respondent Number:                 1005
PSID:                              LUAW2251168163RS7P72
Metropolitan Area:                 Atlanta, GA
Gender:                            Female
Age:                               35 to 54
Q10.0 [Brand name or common name]
        STP:                       Brand name
        COKE:                      Brand name
        JELLO:                     Brand name
        REFRIGERATOR:              Common name
        MARGARINE:                 Common name
        ASPIRIN:                   Common name
        AMERICAN AIRLINES:         Brand name
        KENTUCKY FRIED CHICKEN:    Brand name
        APPLIANCE DEALER:          Common name
        BANK:                      Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:             Brand name
        BIG O TIRE:                Brand name
        AUTO REPAIR SHOP:          Common name
        GAS STATION:               Common name
        FIRESTONE:                 Brand name


Respondent Number:                 1006
PSID:                              KMNO2251172999MPFNFW
Metropolitan Area:                 Atlanta, GA
Gender:                            Female
Age:                               55 or over
Q10.0 [Brand name or common name]
        STP:                       Brand name
        COKE:                      Brand name
        JELLO:                     Brand name
        REFRIGERATOR:              Common name
        MARGARINE:                 Common name
        ASPIRIN:                   Common name
        AMERICAN AIRLINES:         Brand name
        KENTUCKY FRIED CHICKEN:    Brand name
        APPLIANCE DEALER:          Common name
        BANK:                      Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:             Brand name
        BIG O TIRE:                Don't know
        AUTO REPAIR SHOP:          Common name
        GAS STATION:               Common name
        FIRESTONE:                 Brand name
```

```
Respondent Number:              1007
PSID:                           LV712251172094GE2EVO
Metropolitan Area:              Atlanta, GA
Gender:                         Female
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Don't know
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              1008
PSID:                           OK332251195738KMCPKB
Metropolitan Area:              Atlanta, GA
Gender:                         Male
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Common name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              1009
PSID:                           E6A02251185212WZAE8Q
Metropolitan Area:              Atlanta, GA
Gender:                         Female
Age:                            55 or over
Q10.0 [Brand name or common name]
         STP:                   Brand name
         COKE:                  Brand name
         JELLO:                 Brand name
         REFRIGERATOR:          Common name
         MARGARINE:             Common name
         ASPIRIN:               Common name
         AMERICAN AIRLINES:     Brand name
         KENTUCKY FRIED CHICKEN: Brand name
         APPLIANCE DEALER:      Common name
         BANK:                  Common name
Q11.0 [Brand name or common name]
         DISCOUNT TIRE:         Brand name
         BIG O TIRE:            Brand name
         AUTO REPAIR SHOP:      Common name
         GAS STATION:           Common name
         FIRESTONE:             Brand name


Respondent Number:              1010
PSID:                           L8PC2251211024WH9YFF
Metropolitan Area:              Atlanta, GA
Gender:                         Male
Age:                            55 or over
Q10.0 [Brand name or common name]
         STP:                   Brand name
         COKE:                  Brand name
         JELLO:                 Brand name
         REFRIGERATOR:          Common name
         MARGARINE:             Common name
         ASPIRIN:               Common name
         AMERICAN AIRLINES:     Brand name
         KENTUCKY FRIED CHICKEN: Brand name
         APPLIANCE DEALER:      Common name
         BANK:                  Common name
Q11.0 [Brand name or common name]
         DISCOUNT TIRE:         Brand name
         BIG O TIRE:            Brand name
         AUTO REPAIR SHOP:      Common name
         GAS STATION:           Common name
         FIRESTONE:             Brand name
```

```
Respondent Number:              1011
PSID:                           NO6M2251214122X5QD3J
Metropolitan Area:              Atlanta, GA
Gender:                         Male
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              1012
PSID:                           B6J72251249457US4ETN
Metropolitan Area:              Atlanta, GA
Gender:                         Male
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Don't know
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:                   1013
PSID:                                KD872251261991YMQE5V
Metropolitan Area:                   Atlanta, GA
Gender:                              Female
Age:                                 35 to 54
Q10.0 [Brand name or common name]
        STP:                         Brand name
        COKE:                        Brand name
        JELLO:                       Brand name
        REFRIGERATOR:                Common name
        MARGARINE:                   Common name
        ASPIRIN:                     Common name
        AMERICAN AIRLINES:           Brand name
        KENTUCKY FRIED CHICKEN:      Brand name
        APPLIANCE DEALER:            Common name
        BANK:                        Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:               Brand name
        BIG O TIRE:                  Brand name
        AUTO REPAIR SHOP:            Common name
        GAS STATION:                 Common name
        FIRESTONE:                   Brand name


Respondent Number:                   1014
PSID:                                ZQTG2251359052L1NG3P
Metropolitan Area:                   Atlanta, GA
Gender:                              Female
Age:                                 35 to 54
Q10.0 [Brand name or common name]
        STP:                         Brand name
        COKE:                        Brand name
        JELLO:                       Brand name
        REFRIGERATOR:                Common name
        MARGARINE:                   Common name
        ASPIRIN:                     Common name
        AMERICAN AIRLINES:           Brand name
        KENTUCKY FRIED CHICKEN:      Brand name
        APPLIANCE DEALER:            Common name
        BANK:                        Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:               Brand name
        BIG O TIRE:                  Brand name
        AUTO REPAIR SHOP:            Common name
        GAS STATION:                 Common name
        FIRESTONE:                   Brand name
```

```
Respondent Number:              1015
PSID:                           6W7D2251426008QIPB2E
Metropolitan Area:              Atlanta, GA
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Common name
        JELLO:                  Common name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Common name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              1016
PSID:                           1OXJ2251469472Z6IFYV
Metropolitan Area:              Atlanta, GA
Gender:                         Male
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              1017
PSID:                           PLXR2251472753Y0TAFV
Metropolitan Area:              Atlanta, GA
Gender:                         Male
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Common name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              1018
PSID:                           T4R92251512097VYJBIR
Metropolitan Area:              Atlanta, GA
Gender:                         Female
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Don't know
        COKE:                   Common name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Don't know
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Don't know
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

ATLANTA, GA

```
Respondent Number:              1019
PSID:                           B6MB2251518998HVX31K
Metropolitan Area:              Atlanta, GA
Gender:                         Female
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              1020
PSID:                           GO6D2251524945EZF3Y1
Metropolitan Area:              Atlanta, GA
Gender:                         Female
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Brand name
        ASPIRIN:                Brand name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Common name
        BIG O TIRE:             Common name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:                    1021
PSID:                                 AJ5C2251532329K5ZQOE
Metropolitan Area:                    Atlanta, GA
Gender:                               Male
Age:                                  35 to 54
Q10.0 [Brand name or common name]
          STP:                        Brand name
          COKE:                       Brand name
          JELLO:                      Common name
          REFRIGERATOR:               Common name
          MARGARINE:                  Common name
          ASPIRIN:                    Common name
          AMERICAN AIRLINES:          Brand name
          KENTUCKY FRIED CHICKEN:     Brand name
          APPLIANCE DEALER:           Common name
          BANK:                       Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:              Brand name
          BIG O TIRE:                 Brand name
          AUTO REPAIR SHOP:           Common name
          GAS STATION:                Common name
          FIRESTONE:                  Brand name


Respondent Number:                    1022
PSID:                                 UHFU2251529968E1WKLN
Metropolitan Area:                    Atlanta, GA
Gender:                               Female
Age:                                  35 to 54
Q10.0 [Brand name or common name]
          STP:                        Brand name
          COKE:                       Brand name
          JELLO:                      Brand name
          REFRIGERATOR:               Common name
          MARGARINE:                  Common name
          ASPIRIN:                    Common name
          AMERICAN AIRLINES:          Brand name
          KENTUCKY FRIED CHICKEN:     Brand name
          APPLIANCE DEALER:           Common name
          BANK:                       Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:              Brand name
          BIG O TIRE:                 Brand name
          AUTO REPAIR SHOP:           Common name
          GAS STATION:                Common name
          FIRESTONE:                  Brand name
```

```
Respondent Number:              1023
PSID:                           3RDV2251547001TMCNVV
Metropolitan Area:              Atlanta, GA
Gender:                         Female
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Don't know
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Common name
        BIG O TIRE:             Don't know
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              1024
PSID:                           T82C2251552891N6WF1S
Metropolitan Area:              Atlanta, GA
Gender:                         Female
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Don't know
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              1025
PSID:                           NUTT2251562347Z00OA3
Metropolitan Area:              Atlanta, GA
Gender:                         Female
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Don't know
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              1026
PSID:                           MLW72251569295EME0DP
Metropolitan Area:              Atlanta, GA
Gender:                         Female
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Common name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              1027
PSID:                           2ZEU2251572317MCGS8S
Metropolitan Area:              Atlanta, GA
Gender:                         Female
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Common name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Don't know
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              1028
PSID:                           D8XC2251575778ATHRNI
Metropolitan Area:              Atlanta, GA
Gender:                         Female
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:                    1029
PSID:                                 BE1A2251583456PBDYTK
Metropolitan Area:                    Atlanta, GA
Gender:                               Female
Age:                                  18 to 34
Q10.0 [Brand name or common name]
        STP:                          Brand name
        COKE:                         Brand name
        JELLO:                        Brand name
        REFRIGERATOR:                 Common name
        MARGARINE:                    Common name
        ASPIRIN:                      Common name
        AMERICAN AIRLINES:            Brand name
        KENTUCKY FRIED CHICKEN:       Brand name
        APPLIANCE DEALER:             Common name
        BANK:                         Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:                Brand name
        BIG O TIRE:                   Don't know
        AUTO REPAIR SHOP:             Common name
        GAS STATION:                  Common name
        FIRESTONE:                    Brand name


Respondent Number:                    1030
PSID:                                 2OUR2251608785ALYCFU
Metropolitan Area:                    Atlanta, GA
Gender:                               Male
Age:                                  35 to 54
Q10.0 [Brand name or common name]
        STP:                          Brand name
        COKE:                         Brand name
        JELLO:                        Common name
        REFRIGERATOR:                 Common name
        MARGARINE:                    Common name
        ASPIRIN:                      Common name
        AMERICAN AIRLINES:            Brand name
        KENTUCKY FRIED CHICKEN:       Brand name
        APPLIANCE DEALER:             Common name
        BANK:                         Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:                Brand name
        BIG O TIRE:                   Brand name
        AUTO REPAIR SHOP:             Common name
        GAS STATION:                  Common name
        FIRESTONE:                    Brand name
```

```
Respondent Number:                   1031
PSID:                                NB672251650531UN5NOA
Metropolitan Area:                   Atlanta, GA
Gender:                              Female
Age:                                 18 to 34
Q10.0 [Brand name or common name]
        STP:                         Brand name
        COKE:                        Brand name
        JELLO:                       Brand name
        REFRIGERATOR:                Common name
        MARGARINE:                   Common name
        ASPIRIN:                     Common name
        AMERICAN AIRLINES:           Brand name
        KENTUCKY FRIED CHICKEN:      Brand name
        APPLIANCE DEALER:            Common name
        BANK:                        Brand name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:               Brand name
        BIG O TIRE:                  Brand name
        AUTO REPAIR SHOP:            Common name
        GAS STATION:                 Common name
        FIRESTONE:                   Brand name


Respondent Number:                   1032
PSID:                                MQVA2251668028QSIOVN
Metropolitan Area:                   Atlanta, GA
Gender:                              Male
Age:                                 18 to 34
Q10.0 [Brand name or common name]
        STP:                         Don't know
        COKE:                        Brand name
        JELLO:                       Brand name
        REFRIGERATOR:                Brand name
        MARGARINE:                   Common name
        ASPIRIN:                     Brand name
        AMERICAN AIRLINES:           Brand name
        KENTUCKY FRIED CHICKEN:      Brand name
        APPLIANCE DEALER:            Common name
        BANK:                        Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:               Brand name
        BIG O TIRE:                  Don't know
        AUTO REPAIR SHOP:            Common name
        GAS STATION:                 Common name
        FIRESTONE:                   Brand name
```

```
Respondent Number:                   1033
PSID:                                I4962251684627U9WGVQ
Metropolitan Area:                   Atlanta, GA
Gender:                              Male
Age:                                 55 or over
Q10.0 [Brand name or common name]
          STP:                       Brand name
          COKE:                      Common name
          JELLO:                     Brand name
          REFRIGERATOR:              Common name
          MARGARINE:                 Common name
          ASPIRIN:                   Common name
          AMERICAN AIRLINES:         Brand name
          KENTUCKY FRIED CHICKEN:    Brand name
          APPLIANCE DEALER:          Common name
          BANK:                      Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:             Brand name
          BIG O TIRE:                Brand name
          AUTO REPAIR SHOP:          Common name
          GAS STATION:               Common name
          FIRESTONE:                 Brand name


Respondent Number:                   1034
PSID:                                6FC02251708029MOVZ0L
Metropolitan Area:                   Atlanta, GA
Gender:                              Male
Age:                                 18 to 34
Q10.0 [Brand name or common name]
          STP:                       Brand name
          COKE:                      Brand name
          JELLO:                     Brand name
          REFRIGERATOR:              Common name
          MARGARINE:                 Common name
          ASPIRIN:                   Common name
          AMERICAN AIRLINES:         Brand name
          KENTUCKY FRIED CHICKEN:    Brand name
          APPLIANCE DEALER:          Common name
          BANK:                      Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:             Brand name
          BIG O TIRE:                Brand name
          AUTO REPAIR SHOP:          Don't know
          GAS STATION:               Common name
          FIRESTONE:                 Brand name
```

```
Respondent Number:                    1035
PSID:                                 WFZ32251748897ERDKIT
Metropolitan Area:                    Atlanta, GA
Gender:                               Male
Age:                                  18 to 34
Q10.0 [Brand name or common name]
          STP:                        Don't know
          COKE:                       Brand name
          JELLO:                      Brand name
          REFRIGERATOR:               Common name
          MARGARINE:                  Common name
          ASPIRIN:                    Don't know
          AMERICAN AIRLINES:          Brand name
          KENTUCKY FRIED CHICKEN:     Brand name
          APPLIANCE DEALER:           Common name
          BANK:                       Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:              Brand name
          BIG O TIRE:                 Brand name
          AUTO REPAIR SHOP:           Common name
          GAS STATION:                Common name
          FIRESTONE:                  Brand name


Respondent Number:                    1036
PSID:                                 53LK2251770233EZ2PHP
Metropolitan Area:                    Atlanta, GA
Gender:                               Male
Age:                                  18 to 34
Q10.0 [Brand name or common name]
          STP:                        Don't know
          COKE:                       Common name
          JELLO:                      Common name
          REFRIGERATOR:               Common name
          MARGARINE:                  Common name
          ASPIRIN:                    Brand name
          AMERICAN AIRLINES:          Brand name
          KENTUCKY FRIED CHICKEN:     Brand name
          APPLIANCE DEALER:           Common name
          BANK:                       Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:              Brand name
          BIG O TIRE:                 Brand name
          AUTO REPAIR SHOP:           Common name
          GAS STATION:                Common name
          FIRESTONE:                  Brand name
```

```
Respondent Number:              1037
PSID:                           V52C2251779024BJEV6G
Metropolitan Area:              Atlanta, GA
Gender:                         Male
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Don't know
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              1038
PSID:                           6JSV2251859245F08VZL
Metropolitan Area:              Atlanta, GA
Gender:                         Male
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              1039
PSID:                           FSF52251864887XB2KN4
Metropolitan Area:              Atlanta, GA
Gender:                         Male
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              1040
PSID:                           TTAR2252020934TYRM72
Metropolitan Area:              Atlanta, GA
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Common name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              1041
PSID:                           FT802252070968SGRAJ0
Metropolitan Area:              Atlanta, GA
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              1042
PSID:                           T8ZG2252162394PHVEWP
Metropolitan Area:              Atlanta, GA
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Don't know
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Common name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Common name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:                      1043
PSID:                                   1DKX2252212877J6K68P
Metropolitan Area:                      Atlanta, GA
Gender:                                 Male
Age:                                    35 to 54
Q10.0 [Brand name or common name]
            STP:                        Brand name
            COKE:                       Brand name
            JELLO:                      Brand name
            REFRIGERATOR:               Common name
            MARGARINE:                  Common name
            ASPIRIN:                    Common name
            AMERICAN AIRLINES:          Brand name
            KENTUCKY FRIED CHICKEN:     Brand name
            APPLIANCE DEALER:           Common name
            BANK:                       Common name
Q11.0 [Brand name or common name]
            DISCOUNT TIRE:              Brand name
            BIG O TIRE:                 Brand name
            AUTO REPAIR SHOP:           Common name
            GAS STATION:                Common name
            FIRESTONE:                  Brand name


Respondent Number:                      1044
PSID:                                   OKC12252517157XDXUA9
Metropolitan Area:                      Atlanta, GA
Gender:                                 Male
Age:                                    18 to 34
Q10.0 [Brand name or common name]
            STP:                        Brand name
            COKE:                       Brand name
            JELLO:                      Brand name
            REFRIGERATOR:               Common name
            MARGARINE:                  Common name
            ASPIRIN:                    Brand name
            AMERICAN AIRLINES:          Brand name
            KENTUCKY FRIED CHICKEN:     Brand name
            APPLIANCE DEALER:           Common name
            BANK:                       Common name
Q11.0 [Brand name or common name]
            DISCOUNT TIRE:              Brand name
            BIG O TIRE:                 Brand name
            AUTO REPAIR SHOP:           Common name
            GAS STATION:                Common name
            FIRESTONE:                  Brand name
```

```
Respondent Number:              1045
PSID:                           JKDQ2252522352U4VMOI
Metropolitan Area:              Atlanta, GA
Gender:                         Female
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Don't know
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Common name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              1046
PSID:                           ONSW2251607436MOKHXP
Metropolitan Area:              Atlanta, GA
Gender:                         Male
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Common name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              1047
PSID:                           XIP92252552343Z4F3RT
Metropolitan Area:              Atlanta, GA
Gender:                         Female
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Don't know
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Brand name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Common name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Don't know
        BIG O TIRE:             Common name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              1048
PSID:                           1JWS2251499318UOICUV
Metropolitan Area:              Atlanta, GA
Gender:                         Male
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Common name
        BIG O TIRE:             Don't know
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              1049
PSID:                           X7192252590264LEHKWV
Metropolitan Area:              Atlanta, GA
Gender:                         Male
Age:                            55 or over
Q10.0 [Brand name or common name]
          STP:                  Brand name
          COKE:                 Brand name
          JELLO:                Brand name
          REFRIGERATOR:         Common name
          MARGARINE:            Common name
          ASPIRIN:              Common name
          AMERICAN AIRLINES:    Brand name
          KENTUCKY FRIED CHICKEN:  Brand name
          APPLIANCE DEALER:     Common name
          BANK:                 Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:        Don't know
          BIG O TIRE:           Brand name
          AUTO REPAIR SHOP:     Common name
          GAS STATION:          Common name
          FIRESTONE:            Brand name


Respondent Number:              1050
PSID:                           9Q8T2252710156HLDG3M
Metropolitan Area:              Atlanta, GA
Gender:                         Female
Age:                            18 to 34
Q10.0 [Brand name or common name]
          STP:                  Don't know
          COKE:                 Common name
          JELLO:                Brand name
          REFRIGERATOR:         Common name
          MARGARINE:            Common name
          ASPIRIN:              Common name
          AMERICAN AIRLINES:    Brand name
          KENTUCKY FRIED CHICKEN:  Brand name
          APPLIANCE DEALER:     Common name
          BANK:                 Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:        Brand name
          BIG O TIRE:           Don't know
          AUTO REPAIR SHOP:     Common name
          GAS STATION:          Common name
          FIRESTONE:            Brand name
```

```
Respondent Number:              1051
PSID:                           L0ND2252830800RQWDQI
Metropolitan Area:              Atlanta, GA
Gender:                         Female
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Common name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Common name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              1052
PSID:                           8IB32252848102SZ7BK2
Metropolitan Area:              Atlanta, GA
Gender:                         Female
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Common name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              1053
PSID:                           BM102251509672SUDUTM
Metropolitan Area:              Atlanta, GA
Gender:                         Male
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              1054
PSID:                           2CJX2251655935H34HKC
Metropolitan Area:              Atlanta, GA
Gender:                         Female
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              1055
PSID:                           E9772252876540M2GWE3
Metropolitan Area:              Atlanta, GA
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Don't know
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              1056
PSID:                           NWDH2252902881OTFIWW
Metropolitan Area:              Atlanta, GA
Gender:                         Female
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Don't know
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Don't know
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              1057
PSID:                           AILS2252910365OO8E7Z
Metropolitan Area:              Atlanta, GA
Gender:                         Female
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Brand name
        MARGARINE:              Brand name
        ASPIRIN:                Brand name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Brand name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Brand name
        GAS STATION:            Brand name
        FIRESTONE:              Brand name


Respondent Number:              1058
PSID:                           VBOB2252937316U9MXGK
Metropolitan Area:              Atlanta, GA
Gender:                         Female
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Don't know
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              1059
PSID:                           PBKF2252951970JYNNXU
Metropolitan Area:              Atlanta, GA
Gender:                         Female
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Common name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              1060
PSID:                           ALOB2252974994DBM94V
Metropolitan Area:              Atlanta, GA
Gender:                         Male
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Common name
        BIG O TIRE:             Common name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              1061
PSID:                           IAB52252984750C4X0HW
Metropolitan Area:              Atlanta, GA
Gender:                         Male
Age:                            18 to 34
Q10.0 [Brand name or common name]
          STP:                  Brand name
          COKE:                 Brand name
          JELLO:                Brand name
          REFRIGERATOR:         Common name
          MARGARINE:            Common name
          ASPIRIN:              Common name
          AMERICAN AIRLINES:    Brand name
          KENTUCKY FRIED CHICKEN: Brand name
          APPLIANCE DEALER:     Common name
          BANK:                 Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:        Brand name
          BIG O TIRE:           Brand name
          AUTO REPAIR SHOP:     Common name
          GAS STATION:          Common name
          FIRESTONE:            Brand name


Respondent Number:              1062
PSID:                           B6K72252984989BMS09T
Metropolitan Area:              Atlanta, GA
Gender:                         Male
Age:                            55 or over
Q10.0 [Brand name or common name]
          STP:                  Brand name
          COKE:                 Common name
          JELLO:                Brand name
          REFRIGERATOR:         Common name
          MARGARINE:            Common name
          ASPIRIN:              Common name
          AMERICAN AIRLINES:    Brand name
          KENTUCKY FRIED CHICKEN: Brand name
          APPLIANCE DEALER:     Common name
          BANK:                 Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:        Common name
          BIG O TIRE:           Don't know
          AUTO REPAIR SHOP:     Common name
          GAS STATION:          Common name
          FIRESTONE:            Brand name
```

```
Respondent Number:              1063
PSID:                           N14M2252157466VGWAN7
Metropolitan Area:              Atlanta, GA
Gender:                         Female
Age:                            18 to 34
Q10.0 [Brand name or common name]
            STP:                Don't know
            COKE:               Brand name
            JELLO:              Common name
            REFRIGERATOR:       Common name
            MARGARINE:          Common name
            ASPIRIN:            Common name
            AMERICAN AIRLINES:  Brand name
            KENTUCKY FRIED CHICKEN:  Brand name
            APPLIANCE DEALER:   Common name
            BANK:               Common name
Q11.0 [Brand name or common name]
            DISCOUNT TIRE:      Brand name
            BIG O TIRE:         Don't know
            AUTO REPAIR SHOP:   Common name
            GAS STATION:        Common name
            FIRESTONE:          Brand name


Respondent Number:              1064
PSID:                           F1EG2252372263FP7CJ9
Metropolitan Area:              Atlanta, GA
Gender:                         Female
Age:                            18 to 34
Q10.0 [Brand name or common name]
            STP:                Brand name
            COKE:               Common name
            JELLO:              Brand name
            REFRIGERATOR:       Brand name
            MARGARINE:          Common name
            ASPIRIN:            Common name
            AMERICAN AIRLINES:  Brand name
            KENTUCKY FRIED CHICKEN:  Brand name
            APPLIANCE DEALER:   Common name
            BANK:               Common name
Q11.0 [Brand name or common name]
            DISCOUNT TIRE:      Common name
            BIG O TIRE:         Brand name
            AUTO REPAIR SHOP:   Common name
            GAS STATION:        Common name
            FIRESTONE:          Brand name
```

```
Respondent Number:              1065
PSID:                           VZR32253097572J82I1M
Metropolitan Area:              Atlanta, GA
Gender:                         Male
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              1066
PSID:                           XQAO2253102201EAD9WX
Metropolitan Area:              Atlanta, GA
Gender:                         Male
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              1067
PSID:                           25I02253165243EDOCD2
Metropolitan Area:              Atlanta, GA
Gender:                         Female
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Brand name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              1068
PSID:                           Y71X2253202979VPX9CZ
Metropolitan Area:              Atlanta, GA
Gender:                         Female
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Don't know
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:                      1069
PSID:                                   OPBU2253217197P9SESW
Metropolitan Area:                      Atlanta, GA
Gender:                                 Female
Age:                                    18 to 34
Q10.0 [Brand name or common name]
          STP:                          Don't know
          COKE:                         Brand name
          JELLO:                        Brand name
          REFRIGERATOR:                 Common name
          MARGARINE:                    Common name
          ASPIRIN:                      Brand name
          AMERICAN AIRLINES:            Brand name
          KENTUCKY FRIED CHICKEN:       Brand name
          APPLIANCE DEALER:             Common name
          BANK:                         Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:                Brand name
          BIG O TIRE:                   Don't know
          AUTO REPAIR SHOP:             Common name
          GAS STATION:                  Common name
          FIRESTONE:                    Brand name


Respondent Number:                      1070
PSID:                                   CM272253352499RVLDO6
Metropolitan Area:                      Atlanta, GA
Gender:                                 Male
Age:                                    55 or over
Q10.0 [Brand name or common name]
          STP:                          Brand name
          COKE:                         Brand name
          JELLO:                        Brand name
          REFRIGERATOR:                 Common name
          MARGARINE:                    Common name
          ASPIRIN:                      Common name
          AMERICAN AIRLINES:            Brand name
          KENTUCKY FRIED CHICKEN:       Brand name
          APPLIANCE DEALER:             Common name
          BANK:                         Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:                Brand name
          BIG O TIRE:                   Brand name
          AUTO REPAIR SHOP:             Common name
          GAS STATION:                  Common name
          FIRESTONE:                    Brand name
```

ATLANTA, GA

```
Respondent Number:              1071
PSID:                           NQ562253405539BCG561
Metropolitan Area:              Atlanta, GA
Gender:                         Male
Age:                            18 to 34
Q10.0 [Brand name or common name]
            STP:                Don't know
            COKE:               Brand name
            JELLO:              Brand name
            REFRIGERATOR:       Common name
            MARGARINE:          Common name
            ASPIRIN:            Common name
            AMERICAN AIRLINES:  Brand name
            KENTUCKY FRIED CHICKEN:  Brand name
            APPLIANCE DEALER:   Common name
            BANK:               Common name
Q11.0 [Brand name or common name]
            DISCOUNT TIRE:      Brand name
            BIG O TIRE:         Brand name
            AUTO REPAIR SHOP:   Common name
            GAS STATION:        Common name
            FIRESTONE:          Brand name


Respondent Number:              1072
PSID:                           I6N92253494836QYHH74
Metropolitan Area:              Atlanta, GA
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
            STP:                Brand name
            COKE:               Brand name
            JELLO:              Brand name
            REFRIGERATOR:       Common name
            MARGARINE:          Common name
            ASPIRIN:            Common name
            AMERICAN AIRLINES:  Brand name
            KENTUCKY FRIED CHICKEN:  Brand name
            APPLIANCE DEALER:   Common name
            BANK:               Common name
Q11.0 [Brand name or common name]
            DISCOUNT TIRE:      Brand name
            BIG O TIRE:         Brand name
            AUTO REPAIR SHOP:   Common name
            GAS STATION:        Common name
            FIRESTONE:          Brand name
```

```
Respondent Number:              1073
PSID:                           FWVG2253618539RMQ1SK
Metropolitan Area:              Atlanta, GA
Gender:                         Female
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Common name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Don't know
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Don't know
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              1074
PSID:                           4HJB2253642748EJWM78
Metropolitan Area:              Atlanta, GA
Gender:                         Female
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              1075
PSID:                           B7YJ2253772682FL1LZO
Metropolitan Area:              Atlanta, GA
Gender:                         Male
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Common name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Don't know
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              1076
PSID:                           FYJ52254100500ONH1FJ
Metropolitan Area:              Atlanta, GA
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Common name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              1077
PSID:                           7VRH2252229544EU1BDC
Metropolitan Area:              Atlanta, GA
Gender:                         Female
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Common name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              1078
PSID:                           DU4U2254973482MDT8OZ
Metropolitan Area:              Atlanta, GA
Gender:                         Male
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              1079
PSID:                           JIXF2255557997SFFRXC
Metropolitan Area:              Atlanta, GA
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
          STP:                  Brand name
          COKE:                 Common name
          JELLO:                Brand name
          REFRIGERATOR:         Common name
          MARGARINE:            Brand name
          ASPIRIN:              Common name
          AMERICAN AIRLINES:    Common name
          KENTUCKY FRIED CHICKEN: Brand name
          APPLIANCE DEALER:     Common name
          BANK:                 Brand name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:        Brand name
          BIG O TIRE:           Brand name
          AUTO REPAIR SHOP:     Common name
          GAS STATION:          Common name
          FIRESTONE:            Common name


Respondent Number:              1080
PSID:                           D8FK2255760137ULDMOS
Metropolitan Area:              Atlanta, GA
Gender:                         Male
Age:                            18 to 34
Q10.0 [Brand name or common name]
          STP:                  Don't know
          COKE:                 Brand name
          JELLO:                Brand name
          REFRIGERATOR:         Common name
          MARGARINE:            Common name
          ASPIRIN:              Brand name
          AMERICAN AIRLINES:    Brand name
          KENTUCKY FRIED CHICKEN: Brand name
          APPLIANCE DEALER:     Common name
          BANK:                 Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:        Brand name
          BIG O TIRE:           Brand name
          AUTO REPAIR SHOP:     Common name
          GAS STATION:          Common name
          FIRESTONE:            Brand name
```

```
Respondent Number:              1081
PSID:                           M49L2255788175KWPCUF
Metropolitan Area:              Atlanta, GA
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
          STP:                  Brand name
          COKE:                 Common name
          JELLO:                Brand name
          REFRIGERATOR:         Common name
          MARGARINE:            Common name
          ASPIRIN:              Common name
          AMERICAN AIRLINES:    Brand name
          KENTUCKY FRIED CHICKEN: Brand name
          APPLIANCE DEALER:     Common name
          BANK:                 Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:        Brand name
          BIG O TIRE:           Brand name
          AUTO REPAIR SHOP:     Common name
          GAS STATION:          Common name
          FIRESTONE:            Brand name


Respondent Number:              1082
PSID:                           IQYM2256016038SNIIBQ
Metropolitan Area:              Atlanta, GA
Gender:                         Female
Age:                            18 to 34
Q10.0 [Brand name or common name]
          STP:                  Brand name
          COKE:                 Brand name
          JELLO:                Brand name
          REFRIGERATOR:         Common name
          MARGARINE:            Common name
          ASPIRIN:              Common name
          AMERICAN AIRLINES:    Brand name
          KENTUCKY FRIED CHICKEN: Brand name
          APPLIANCE DEALER:     Common name
          BANK:                 Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:        Common name
          BIG O TIRE:           Brand name
          AUTO REPAIR SHOP:     Common name
          GAS STATION:          Common name
          FIRESTONE:            Brand name
```

```
Respondent Number:              1083
PSID:                           7YC62256766426WMF9QK
Metropolitan Area:              Atlanta, GA
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Common name


Respondent Number:              1084
PSID:                           XJXT2255070506CZ35E6
Metropolitan Area:              Atlanta, GA
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              1085
PSID:                           K7MR2256858446AVONHE
Metropolitan Area:              Atlanta, GA
Gender:                         Female
Age:                            35 to 54
Q10.0 [Brand name or common name]
          STP:                  Common name
          COKE:                 Brand name
          JELLO:                Brand name
          REFRIGERATOR:         Common name
          MARGARINE:            Common name
          ASPIRIN:              Common name
          AMERICAN AIRLINES:    Brand name
          KENTUCKY FRIED CHICKEN: Brand name
          APPLIANCE DEALER:     Common name
          BANK:                 Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:        Common name
          BIG O TIRE:           Brand name
          AUTO REPAIR SHOP:     Common name
          GAS STATION:          Common name
          FIRESTONE:            Brand name


Respondent Number:              1086
PSID:                           0OKW2254558580D3OJWR
Metropolitan Area:              Atlanta, GA
Gender:                         Male
Age:                            55 or over
Q10.0 [Brand name or common name]
          STP:                  Brand name
          COKE:                 Brand name
          JELLO:                Brand name
          REFRIGERATOR:         Common name
          MARGARINE:            Common name
          ASPIRIN:              Common name
          AMERICAN AIRLINES:    Brand name
          KENTUCKY FRIED CHICKEN: Brand name
          APPLIANCE DEALER:     Common name
          BANK:                 Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:        Brand name
          BIG O TIRE:           Brand name
          AUTO REPAIR SHOP:     Common name
          GAS STATION:          Common name
          FIRESTONE:            Brand name
```

```
Respondent Number:              1087
PSID:                           HF942256865147CSWDTG
Metropolitan Area:              Atlanta, GA
Gender:                         Female
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Brand name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              1088
PSID:                           JFQI2256867215V79ZV0
Metropolitan Area:              Atlanta, GA
Gender:                         Female
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              1089
PSID:                           FE612253635508FKVAWT
Metropolitan Area:              Atlanta, GA
Gender:                         Female
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Don't know
        COKE:                   Brand name
        JELLO:                  Common name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              1090
PSID:                           YAMD2256870233H906QJ
Metropolitan Area:              Atlanta, GA
Gender:                         Female
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Don't know
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              1091
PSID:                           SQDW2256874457L6LGB7
Metropolitan Area:              Atlanta, GA
Gender:                         Female
Age:                            35 to 54
Q10.0 [Brand name or common name]
         STP:                   Brand name
         COKE:                  Brand name
         JELLO:                 Brand name
         REFRIGERATOR:          Common name
         MARGARINE:             Common name
         ASPIRIN:               Common name
         AMERICAN AIRLINES:     Brand name
         KENTUCKY FRIED CHICKEN: Brand name
         APPLIANCE DEALER:      Common name
         BANK:                  Common name
Q11.0 [Brand name or common name]
         DISCOUNT TIRE:         Don't know
         BIG O TIRE:            Don't know
         AUTO REPAIR SHOP:      Common name
         GAS STATION:           Common name
         FIRESTONE:             Brand name


Respondent Number:              1092
PSID:                           YQJI2256874665DZB50J
Metropolitan Area:              Atlanta, GA
Gender:                         Male
Age:                            55 or over
Q10.0 [Brand name or common name]
         STP:                   Brand name
         COKE:                  Common name
         JELLO:                 Brand name
         REFRIGERATOR:          Common name
         MARGARINE:             Common name
         ASPIRIN:               Common name
         AMERICAN AIRLINES:     Brand name
         KENTUCKY FRIED CHICKEN: Brand name
         APPLIANCE DEALER:      Common name
         BANK:                  Common name
Q11.0 [Brand name or common name]
         DISCOUNT TIRE:         Brand name
         BIG O TIRE:            Brand name
         AUTO REPAIR SHOP:      Common name
         GAS STATION:           Common name
         FIRESTONE:             Brand name
```

```
Respondent Number:              1093
PSID:                           JVDW2256884606NF83GT
Metropolitan Area:              Atlanta, GA
Gender:                         Male
Age:                            55 or over
Q10.0 [Brand name or common name]
          STP:                  Brand name
          COKE:                 Brand name
          JELLO:                Common name
          REFRIGERATOR:         Common name
          MARGARINE:            Common name
          ASPIRIN:              Common name
          AMERICAN AIRLINES:    Brand name
          KENTUCKY FRIED CHICKEN: Brand name
          APPLIANCE DEALER:     Common name
          BANK:                 Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:        Brand name
          BIG O TIRE:           Brand name
          AUTO REPAIR SHOP:     Common name
          GAS STATION:          Common name
          FIRESTONE:            Brand name


Respondent Number:              1094
PSID:                           HRS82256882868K8L5VZ
Metropolitan Area:              Atlanta, GA
Gender:                         Female
Age:                            35 to 54
Q10.0 [Brand name or common name]
          STP:                  Brand name
          COKE:                 Brand name
          JELLO:                Brand name
          REFRIGERATOR:         Common name
          MARGARINE:            Common name
          ASPIRIN:              Common name
          AMERICAN AIRLINES:    Brand name
          KENTUCKY FRIED CHICKEN: Brand name
          APPLIANCE DEALER:     Common name
          BANK:                 Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:        Brand name
          BIG O TIRE:           Brand name
          AUTO REPAIR SHOP:     Common name
          GAS STATION:          Common name
          FIRESTONE:            Brand name
```

```
Respondent Number:              1095
PSID:                           ZMNV2256884923SK7WE5
Metropolitan Area:              Atlanta, GA
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Common name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              1096
PSID:                           RWDO2253974356PWYT4A
Metropolitan Area:              Atlanta, GA
Gender:                         Female
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Don't know
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Common name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Don't know
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:               1097
PSID:                            WO2S2254048728Q2ENOW
Metropolitan Area:               Atlanta, GA
Gender:                          Female
Age:                             55 or over
Q10.0 [Brand name or common name]
          STP:                   Brand name
          COKE:                  Brand name
          JELLO:                 Brand name
          REFRIGERATOR:          Common name
          MARGARINE:             Common name
          ASPIRIN:               Common name
          AMERICAN AIRLINES:     Brand name
          KENTUCKY FRIED CHICKEN: Brand name
          APPLIANCE DEALER:      Common name
          BANK:                  Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:         Brand name
          BIG O TIRE:            Brand name
          AUTO REPAIR SHOP:      Common name
          GAS STATION:           Common name
          FIRESTONE:             Brand name


Respondent Number:               1098
PSID:                            4VGY2256896202H18FJ3
Metropolitan Area:               Atlanta, GA
Gender:                          Female
Age:                             35 to 54
Q10.0 [Brand name or common name]
          STP:                   Brand name
          COKE:                  Brand name
          JELLO:                 Brand name
          REFRIGERATOR:          Common name
          MARGARINE:             Common name
          ASPIRIN:               Brand name
          AMERICAN AIRLINES:     Brand name
          KENTUCKY FRIED CHICKEN: Brand name
          APPLIANCE DEALER:      Common name
          BANK:                  Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:         Common name
          BIG O TIRE:            Brand name
          AUTO REPAIR SHOP:      Common name
          GAS STATION:           Common name
          FIRESTONE:             Brand name
```

```
Respondent Number:              1099
PSID:                           LT7N2256895095A6KX20
Metropolitan Area:              Atlanta, GA
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              1100
PSID:                           ZZVF2256896826JU01BD
Metropolitan Area:              Atlanta, GA
Gender:                         Female
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Don't know
        COKE:                   Brand name
        JELLO:                  Common name
        REFRIGERATOR:           Common name
        MARGARINE:              Don't know
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              2001
PSID:                           9YXH2251153014FTDE51
Metropolitan Area:              Jacksonville,
Gender:                         Female
Age:                            55 or over
Q10.0 [Brand name or common name]
          STP:                  Brand name
          COKE:                 Brand name
          JELLO:                Brand name
          REFRIGERATOR:         Common name
          MARGARINE:            Common name
          ASPIRIN:              Common name
          AMERICAN AIRLINES:    Brand name
          KENTUCKY FRIED CHICKEN: Brand name
          APPLIANCE DEALER:     Common name
          BANK:                 Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:        Brand name
          BIG O TIRE:           Brand name
          AUTO REPAIR SHOP:     Common name
          GAS STATION:          Common name
          FIRESTONE:            Brand name


Respondent Number:              2002
PSID:                           TXQQ2251216823TJTA5Y
Metropolitan Area:              Jacksonville,
Gender:                         Male
Age:                            55 or over
Q10.0 [Brand name or common name]
          STP:                  Brand name
          COKE:                 Common name
          JELLO:                Brand name
          REFRIGERATOR:         Common name
          MARGARINE:            Common name
          ASPIRIN:              Common name
          AMERICAN AIRLINES:    Brand name
          KENTUCKY FRIED CHICKEN: Brand name
          APPLIANCE DEALER:     Common name
          BANK:                 Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:        Brand name
          BIG O TIRE:           Don't know
          AUTO REPAIR SHOP:     Common name
          GAS STATION:          Common name
          FIRESTONE:            Brand name
```

```
Respondent Number:              2003
PSID:                           Y5JV2251330071UEVCLE
Metropolitan Area:              Jacksonville,
Gender:                         Female
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Don't know
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              2004
PSID:                           57E52251375696VGO4GA
Metropolitan Area:              Jacksonville,
Gender:                         Female
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              2005
PSID:                           P6A52251541516GK7JUN
Metropolitan Area:              Jacksonville,
Gender:                         Female
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Brand name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              2006
PSID:                           S4XY2251548344YMEEOF
Metropolitan Area:              Jacksonville,
Gender:                         Female
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Don't know
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              2007
PSID:                           FR5L2251794180OHVRLM
Metropolitan Area:              Jacksonville,
Gender:                         Male
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Common name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              2008
PSID:                           2H3A2251876870HKJMTZ
Metropolitan Area:              Jacksonville,
Gender:                         Male
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              2009
PSID:                           WC6O2251897123XS901O
Metropolitan Area:              Jacksonville,
Gender:                         Male
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              2010
PSID:                           YSJJ2251912003ZXZ6Q1
Metropolitan Area:              Jacksonville,
Gender:                         Male
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              2011
PSID:                           Y1I82251972986Z5S6ZI
Metropolitan Area:              Jacksonville,
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Don't know
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              2012
PSID:                           91RT2252748947J5LG0Z
Metropolitan Area:              Jacksonville,
Gender:                         Female
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Don't know
        COKE:                   Common name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Brand name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              2013
PSID:                           PWGE2252883892TZK5G4
Metropolitan Area:              Jacksonville,
Gender:                         Female
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Don't know
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Don't know
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              2014
PSID:                           RZ9E2252910389TDB53E
Metropolitan Area:              Jacksonville,
Gender:                         Male
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Don't know
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Brand name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              2015
PSID:                           WOSQ2252942003FRKB7W
Metropolitan Area:              Jacksonville,
Gender:                         Female
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              2016
PSID:                           SH352252997574H7A8DJ
Metropolitan Area:              Jacksonville,
Gender:                         Female
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Brand name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:            2017
PSID:                         36J52253407217K2J234
Metropolitan Area:            Jacksonville,
Gender:                       Male
Age:                          55 or over
Q10.0 [Brand name or common name]
        STP:                  Brand name
        COKE:                 Brand name
        JELLO:                Brand name
        REFRIGERATOR:         Common name
        MARGARINE:            Common name
        ASPIRIN:              Common name
        AMERICAN AIRLINES:    Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:     Common name
        BANK:                 Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:        Brand name
        BIG O TIRE:           Brand name
        AUTO REPAIR SHOP:     Common name
        GAS STATION:          Common name
        FIRESTONE:            Brand name


Respondent Number:            2018
PSID:                         SF0Z2253416908XBOTB0
Metropolitan Area:            Jacksonville,
Gender:                       Male
Age:                          35 to 54
Q10.0 [Brand name or common name]
        STP:                  Brand name
        COKE:                 Brand name
        JELLO:                Brand name
        REFRIGERATOR:         Common name
        MARGARINE:            Common name
        ASPIRIN:              Common name
        AMERICAN AIRLINES:    Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:     Common name
        BANK:                 Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:        Brand name
        BIG O TIRE:           Brand name
        AUTO REPAIR SHOP:     Common name
        GAS STATION:          Common name
        FIRESTONE:            Brand name
```

```
Respondent Number:              2019
PSID:                           T4QQ2253432794FALQK9
Metropolitan Area:              Jacksonville,
Gender:                         Female
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Don't know
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Brand name
        AMERICAN AIRLINES:      Don't know
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Common name
        BIG O TIRE:             Don't know
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              2020
PSID:                           JB5E2253434571XXT6PD
Metropolitan Area:              Jacksonville,
Gender:                         Female
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              2021
PSID:                           0S172253435036Y18SW2
Metropolitan Area:              Jacksonville,
Gender:                         Female
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Don't know
        COKE:                   Brand name
        JELLO:                  Common name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Common name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              2022
PSID:                           GKBC2253436307QL057E
Metropolitan Area:              Jacksonville,
Gender:                         Female
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Don't know
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Don't know
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              2023
PSID:                           E2NG2253443476QQHO4A
Metropolitan Area:              Jacksonville,
Gender:                         Female
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              2024
PSID:                           PTQN2253444924DV3XKH
Metropolitan Area:              Jacksonville,
Gender:                         Female
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Don't know
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Don't know
        ASPIRIN:                Brand name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Common name
        BIG O TIRE:             Don't know
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:            2025
PSID:                         VUUG2253471756XMGPTB
Metropolitan Area:            Jacksonville,
Gender:                       Male
Age:                          55 or over
Q10.0 [Brand name or common name]
        STP:                  Brand name
        COKE:                 Brand name
        JELLO:                Brand name
        REFRIGERATOR:         Common name
        MARGARINE:            Common name
        ASPIRIN:              Common name
        AMERICAN AIRLINES:    Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:     Common name
        BANK:                 Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:        Brand name
        BIG O TIRE:           Brand name
        AUTO REPAIR SHOP:     Common name
        GAS STATION:          Common name
        FIRESTONE:            Brand name


Respondent Number:            2026
PSID:                         NTSR2253478446UVN6J5
Metropolitan Area:            Jacksonville,
Gender:                       Female
Age:                          55 or over
Q10.0 [Brand name or common name]
        STP:                  Brand name
        COKE:                 Common name
        JELLO:                Common name
        REFRIGERATOR:         Common name
        MARGARINE:            Common name
        ASPIRIN:              Common name
        AMERICAN AIRLINES:    Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:     Common name
        BANK:                 Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:        Common name
        BIG O TIRE:           Don't know
        AUTO REPAIR SHOP:     Common name
        GAS STATION:          Common name
        FIRESTONE:            Brand name
```

```
Respondent Number:              2027
PSID:                           91OD2253478284SCB9ZX
Metropolitan Area:              Jacksonville,
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              2028
PSID:                           TB8S2253480087PJMLQE
Metropolitan Area:              Jacksonville,
Gender:                         Female
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Don't know
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Brand name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:                    2029
PSID:                                 XEZO2253482020D28034
Metropolitan Area:                    Jacksonville,
Gender:                               Female
Age:                                  35 to 54
Q10.0 [Brand name or common name]
        STP:                          Brand name
        COKE:                         Brand name
        JELLO:                        Brand name
        REFRIGERATOR:                 Common name
        MARGARINE:                    Common name
        ASPIRIN:                      Common name
        AMERICAN AIRLINES:            Brand name
        KENTUCKY FRIED CHICKEN:       Brand name
        APPLIANCE DEALER:             Common name
        BANK:                         Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:                Brand name
        BIG O TIRE:                   Brand name
        AUTO REPAIR SHOP:             Common name
        GAS STATION:                  Common name
        FIRESTONE:                    Brand name


Respondent Number:                    2030
PSID:                                 IQZ32253487671YUN791
Metropolitan Area:                    Jacksonville,
Gender:                               Female
Age:                                  18 to 34
Q10.0 [Brand name or common name]
        STP:                          Don't know
        COKE:                         Brand name
        JELLO:                        Common name
        REFRIGERATOR:                 Common name
        MARGARINE:                    Common name
        ASPIRIN:                      Common name
        AMERICAN AIRLINES:            Brand name
        KENTUCKY FRIED CHICKEN:       Brand name
        APPLIANCE DEALER:             Common name
        BANK:                         Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:                Brand name
        BIG O TIRE:                   Don't know
        AUTO REPAIR SHOP:             Common name
        GAS STATION:                  Common name
        FIRESTONE:                    Brand name
```

```
Respondent Number:              2031
PSID:                           LKXQ2253486735ZUT0MT
Metropolitan Area:              Jacksonville,
Gender:                         Female
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Common name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              2032
PSID:                           P97M2253487107X4YRK7
Metropolitan Area:              Jacksonville,
Gender:                         Female
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              2033
PSID:                           X1T02253501348CLGFUF
Metropolitan Area:              Jacksonville,
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              2034
PSID:                           FEVN225349882206Y9HI
Metropolitan Area:              Jacksonville,
Gender:                         Female
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:                      2035
PSID:                                   5BJJ2253537099B365CH
Metropolitan Area:                      Jacksonville,
Gender:                                 Female
Age:                                    35 to 54
Q10.0 [Brand name or common name]
            STP:                        Brand name
            COKE:                       Brand name
            JELLO:                      Brand name
            REFRIGERATOR:               Common name
            MARGARINE:                  Common name
            ASPIRIN:                    Common name
            AMERICAN AIRLINES:          Brand name
            KENTUCKY FRIED CHICKEN:     Brand name
            APPLIANCE DEALER:           Common name
            BANK:                       Common name
Q11.0 [Brand name or common name]
            DISCOUNT TIRE:              Brand name
            BIG O TIRE:                 Brand name
            AUTO REPAIR SHOP:           Common name
            GAS STATION:                Common name
            FIRESTONE:                  Brand name


Respondent Number:                      2036
PSID:                                   PCZJ2253537706Q5B71U
Metropolitan Area:                      Jacksonville,
Gender:                                 Female
Age:                                    55 or over
Q10.0 [Brand name or common name]
            STP:                        Don't know
            COKE:                       Common name
            JELLO:                      Common name
            REFRIGERATOR:               Common name
            MARGARINE:                  Common name
            ASPIRIN:                    Common name
            AMERICAN AIRLINES:          Brand name
            KENTUCKY FRIED CHICKEN:     Brand name
            APPLIANCE DEALER:           Common name
            BANK:                       Common name
Q11.0 [Brand name or common name]
            DISCOUNT TIRE:              Brand name
            BIG O TIRE:                 Brand name
            AUTO REPAIR SHOP:           Common name
            GAS STATION:                Common name
            FIRESTONE:                  Brand name
```

```
Respondent Number:                    2037
PSID:                                 KHL12253552754VJT43Q
Metropolitan Area:                    Jacksonville,
Gender:                               Female
Age:                                  35 to 54
Q10.0 [Brand name or common name]
        STP:                          Brand name
        COKE:                         Brand name
        JELLO:                        Brand name
        REFRIGERATOR:                 Common name
        MARGARINE:                    Common name
        ASPIRIN:                      Common name
        AMERICAN AIRLINES:            Brand name
        KENTUCKY FRIED CHICKEN:       Brand name
        APPLIANCE DEALER:             Common name
        BANK:                         Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:                Brand name
        BIG O TIRE:                   Brand name
        AUTO REPAIR SHOP:             Common name
        GAS STATION:                  Common name
        FIRESTONE:                    Brand name


Respondent Number:                    2038
PSID:                                 CVCR2253547408Q24EE8
Metropolitan Area:                    Jacksonville,
Gender:                               Female
Age:                                  55 or over
Q10.0 [Brand name or common name]
        STP:                          Don't know
        COKE:                         Brand name
        JELLO:                        Brand name
        REFRIGERATOR:                 Common name
        MARGARINE:                    Common name
        ASPIRIN:                      Common name
        AMERICAN AIRLINES:            Brand name
        KENTUCKY FRIED CHICKEN:       Brand name
        APPLIANCE DEALER:             Common name
        BANK:                         Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:                Brand name
        BIG O TIRE:                   Brand name
        AUTO REPAIR SHOP:             Common name
        GAS STATION:                  Common name
        FIRESTONE:                    Brand name
```

```
Respondent Number:              2039
PSID:                           FGQG2253566393Q7HLSI
Metropolitan Area:              Jacksonville,
Gender:                         Male
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Don't know
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Brand name
        MARGARINE:              Common name
        ASPIRIN:                Brand name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Don't know
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Brand name
        FIRESTONE:              Brand name


Respondent Number:              2040
PSID:                           RG5J2253563011UQJLDX
Metropolitan Area:              Jacksonville,
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              2041
PSID:                           H3992253596474SQ08AR
Metropolitan Area:              Jacksonville,
Gender:                         Female
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              2042
PSID:                           NRHE2253639139U50KB8
Metropolitan Area:              Jacksonville,
Gender:                         Male
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Common name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Common name
        BIG O TIRE:             Common name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              2043
PSID:                           3BIK2253644617H00QMP
Metropolitan Area:              Jacksonville,
Gender:                         Female
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              2044
PSID:                           9YXW2253680058LHEZKN
Metropolitan Area:              Jacksonville,
Gender:                         Female
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Don't know
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Common name
        BIG O TIRE:             Don't know
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              2045
PSID:                           DIL02253684752EGLX5N
Metropolitan Area:              Jacksonville,
Gender:                         Female
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              2046
PSID:                           3DEV2253711784GPTX5Q
Metropolitan Area:              Jacksonville,
Gender:                         Female
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Don't know
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Don't know
        ASPIRIN:                Brand name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Don't know
        BANK:                   Don't know
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Common name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              2047
PSID:                           2T8W2253714579I2QL0E
Metropolitan Area:              Jacksonville,
Gender:                         Female
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Common name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              2048
PSID:                           M75T2253751095AVNM7M
Metropolitan Area:              Jacksonville,
Gender:                         Female
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Don't know
        COKE:                   Brand name
        JELLO:                  Common name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Brand name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              2049
PSID:                           58L82253762456DBYEZQ
Metropolitan Area:              Jacksonville,
Gender:                         Female
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Don't know
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              2050
PSID:                           NM1Q2253625652CPC8U0
Metropolitan Area:              Jacksonville,
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              2051
PSID:                           FAA42253910000ALXMIG
Metropolitan Area:              Jacksonville,
Gender:                         Female
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Don't know
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Brand name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              2052
PSID:                           45M02253963084EGDRH0
Metropolitan Area:              Jacksonville,
Gender:                         Male
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Don't know
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              2053
PSID:                           UQSO2254004301KWNEPI
Metropolitan Area:              Jacksonville,
Gender:                         Male
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Common name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              2054
PSID:                           TONR2254041493T9OAV8
Metropolitan Area:              Jacksonville,
Gender:                         Male
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              2055
PSID:                           2EMB2254121248VUWS6O
Metropolitan Area:              Jacksonville,
Gender:                         Male
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              2056
PSID:                           BFPU2254142149D1NMB8
Metropolitan Area:              Jacksonville,
Gender:                         Male
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              2057
PSID:                           30I02254154883RHI4KB
Metropolitan Area:              Jacksonville,
Gender:                         Male
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              2058
PSID:                           2XFJ2254177897TO83Q4
Metropolitan Area:              Jacksonville,
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Brand name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              2059
PSID:                           9OV02254184773JGO0AN
Metropolitan Area:              Jacksonville,
Gender:                         Male
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Don't know
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Brand name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Don't know
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              2060
PSID:                           86QC2254210732F2U3PV
Metropolitan Area:              Jacksonville,
Gender:                         Male
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Don't know
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Don't know
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              2061
PSID:                           C4312254247187KDLK5M
Metropolitan Area:              Jacksonville,
Gender:                         Female
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Don't know
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Common name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              2062
PSID:                           L2Q12254259539KX9A1A
Metropolitan Area:              Jacksonville,
Gender:                         Female
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Common name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:                2063
PSID:                             2IEK2254305199QGTYT3
Metropolitan Area:                Jacksonville,
Gender:                           Male
Age:                              18 to 34
Q10.0 [Brand name or common name]
        STP:                      Don't know
        COKE:                     Common name
        JELLO:                    Common name
        REFRIGERATOR:             Common name
        MARGARINE:                Brand name
        ASPIRIN:                  Common name
        AMERICAN AIRLINES:        Brand name
        KENTUCKY FRIED CHICKEN:   Brand name
        APPLIANCE DEALER:         Don't know
        BANK:                     Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:            Brand name
        BIG O TIRE:               Common name
        AUTO REPAIR SHOP:         Common name
        GAS STATION:              Common name
        FIRESTONE:                Brand name


Respondent Number:                2064
PSID:                             871N2254355070F12YNO
Metropolitan Area:                Jacksonville,
Gender:                           Female
Age:                              55 or over
Q10.0 [Brand name or common name]
        STP:                      Brand name
        COKE:                     Brand name
        JELLO:                    Brand name
        REFRIGERATOR:             Common name
        MARGARINE:                Common name
        ASPIRIN:                  Common name
        AMERICAN AIRLINES:        Brand name
        KENTUCKY FRIED CHICKEN:   Brand name
        APPLIANCE DEALER:         Common name
        BANK:                     Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:            Brand name
        BIG O TIRE:               Brand name
        AUTO REPAIR SHOP:         Common name
        GAS STATION:              Common name
        FIRESTONE:                Brand name
```

JACKSONVILLE, FL

```
Respondent Number:              2065
PSID:                           UK2J2254353618LWJ8CC
Metropolitan Area:              Jacksonville,
Gender:                         Female
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Common name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Don't know
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Common name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              2066
PSID:                           OII52254357959KQ8JJN
Metropolitan Area:              Jacksonville,
Gender:                         Female
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Common name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              2067
PSID:                           7ZRH2254391283FBESPE
Metropolitan Area:              Jacksonville,
Gender:                         Male
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              2068
PSID:                           1JUP2254433092WYR7HL
Metropolitan Area:              Jacksonville,
Gender:                         Female
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              2069
PSID:                           5XHI2254524168JU8Y4K
Metropolitan Area:              Jacksonville,
Gender:                         Male
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Common name
        COKE:                   Brand name
        JELLO:                  Common name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Common name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              2070
PSID:                           KXFJ2254571716A62IQC
Metropolitan Area:              Jacksonville,
Gender:                         Female
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              2071
PSID:                           M8LD2254611934EBB1CJ
Metropolitan Area:              Jacksonville,
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              2072
PSID:                           HIQP2254634458LM8F6V
Metropolitan Area:              Jacksonville,
Gender:                         Male
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              2073
PSID:                           1B2T2254654577D4GZS9
Metropolitan Area:              Jacksonville,
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Common name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              2074
PSID:                           Z4ZS2254706886R5ESQL
Metropolitan Area:              Jacksonville,
Gender:                         Female
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Don't know
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Don't know
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              2075
PSID:                           G2V02254716038KSIPGS
Metropolitan Area:              Jacksonville,
Gender:                         Male
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Don't know
        COKE:                   Common name
        JELLO:                  Don't know
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Don't know
        BIG O TIRE:             Don't know
        AUTO REPAIR SHOP:       Don't know
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              2076
PSID:                           OQUP2254735302S4R15P
Metropolitan Area:              Jacksonville,
Gender:                         Male
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Common name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Common name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:                  2077
PSID:                               U8S52254767811YVIXBA
Metropolitan Area:                  Jacksonville,
Gender:                             Male
Age:                                18 to 34
Q10.0 [Brand name or common name]
        STP:                        Common name
        COKE:                       Brand name
        JELLO:                      Brand name
        REFRIGERATOR:               Common name
        MARGARINE:                  Common name
        ASPIRIN:                    Brand name
        AMERICAN AIRLINES:          Brand name
        KENTUCKY FRIED CHICKEN:     Common name
        APPLIANCE DEALER:           Common name
        BANK:                       Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:              Common name
        BIG O TIRE:                 Brand name
        AUTO REPAIR SHOP:           Common name
        GAS STATION:                Common name
        FIRESTONE:                  Brand name


Respondent Number:                  2078
PSID:                               1T672254879725N4733V
Metropolitan Area:                  Jacksonville,
Gender:                             Male
Age:                                35 to 54
Q10.0 [Brand name or common name]
        STP:                        Brand name
        COKE:                       Brand name
        JELLO:                      Common name
        REFRIGERATOR:               Common name
        MARGARINE:                  Common name
        ASPIRIN:                    Common name
        AMERICAN AIRLINES:          Brand name
        KENTUCKY FRIED CHICKEN:     Brand name
        APPLIANCE DEALER:           Common name
        BANK:                       Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:              Brand name
        BIG O TIRE:                 Brand name
        AUTO REPAIR SHOP:           Common name
        GAS STATION:                Common name
        FIRESTONE:                  Brand name
```

```
Respondent Number:              2079
PSID:                           NNE62254934282XMIFFX
Metropolitan Area:              Jacksonville,
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Common name
        JELLO:                  Common name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Common name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              2080
PSID:                           0H0O2255022464A9VGKU
Metropolitan Area:              Jacksonville,
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Common name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:            2081
PSID:                         9IQ32255190335D20V2F
Metropolitan Area:            Jacksonville,
Gender:                       Male
Age:                          55 or over
Q10.0 [Brand name or common name]
        STP:                  Brand name
        COKE:                 Brand name
        JELLO:                Brand name
        REFRIGERATOR:         Common name
        MARGARINE:            Common name
        ASPIRIN:              Common name
        AMERICAN AIRLINES:    Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:     Common name
        BANK:                 Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:        Brand name
        BIG O TIRE:           Brand name
        AUTO REPAIR SHOP:     Common name
        GAS STATION:          Common name
        FIRESTONE:            Brand name


Respondent Number:            2082
PSID:                         ZXHP2255291051FK0Q63
Metropolitan Area:            Jacksonville,
Gender:                       Male
Age:                          18 to 34
Q10.0 [Brand name or common name]
        STP:                  Don't know
        COKE:                 Brand name
        JELLO:                Common name
        REFRIGERATOR:         Common name
        MARGARINE:            Common name
        ASPIRIN:              Brand name
        AMERICAN AIRLINES:    Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:     Common name
        BANK:                 Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:        Brand name
        BIG O TIRE:           Brand name
        AUTO REPAIR SHOP:     Common name
        GAS STATION:          Common name
        FIRESTONE:            Brand name
```

```
Respondent Number:              2083
PSID:                           FD362255400930UW37IB
Metropolitan Area:              Jacksonville,
Gender:                         Male
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Brand name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Don't know
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              2084
PSID:                           3MIL2255486579LE2SRT
Metropolitan Area:              Jacksonville,
Gender:                         Male
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Common name
        JELLO:                  Common name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              2085
PSID:                           2SI72255655980FSKQ2J
Metropolitan Area:              Jacksonville,
Gender:                         Female
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Common name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Brand name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              2086
PSID:                           1KYR2255659857VC4ZS7
Metropolitan Area:              Jacksonville,
Gender:                         Male
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

JACKSONVILLE, FL

```
Respondent Number:              2087
PSID:                           HHYB2255714739OXJXQZ
Metropolitan Area:              Jacksonville,
Gender:                         Male
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Common name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              2088
PSID:                           MS7L2255893238EVEWE5
Metropolitan Area:              Jacksonville,
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Common name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              2089
PSID:                           1WAX2256234806RYVV14
Metropolitan Area:              Jacksonville,
Gender:                         Male
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              2090
PSID:                           2E0A2256261822HYO1QU
Metropolitan Area:              Jacksonville,
Gender:                         Female
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Common name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Common name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

JACKSONVILLE, FL

```
Respondent Number:              2091
PSID:                           E1UD2256273222TOY038
Metropolitan Area:              Jacksonville,
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Common name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Brand name
        ASPIRIN:                Brand name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Common name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Common name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              2092
PSID:                           95FB2256313506T2WFOM
Metropolitan Area:              Jacksonville,
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              2093
PSID:                           NESX2256349618EB3BKL
Metropolitan Area:              Jacksonville,
Gender:                         Female
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Brand name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              2094
PSID:                           4DCA2256380000ZKIDYM
Metropolitan Area:              Jacksonville,
Gender:                         Male
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Don't know
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:            2095
PSID:                         AI6V2256781582OLH033
Metropolitan Area:            Jacksonville,
Gender:                       Male
Age:                          35 to 54
Q10.0 [Brand name or common name]
        STP:                  Brand name
        COKE:                 Brand name
        JELLO:                Brand name
        REFRIGERATOR:         Common name
        MARGARINE:            Common name
        ASPIRIN:              Common name
        AMERICAN AIRLINES:    Brand name
        KENTUCKY FRIED CHICKEN:   Brand name
        APPLIANCE DEALER:     Common name
        BANK:                 Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:        Brand name
        BIG O TIRE:           Brand name
        AUTO REPAIR SHOP:     Common name
        GAS STATION:          Common name
        FIRESTONE:            Brand name


Respondent Number:            2096
PSID:                         NRM12256927868ZQ0XEF
Metropolitan Area:            Jacksonville,
Gender:                       Female
Age:                          35 to 54
Q10.0 [Brand name or common name]
        STP:                  Common name
        COKE:                 Brand name
        JELLO:                Common name
        REFRIGERATOR:         Common name
        MARGARINE:            Common name
        ASPIRIN:              Common name
        AMERICAN AIRLINES:    Brand name
        KENTUCKY FRIED CHICKEN:   Brand name
        APPLIANCE DEALER:     Common name
        BANK:                 Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:        Brand name
        BIG O TIRE:           Brand name
        AUTO REPAIR SHOP:     Common name
        GAS STATION:          Common name
        FIRESTONE:            Brand name
```

```
Respondent Number:              2097
PSID:                           1GJO2256944549PLE0OS
Metropolitan Area:              Jacksonville,
Gender:                         Female
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Don't know
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              2098
PSID:                           9WAF2256226652LMNXHY
Metropolitan Area:              Jacksonville,
Gender:                         Female
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Don't know
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              2099
PSID:                           LRK12254603220WBIDR2
Metropolitan Area:              Jacksonville,
Gender:                         Female
Age:                            35 to 54
Q10.0 [Brand name or common name]
          STP:                  Brand name
          COKE:                 Brand name
          JELLO:                Brand name
          REFRIGERATOR:         Common name
          MARGARINE:            Common name
          ASPIRIN:              Common name
          AMERICAN AIRLINES:    Brand name
          KENTUCKY FRIED CHICKEN: Brand name
          APPLIANCE DEALER:     Common name
          BANK:                 Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:        Common name
          BIG O TIRE:           Common name
          AUTO REPAIR SHOP:     Common name
          GAS STATION:          Common name
          FIRESTONE:            Brand name


Respondent Number:              2100
PSID:                           JQXP2259206306MQIEI0
Metropolitan Area:              Jacksonville,
Gender:                         Female
Age:                            35 to 54
Q10.0 [Brand name or common name]
          STP:                  Brand name
          COKE:                 Common name
          JELLO:                Common name
          REFRIGERATOR:         Common name
          MARGARINE:            Common name
          ASPIRIN:              Common name
          AMERICAN AIRLINES:    Brand name
          KENTUCKY FRIED CHICKEN: Brand name
          APPLIANCE DEALER:     Common name
          BANK:                 Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:        Brand name
          BIG O TIRE:           Brand name
          AUTO REPAIR SHOP:     Common name
          GAS STATION:          Common name
          FIRESTONE:            Brand name
```

```
Respondent Number:              3001
PSID:                           A6X32251160514BTT03Y
Metropolitan Area:              Orlando, FL
Gender:                         Male
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              3002
PSID:                           4P962251168137QZFO0N
Metropolitan Area:              Orlando, FL
Gender:                         Female
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Don't know
        COKE:                   Common name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Don't know
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              3003
PSID:                           8U7A2251172181UTJJSI
Metropolitan Area:              Orlando, FL
Gender:                         Female
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              3004
PSID:                           N3U02251195723RZN2BH
Metropolitan Area:              Orlando, FL
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:                    3005
PSID:                                 257Q2251202994Z4SM63
Metropolitan Area:                    Orlando, FL
Gender:                               Female
Age:                                  55 or over
Q10.0 [Brand name or common name]
            STP:                      Don't know
            COKE:                     Common name
            JELLO:                    Brand name
            REFRIGERATOR:             Common name
            MARGARINE:                Common name
            ASPIRIN:                  Common name
            AMERICAN AIRLINES:        Brand name
            KENTUCKY FRIED CHICKEN:   Brand name
            APPLIANCE DEALER:         Common name
            BANK:                     Common name
Q11.0 [Brand name or common name]
            DISCOUNT TIRE:            Don't know
            BIG O TIRE:               Don't know
            AUTO REPAIR SHOP:         Common name
            GAS STATION:              Common name
            FIRESTONE:                Brand name


Respondent Number:                    3006
PSID:                                 HXCU2251206636JSTEFS
Metropolitan Area:                    Orlando, FL
Gender:                               Female
Age:                                  35 to 54
Q10.0 [Brand name or common name]
            STP:                      Brand name
            COKE:                     Brand name
            JELLO:                    Brand name
            REFRIGERATOR:             Common name
            MARGARINE:                Common name
            ASPIRIN:                  Common name
            AMERICAN AIRLINES:        Brand name
            KENTUCKY FRIED CHICKEN:   Brand name
            APPLIANCE DEALER:         Common name
            BANK:                     Common name
Q11.0 [Brand name or common name]
            DISCOUNT TIRE:            Brand name
            BIG O TIRE:               Brand name
            AUTO REPAIR SHOP:         Common name
            GAS STATION:              Common name
            FIRESTONE:                Brand name
```

```
Respondent Number:                  3007
PSID:                               TOIQ2251232049W4AGVO
Metropolitan Area:                  Orlando, FL
Gender:                             Female
Age:                                35 to 54
Q10.0 [Brand name or common name]
        STP:                        Don't know
        COKE:                       Brand name
        JELLO:                      Brand name
        REFRIGERATOR:               Common name
        MARGARINE:                  Common name
        ASPIRIN:                    Common name
        AMERICAN AIRLINES:          Brand name
        KENTUCKY FRIED CHICKEN:     Brand name
        APPLIANCE DEALER:           Common name
        BANK:                       Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:              Common name
        BIG O TIRE:                 Don't know
        AUTO REPAIR SHOP:           Common name
        GAS STATION:                Common name
        FIRESTONE:                  Brand name


Respondent Number:                  3008
PSID:                               XIH22251294939E0I4RO
Metropolitan Area:                  Orlando, FL
Gender:                             Male
Age:                                35 to 54
Q10.0 [Brand name or common name]
        STP:                        Brand name
        COKE:                       Brand name
        JELLO:                      Brand name
        REFRIGERATOR:               Common name
        MARGARINE:                  Common name
        ASPIRIN:                    Common name
        AMERICAN AIRLINES:          Brand name
        KENTUCKY FRIED CHICKEN:     Brand name
        APPLIANCE DEALER:           Common name
        BANK:                       Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:              Brand name
        BIG O TIRE:                 Brand name
        AUTO REPAIR SHOP:           Common name
        GAS STATION:                Brand name
        FIRESTONE:                  Brand name
```

```
Respondent Number:              3009
PSID:                           VPIX2251337158PWLNOE
Metropolitan Area:              Orlando, FL
Gender:                         Female
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Don't know
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              3010
PSID:                           S5IH2251332038NNX9DL
Metropolitan Area:              Orlando, FL
Gender:                         Male
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Don't know
        COKE:                   Don't know
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Don't know
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Don't know
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              3011
PSID:                           I0UX2251354807A7I86L
Metropolitan Area:              Orlando, FL
Gender:                         Female
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Don't know
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Don't know
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              3012
PSID:                           LMPV2251374039G4IZFK
Metropolitan Area:              Orlando, FL
Gender:                         Female
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Brand name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Don't know
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              3013
PSID:                           Z5MV2251429551KH5K6P
Metropolitan Area:              Orlando, FL
Gender:                         Male
Age:                            55 or over
Q10.0 [Brand name or common name]
          STP:                  Don't know
          COKE:                 Brand name
          JELLO:                Common name
          REFRIGERATOR:         Common name
          MARGARINE:            Common name
          ASPIRIN:              Brand name
          AMERICAN AIRLINES:    Brand name
          KENTUCKY FRIED CHICKEN:  Brand name
          APPLIANCE DEALER:     Don't know
          BANK:                 Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:        Brand name
          BIG O TIRE:           Don't know
          AUTO REPAIR SHOP:     Common name
          GAS STATION:          Common name
          FIRESTONE:            Brand name


Respondent Number:              3014
PSID:                           YTXI2251535482PYOXPR
Metropolitan Area:              Orlando, FL
Gender:                         Female
Age:                            18 to 34
Q10.0 [Brand name or common name]
          STP:                  Brand name
          COKE:                 Brand name
          JELLO:                Brand name
          REFRIGERATOR:         Common name
          MARGARINE:            Common name
          ASPIRIN:              Brand name
          AMERICAN AIRLINES:    Brand name
          KENTUCKY FRIED CHICKEN:  Brand name
          APPLIANCE DEALER:     Common name
          BANK:                 Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:        Common name
          BIG O TIRE:           Brand name
          AUTO REPAIR SHOP:     Common name
          GAS STATION:          Common name
          FIRESTONE:            Brand name
```

```
Respondent Number:                      3015
PSID:                                   8TW52251549720LP5XA5
Metropolitan Area:                      Orlando, FL
Gender:                                 Female
Age:                                    35 to 54
Q10.0 [Brand name or common name]
        STP:                            Common name
        COKE:                           Brand name
        JELLO:                          Brand name
        REFRIGERATOR:                   Common name
        MARGARINE:                      Common name
        ASPIRIN:                        Common name
        AMERICAN AIRLINES:              Brand name
        KENTUCKY FRIED CHICKEN:         Brand name
        APPLIANCE DEALER:               Common name
        BANK:                           Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:                  Common name
        BIG O TIRE:                     Brand name
        AUTO REPAIR SHOP:               Common name
        GAS STATION:                    Common name
        FIRESTONE:                      Brand name


Respondent Number:                      3016
PSID:                                   316E2251556973DZVNLR
Metropolitan Area:                      Orlando, FL
Gender:                                 Female
Age:                                    18 to 34
Q10.0 [Brand name or common name]
        STP:                            Brand name
        COKE:                           Brand name
        JELLO:                          Brand name
        REFRIGERATOR:                   Common name
        MARGARINE:                      Common name
        ASPIRIN:                        Brand name
        AMERICAN AIRLINES:              Brand name
        KENTUCKY FRIED CHICKEN:         Brand name
        APPLIANCE DEALER:               Common name
        BANK:                           Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:                  Brand name
        BIG O TIRE:                     Don't know
        AUTO REPAIR SHOP:               Common name
        GAS STATION:                    Common name
        FIRESTONE:                      Brand name
```

ORLANDO, FL

```
Respondent Number:              3017
PSID:                           R82Q2251565013DV1G04
Metropolitan Area:              Orlando, FL
Gender:                         Female
Age:                            35 to 54
Q10.0 [Brand name or common name]
          STP:                  Brand name
          COKE:                 Brand name
          JELLO:                Brand name
          REFRIGERATOR:         Common name
          MARGARINE:            Common name
          ASPIRIN:              Common name
          AMERICAN AIRLINES:    Brand name
          KENTUCKY FRIED CHICKEN: Brand name
          APPLIANCE DEALER:     Common name
          BANK:                 Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:        Brand name
          BIG O TIRE:           Brand name
          AUTO REPAIR SHOP:     Brand name
          GAS STATION:          Common name
          FIRESTONE:            Brand name


Respondent Number:              3018
PSID:                           OBW72251559608VVG3B9
Metropolitan Area:              Orlando, FL
Gender:                         Female
Age:                            55 or over
Q10.0 [Brand name or common name]
          STP:                  Brand name
          COKE:                 Brand name
          JELLO:                Brand name
          REFRIGERATOR:         Common name
          MARGARINE:            Common name
          ASPIRIN:              Brand name
          AMERICAN AIRLINES:    Brand name
          KENTUCKY FRIED CHICKEN: Brand name
          APPLIANCE DEALER:     Common name
          BANK:                 Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:        Brand name
          BIG O TIRE:           Brand name
          AUTO REPAIR SHOP:     Common name
          GAS STATION:          Common name
          FIRESTONE:            Brand name
```

```
Respondent Number:              3019
PSID:                           71S22251564656ZN0F9G
Metropolitan Area:              Orlando, FL
Gender:                         Female
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Don't know
        COKE:                   Brand name
        JELLO:                  Common name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              3020
PSID:                           M8F32251576229RTKNQA
Metropolitan Area:              Orlando, FL
Gender:                         Female
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              3021
PSID:                           KUZA2251580499J2CN24
Metropolitan Area:              Orlando, FL
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Common name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Brand name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Common name
        KENTUCKY FRIED CHICKEN: Common name
        APPLIANCE DEALER:       Brand name
        BANK:                   Brand name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Common name


Respondent Number:              3022
PSID:                           VSRT2251252789FQV1V6
Metropolitan Area:              Orlando, FL
Gender:                         Female
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

        ORLANDO, FL

```
Respondent Number:              3023
PSID:                           27E62251592508MDYLKR
Metropolitan Area:              Orlando, FL
Gender:                         Female
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              3024
PSID:                           1EYD2251591583OP6P8F
Metropolitan Area:              Orlando, FL
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Common name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Brand name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              3025
PSID:                           W0W32251591907JDITBK
Metropolitan Area:              Orlando, FL
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Brand name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Don't know
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              3026
PSID:                           I2K82251606498CS7T8P
Metropolitan Area:              Orlando, FL
Gender:                         Female
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Don't know
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Brand name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Don't know
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              3027
PSID:                           KNTH2251615083AHN9F7
Metropolitan Area:              Orlando, FL
Gender:                         Male
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Don't know
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              3028
PSID:                           17732251631440YCZ4ZU
Metropolitan Area:              Orlando, FL
Gender:                         Female
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Don't know
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:                3029
PSID:                             YRYR2251643202GK9LTM
Metropolitan Area:                Orlando, FL
Gender:                           Female
Age:                              18 to 34
Q10.0 [Brand name or common name]
          STP:                    Brand name
          COKE:                   Brand name
          JELLO:                  Brand name
          REFRIGERATOR:           Common name
          MARGARINE:              Common name
          ASPIRIN:                Brand name
          AMERICAN AIRLINES:      Brand name
          KENTUCKY FRIED CHICKEN: Brand name
          APPLIANCE DEALER:       Common name
          BANK:                   Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:          Common name
          BIG O TIRE:             Don't know
          AUTO REPAIR SHOP:       Brand name
          GAS STATION:            Common name
          FIRESTONE:              Brand name


Respondent Number:                3030
PSID:                             Q7PX2251677226O2PKSJ
Metropolitan Area:                Orlando, FL
Gender:                           Female
Age:                              35 to 54
Q10.0 [Brand name or common name]
          STP:                    Don't know
          COKE:                   Brand name
          JELLO:                  Brand name
          REFRIGERATOR:           Common name
          MARGARINE:              Common name
          ASPIRIN:                Common name
          AMERICAN AIRLINES:      Brand name
          KENTUCKY FRIED CHICKEN: Brand name
          APPLIANCE DEALER:       Common name
          BANK:                   Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:          Brand name
          BIG O TIRE:             Don't know
          AUTO REPAIR SHOP:       Common name
          GAS STATION:            Common name
          FIRESTONE:              Brand name
```

```
Respondent Number:              3031
PSID:                           RSOD2251717235SXDJCL
Metropolitan Area:              Orlando, FL
Gender:                         Male
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              3032
PSID:                           Q2DE2251806836U8BQY4
Metropolitan Area:              Orlando, FL
Gender:                         Male
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Common name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Brand name
        ASPIRIN:                Brand name
        AMERICAN AIRLINES:      Common name
        KENTUCKY FRIED CHICKEN: Common name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Common name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:               3033
PSID:                            GQH42251852051LD4SJE
Metropolitan Area:               Orlando, FL
Gender:                          Male
Age:                             35 to 54
Q10.0 [Brand name or common name]
        STP:                     Common name
        COKE:                    Brand name
        JELLO:                   Brand name
        REFRIGERATOR:            Brand name
        MARGARINE:               Brand name
        ASPIRIN:                 Brand name
        AMERICAN AIRLINES:       Brand name
        KENTUCKY FRIED CHICKEN:  Brand name
        APPLIANCE DEALER:        Brand name
        BANK:                    Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:           Common name
        BIG O TIRE:              Common name
        AUTO REPAIR SHOP:        Brand name
        GAS STATION:             Brand name
        FIRESTONE:               Brand name


Respondent Number:               3034
PSID:                            1Q232251488746BBAU2Z
Metropolitan Area:               Orlando, FL
Gender:                          Male
Age:                             55 or over
Q10.0 [Brand name or common name]
        STP:                     Brand name
        COKE:                    Brand name
        JELLO:                   Brand name
        REFRIGERATOR:            Common name
        MARGARINE:               Common name
        ASPIRIN:                 Common name
        AMERICAN AIRLINES:       Brand name
        KENTUCKY FRIED CHICKEN:  Brand name
        APPLIANCE DEALER:        Common name
        BANK:                    Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:           Brand name
        BIG O TIRE:              Brand name
        AUTO REPAIR SHOP:        Common name
        GAS STATION:             Common name
        FIRESTONE:               Brand name
```

```
Respondent Number:                  3035
PSID:                               6EHD2252113580BHF36C
Metropolitan Area:                  Orlando, FL
Gender:                             Male
Age:                                18 to 34
Q10.0 [Brand name or common name]
        STP:                        Brand name
        COKE:                       Brand name
        JELLO:                      Brand name
        REFRIGERATOR:               Common name
        MARGARINE:                  Common name
        ASPIRIN:                    Brand name
        AMERICAN AIRLINES:          Brand name
        KENTUCKY FRIED CHICKEN:     Brand name
        APPLIANCE DEALER:           Common name
        BANK:                       Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:              Brand name
        BIG O TIRE:                 Brand name
        AUTO REPAIR SHOP:           Common name
        GAS STATION:                Common name
        FIRESTONE:                  Brand name


Respondent Number:                  3036
PSID:                               JSXS2252586484XVK3IC
Metropolitan Area:                  Orlando, FL
Gender:                             Male
Age:                                55 or over
Q10.0 [Brand name or common name]
        STP:                        Brand name
        COKE:                       Brand name
        JELLO:                      Brand name
        REFRIGERATOR:               Common name
        MARGARINE:                  Common name
        ASPIRIN:                    Common name
        AMERICAN AIRLINES:          Brand name
        KENTUCKY FRIED CHICKEN:     Brand name
        APPLIANCE DEALER:           Common name
        BANK:                       Don't know
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:              Brand name
        BIG O TIRE:                 Brand name
        AUTO REPAIR SHOP:           Common name
        GAS STATION:                Common name
        FIRESTONE:                  Brand name
```

```
Respondent Number:                    3037
PSID:                                 8TRH2252681979G94I98
Metropolitan Area:                    Orlando, FL
Gender:                               Male
Age:                                  55 or over
Q10.0 [Brand name or common name]
            STP:                      Brand name
            COKE:                     Brand name
            JELLO:                    Brand name
            REFRIGERATOR:             Common name
            MARGARINE:                Common name
            ASPIRIN:                  Brand name
            AMERICAN AIRLINES:        Brand name
            KENTUCKY FRIED CHICKEN:   Brand name
            APPLIANCE DEALER:         Brand name
            BANK:                     Common name
Q11.0 [Brand name or common name]
            DISCOUNT TIRE:            Brand name
            BIG O TIRE:               Brand name
            AUTO REPAIR SHOP:         Common name
            GAS STATION:              Common name
            FIRESTONE:                Brand name


Respondent Number:                    3038
PSID:                                 SOXM2252695892PBEBUP
Metropolitan Area:                    Orlando, FL
Gender:                               Male
Age:                                  35 to 54
Q10.0 [Brand name or common name]
            STP:                      Brand name
            COKE:                     Brand name
            JELLO:                    Brand name
            REFRIGERATOR:             Common name
            MARGARINE:                Common name
            ASPIRIN:                  Common name
            AMERICAN AIRLINES:        Brand name
            KENTUCKY FRIED CHICKEN:   Brand name
            APPLIANCE DEALER:         Common name
            BANK:                     Common name
Q11.0 [Brand name or common name]
            DISCOUNT TIRE:            Brand name
            BIG O TIRE:               Don't know
            AUTO REPAIR SHOP:         Common name
            GAS STATION:              Common name
            FIRESTONE:                Brand name
```

```
Respondent Number:                    3039
PSID:                                 ACES2252728226Z7977T
Metropolitan Area:                    Orlando, FL
Gender:                               Female
Age:                                  18 to 34
Q10.0 [Brand name or common name]
          STP:                        Brand name
          COKE:                       Brand name
          JELLO:                      Brand name
          REFRIGERATOR:               Common name
          MARGARINE:                  Common name
          ASPIRIN:                    Brand name
          AMERICAN AIRLINES:          Brand name
          KENTUCKY FRIED CHICKEN:     Brand name
          APPLIANCE DEALER:           Common name
          BANK:                       Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:              Common name
          BIG O TIRE:                 Brand name
          AUTO REPAIR SHOP:           Common name
          GAS STATION:                Common name
          FIRESTONE:                  Brand name


Respondent Number:                    3040
PSID:                                 ED0L2252862537S9H8AT
Metropolitan Area:                    Orlando, FL
Gender:                               Female
Age:                                  18 to 34
Q10.0 [Brand name or common name]
          STP:                        Don't know
          COKE:                       Common name
          JELLO:                      Brand name
          REFRIGERATOR:               Common name
          MARGARINE:                  Common name
          ASPIRIN:                    Don't know
          AMERICAN AIRLINES:          Brand name
          KENTUCKY FRIED CHICKEN:     Don't know
          APPLIANCE DEALER:           Common name
          BANK:                       Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:              Don't know
          BIG O TIRE:                 Don't know
          AUTO REPAIR SHOP:           Common name
          GAS STATION:                Common name
          FIRESTONE:                  Brand name
```

ORLANDO, FL

```
Respondent Number:              3041
PSID:                           CQLL2252880118K54KSR
Metropolitan Area:              Orlando, FL
Gender:                         Female
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Don't know
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              3042
PSID:                           0G9C2253149929RV2YN3
Metropolitan Area:              Orlando, FL
Gender:                         Male
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Don't know
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Brand name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              3043
PSID:                           JMMW2253159324JG3PSZ
Metropolitan Area:              Orlando, FL
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
         STP:                   Don't know
         COKE:                  Brand name
         JELLO:                 Common name
         REFRIGERATOR:          Common name
         MARGARINE:             Common name
         ASPIRIN:               Common name
         AMERICAN AIRLINES:     Brand name
         KENTUCKY FRIED CHICKEN: Brand name
         APPLIANCE DEALER:      Common name
         BANK:                  Common name
Q11.0 [Brand name or common name]
         DISCOUNT TIRE:         Common name
         BIG O TIRE:            Common name
         AUTO REPAIR SHOP:      Common name
         GAS STATION:           Common name
         FIRESTONE:             Brand name


Respondent Number:              3044
PSID:                           Q4IQ2253209750P8G6SF
Metropolitan Area:              Orlando, FL
Gender:                         Male
Age:                            18 to 34
Q10.0 [Brand name or common name]
         STP:                   Brand name
         COKE:                  Common name
         JELLO:                 Brand name
         REFRIGERATOR:          Common name
         MARGARINE:             Common name
         ASPIRIN:               Common name
         AMERICAN AIRLINES:     Brand name
         KENTUCKY FRIED CHICKEN: Brand name
         APPLIANCE DEALER:      Common name
         BANK:                  Common name
Q11.0 [Brand name or common name]
         DISCOUNT TIRE:         Brand name
         BIG O TIRE:            Brand name
         AUTO REPAIR SHOP:      Common name
         GAS STATION:           Common name
         FIRESTONE:             Brand name
```

ORLANDO, FL

```
Respondent Number:                    3045
PSID:                                 1E0C2253234176Y5WKWL
Metropolitan Area:                    Orlando, FL
Gender:                               Male
Age:                                  18 to 34
Q10.0 [Brand name or common name]
          STP:                        Don't know
          COKE:                       Brand name
          JELLO:                      Brand name
          REFRIGERATOR:               Common name
          MARGARINE:                  Common name
          ASPIRIN:                    Brand name
          AMERICAN AIRLINES:          Brand name
          KENTUCKY FRIED CHICKEN:     Brand name
          APPLIANCE DEALER:           Common name
          BANK:                       Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:              Brand name
          BIG O TIRE:                 Brand name
          AUTO REPAIR SHOP:           Common name
          GAS STATION:                Common name
          FIRESTONE:                  Brand name


Respondent Number:                    3046
PSID:                                 ESYC2253276648NLZUAO
Metropolitan Area:                    Orlando, FL
Gender:                               Male
Age:                                  55 or over
Q10.0 [Brand name or common name]
          STP:                        Brand name
          COKE:                       Brand name
          JELLO:                      Brand name
          REFRIGERATOR:               Common name
          MARGARINE:                  Common name
          ASPIRIN:                    Common name
          AMERICAN AIRLINES:          Brand name
          KENTUCKY FRIED CHICKEN:     Brand name
          APPLIANCE DEALER:           Common name
          BANK:                       Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:              Brand name
          BIG O TIRE:                 Brand name
          AUTO REPAIR SHOP:           Common name
          GAS STATION:                Common name
          FIRESTONE:                  Brand name
```

```
Respondent Number:              3047
PSID:                           E02Z2253187156XON25B
Metropolitan Area:              Orlando, FL
Gender:                         Female
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Common name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Brand name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Common name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              3048
PSID:                           NC9I2253293844I641EX
Metropolitan Area:              Orlando, FL
Gender:                         Female
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Common name
        COKE:                   Common name
        JELLO:                  Common name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Common name
        APPLIANCE DEALER:       Don't know
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              3049
PSID:                           9O1V2253320195Q8A0XG
Metropolitan Area:              Orlando, FL
Gender:                         Male
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              3050
PSID:                           M4VL2253414384Y455PN
Metropolitan Area:              Orlando, FL
Gender:                         Male
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

ORLANDO, FL

```
Respondent Number:              3051
PSID:                           S2GE2253747033Z9POH2
Metropolitan Area:              Orlando, FL
Gender:                         Male
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Common name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Don't know
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              3052
PSID:                           8NWN2253857959XIVLMK
Metropolitan Area:              Orlando, FL
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Don't know
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:                    3053
PSID:                                 QUXK2254145927A9ZRW6
Metropolitan Area:                    Orlando, FL
Gender:                               Male
Age:                                  55 or over
Q10.0 [Brand name or common name]
          STP:                        Brand name
          COKE:                       Brand name
          JELLO:                      Brand name
          REFRIGERATOR:               Common name
          MARGARINE:                  Common name
          ASPIRIN:                    Common name
          AMERICAN AIRLINES:          Brand name
          KENTUCKY FRIED CHICKEN:     Brand name
          APPLIANCE DEALER:           Common name
          BANK:                       Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:              Common name
          BIG O TIRE:                 Common name
          AUTO REPAIR SHOP:           Common name
          GAS STATION:                Common name
          FIRESTONE:                  Brand name


Respondent Number:                    3054
PSID:                                 05IE2254201042K3HB6J
Metropolitan Area:                    Orlando, FL
Gender:                               Male
Age:                                  55 or over
Q10.0 [Brand name or common name]
          STP:                        Brand name
          COKE:                       Brand name
          JELLO:                      Brand name
          REFRIGERATOR:               Common name
          MARGARINE:                  Common name
          ASPIRIN:                    Common name
          AMERICAN AIRLINES:          Brand name
          KENTUCKY FRIED CHICKEN:     Brand name
          APPLIANCE DEALER:           Common name
          BANK:                       Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:              Common name
          BIG O TIRE:                 Don't know
          AUTO REPAIR SHOP:           Common name
          GAS STATION:                Common name
          FIRESTONE:                  Brand name
```

```
Respondent Number:              3055
PSID:                           6WGM2254308479F12MFN
Metropolitan Area:              Orlando, FL
Gender:                         Male
Age:                            18 to 34
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              3056
PSID:                           LM8Y2254609486MUQ3EK
Metropolitan Area:              Orlando, FL
Gender:                         Male
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              3057
PSID:                           ZZSJ2254628217DBI28M
Metropolitan Area:              Orlando, FL
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              3058
PSID:                           NWQA2255091360R5AL7R
Metropolitan Area:              Orlando, FL
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:                  3059
PSID:                               5GQO2255302763DCC3UE
Metropolitan Area:                  Orlando, FL
Gender:                             Male
Age:                                35 to 54
Q10.0 [Brand name or common name]
        STP:                        Brand name
        COKE:                       Brand name
        JELLO:                      Brand name
        REFRIGERATOR:               Common name
        MARGARINE:                  Common name
        ASPIRIN:                    Common name
        AMERICAN AIRLINES:          Brand name
        KENTUCKY FRIED CHICKEN:     Brand name
        APPLIANCE DEALER:           Common name
        BANK:                       Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:              Common name
        BIG O TIRE:                 Brand name
        AUTO REPAIR SHOP:           Common name
        GAS STATION:                Common name
        FIRESTONE:                  Brand name


Respondent Number:                  3060
PSID:                               FB812255515698E24EH1
Metropolitan Area:                  Orlando, FL
Gender:                             Male
Age:                                35 to 54
Q10.0 [Brand name or common name]
        STP:                        Don't know
        COKE:                       Common name
        JELLO:                      Brand name
        REFRIGERATOR:               Common name
        MARGARINE:                  Common name
        ASPIRIN:                    Common name
        AMERICAN AIRLINES:          Brand name
        KENTUCKY FRIED CHICKEN:     Brand name
        APPLIANCE DEALER:           Common name
        BANK:                       Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:              Brand name
        BIG O TIRE:                 Brand name
        AUTO REPAIR SHOP:           Common name
        GAS STATION:                Common name
        FIRESTONE:                  Brand name
```

```
Respondent Number:                   3061
PSID:                                LBQB2255604478GS3DR3
Metropolitan Area:                   Orlando, FL
Gender:                              Male
Age:                                 35 to 54
Q10.0 [Brand name or common name]
            STP:                     Brand name
            COKE:                    Brand name
            JELLO:                   Brand name
            REFRIGERATOR:            Common name
            MARGARINE:               Common name
            ASPIRIN:                 Common name
            AMERICAN AIRLINES:       Brand name
            KENTUCKY FRIED CHICKEN:  Common name
            APPLIANCE DEALER:        Common name
            BANK:                    Common name
Q11.0 [Brand name or common name]
            DISCOUNT TIRE:           Common name
            BIG O TIRE:              Brand name
            AUTO REPAIR SHOP:        Common name
            GAS STATION:             Common name
            FIRESTONE:               Brand name


Respondent Number:                   3062
PSID:                                FHWO2255715339PEUTLM
Metropolitan Area:                   Orlando, FL
Gender:                              Male
Age:                                 35 to 54
Q10.0 [Brand name or common name]
            STP:                     Brand name
            COKE:                    Brand name
            JELLO:                   Brand name
            REFRIGERATOR:            Common name
            MARGARINE:               Common name
            ASPIRIN:                 Common name
            AMERICAN AIRLINES:       Brand name
            KENTUCKY FRIED CHICKEN:  Brand name
            APPLIANCE DEALER:        Common name
            BANK:                    Common name
Q11.0 [Brand name or common name]
            DISCOUNT TIRE:           Brand name
            BIG O TIRE:              Common name
            AUTO REPAIR SHOP:        Common name
            GAS STATION:             Common name
            FIRESTONE:               Brand name
```

```
Respondent Number:                      3063
PSID:                                   9HBG2255895563L9DTUM
Metropolitan Area:                      Orlando, FL
Gender:                                 Male
Age:                                    35 to 54
Q10.0 [Brand name or common name]
          STP:                          Common name
          COKE:                         Common name
          JELLO:                        Brand name
          REFRIGERATOR:                 Common name
          MARGARINE:                    Common name
          ASPIRIN:                      Brand name
          AMERICAN AIRLINES:            Brand name
          KENTUCKY FRIED CHICKEN:       Common name
          APPLIANCE DEALER:             Common name
          BANK:                         Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:                Brand name
          BIG O TIRE:                   Brand name
          AUTO REPAIR SHOP:             Common name
          GAS STATION:                  Common name
          FIRESTONE:                    Brand name


Respondent Number:                      3064
PSID:                                   PTZW2255936040OX9ARO
Metropolitan Area:                      Orlando, FL
Gender:                                 Male
Age:                                    18 to 34
Q10.0 [Brand name or common name]
          STP:                          Brand name
          COKE:                         Common name
          JELLO:                        Brand name
          REFRIGERATOR:                 Common name
          MARGARINE:                    Common name
          ASPIRIN:                      Common name
          AMERICAN AIRLINES:            Brand name
          KENTUCKY FRIED CHICKEN:       Brand name
          APPLIANCE DEALER:             Common name
          BANK:                         Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:                Brand name
          BIG O TIRE:                   Brand name
          AUTO REPAIR SHOP:             Common name
          GAS STATION:                  Common name
          FIRESTONE:                    Brand name
```

ORLANDO, FL

```
Respondent Number:              3065
PSID:                           NCS12256088815G3LBY1
Metropolitan Area:              Orlando, FL
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
            STP:                Brand name
            COKE:               Common name
            JELLO:              Brand name
            REFRIGERATOR:       Common name
            MARGARINE:          Common name
            ASPIRIN:            Common name
            AMERICAN AIRLINES:  Brand name
            KENTUCKY FRIED CHICKEN:  Brand name
            APPLIANCE DEALER:   Common name
            BANK:               Common name
Q11.0 [Brand name or common name]
            DISCOUNT TIRE:      Brand name
            BIG O TIRE:         Brand name
            AUTO REPAIR SHOP:   Common name
            GAS STATION:        Common name
            FIRESTONE:          Brand name


Respondent Number:              3066
PSID:                           VBP92256266728FV86AP
Metropolitan Area:              Orlando, FL
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
            STP:                Brand name
            COKE:               Common name
            JELLO:              Brand name
            REFRIGERATOR:       Common name
            MARGARINE:          Common name
            ASPIRIN:            Common name
            AMERICAN AIRLINES:  Brand name
            KENTUCKY FRIED CHICKEN:  Brand name
            APPLIANCE DEALER:   Common name
            BANK:               Common name
Q11.0 [Brand name or common name]
            DISCOUNT TIRE:      Brand name
            BIG O TIRE:         Brand name
            AUTO REPAIR SHOP:   Common name
            GAS STATION:        Common name
            FIRESTONE:          Brand name
```

```
Respondent Number:                    3067
PSID:                                 G33C2256268219ZN5L1D
Metropolitan Area:                    Orlando, FL
Gender:                               Male
Age:                                  35 to 54
Q10.0 [Brand name or common name]
        STP:                          Don't know
        COKE:                         Brand name
        JELLO:                        Brand name
        REFRIGERATOR:                 Common name
        MARGARINE:                    Common name
        ASPIRIN:                      Common name
        AMERICAN AIRLINES:            Brand name
        KENTUCKY FRIED CHICKEN:       Brand name
        APPLIANCE DEALER:             Common name
        BANK:                         Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:                Brand name
        BIG O TIRE:                   Brand name
        AUTO REPAIR SHOP:             Common name
        GAS STATION:                  Common name
        FIRESTONE:                    Brand name


Respondent Number:                    3068
PSID:                                 3KAR2256353013WLX84F
Metropolitan Area:                    Orlando, FL
Gender:                               Male
Age:                                  55 or over
Q10.0 [Brand name or common name]
        STP:                          Brand name
        COKE:                         Brand name
        JELLO:                        Brand name
        REFRIGERATOR:                 Common name
        MARGARINE:                    Common name
        ASPIRIN:                      Common name
        AMERICAN AIRLINES:            Brand name
        KENTUCKY FRIED CHICKEN:       Brand name
        APPLIANCE DEALER:             Common name
        BANK:                         Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:                Common name
        BIG O TIRE:                   Brand name
        AUTO REPAIR SHOP:             Common name
        GAS STATION:                  Common name
        FIRESTONE:                    Brand name
```

```
Respondent Number:               3069
PSID:                            DZZ32256441637S8JSSZ
Metropolitan Area:              Orlando, FL
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                     Brand name
        COKE:                    Brand name
        JELLO:                   Brand name
        REFRIGERATOR:            Common name
        MARGARINE:               Common name
        ASPIRIN:                 Common name
        AMERICAN AIRLINES:       Brand name
        KENTUCKY FRIED CHICKEN:  Brand name
        APPLIANCE DEALER:        Common name
        BANK:                    Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:           Brand name
        BIG O TIRE:              Brand name
        AUTO REPAIR SHOP:        Common name
        GAS STATION:             Common name
        FIRESTONE:               Brand name


Respondent Number:               3070
PSID:                            IYNQ2256672813YH57L6
Metropolitan Area:              Orlando, FL
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                     Brand name
        COKE:                    Brand name
        JELLO:                   Brand name
        REFRIGERATOR:            Common name
        MARGARINE:               Common name
        ASPIRIN:                 Common name
        AMERICAN AIRLINES:       Brand name
        KENTUCKY FRIED CHICKEN:  Brand name
        APPLIANCE DEALER:        Common name
        BANK:                    Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:           Brand name
        BIG O TIRE:              Common name
        AUTO REPAIR SHOP:        Common name
        GAS STATION:             Common name
        FIRESTONE:               Brand name
```

ORLANDO, FL

```
Respondent Number:              3071
PSID:                           A94D2256866523P46LEA
Metropolitan Area:              Orlando, FL
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
          STP:                  Brand name
          COKE:                 Brand name
          JELLO:                Brand name
          REFRIGERATOR:         Common name
          MARGARINE:            Common name
          ASPIRIN:              Common name
          AMERICAN AIRLINES:    Brand name
          KENTUCKY FRIED CHICKEN: Brand name
          APPLIANCE DEALER:     Common name
          BANK:                 Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:        Brand name
          BIG O TIRE:           Don't know
          AUTO REPAIR SHOP:     Common name
          GAS STATION:          Common name
          FIRESTONE:            Brand name


Respondent Number:              3072
PSID:                           WEY92256867411QYSUNZ
Metropolitan Area:              Orlando, FL
Gender:                         Female
Age:                            55 or over
Q10.0 [Brand name or common name]
          STP:                  Brand name
          COKE:                 Brand name
          JELLO:                Brand name
          REFRIGERATOR:         Common name
          MARGARINE:            Common name
          ASPIRIN:              Common name
          AMERICAN AIRLINES:    Brand name
          KENTUCKY FRIED CHICKEN: Brand name
          APPLIANCE DEALER:     Common name
          BANK:                 Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:        Brand name
          BIG O TIRE:           Don't know
          AUTO REPAIR SHOP:     Common name
          GAS STATION:          Common name
          FIRESTONE:            Brand name
```

```
Respondent Number:                    3073
PSID:                                 BRVO2256878177BLLBZV
Metropolitan Area:                    Orlando, FL
Gender:                               Male
Age:                                  35 to 54
Q10.0 [Brand name or common name]
        STP:                          Brand name
        COKE:                         Brand name
        JELLO:                        Common name
        REFRIGERATOR:                 Common name
        MARGARINE:                    Common name
        ASPIRIN:                      Common name
        AMERICAN AIRLINES:            Brand name
        KENTUCKY FRIED CHICKEN:       Brand name
        APPLIANCE DEALER:             Common name
        BANK:                         Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:                Common name
        BIG O TIRE:                   Common name
        AUTO REPAIR SHOP:             Common name
        GAS STATION:                  Common name
        FIRESTONE:                    Brand name


Respondent Number:                    3074
PSID:                                 OP952254643589OP3SGF
Metropolitan Area:                    Orlando, FL
Gender:                               Male
Age:                                  55 or over
Q10.0 [Brand name or common name]
        STP:                          Brand name
        COKE:                         Brand name
        JELLO:                        Brand name
        REFRIGERATOR:                 Common name
        MARGARINE:                    Common name
        ASPIRIN:                      Common name
        AMERICAN AIRLINES:            Brand name
        KENTUCKY FRIED CHICKEN:       Brand name
        APPLIANCE DEALER:             Common name
        BANK:                         Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:                Brand name
        BIG O TIRE:                   Brand name
        AUTO REPAIR SHOP:             Common name
        GAS STATION:                  Common name
        FIRESTONE:                    Brand name
```

```
Respondent Number:              3075
PSID:                           45TL2253967946V3TLSY
Metropolitan Area:              Orlando, FL
Gender:                         Female
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Don't know
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Common name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              3076
PSID:                           A74F2256892680FB37DR
Metropolitan Area:              Orlando, FL
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Common name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Brand name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Common name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              3077
PSID:                           H2DC2256898387XAMWVX
Metropolitan Area:              Orlando, FL
Gender:                         Male
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Common name
        BIG O TIRE:             Don't know
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              3078
PSID:                           E7A42256898494TPQZHB
Metropolitan Area:              Orlando, FL
Gender:                         Female
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:                  3079
PSID:                               YVAK2256903524FBE1FR
Metropolitan Area:                  Orlando, FL
Gender:                             Male
Age:                                55 or over
Q10.0 [Brand name or common name]
          STP:                      Brand name
          COKE:                     Brand name
          JELLO:                    Brand name
          REFRIGERATOR:             Common name
          MARGARINE:                Common name
          ASPIRIN:                  Common name
          AMERICAN AIRLINES:        Brand name
          KENTUCKY FRIED CHICKEN:   Brand name
          APPLIANCE DEALER:         Common name
          BANK:                     Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:            Brand name
          BIG O TIRE:               Brand name
          AUTO REPAIR SHOP:         Common name
          GAS STATION:              Common name
          FIRESTONE:                Brand name


Respondent Number:                  3080
PSID:                               8PM32253406071VE2TLV
Metropolitan Area:                  Orlando, FL
Gender:                             Female
Age:                                55 or over
Q10.0 [Brand name or common name]
          STP:                      Brand name
          COKE:                     Brand name
          JELLO:                    Brand name
          REFRIGERATOR:             Common name
          MARGARINE:                Common name
          ASPIRIN:                  Common name
          AMERICAN AIRLINES:        Brand name
          KENTUCKY FRIED CHICKEN:   Brand name
          APPLIANCE DEALER:         Common name
          BANK:                     Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:            Brand name
          BIG O TIRE:               Brand name
          AUTO REPAIR SHOP:         Common name
          GAS STATION:              Common name
          FIRESTONE:                Brand name
```

```
Respondent Number:               3081
PSID:                            HULI2256903975LJZENK
Metropolitan Area:               Orlando, FL
Gender:                          Female
Age:                             55 or over
Q10.0 [Brand name or common name]
        STP:                     Common name
        COKE:                    Brand name
        JELLO:                   Common name
        REFRIGERATOR:            Brand name
        MARGARINE:               Brand name
        ASPIRIN:                 Brand name
        AMERICAN AIRLINES:       Common name
        KENTUCKY FRIED CHICKEN:  Brand name
        APPLIANCE DEALER:        Brand name
        BANK:                    Don't know
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:           Common name
        BIG O TIRE:              Brand name
        AUTO REPAIR SHOP:        Common name
        GAS STATION:             Common name
        FIRESTONE:               Brand name


Respondent Number:               3082
PSID:                            8B762256918175HXV7W4
Metropolitan Area:               Orlando, FL
Gender:                          Female
Age:                             35 to 54
Q10.0 [Brand name or common name]
        STP:                     Brand name
        COKE:                    Brand name
        JELLO:                   Brand name
        REFRIGERATOR:            Common name
        MARGARINE:               Common name
        ASPIRIN:                 Common name
        AMERICAN AIRLINES:       Brand name
        KENTUCKY FRIED CHICKEN:  Brand name
        APPLIANCE DEALER:        Common name
        BANK:                    Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:           Brand name
        BIG O TIRE:              Brand name
        AUTO REPAIR SHOP:        Common name
        GAS STATION:             Common name
        FIRESTONE:               Brand name
```

```
Respondent Number:              3083
PSID:                           WHV72256918758V4REQ8
Metropolitan Area:              Orlando, FL
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Common name
        JELLO:                  Common name
        REFRIGERATOR:           Common name
        MARGARINE:              Brand name
        ASPIRIN:                Brand name
        AMERICAN AIRLINES:      Common name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Common name
        BIG O TIRE:             Common name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              3084
PSID:                           4LV32256929716V4KZ9M
Metropolitan Area:              Orlando, FL
Gender:                         Female
Age:                            55 or over
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Common name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              3085
PSID:                           YI5S2256936413YQ43ID
Metropolitan Area:              Orlando, FL
Gender:                         Female
Age:                            55 or over
Q10.0 [Brand name or common name]
          STP:                  Brand name
          COKE:                 Brand name
          JELLO:                Brand name
          REFRIGERATOR:         Common name
          MARGARINE:            Common name
          ASPIRIN:              Common name
          AMERICAN AIRLINES:    Brand name
          KENTUCKY FRIED CHICKEN: Brand name
          APPLIANCE DEALER:     Common name
          BANK:                 Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:        Brand name
          BIG O TIRE:           Brand name
          AUTO REPAIR SHOP:     Common name
          GAS STATION:          Common name
          FIRESTONE:            Brand name


Respondent Number:              3086
PSID:                           BBVU2256943928TL6W5H
Metropolitan Area:              Orlando, FL
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
          STP:                  Brand name
          COKE:                 Brand name
          JELLO:                Brand name
          REFRIGERATOR:         Common name
          MARGARINE:            Common name
          ASPIRIN:              Common name
          AMERICAN AIRLINES:    Brand name
          KENTUCKY FRIED CHICKEN: Brand name
          APPLIANCE DEALER:     Common name
          BANK:                 Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:        Brand name
          BIG O TIRE:           Brand name
          AUTO REPAIR SHOP:     Common name
          GAS STATION:          Common name
          FIRESTONE:            Brand name
```

```
Respondent Number:                  3087
PSID:                               SZ452253829072ATFJ39
Metropolitan Area:                  Orlando, FL
Gender:                             Female
Age:                                35 to 54
Q10.0 [Brand name or common name]
        STP:                        Brand name
        COKE:                       Brand name
        JELLO:                      Brand name
        REFRIGERATOR:               Common name
        MARGARINE:                  Common name
        ASPIRIN:                    Common name
        AMERICAN AIRLINES:          Brand name
        KENTUCKY FRIED CHICKEN:     Brand name
        APPLIANCE DEALER:           Common name
        BANK:                       Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:              Brand name
        BIG O TIRE:                 Brand name
        AUTO REPAIR SHOP:           Common name
        GAS STATION:                Common name
        FIRESTONE:                  Brand name


Respondent Number:                  3088
PSID:                               YM7R2253924320R7T7ZK
Metropolitan Area:                  Orlando, FL
Gender:                             Female
Age:                                35 to 54
Q10.0 [Brand name or common name]
        STP:                        Brand name
        COKE:                       Brand name
        JELLO:                      Brand name
        REFRIGERATOR:               Common name
        MARGARINE:                  Common name
        ASPIRIN:                    Common name
        AMERICAN AIRLINES:          Brand name
        KENTUCKY FRIED CHICKEN:     Brand name
        APPLIANCE DEALER:           Common name
        BANK:                       Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:              Brand name
        BIG O TIRE:                 Don't know
        AUTO REPAIR SHOP:           Common name
        GAS STATION:                Common name
        FIRESTONE:                  Brand name
```

```
Respondent Number:              3089
PSID:                           0LQ42256972872OBSCB1
Metropolitan Area:              Orlando, FL
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Brand name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              3090
PSID:                           GN9C2257007372JFR6VK
Metropolitan Area:              Orlando, FL
Gender:                         Female
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Common name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              3091
PSID:                           ROYF2257034893C6ZZ8L
Metropolitan Area:              Orlando, FL
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
          STP:                  Brand name
          COKE:                 Brand name
          JELLO:                Common name
          REFRIGERATOR:         Common name
          MARGARINE:            Common name
          ASPIRIN:              Brand name
          AMERICAN AIRLINES:    Brand name
          KENTUCKY FRIED CHICKEN: Brand name
          APPLIANCE DEALER:     Common name
          BANK:                 Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:        Brand name
          BIG O TIRE:           Brand name
          AUTO REPAIR SHOP:     Common name
          GAS STATION:          Common name
          FIRESTONE:            Brand name


Respondent Number:              3092
PSID:                           7X2R2257065953RF5QZI
Metropolitan Area:              Orlando, FL
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
          STP:                  Brand name
          COKE:                 Brand name
          JELLO:                Brand name
          REFRIGERATOR:         Common name
          MARGARINE:            Common name
          ASPIRIN:              Common name
          AMERICAN AIRLINES:    Brand name
          KENTUCKY FRIED CHICKEN: Brand name
          APPLIANCE DEALER:     Common name
          BANK:                 Common name
Q11.0 [Brand name or common name]
          DISCOUNT TIRE:        Brand name
          BIG O TIRE:           Brand name
          AUTO REPAIR SHOP:     Common name
          GAS STATION:          Common name
          FIRESTONE:            Brand name
```

```
Respondent Number:              3093
PSID:                           7UMQ2253474624J6968I
Metropolitan Area:              Orlando, FL
Gender:                         Female
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Don't know
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              3094
PSID:                           5AVL2255641492MIJ6LL
Metropolitan Area:              Orlando, FL
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Brand name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Brand name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              3095
PSID:                           4F3U2253458509YP3NLK
Metropolitan Area:              Orlando, FL
Gender:                         Female
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Don't know
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Brand name
        ASPIRIN:                Brand name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              3096
PSID:                           P68I2255109572HVRBNH
Metropolitan Area:              Orlando, FL
Gender:                         Female
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Don't know
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              3097
PSID:                           32P12257266490BG8VZG
Metropolitan Area:              Orlando, FL
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              3098
PSID:                           K3Y12254419573A4CKXV
Metropolitan Area:              Orlando, FL
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Don't know
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

```
Respondent Number:              3099
PSID:                           DVIK2257336531QVGNPB
Metropolitan Area:              Orlando, FL
Gender:                         Male
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Brand name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Common name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name


Respondent Number:              3100
PSID:                           B6652254610137Z2TBGX
Metropolitan Area:              Orlando, FL
Gender:                         Female
Age:                            35 to 54
Q10.0 [Brand name or common name]
        STP:                    Brand name
        COKE:                   Brand name
        JELLO:                  Common name
        REFRIGERATOR:           Common name
        MARGARINE:              Common name
        ASPIRIN:                Brand name
        AMERICAN AIRLINES:      Brand name
        KENTUCKY FRIED CHICKEN: Brand name
        APPLIANCE DEALER:       Common name
        BANK:                   Common name
Q11.0 [Brand name or common name]
        DISCOUNT TIRE:          Brand name
        BIG O TIRE:             Brand name
        AUTO REPAIR SHOP:       Common name
        GAS STATION:            Common name
        FIRESTONE:              Brand name
```

APPENDIX B

SURVEY SCREEN SHOTS

Please take a few moments to complete our questionnaire. We value your opinions.

Continue

In which of the following metropolitan areas do you live?

- Houston, TX
- Savannah, GA
- Orlando, FL
- Jacksonville, FL
- Dallas, TX
- Atlanta, GA
- None of the above

Continue

Within the next two years, are you likely to do any of the following:

| | Yes | No | Don't know |
|---|---|---|---|
| purchase a cell phone from a membership warehouse? | ○ | ○ | ○ |
| purchase tires for a vehicle at a store that sells tires? | ○ | ○ | ○ |
| purchase a dishwasher from a home improvement store? | ○ | ○ | ○ |

Continue

Select gender.

◯ Male
◯ Female

Continue

Please enter your date of birth.

MONTH (MM)

DAY (DD)

YEAR (YYYY)

Continue

What best describes the device you are using right now to take this survey?

- ◯ A desktop computer
- ◯ A laptop/notebook computer
- ◯ A tablet
- ◯ A phone
- ◯ Other

Continue

Do you, or does anyone else in your household, work for...

| | Yes | No |
|---|---|---|
| a company that makes, sells, or distributes any tires? | ○ | ○ |
| a company that makes, sells, or distributes any household appliances? | ○ | ○ |
| an advertising agency or a market research company? | ○ | ○ |
| a company that makes, sells, or distributes any consumer electronics? | ○ | ○ |

Continue

Do you agree to answer the questions in this survey by yourself without the help or assistance of anyone else?

◯ Yes

◯ No

[Continue]

Do you agree to answer the questions in this survey without seeking information from any other source (e.g., will not conduct an internet search)?

○ Yes

○ No

Continue

Do you usually wear contact lenses or eyeglasses when you use the device you are using right now?

◯ Yes
◯ No

[Continue]

Do you agree to wear them during the rest of the questionnaire?

⚪ Yes
⚪ No

Continue

Please select the number Four from the following list in order to continue with the survey.

- ◯ One
- ◯ Two
- ◯ Three
- ◯ Four

Continue

The research we are conducting today is on <u>brand names</u> and <u>common names</u>.

By a <u>brand name</u>, we mean a name like 'FORD' which is used by one company; by a <u>common name</u>, we mean a name like 'SEDAN' which is used by a number of different companies.

Continue

Now, with respect to automobiles, if you were asked, "Do you understand the name 'MERCEDES BENZ' to be a <u>common name</u> or a <u>brand name</u>?" what would you say?

- ◯ Common name
- ◯ Brand name
- ◯ Other

Continue

Now, again with respect to automobiles, if you were asked, "Do you understand the name 'SPORTS CAR' to be a <u>common name</u> or a <u>brand name</u>?" what would you say?

○ Common name
○ Brand name
○ Other

Continue

Now, for each of the following ten names, would you indicate whether you understand the name to be a <u>brand name</u> used by one company or a <u>common name</u> used by a number of different companies.

For any of the names, if you don't know, that is an acceptable answer.

Continue

**KENTUCKY FRIED CHICKEN**

Please indicate whether you understand this name to be a <u>common name</u> or a <u>brand name</u>.

- ⚪ Common name
- ⚪ Brand name
- ⚪ Don't know

Continue

**AMERICAN AIRLINES**

Please indicate whether you understand this name to be a <u>common name</u> or a <u>brand name</u>.

- ◯ Common name
- ◯ Brand name
- ◯ Don't know

Continue

**JELLO**

Please indicate whether you understand this name to be a <u>common name</u> or a <u>brand name</u>.

    ◯ Common name
    ◯ Brand name
    ◯ Don't know

Continue

**STP**

Please indicate whether you understand this name to be a <u>common name</u> or a <u>brand name</u>.

◯ Common name
◯ Brand name
◯ Don't know

Continue

**MARGARINE**

Please indicate whether you understand this name to be a <u>common name</u> or a <u>brand name</u>.

- ◯ Common name
- ◯ Brand name
- ◯ Don't know

Continue

**COKE**

Please indicate whether you understand this name to be a <u>common name</u> or a <u>brand name</u>.

○ Common name
○ Brand name
○ Don't know

Continue

**REFRIGERATOR**

Please indicate whether you understand this name to be a <u>common name</u> or a <u>brand name</u>.

○ Common name
○ Brand name
○ Don't know

Continue

**APPLIANCE DEALER**

Please indicate whether you understand this name to be a <u>common name</u> or a <u>brand name</u>.

○ Common name
○ Brand name
○ Don't know

Continue

**BANK**

Please indicate whether you understand this name to be a <u>common name</u> or a <u>brand name</u>.

◯ Common name
◯ Brand name
◯ Don't know

Continue

**ASPIRIN**

Please indicate whether you understand this name to be a <u>common name</u> or a <u>brand name</u>.

⊙ Common name
⊙ Brand name
⊙ Don't know

Continue

Now, with respect to a retail establishment that sells tires, for each of the following five names please indicate whether you understand each name to be a <u>common name</u> used by more than one company or a <u>brand name</u> used by one company.

Continue

**GAS STATION**

Please indicate whether you understand this name to be a <u>common name</u> or a <u>brand name</u>.

    ◯ Common name
    ◯ Brand name
    ◯ Don't know
        [Continue]

## AUTO REPAIR SHOP

Please indicate whether you understand this name to be a <u>common name</u> or a <u>brand name</u>.

- ⚪ Common name
- ⚪ Brand name
- ⚪ Don't know

Continue

**BIG O TIRE**

Please indicate whether you understand this name to be a <u>common name</u> or a <u>brand name</u>.

    ◯ Common name
    ◯ Brand name
    ◯ Don't know

Continue

**FIRESTONE**

Please indicate whether you understand this name to be a <u>common name</u> or a <u>brand name</u>.

- ⚪ Common name
- ⚪ Brand name
- ⚪ Don't know

Continue

**DISCOUNT TIRE**

Please indicate whether you understand this name to be a <u>common name</u> or a <u>brand name</u>.

- ⚪ Common name
- ⚪ Brand name
- ⚪ Don't know

Continue

Thank you for your time and participation.

Continue

APPENDIX C

SAMPLE DISPOSITION REPORT


(A)   Total Participants                                    1,095

(B)   Completed Interviews                                    300

(C)   Terminates (not qualified)
      Q1.0 Not in metro area                                  249
      Q2.0 Not likely to purchase tires                       421
      Q3.0 Gender does not match panel gender                   8
      Q3.1 Age does not match panel age                        33
      Q4.0 Device restriction                                   3
      Q5.0 Employment restriction                              28
      Q6.0 Did not agree to answer questions by self            3
      Q6.1 Did not agree to answer without seeking
           additional source                                   1
      Q7.1 Did not agree to wear glasses/contact lenses         3
      Q8.0 Selected wrong number                                1
      Q9.0 Misidentified brand name                            14
      Q9.1 Misidentified common name                           27


(D)   Qualified Incompletes                                     4

(E)   Total Responding                                      1,091


Qualification Rate = (E-C) / (E)                           27.50%

Completion Rate = (B) / (B+D)                              98.68%

Response Rate = (E) / (A)                                  99.63%

APPENDIX D

SURVEY DATA FILE


SEE DATA FILE IN EXCEL FORMAT
ATTACHED SEPARATELY

# EXHIBIT B

| psid | QNUM | Q1 | Q2_1 | Q2_2 | Q2_3 | Q3 | Q1_1_M | Q1_1_D | Q1_1_Y | age_groups | q4_0 | q5_0_1 | q5_0_2 | q5_0_3 | q5_0_4 | q6_0 | q6_1 | q7_0 | q7_1 | q8_0_1 | q8_0_2 | q8_0_3 | q8_0_4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AIR92251154937RMB067 | 1001 | 1 | 1 | 1 | 1 | 2 | 4 | 16 | 2000 | 2 | 1 | 2 | 2 | 2 | 2 | | | | | | | | 4 |
| 39KY2251161951CAL33T | 1002 | 1 | 1 | 2 | 3 | 2 | 11 | 11 | 1964 | 3 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | 3 | |
| FZMB2251164542HA1XFG | 1003 | 1 | 1 | 2 | 2 | 2 | 8 | 1 | 1953 | 4 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | 2 | | |
| HUC82251168443WFVZZD | 1004 | 1 | 1 | 2 | 2 | 2 | 8 | 6 | 1955 | 4 | 3 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | | | |
| LUAW2251168163RS7P72 | 1005 | 1 | 1 | 2 | 2 | 2 | 2 | 21 | 1971 | 3 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | | 4 |
| KMNO2251172999MPFNFW | 1006 | 1 | 1 | 1 | 3 | 2 | 3 | 20 | 1959 | 4 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | | 4 |
| LV712251172094GE2EVO | 1007 | 1 | 1 | 3 | 1 | 2 | 8 | 19 | 1985 | 2 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | 3 | |
| OK332251195738KMCPKB | 1008 | 1 | 1 | 2 | 3 | 1 | 9 | 13 | 1947 | 4 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | 3 | |
| E6A02251185212WZAE8Q | 1009 | 1 | 1 | 2 | 2 | 2 | 1 | 14 | 1961 | 4 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | 3 | |
| L8PC2251211024WH9YFF | 1010 | 1 | 1 | 2 | 1 | 1 | 4 | 27 | 1938 | 4 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | 3 | |
| NO6M2251214122X5QD3J | 1011 | 1 | 1 | 3 | 3 | 1 | 7 | 1 | 1949 | 4 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | 3 | |
| B6J72251249457US4ETN | 1012 | 1 | 1 | 2 | 2 | 1 | 1 | 31 | 1947 | 4 | 3 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | 3 | |
| KD872251261991YMQE5V | 1013 | 1 | 1 | 2 | 3 | 2 | 9 | 6 | 1977 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | 3 | |
| ZQTG2251359052L1NG3P | 1014 | 1 | 1 | 2 | 1 | 2 | 6 | 19 | 1973 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | | | | 3 | |
| 6W7D2251426008QIPB2E | 1015 | 1 | 1 | 3 | 3 | 1 | 2 | 25 | 1964 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | 2 | | |
| 1OXJ2251469472Z6IFYV | 1016 | 1 | 1 | 2 | 1 | 1 | 1 | 11 | 1952 | 4 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | | | | 3 | |
| PLXR2251472753Y0TAFV | 1017 | 1 | 1 | 1 | 1 | 1 | 3 | 5 | 1990 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | | | | | 4 |
| T4R92251512097VYJBIR | 1018 | 1 | 1 | 2 | 3 | 2 | 2 | 27 | 1997 | 2 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | 2 | | |
| B6MB2251518998HVX31K | 1019 | 1 | 1 | 3 | 1 | 2 | 9 | 20 | 1996 | 2 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | 1 | | | |
| GO6D2251524945EZF3Y1 | 1020 | 1 | 1 | 1 | 1 | 2 | 11 | 9 | 1978 | 3 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | | | |
| AJ5C2251532329K5ZQOE | 1021 | 1 | 1 | 1 | 2 | 1 | 1 | 7 | 1970 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | 2 | | |
| UHFU2251529968E1WKLN | 1022 | 1 | 1 | 2 | 2 | 2 | 7 | 23 | 1970 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | 3 | |
| 3RDV2251547001TMCNVV | 1023 | 1 | 1 | 1 | 1 | 2 | 11 | 17 | 1988 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | | 4 |
| T82C2251552891N6WF1S | 1024 | 1 | 1 | 2 | 1 | 2 | 9 | 15 | 1967 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | | 4 |
| NUTT2251562347Z00OA3 | 1025 | 1 | 1 | 3 | 3 | 2 | 5 | 1 | 1957 | 4 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | | |
| MLW72251569295EME0DP | 1026 | 1 | 1 | 2 | 2 | 2 | 8 | 20 | 1965 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | | |
| 2ZEU2251572317MCGS8S | 1027 | 1 | 1 | 2 | 2 | 2 | 4 | 19 | 1963 | 4 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | | |
| D8XC2251575778ATHRNI | 1028 | 1 | 1 | 2 | 2 | 2 | 2 | 5 | 1982 | 3 | 3 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | 1 | | | |
| BE1A2251583456PBDYTK | 1029 | 1 | 1 | 2 | 2 | 2 | 1 | 25 | 1985 | 2 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | 2 | | |
| 2OUR2251608785ALYCFU | 1030 | 1 | 1 | 1 | 2 | 1 | 3 | 26 | 1979 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | | 4 |
| NB672251650531UN5NOA | 1031 | 1 | 1 | 3 | 3 | 2 | 1 | 16 | 1998 | 2 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | | |
| MQVA2251668028QSIOVN | 1032 | 1 | 1 | 2 | 2 | 1 | 10 | 12 | 1995 | 2 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | | 4 |
| I4962251684627U9WGVQ | 1033 | 1 | 1 | 2 | 1 | 1 | 10 | 29 | 1943 | 4 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | 2 | | |
| 6FC02251708029MOVZ0L | 1034 | 1 | 1 | 2 | 3 | 1 | 8 | 14 | 1988 | 2 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | 2 | | |
| WFZ32251748897ERDKIT | 1035 | 1 | 1 | 2 | 2 | 1 | 6 | 5 | 1987 | 2 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | 3 | |
| 53LK2251770233EZ2PHP | 1036 | 1 | 1 | 2 | 2 | 1 | 8 | 1 | 1988 | 2 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | | 4 |
| V52C2251779024BJEV6G | 1037 | 1 | 1 | 2 | 2 | 1 | 2 | 18 | 1963 | 4 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | | 4 |
| 6JSV2251859245F08VZL | 1038 | 1 | 1 | 2 | 3 | 1 | 12 | 23 | 1944 | 4 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | | 4 |
| FSF52251864887XB2KN4 | 1039 | 1 | 1 | 3 | 2 | 1 | 3 | 1 | 1945 | 4 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | 3 | |
| TTAR2252020934TYRM72 | 1040 | 1 | 1 | 2 | 1 | 2 | 4 | 27 | 1964 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | 3 | |
| FT802252070968SGRAJ0 | 1041 | 1 | 1 | 2 | 2 | 1 | 12 | 12 | 1965 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | | 4 |
| T8ZG2252162394PHVEWP | 1042 | 1 | 1 | 1 | 1 | 1 | 2 | 10 | 1980 | 3 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | | |
| 1DKX2252212877J6K68P | 1043 | 1 | 1 | 2 | 2 | 1 | 12 | 4 | 1970 | 3 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | | |
| OKC12252517157XDXUA9 | 1044 | 1 | 1 | 1 | 1 | 1 | 8 | 27 | 1987 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | | |
| JKDQ2252522352U4VMOI | 1045 | 1 | 1 | 2 | 1 | 2 | 8 | 10 | 1991 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | | | 2 | | |
| ONSW2251670436MOKHXP | 1046 | 1 | 1 | 2 | 2 | 1 | 8 | 16 | 1949 | 4 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | 2 | | |
| XIP92252552343Z4F3RT | 1047 | 1 | 1 | 2 | 2 | 2 | 9 | 14 | 1984 | 2 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | | 4 |
| 1JWS2251499318UOICUV | 1048 | 1 | 1 | 2 | 1 | 1 | 8 | 21 | 1959 | 4 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | 2 | | |
| X7192252590264LEHKWV | 1049 | 1 | 1 | 3 | 1 | 1 | 6 | 27 | 1956 | 4 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | 3 | |

| Code | Index | | | | | | | | Year | Values |
|---|---|---|---|---|---|---|---|---|---|---|
| 9Q8T2252710156HLDG3M | 1050 | 1 | 1 | 3 | 1 | 2 | 7 | 6 | 1987 | 2 2 2 2 2 2 1 1 2 — 4 |
| L0ND2252830800RQWDQI | 1051 | 1 | 1 | 2 | 1 | 2 | 6 | 26 | 1996 | 2 4 2 2 1 1 1 1 2 — 2 — 4 |
| 8IB32252848102SZ7BK2 | 1052 | 1 | 1 | 2 | 1 | 2 | 2 | 23 | 1989 | 2 4 2 2 2 2 1 1 2 — 4 |
| BM102251509672SUDUTM | 1053 | 1 | 1 | 3 | 3 | 1 | 5 | 16 | 1948 | 4 2 2 2 2 2 1 1 1 1 1 |
| 2CJX2251655935H34HKC | 1054 | 1 | 1 | 2 | 2 | 2 | 3 | 5 | 1985 | 2 4 2 2 2 2 1 1 2 — 4 |
| E9772252876540M2GWE3 | 1055 | 1 | 1 | 2 | 2 | 1 | 2 | 2 | 1971 | 3 4 2 2 2 2 1 1 2 — 2 |
| NWDH2252902881OTFIWW | 1056 | 1 | 1 | 2 | 1 | 2 | 10 | 5 | 1985 | 2 4 2 2 2 2 1 1 2 — 4 |
| AILS2252910365OO8E7Z | 1057 | 1 | 1 | 2 | 2 | 2 | 10 | 21 | 1996 | 2 4 2 2 2 2 1 1 2 — 3 |
| VBOB2252937316U9MXGK | 1058 | 1 | 1 | 1 | 2 | 2 | 6 | 30 | 1988 | 2 4 2 2 2 2 1 1 2 — 4 |
| PBKF2252951970JYNNXU | 1059 | 1 | 1 | 2 | 2 | 2 | 6 | 19 | 1995 | 2 4 2 2 1 1 1 1 2 — 3 |
| ALOB2252974994DBM94V | 1060 | 1 | 1 | 2 | 2 | 1 | 2 | 3 | 1986 | 2 4 2 2 2 2 1 1 1 — 2 |
| IAB52252984750C4X0HW | 1061 | 1 | 1 | 3 | 2 | 1 | 11 | 5 | 1993 | 2 4 2 2 2 2 1 1 1 1 — 2 |
| B6K72252984989BMS09T | 1062 | 1 | 1 | 2 | 2 | 1 | 3 | 16 | 1954 | 4 4 2 2 2 2 1 1 1 — 3 |
| N14M2252157466VGWAN7 | 1063 | 1 | 1 | 3 | 1 | 2 | 5 | 31 | 1995 | 2 2 2 2 2 2 1 1 2 — 4 |
| F1EG2252372263FP7CJ9 | 1064 | 1 | 1 | 2 | 2 | 2 | 6 | 11 | 1986 | 2 4 2 2 2 2 1 1 2 — 3 |
| VZR32253097572J82I1M | 1065 | 1 | 1 | 1 | 1 | 1 | 5 | 5 | 1959 | 4 2 2 2 2 2 1 1 1 — 4 |
| XQAO2253102201EAD9WX | 1066 | 1 | 1 | 3 | 3 | 1 | 12 | 17 | 1988 | 2 4 2 2 2 2 1 1 1 — 3 |
| 25I02253165243EDOCD2 | 1067 | 1 | 1 | 2 | 2 | 2 | 5 | 17 | 1985 | 2 4 2 2 2 2 1 1 1 1 — 2 |
| Y71X2253202979VPX9CZ | 1068 | 1 | 1 | 2 | 2 | 2 | 3 | 13 | 1995 | 2 4 2 2 2 2 1 1 2 — 3 |
| OPBU2253217197P9SESW | 1069 | 1 | 1 | 2 | 2 | 2 | 2 | 20 | 1988 | 2 4 2 2 2 2 1 1 2 — 4 |
| CM272253352499RVLDO6 | 1070 | 1 | 1 | 2 | 2 | 1 | 8 | 18 | 1949 | 4 2 2 2 2 2 1 1 1 1 — 4 |
| NQ562253405539BCG561 | 1071 | 1 | 1 | 1 | 2 | 1 | 3 | 3 | 1999 | 2 4 2 2 2 2 1 1 1 — 2 |
| I6N92253494836QYHH74 | 1072 | 1 | 1 | 3 | 1 | 1 | 5 | 1 | 1968 | 3 1 2 2 2 2 1 1 2 — 4 |
| FWVG2253618539RMQ1SK | 1073 | 1 | 1 | 1 | 2 | 2 | 8 | 7 | 1972 | 3 1 2 2 2 2 1 1 1 — 3 |
| 4HJB2253642748EJWM78 | 1074 | 1 | 1 | 1 | 2 | | 5 | 24 | 1990 | 2 4 2 2 2 2 1 1 1 — 4 |
| B7YJ2253772682FL1LZO | 1075 | 1 | 1 | 1 | 1 | 1 | 10 | 28 | 1986 | 2 2 2 2 2 2 1 1 2 — 3 |
| FYJ52254100500ONH1FJ | 1076 | 1 | 1 | 1 | 2 | 1 | 6 | 3 | 1977 | 3 4 2 2 2 2 1 1 2 — 3 |
| 7VRH2252229544EU1BDC | 1077 | 1 | 1 | 3 | 1 | 2 | 5 | 20 | 1985 | 2 4 2 2 2 2 1 1 2 — 3 |
| DU4U2254973482MDT8OZ | 1078 | 1 | 2 | 3 | 1 | | 3 | 18 | 1957 | 4 2 2 2 2 2 1 1 1 — 2 |
| JIXF2255557997SFFRXC | 1079 | 1 | 1 | 1 | 1 | 1 | 11 | 10 | 1982 | 3 1 2 2 2 2 1 1 1 — 4 |
| D8FK2255760137ULDMOS | 1080 | 1 | 1 | 1 | 1 | 1 | 1 | 29 | 1998 | 2 4 2 2 2 2 1 1 2 — 4 |
| M49L2255788175KWPCUF | 1081 | 1 | 1 | 2 | 2 | 1 | 8 | 13 | 1974 | 3 4 2 2 2 2 1 1 2 — 1 |
| IQYM2256016038SNIIBQ | 1082 | 1 | 1 | 2 | 1 | 2 | 10 | 23 | 1992 | 2 3 2 2 2 2 1 1 1 — 3 |
| 7YC62256766426WMF9QK | 1083 | 1 | 1 | 2 | 1 | 1 | 12 | 10 | 1976 | 3 4 2 2 2 2 1 1 2 — 2 |
| XJXT2255070506CZ35E6 | 1084 | 1 | 1 | 2 | 1 | 1 | 4 | 14 | 1976 | 3 1 2 2 2 2 1 1 2 — 4 |
| K7MR2256858446AVONHE | 1085 | 1 | 1 | 2 | 2 | 2 | 10 | 2 | 1981 | 3 2 2 2 2 2 1 1 2 — 2 |
| 0OKW2254558580D3OJWR | 1086 | 1 | 1 | 2 | 2 | 1 | 3 | 9 | 1956 | 4 2 2 2 2 2 1 1 1 — 4 |
| HF942256865147CSWDTG | 1087 | 1 | 1 | 1 | 1 | 2 | 1 | 25 | 1980 | 3 4 2 2 2 2 1 1 1 — 3 |
| JFQI2256867215V79ZV0 | 1088 | 1 | 1 | 2 | 2 | 2 | 5 | 18 | 1969 | 3 2 2 2 2 2 1 1 2 — 4 |
| FE612253635508FKVAWT | 1089 | 1 | 1 | 2 | 2 | 2 | 10 | 17 | 1958 | 4 4 2 2 2 2 1 1 2 — 4 |
| YAMD2256870233H906QJ | 1090 | 1 | 1 | 2 | 3 | 2 | 8 | 7 | 1940 | 3 4 2 2 2 2 1 1 2 — 4 |
| SQDW2256874457L6LGB7 | 1091 | 1 | 1 | 2 | 1 | 2 | 4 | 14 | 1978 | 3 4 2 2 2 2 1 1 2 — 3 |
| YQJI2256874665DZB50J | 1092 | 1 | 1 | 2 | 1 | | 3 | 13 | 1953 | 4 1 2 2 2 2 1 1 2 — 1 |
| JVDW2256884606NF83GT | 1093 | 1 | 1 | 2 | 1 | 1 | 4 | 18 | 1960 | 4 2 2 2 2 2 1 1 2 — 2 |
| HRS82256882868K8L5VZ | 1094 | 1 | 1 | 3 | 3 | 2 | 9 | 8 | 1983 | 3 4 2 2 2 2 1 1 1 — 2 |
| ZMNV2256884923SK7WE5 | 1095 | 1 | 1 | 2 | 2 | 1 | 12 | 9 | 1964 | 4 2 2 2 2 2 1 1 2 — 3 |
| RWDO2253974356PWYT4A | 1096 | 1 | 1 | 1 | 2 | 2 | 2 | 3 | 1955 | 4 1 2 2 2 2 1 1 1 — 1 |
| WO2S2254048728Q2ENOW | 1097 | 1 | 1 | 2 | 2 | 2 | 12 | 13 | 1943 | 4 1 2 2 2 2 1 1 2 — 1 |
| 4VGY2256896202H18FJ3 | 1098 | 1 | 1 | 1 | 3 | 2 | 3 | 29 | 1982 | 3 4 2 2 2 2 1 1 2 — 1 |
| LT7N2256895095A6KX20 | 1099 | 1 | 1 | 3 | 3 | 1 | 7 | 18 | 1966 | 3 1 2 2 2 2 1 1 2 — 3 |

| ID | | | | | | | | | Year | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ZZVF2256896826JU01BD | 1100 | 1 | 1 | 2 | 2 | 2 | 5 | 28 | 1969 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | 3 |
| 9YXH2251153014FTDE51 | 2001 | 3 | 1 | 2 | 1 | 2 | 8 | 31 | 1954 | 4 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | | 3 |
| TXQQ2251216823TJTA5Y | 2002 | 3 | 1 | 2 | 2 | 1 | 8 | 10 | 1961 | 4 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | 2 | |
| Y5JV2251330071UEVCLE | 2003 | 3 | 1 | 2 | 2 | 2 | 12 | 15 | 1982 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | | |
| 57E52251375696VGO4GA | 2004 | 3 | 1 | 2 | 2 | 2 | 10 | 25 | 1972 | 3 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 1 | | | |
| P6A52251541516GK7JUN | 2005 | 3 | 1 | 3 | 2 | 2 | 11 | 14 | 1958 | 4 | 3 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | 4 |
| S4XY2251548344YMEEOF | 2006 | 3 | 1 | 2 | 2 | 2 | 4 | 15 | 1984 | 2 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | 2 | | |
| FR5L2251794180OHVRLM | 2007 | 3 | 1 | 2 | 1 | 1 | 4 | 20 | 1987 | 4 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 1 | | | |
| 2H3A2251876870HKJMTZ | 2008 | 3 | 1 | 2 | 1 | 2 | 11 | 9 | 1945 | 4 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | 4 |
| WC6O2251897123XS901O | 2009 | 3 | 1 | 2 | 1 | 1 | 10 | 10 | 1958 | 4 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | 4 |
| YSJJ2251912003ZXZ6Q1 | 2010 | 3 | 1 | 3 | 2 | 1 | 8 | 12 | 1934 | 4 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | | |
| Y1I82251972986Z5S6ZI | 2011 | 3 | 1 | 2 | 3 | 1 | 10 | 5 | 1964 | 3 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | 2 | |
| 91RT2252748947J5LG0Z | 2012 | 3 | 1 | 3 | 3 | 2 | 5 | 14 | 1992 | 2 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | 3 | |
| PWGE2252883892TZK5G4 | 2013 | 3 | 1 | 2 | 2 | 2 | 11 | 11 | 1991 | 2 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | 2 | | |
| RZ9E2252910389TDB53E | 2014 | 3 | 1 | 3 | 3 | 1 | 9 | 29 | 1988 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | 2 | | |
| WOSQ2252942003FRKB7W | 2015 | 3 | 1 | 1 | 2 | 2 | 8 | 21 | 1993 | 2 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | 3 | |
| SH352252997574H7A8DJ | 2016 | 3 | 1 | 2 | 2 | 2 | 6 | 21 | 1985 | 2 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | 3 | |
| 36J52253407217K2J234 | 2017 | 3 | 1 | 1 | 2 | 1 | 5 | 4 | 1949 | 4 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | | |
| SF0Z2253416908XBOTB0 | 2018 | 3 | 1 | 3 | 3 | 1 | 4 | 3 | 1974 | 3 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | 4 |
| T4QQ2253432794FALQK9 | 2019 | 3 | 1 | 3 | 2 | 2 | 9 | 5 | 1985 | 2 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | 2 | |
| JB5E2253434571XXT6PD | 2020 | 3 | 1 | 1 | 2 | 2 | 7 | 16 | 1967 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | 4 |
| 0S172253435036Y18SW2 | 2021 | 3 | 1 | 1 | 2 | 2 | 12 | 12 | 1959 | 4 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | 4 |
| GKBC2253436307QL057E | 2022 | 3 | 1 | 3 | 2 | 2 | 7 | 2 | 1987 | 2 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | |
| E2NG2253443476QQHO4A | 2023 | 3 | 1 | 1 | 3 | 2 | 12 | 1 | 1955 | 4 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | | |
| PTQN2253444924DV3XKH | 2024 | 3 | 1 | 2 | 2 | 2 | 9 | 1 | 1996 | 2 | 3 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | 2 | | |
| VUUG2253471756XMGPTB | 2025 | 3 | 1 | 1 | 3 | 1 | 8 | 28 | 1941 | 4 | 3 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | 3 | |
| NTSR2253478446UVN6J5 | 2026 | 3 | 1 | 3 | 2 | 2 | 5 | 14 | 1947 | 4 | 3 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | | | | 4 |
| 91OD2253478284SCB9ZX | 2027 | 3 | 1 | 3 | 3 | 1 | 3 | 30 | 1975 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | |
| TB8S2253480087PJMLQE | 2028 | 3 | 1 | 2 | 3 | 2 | 1 | 30 | 1994 | 2 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | | | | 4 |
| XEZO2253482020D28034 | 2029 | 3 | 1 | 3 | 1 | 2 | 3 | 7 | 1983 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | |
| IQZ32253487671YUN791 | 2030 | 3 | 1 | 2 | 1 | 2 | 6 | 22 | 1994 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | 2 | | |
| LKXQ2253486735ZUT0MT | 2031 | 3 | 1 | 2 | 2 | 2 | 8 | 3 | 1958 | 4 | 3 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | |
| P97M2253487107X4YRK7 | 2032 | 3 | 1 | 3 | 2 | 2 | 3 | 20 | 1973 | 3 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | | | | |
| X1T02253501348CLGFUF | 2033 | 3 | 1 | 2 | 2 | 1 | 8 | 11 | 1980 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | 3 | |
| FEVN2253498822O6Y9HI | 2034 | 3 | 1 | 2 | 1 | 2 | 11 | 1 | 1962 | 4 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | 3 | |
| 5BJJ2253537099B365CH | 2035 | 3 | 1 | 2 | 2 | 2 | 2 | 10 | 1971 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | |
| PCZJ2253537706Q5B71U | 2036 | 3 | 1 | 1 | 1 | 2 | 10 | 14 | 1956 | 4 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | 4 |
| KHL12253552754VJT43Q | 2037 | 3 | 1 | 2 | 2 | 2 | 5 | 31 | 1967 | 3 | 3 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 1 | | | |
| CVCR2253547408Q24EE8 | 2038 | 3 | 1 | 2 | 3 | 2 | 7 | 29 | 1962 | 4 | 3 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | 3 | |
| FGQG2253566393Q7HLSI | 2039 | 3 | 1 | 2 | 1 | 1 | 7 | 25 | 1995 | 2 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | 2 | | |
| RG5J2253563011UQJLDX | 2040 | 3 | 1 | 1 | 1 | 1 | 7 | 23 | 1964 | 3 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | | |
| H3992253596474SQ08AR | 2041 | 3 | 1 | 1 | 2 | 2 | 3 | 13 | 1978 | 2 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | 2 | | |
| NRHE2253639139U50KB8 | 2042 | 3 | 1 | 2 | 1 | 1 | 7 | 14 | 1987 | 2 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | | |
| 3BIK2253644617H00QMP | 2043 | 3 | 1 | 1 | 2 | 2 | 8 | 21 | 1983 | 3 | 3 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | 2 | | |
| 9YXW2253680058LHEZKN | 2044 | 3 | 1 | 3 | 2 | 2 | 2 | 7 | 1976 | 3 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | | 3 | |
| DIL02253684752EGLX5N | 2045 | 3 | 1 | 2 | 2 | 2 | 7 | 8 | 1975 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | |
| 3DEV2253711784GPTX5Q | 2046 | 3 | 1 | 1 | 1 | 2 | 5 | 13 | 1991 | 2 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | 4 |
| 2T8W2253711457912QL0E | 2047 | 3 | 1 | 2 | 2 | 2 | 10 | 13 | 1979 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | | | | 4 |
| M75T2253751095AVNM7M | 2048 | 3 | 1 | 2 | 2 | 2 | 4 | 17 | 1966 | 3 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | 4 |
| 58L82253762456DBYEZQ | 2049 | 3 | 1 | 2 | 2 | 2 | 7 | 20 | 1953 | 4 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | 2 | | |

| ID | N | a | b | c | d | e | f | g | Year | h | i | j | k | l | m | n | o | p | x1 | x2 | x3 | x4 | x5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NM1Q2253625652CPC8U0 | 2050 | 3 | 1 | 2 | 3 | 1 | 7 | 28 | 1968 | 3 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | | 4 |
| FAA42253910000ALXMIG | 2051 | 3 | 1 | 2 | 1 | 2 | 3 | 2 | 1991 | 2 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | 1 | | | |
| 45M02253963084EGDRH0 | 2052 | 3 | 1 | 2 | 2 | 1 | 1 | 23 | 1989 | 2 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | 2 | | |
| UQSO2254004301KWNEPI | 2053 | 3 | 1 | 2 | 2 | 1 | 3 | 12 | 1987 | 2 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | | | | | 4 |
| TONR2254041493T9OAV8 | 2054 | 3 | 1 | 3 | 2 | 1 | 1 | 28 | 1960 | 4 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | 3 | |
| 2EMB2254121248VUWS6O | 2055 | 3 | 1 | 2 | 2 | 1 | 5 | 8 | 1987 | 2 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | 2 | | |
| BFPU2254142149D1NMB8 | 2056 | 3 | 1 | 3 | 2 | 1 | 5 | 6 | 1945 | 4 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | | 4 |
| 30I02254114883RHI4KB | 2057 | 3 | 1 | 2 | 1 | 1 | 9 | 17 | 1960 | 4 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | | 4 |
| 2XFJ2254177897TO83Q4 | 2058 | 3 | 1 | 3 | 2 | 1 | 7 | 17 | 1979 | 3 | 4 | 2 | 2 | 2 | 1 | 1 | 1 | 2 | | | | 3 | |
| 9OV02254184773JGO0AN | 2059 | 3 | 1 | 2 | 2 | 1 | 8 | 20 | 2000 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | 3 | |
| 86QC2254210732F2U3PV | 2060 | 3 | 1 | 2 | 2 | 1 | 11 | 20 | 1991 | 2 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | 3 | |
| C4312254247187KDLK5M | 2061 | 3 | 1 | 2 | 2 | 2 | 7 | 4 | 1975 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | 2 | | |
| L2Q12254259539KX9A1A | 2062 | 3 | 1 | 2 | 1 | 2 | 10 | 17 | 1964 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | 3 | |
| 2IEK2254305199QGTYT3 | 2063 | 3 | 1 | 3 | 3 | 1 | 12 | 14 | 1987 | 2 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | 2 | | |
| 871N2254355070F12YNO | 2064 | 3 | 1 | 1 | 2 | 2 | 8 | 8 | 1956 | 4 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | 2 | | |
| UK2J2254353618LWJ8CC | 2065 | 3 | 1 | 2 | 2 | 2 | 9 | 8 | 1982 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | 2 | | |
| OII52254357959KQ8JJN | 2066 | 3 | 1 | 3 | 2 | 2 | 12 | 18 | 1980 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | | 4 |
| 7ZRH2254391283FBESPE | 2067 | 3 | 1 | 2 | 2 | 1 | 11 | 22 | 1954 | 4 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 1 | | | | |
| 1JUP2254433092WYR7HL | 2068 | 3 | 1 | 3 | 1 | 2 | 3 | 29 | 1983 | 3 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | 2 | | |
| 5XHI2254524168JU8Y4K | 2069 | 3 | 1 | 2 | 1 | 1 | 1 | 5 | 1996 | 2 | 3 | 2 | 2 | 2 | 1 | 1 | 1 | 2 | 1 | | | | |
| KXFJ2254571716A62IQC | 2070 | 3 | 1 | 2 | 1 | 2 | 11 | 5 | 1964 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | | | | 3 | |
| M8LD2254611934EBB1CJ | 2071 | 3 | 1 | 2 | 2 | 1 | 11 | 7 | 1969 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | 3 | |
| HIQP2254634458LM8F6V | 2072 | 3 | 1 | 3 | 2 | 1 | 2 | 18 | 1958 | 4 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | | |
| 1B2T2254654577D4GZS9 | 2073 | 3 | 1 | 1 | 2 | 1 | 8 | 19 | 1979 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | | | | 3 | |
| Z4ZS2254706886R5ESQL | 2074 | 3 | 1 | 3 | 1 | 2 | 9 | 9 | 1987 | 2 | 3 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | | |
| G2V02254735302KSIPGS | 2075 | 3 | 1 | 1 | 1 | 1 | 6 | 20 | 1984 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | | 4 |
| OQUP2254735302S4R15P | 2076 | 3 | 1 | 1 | 1 | 1 | 12 | 22 | 1989 | 2 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | | | 2 | | |
| U8S52254767811YVIXBA | 2077 | 3 | 1 | 1 | 1 | 1 | 12 | 20 | 1993 | 2 | 3 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | | | | 3 | |
| 1T672254879725N4733V | 2078 | 3 | 1 | 2 | 2 | 1 | 1 | 1 | 1970 | 3 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 1 | | | | |
| NNE62254934282XMIFFX | 2079 | 3 | 1 | 3 | 2 | 1 | 4 | 5 | 1979 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 1 | | | | |
| 0H0O2255022464A9VGKU | 2080 | 3 | 1 | 3 | 2 | 1 | 7 | 19 | 1978 | 3 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | | |
| 9IQ32255190335D20V2F | 2081 | 3 | 1 | 3 | 1 | 1 | 2 | 3 | 1961 | 4 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | | | | 3 | |
| ZXHP2255291051FK0Q63 | 2082 | 3 | 1 | 3 | 2 | 1 | 11 | 17 | 1995 | 2 | 3 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | | |
| FD362255400930UW37IB | 2083 | 3 | 1 | 1 | 2 | 1 | 10 | 14 | 1986 | 2 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 1 | | | | |
| 3MIL2255486579LE2SRT | 2084 | 3 | 1 | 3 | 3 | 1 | 12 | 14 | 1950 | 4 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | | | 2 | | |
| 2SI72255655980FSKQ2J | 2085 | 3 | 1 | 2 | 1 | 2 | 6 | 1 | 1958 | 4 | 3 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | | | 2 | | |
| 1KYR2255659857VC4ZS7 | 2086 | 3 | 1 | 1 | 2 | 1 | 3 | 6 | 1951 | 4 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | | |
| HHYB2255714739OXJXQZ | 2087 | 3 | 1 | 2 | 2 | 1 | 3 | 29 | 1963 | 4 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | | 4 |
| MS7L2255893238EVEWE5 | 2088 | 3 | 1 | 1 | 3 | 1 | 6 | 5 | 1965 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | | | |
| 1WAX2256234806RYVV14 | 2089 | 3 | 1 | 2 | 1 | 1 | 12 | 13 | 1949 | 4 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 1 | | | | |
| 2E0A2256261822HYO1QU | 2090 | 3 | 1 | 2 | 1 | 2 | 4 | 3 | 1962 | 4 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 1 | | | | |
| E1UD2256273222TOY038 | 2091 | 3 | 1 | 1 | 1 | 1 | 11 | 10 | 1976 | 3 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | | 4 |
| 95FB2256313506T2WFOM | 2092 | 3 | 1 | 3 | 3 | 1 | 5 | 22 | 1970 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | | 4 |
| NESX2256349618EB3BKL | 2093 | 3 | 1 | 2 | 1 | 2 | 12 | 23 | 1948 | 4 | 3 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | | |
| 4DCA2256380000ZKIDYM | 2094 | 3 | 1 | 3 | 2 | 1 | 9 | 17 | 1951 | 4 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | | |
| AI6V2256781582OLH033 | 2095 | 3 | 1 | 2 | 2 | 1 | 2 | 15 | 1970 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | | |
| NRM12256927868ZQ0XEF | 2096 | 3 | 1 | 2 | 2 | 2 | 7 | 31 | 1974 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 1 | | | | |
| 1GJO2256944549PLE0OS | 2097 | 3 | 1 | 3 | 1 | 2 | 6 | 19 | 1980 | 3 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 1 | | | | |
| 9WAF2256226652LMNXHY | 2098 | 3 | 1 | 2 | 2 | 2 | 7 | 19 | 1968 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | | 4 |
| LRK12254603220WBIDR2 | 2099 | 3 | 1 | 2 | 2 | 2 | 4 | 17 | 1967 | 3 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | 2 | | |

| ID | N | | | | | | | | Year | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JQXP2259206306MQIEI0 | 2100 | 3 | 1 | 1 | 1 | 2 | 11 | 8 | 1982 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | 2 |
| A6X32251160514BTT03Y | 3001 | 4 | 1 | 3 | 1 | 1 | 11 | 7 | 1961 | 4 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 1 | | |
| 4P962251168137QZFO0N | 3002 | 4 | 1 | 3 | 3 | 2 | 9 | 22 | 1977 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | 3 |
| 8U7A2251172181UTJJSI | 3003 | 4 | 1 | 2 | 2 | 2 | 9 | 1 | 1957 | 4 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | 3 |
| N3U02251195723RZN2BH | 3004 | 4 | 1 | 2 | 2 | 1 | 2 | 20 | 1970 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | 2 | |
| 257Q2251202994Z4SM63 | 3005 | 4 | 1 | 2 | 2 | 2 | 8 | 21 | 1941 | 4 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | 3 |
| HXCU2251206636JSTEFS | 3006 | 4 | 1 | 2 | 1 | 2 | 11 | 14 | 1973 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | |
| TOIQ2251232049W4AGVO | 3007 | 4 | 1 | 2 | 1 | 2 | 7 | 19 | 1966 | 3 | 3 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | |
| XIH22251294939E0I4RO | 3008 | 4 | 1 | 1 | 2 | 1 | 8 | 18 | 1978 | 3 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | 4 |
| VPIX2251337158PWLNOE | 3009 | 4 | 1 | 1 | 1 | 2 | 12 | 14 | 1994 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | 4 |
| S5IH2251332038NNX9DL | 3010 | 4 | 1 | 2 | 1 | 1 | 10 | 13 | 1988 | 2 | 3 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | 3 | |
| I0UX2251354807A7I86L | 3011 | 4 | 1 | 1 | 1 | 2 | 9 | 3 | 1984 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | 3 |
| LMPV2251374039G4IZFK | 3012 | 4 | 1 | 3 | 2 | 2 | 1 | 17 | 1968 | 3 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | 3 |
| Z5MV2251429551KH5K6P | 3013 | 4 | 1 | 3 | 3 | 1 | 4 | 18 | 1938 | 4 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | 4 |
| YTXI2251535482PYOXPR | 3014 | 4 | 1 | 2 | 2 | 2 | 7 | 16 | 1994 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | 3 |
| 8TW52251549720LP5XA5 | 3015 | 4 | 1 | 2 | 2 | 2 | 4 | 18 | 1974 | 3 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | |
| 316E2251556973DZVNLR | 3016 | 4 | 1 | 2 | 2 | 2 | 4 | 16 | 1987 | 2 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | 2 | |
| R82Q2251565013DV1G04 | 3017 | 4 | 1 | 2 | 2 | 2 | 2 | 1 | 1971 | 3 | 3 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 1 | | |
| OBW72251559608VVG3B9 | 3018 | 4 | 1 | 1 | 3 | 2 | 7 | 23 | 1947 | 4 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | 4 |
| 71S22251564656ZN0F9G | 3019 | 4 | 1 | 2 | 2 | 2 | 6 | 30 | 1975 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | |
| M8F32251576229RTKNQA | 3020 | 4 | 1 | 2 | 2 | 2 | 11 | 19 | 1960 | 4 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | |
| KUZA2251580499J2CN24 | 3021 | 4 | 1 | 1 | 1 | 1 | 12 | 26 | 1980 | 3 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | 3 | |
| VSRT2251252789FQV1V6 | 3022 | 4 | 1 | 3 | 2 | 2 | 2 | 28 | 1943 | 4 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | 3 |
| 27E62251592508MDYLKR | 3023 | 4 | 1 | 2 | 2 | 2 | 1 | 2 | 1964 | 4 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | 4 |
| 1EYD2251591583OP6P8F | 3024 | 4 | 1 | 3 | 2 | 1 | 6 | 3 | 1970 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | 1 | |
| W0W32251591907JDITBK | 3025 | 4 | 1 | 2 | 2 | 1 | 12 | 22 | 1967 | 3 | 3 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | 1 | |
| I2K82251606498CS7T8P | 3026 | 4 | 1 | 1 | 2 | 2 | 8 | 1 | 1994 | 2 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | 3 |
| KNTH2251615083AHN9F7 | 3027 | 4 | 1 | 2 | 3 | 1 | 12 | 19 | 1985 | 2 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | 1 | |
| 17732251631440YCZ4ZU | 3028 | 4 | 1 | 2 | 2 | 2 | 4 | 26 | 1976 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | 1 | |
| YRYR2251643202GK9LTM | 3029 | 4 | 1 | 3 | 2 | 2 | 11 | 20 | 2000 | 2 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | 2 |
| Q7PX2251677226O2PKSJ | 3030 | 4 | 1 | 1 | 3 | 2 | 11 | 15 | 1983 | 2 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | 2 |
| RSOD2251717235SXDJCL | 3031 | 4 | 1 | 1 | 1 | 1 | 8 | 14 | 1984 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | 2 |
| Q2DE2251806836U8BQY4 | 3032 | 4 | 1 | 1 | 2 | 1 | 11 | 13 | 1999 | 2 | 4 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | | 2 |
| GQH42251852051LD4SJE | 3033 | 4 | 1 | 1 | 1 | 1 | 7 | 12 | 1977 | 3 | 3 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | 2 |
| 1Q232251488746BBAU2Z | 3034 | 4 | 1 | 2 | 2 | 1 | 11 | 25 | 1956 | 4 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | 2 |
| 6EHD2252113580BHF36C | 3035 | 4 | 1 | 3 | 3 | 1 | 5 | 22 | 1985 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | | | 4 |
| JSXS2252586484XVK3IC | 3036 | 4 | 1 | 2 | 2 | 1 | 9 | 15 | 1955 | 4 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | | | 4 |
| 8TRH2252681979G94I98 | 3037 | 4 | 1 | 2 | 2 | 1 | 1 | 18 | 1953 | 4 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | 3 |
| SOXM2252695892PBEBUP | 3038 | 4 | 1 | 2 | 2 | 1 | 11 | 8 | 1967 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 2 | |
| ACES2252728226Z7977T | 3039 | 4 | 1 | 1 | 2 | 2 | 12 | 24 | 1996 | 2 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 2 | |
| ED0L2252862537S9H8AT | 3040 | 4 | 1 | 2 | 2 | 2 | 5 | 7 | 1992 | 2 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | 2 | |
| CQLL2252880118K54KSR | 3041 | 4 | 1 | 1 | 2 | 2 | 12 | 14 | 1998 | 2 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | 2 | |
| 0G9C2253149929RV2YN3 | 3042 | 4 | 1 | 3 | 3 | 1 | 9 | 1 | 1986 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | |
| JMMW2253159324JG3PSZ | 3043 | 4 | 1 | 3 | 2 | 1 | 8 | 27 | 1974 | 2 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | | | 3 |
| Q4IQ2253209750P8G6SF | 3044 | 4 | 1 | 3 | 2 | 1 | 12 | 17 | 1986 | 2 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | | 2 | |
| 1E0C2253234176Y5WKWL | 3045 | 4 | 1 | 1 | 1 | 1 | 8 | 1 | 1995 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | 3 |
| ESYC2253276648NLZUAO | 3046 | 4 | 1 | 2 | 2 | 1 | 10 | 29 | 1948 | 4 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | 3 |
| E02Z2253187156XON25B | 3047 | 4 | 1 | 2 | 2 | 2 | 3 | 9 | 1986 | 2 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | 3 |
| NC9I2253293844I641EX | 3048 | 4 | 1 | 3 | 3 | 2 | 5 | 20 | 1993 | 2 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | 3 |
| 9O1V2253320195Q8A0XG | 3049 | 4 | 1 | 1 | 1 | 1 | 8 | 17 | 1962 | 4 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | 1 | |

| ID | # | | | | | | | | Year | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M4VL2253414384Y455PN | 3050 | 4 | 1 | 3 | 2 | 1 | 11 | 28 | 1951 | 4 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | 3 |
| S2GE2253747033Z9POH2 | 3051 | 4 | 1 | 3 | 3 | 1 | 12 | 31 | 1935 | 4 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | 3 |
| 8NWN2253857959XIVLMK | 3052 | 4 | 1 | 3 | 2 | 1 | 6 | 9 | 1981 | 3 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | 2 | | |
| QUXK2254145927A9ZRW6 | 3053 | 4 | 1 | 2 | 3 | 1 | 9 | 13 | 1947 | 4 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | 4 |
| 05IE2254201042K3HB6J | 3054 | 4 | 1 | 1 | 1 | 1 | 9 | 13 | 1955 | 4 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | 1 | | |
| 6WGM2254308479F12MFN | 3055 | 4 | 1 | 2 | 1 | 1 | 11 | 5 | 1986 | 2 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | |
| LM8Y2254609486MUQ3EK | 3056 | 4 | 1 | 3 | 2 | 1 | 6 | 3 | 1951 | 4 | 3 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | 3 |
| ZZSJ2254628217DBI28M | 3057 | 4 | 1 | 2 | 2 | 1 | 3 | 10 | 1981 | 3 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | 4 |
| NWQA2255091360R5AL7R | 3058 | 4 | 1 | 2 | 3 | 1 | 8 | 31 | 1965 | 3 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | 3 |
| 5GQO2255302763DCC3UE | 3059 | 4 | 1 | 2 | 1 | 1 | 3 | 24 | 1972 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | 2 | | |
| FB812255515698E24EH1 | 3060 | 4 | 1 | 2 | 2 | 1 | 10 | 7 | 1983 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | 3 |
| LBQB2255604478GS3DR3 | 3061 | 4 | 1 | 2 | 2 | 1 | 1 | 3 | 1971 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | 3 |
| FHWO2255715339PEUTLM | 3062 | 4 | 1 | 2 | 2 | 1 | 11 | 1 | 1978 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | 2 | | |
| 9HBG2255895563L9DTUM | 3063 | 4 | 1 | 1 | 1 | 1 | 11 | 10 | 1977 | 3 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 2 | | |
| PTZW2255936040OX9ARO | 3064 | 4 | 1 | 1 | 1 | 1 | 3 | 4 | 1987 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | 2 | | |
| NCS12256088815G3LBY1 | 3065 | 4 | 1 | 1 | 3 | 1 | 9 | 28 | 1973 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | 4 |
| VBP92256266728FV86AP | 3066 | 4 | 1 | 2 | 3 | 1 | 4 | 29 | 1981 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | 4 |
| G33C2256268219ZN5L1D | 3067 | 4 | 1 | 1 | 3 | 1 | 9 | 30 | 1966 | 3 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | 2 | | |
| 3KAR2256353013WLX84F | 3068 | 4 | 1 | 2 | 2 | 1 | 1 | 28 | 1950 | 4 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | 4 |
| DZZ32256441637S8JSSZ | 3069 | 4 | 1 | 3 | 1 | 1 | 6 | 16 | 1976 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | 3 |
| IYNQ2256672813YH57L6 | 3070 | 4 | 1 | 3 | 2 | 1 | 8 | 29 | 1978 | 3 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | 4 |
| A94D2256866523P46LEA | 3071 | 4 | 1 | 2 | 2 | 1 | 5 | 10 | 1980 | 3 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | 4 |
| WEY92256867411QYSUNZ | 3072 | 4 | 1 | 2 | 2 | 2 | 11 | 29 | 1953 | 4 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | | |
| BRVO2256878177BLLBZV | 3073 | 4 | 1 | 1 | 2 | 1 | 8 | 10 | 1983 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | 3 |
| OP952254643589OP3SGF | 3074 | 4 | 1 | 1 | 3 | 1 | 12 | 23 | 1952 | 4 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 2 | | |
| 45TL2253967946V3TLSY | 3075 | 4 | 1 | 2 | 2 | 2 | 11 | 9 | 1950 | 4 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | | |
| A74F2256892680FB37DR | 3076 | 4 | 1 | 1 | 1 | 1 | 9 | 22 | 1979 | 3 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | 3 |
| H2DC2256898387XAMWVX | 3077 | 4 | 1 | 3 | 3 | 1 | 6 | 1 | 1942 | 4 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | 3 |
| E7A42256898494TPQZHB | 3078 | 4 | 1 | 2 | 1 | 2 | 6 | 8 | 1960 | 4 | 3 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | 2 | | |
| YVAK2256903524FBE1FR | 3079 | 4 | 1 | 2 | 2 | 1 | 10 | 15 | 1953 | 4 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | | |
| 8PM32253406071VE2TLV | 3080 | 4 | 1 | 3 | 1 | 2 | 8 | 26 | 1949 | 4 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | 3 |
| HULI2256903975LJZENK | 3081 | 4 | 1 | 1 | 1 | 2 | 6 | 11 | 1962 | 4 | 3 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | 3 |
| 8B762256918175HXV7W4 | 3082 | 4 | 1 | 2 | 3 | 2 | 5 | 6 | 1971 | 3 | 1 | 2 | 2 | 2 | 1 | 2 | 1 | 1 | 2 | | | 3 |
| WHV72256918758V4REQ8 | 3083 | 4 | 1 | 1 | 2 | 1 | 7 | 12 | 1983 | 3 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | 4 |
| 4LV32256929716V4KZ9M | 3084 | 4 | 1 | 3 | 3 | 2 | 7 | 9 | 1941 | 4 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | 4 |
| Yi5S2256936413YQ43ID | 3085 | 4 | 1 | 1 | 1 | 2 | 5 | 24 | 1962 | 4 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 2 | | |
| BBVU2256943928TL6W5H | 3086 | 4 | 1 | 2 | 1 | 1 | 1 | 30 | 1968 | 3 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | | |
| SZ452253829072ATFJ39 | 3087 | 4 | 1 | 2 | 2 | 2 | 2 | 26 | 1965 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | 3 |
| YM7R2253924320R7T7ZK | 3088 | 4 | 1 | 3 | 2 | 2 | 8 | 20 | 1968 | 3 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | 2 | | |
| 0LQ42256972872OBSCB1 | 3089 | 4 | 1 | 2 | 2 | 1 | 3 | 24 | 1975 | 3 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | 3 |
| GN9C2257007372JFR6VK | 3090 | 4 | 1 | 2 | 2 | 2 | 4 | 1 | 1973 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | | |
| ROYF2257034893C6ZZ8L | 3091 | 4 | 1 | 1 | 1 | 1 | 5 | 16 | 1981 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | 4 |
| 7X2R2257065953RF5QZI | 3092 | 4 | 1 | 3 | 2 | 1 | 8 | 9 | 1967 | 3 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | 3 |
| 7UMQ2253474624J6968I | 3093 | 4 | 1 | 1 | 1 | 2 | 7 | 6 | 1976 | 3 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | 2 | | |
| 5AVL2255641492MIJ6LL | 3094 | 4 | 1 | 1 | 1 | 1 | 1 | 26 | 1977 | 3 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | 3 |
| 4F3U2253458509YP3NLK | 3095 | 4 | 1 | 2 | 2 | 2 | 5 | 28 | 1976 | 3 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | 3 |
| P68I2255109572HVRBNH | 3096 | 4 | 1 | 2 | 2 | 2 | 5 | 19 | 1982 | 3 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 2 | | |
| 32P12257266490BG8VZG | 3097 | 4 | 1 | 2 | 2 | 1 | 3 | 9 | 1978 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | | | 3 |
| K3Y12254419573A4CKXV | 3098 | 4 | 1 | 3 | 3 | 1 | 12 | 22 | 1967 | 3 | 3 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | | 1 | | |
| DVIK2257336531QVGNPB | 3099 | 4 | 1 | 2 | 2 | 1 | 1 | 1 | 1965 | 3 | 3 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | | 4 |

B6652254610137Z2TBGX    3100    4    1    1    2    2    12    16    1968    3    1    2    2    2    2    1    1    2    1

| Q9_0 | Q9_1 | Q10_1 | Q10_2 | Q10_3 | Q10_4 | Q10_5 | Q10_6 | Q10_7 | Q10_8 | Q10_9 | Q10_10 | q11_1 | Q11_2 | Q11_3 | Q11_4 | Q11_5 | rKey | rDate | rDateComplete |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 1 | 1 | 2 | 2 | 3 | 1 | 1 | 2 | 2 | 3 | 1 | 2 | 2 | 1 | F6N3RDHP8R | 2019-02-13 15:57:35 | 2019-02-13 15:59:34 |
| 1 | 2 | 3 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 3 | 2 | 2 | 1 | XCSQP7H89F | 2019-02-13 16:03:05 | 2019-02-13 16:06:45 |
| 1 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | FB6Q48YD51 | 2019-02-13 16:05:11 | 2019-02-13 16:08:29 |
| 1 | 2 | 3 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | ZFP2QKDBW8 | 2019-02-13 16:08:54 | 2019-02-13 16:11:57 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 385V89X97Y | 2019-02-13 16:08:50 | 2019-02-13 16:12:51 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 3 | 2 | 2 | 1 | BYKFC1V859 | 2019-02-13 16:12:38 | 2019-02-13 16:16:39 |
| 1 | 2 | 3 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | ZS3QWGY2ZM | 2019-02-13 16:11:48 | 2019-02-13 16:17:37 |
| 1 | 2 | 1 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | T4CNDS2X0K | 2019-02-13 16:29:36 | 2019-02-13 16:36:45 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | SY8X4HDBBB | 2019-02-13 16:21:06 | 2019-02-13 16:37:06 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | JGH452SX8X | 2019-02-13 16:40:51 | 2019-02-13 16:44:45 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | RS82MCJ9T6 | 2019-02-13 16:43:18 | 2019-02-13 16:47:45 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 3 | 2 | 2 | 1 | 6ZSNSB1NGS | 2019-02-13 17:08:58 | 2019-02-13 17:12:46 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 7HCS3M9Q93 | 2019-02-13 17:21:43 | 2019-02-13 17:24:10 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | JM8YSYMVVN | 2019-02-13 18:50:59 | 2019-02-13 18:56:41 |
| 1 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 1 | 73MFJ513M8 | 2019-02-13 19:43:13 | 2019-02-13 19:49:54 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | NTYT4V2RN4 | 2019-02-13 20:21:11 | 2019-02-13 20:25:59 |
| 1 | 2 | 1 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 8R3HP3500D | 2019-02-13 20:24:18 | 2019-02-13 20:26:06 |
| 1 | 2 | 3 | 2 | 1 | 2 | 2 | 3 | 1 | 1 | 2 | 2 | 3 | 1 | 2 | 2 | 1 | W8PWZFM5TP | 2019-02-13 20:59:09 | 2019-02-13 21:03:07 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | D3V40G4TWR | 2019-02-13 21:05:38 | 2019-02-13 21:09:49 |
| 1 | 2 | 1 | 1 | 1 | 2 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | FY2MVKVCWP | 2019-02-13 21:11:37 | 2019-02-13 21:16:00 |
| 1 | 2 | 1 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 11DJD6M0Q4 | 2019-02-13 21:17:42 | 2019-02-13 21:22:17 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | M7G2HK6K1W | 2019-02-13 21:18:37 | 2019-02-13 21:25:29 |
| 1 | 2 | 3 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 3 | 2 | 2 | 1 | D8KM1PVXF3 | 2019-02-13 21:30:12 | 2019-02-13 21:32:57 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 3 | 2 | 2 | 1 | F2QJDTVK53 | 2019-02-13 21:35:25 | 2019-02-13 21:39:45 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 3 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | B04P2T766V | 2019-02-13 21:45:47 | 2019-02-13 21:51:26 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | PK7S9KHJCH | 2019-02-13 21:51:42 | 2019-02-13 21:56:07 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 3 | 2 | 2 | 1 | H2CN0824X4 | 2019-02-13 21:52:44 | 2019-02-13 21:56:27 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | XNPQ4FB3GV | 2019-02-13 21:57:07 | 2019-02-13 22:01:21 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 3 | 2 | 2 | 1 | JWR2353PX0 | 2019-02-13 22:06:09 | 2019-02-13 22:15:22 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 7D22XVNTC3 | 2019-02-13 22:35:31 | 2019-02-13 22:39:38 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 1 | MBFM6VFQ36 | 2019-02-13 23:29:49 | 2019-02-13 23:37:40 |
| 1 | 2 | 3 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 3 | 2 | 2 | 1 | MPWB1PBGPN | 2019-02-13 23:54:30 | 2019-02-13 23:59:49 |
| 1 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | XWKNRBR1R8 | 2019-02-14 00:15:55 | 2019-02-14 00:21:19 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 3 | 2 | 2 | 1 | 70ZY2KZT6C | 2019-02-14 00:50:25 | 2019-02-14 00:56:41 |
| 1 | 2 | 3 | 1 | 1 | 2 | 2 | 3 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 9J5XV4V1Y6 | 2019-02-14 02:38:32 | 2019-02-14 02:43:57 |
| 1 | 2 | 3 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | HS91FJWWB4 | 2019-02-14 03:52:52 | 2019-02-14 03:57:10 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 3 | 2 | 2 | 1 | TVY7JPWV0N | 2019-02-14 04:28:21 | 2019-02-14 04:34:36 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 7VSQKTKB3Z | 2019-02-14 07:41:13 | 2019-02-14 07:46:20 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 56G2YRCMGG | 2019-02-14 07:48:58 | 2019-02-14 07:52:46 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 4Y6XRNG31M | 2019-02-14 10:24:50 | 2019-02-14 10:29:17 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | GPS0YJ3M9V | 2019-02-14 11:09:04 | 2019-02-14 11:15:02 |
| 1 | 2 | 3 | 1 | 1 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | YRFVD7YDN4 | 2019-02-14 12:22:07 | 2019-02-14 12:27:43 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 8BMTSCDWKG | 2019-02-14 13:08:24 | 2019-02-14 13:11:15 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | ZCS95CJSTG | 2019-02-14 17:21:54 | 2019-02-14 17:25:06 |
| 1 | 2 | 3 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | P2KK8T0R30 | 2019-02-14 17:26:55 | 2019-02-14 17:30:11 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 2 | 2 | 1 | 94H3W8TMX0 | 2019-02-14 17:48:59 | 2019-02-14 17:57:27 |
| 1 | 2 | 3 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 2 | 3 | 2 | 2 | 1 | XYJC8JZ6WR | 2019-02-14 17:59:39 | 2019-02-14 18:04:07 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 3 | 1 | 2 | 2 | 1 | JQGMPS75RR | 2019-02-14 19:33:05 | 2019-02-14 19:36:29 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 3 | 1 | 2 | 2 | 1 | 1X227VK5XF | 2019-02-14 19:59:53 | 2019-02-14 20:03:09 |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 3 | 2 | 2 | 1 9Q1GJFRD0B | 2019-02-14 20:23:25 | 2019-02-14 20:28:24 |
| 1 | 2 | 1 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 2 | 2 | 1 DF95H4F6CZ | 2019-02-14 22:43:13 | 2019-02-14 22:47:13 |
| 1 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 7CJQ0DYVST | 2019-02-14 23:07:56 | 2019-02-14 23:11:52 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 DGHYQ2KSY4 | 2019-02-14 23:14:24 | 2019-02-14 23:26:12 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 X293RNF2YM | 2019-02-14 23:34:00 | 2019-02-14 23:37:36 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 3 | 2 | 2 | 1 GZWF33ZFQX | 2019-02-14 23:45:09 | 2019-02-14 23:50:27 |
| 1 | 2 | 3 | 1 | 1 | 2 | 3 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 HN94WKMJKN | 2019-02-15 00:22:45 | 2019-02-15 00:26:51 |
| 1 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 1 PHSZ25NCQ0 | 2019-02-15 00:35:19 | 2019-02-15 00:38:32 |
| 1 | 2 | 3 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 R00D51XK76 | 2019-02-15 01:29:08 | 2019-02-15 01:32:39 |
| 1 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 58QHZS1DXT | 2019-02-15 02:01:20 | 2019-02-15 02:05:33 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 1 74DYYB9912 | 2019-02-15 03:10:11 | 2019-02-15 03:13:30 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 BM8QMHGKK6 | 2019-02-15 03:43:37 | 2019-02-15 03:46:03 |
| 1 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 3 | 2 | 2 | 1 QXWJ8PH1DV | 2019-02-15 03:44:26 | 2019-02-15 03:51:03 |
| 1 | 2 | 3 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 3 | 2 | 2 | 1 5K98RND872 | 2019-02-15 04:48:48 | 2019-02-15 04:53:23 |
| 1 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 2 | 2 | 1 Z2BKQZV264 | 2019-02-15 05:25:43 | 2019-02-15 05:29:35 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 JJNNVW2PJ3 | 2019-02-15 08:03:55 | 2019-02-15 08:07:05 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 MCGXTRNT12 | 2019-02-15 08:13:54 | 2019-02-15 08:17:51 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 2 | 1 | 1 | 2 | 2 | 1 1D8SFCHHX4 | 2019-02-15 09:23:47 | 2019-02-15 09:27:04 |
| 1 | 2 | 3 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 64ZRW5H1SR | 2019-02-15 09:59:58 | 2019-02-15 10:03:48 |
| 1 | 2 | 3 | 1 | 1 | 2 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 3 | 2 | 2 | 1 G83QH5S89T | 2019-02-15 10:14:14 | 2019-02-15 10:18:58 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 KBQPV90K9K | 2019-02-15 12:00:31 | 2019-02-15 12:03:52 |
| 1 | 2 | 3 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 Z1YXZQCT5R | 2019-02-15 12:40:25 | 2019-02-15 12:44:32 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 N85YFPW6XP | 2019-02-15 13:56:17 | 2019-02-15 13:58:38 |
| 1 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 3 | 2 | 1 | 3 | 2 | 2 | 1 HSYYMGBWN9 | 2019-02-15 15:30:00 | 2019-02-15 15:34:07 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 FR17729WNN | 2019-02-15 15:48:55 | 2019-02-15 16:04:08 |
| 1 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 3 | 2 | 2 | 1 YGDGT0W712 | 2019-02-15 17:25:18 | 2019-02-15 17:33:15 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 2 | 2 | 1 1NGMFRS1RV | 2019-02-15 21:48:56 | 2019-02-15 21:54:09 |
| 1 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 6B4CZ5RJZQ | 2019-02-16 15:24:12 | 2019-02-16 15:27:28 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 G44QGKW9G1 | 2019-02-16 16:09:07 | 2019-02-16 16:12:51 |
| 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 20JW90GRC4 | 2019-02-17 04:10:11 | 2019-02-17 04:16:43 |
| 1 | 2 | 3 | 1 | 1 | 2 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 KKCJZ3XNWR | 2019-02-17 10:25:54 | 2019-02-17 10:29:05 |
| 1 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 3MD62SZ778 | 2019-02-17 10:56:28 | 2019-02-17 11:00:45 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 2 | 2 | 1 4WSJ55F7QQ | 2019-02-17 14:43:06 | 2019-02-17 14:52:18 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 2 G3T3130FF5 | 2019-02-18 10:45:07 | 2019-02-18 10:49:00 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 HP32DCQ596 | 2019-02-18 11:58:14 | 2019-02-18 12:00:18 |
| 1 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 2 | 2 | 1 73P1T314TG | 2019-02-18 11:59:37 | 2019-02-18 12:04:01 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 TY78TWRD07 | 2019-02-18 12:01:08 | 2019-02-18 12:04:44 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 23VNRKFYM5 | 2019-02-18 12:04:17 | 2019-02-18 12:07:24 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 XJ27HH47YY | 2019-02-18 12:05:32 | 2019-02-18 12:09:13 |
| 1 | 2 | 3 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 5K6RTGBH8R | 2019-02-18 12:07:17 | 2019-02-18 12:11:29 |
| 1 | 2 | 3 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 N8T9Z2CKJB | 2019-02-18 12:08:11 | 2019-02-18 12:12:18 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 3 | 3 | 2 | 2 | 1 2KWFHB3HF8 | 2019-02-18 12:10:41 | 2019-02-18 12:15:59 |
| 1 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 TFMQZS5DY8 | 2019-02-18 12:11:15 | 2019-02-18 12:16:03 |
| 1 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 ZV1CN1FKW5 | 2019-02-18 12:18:21 | 2019-02-18 12:21:12 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 MZ4MTD2QJS | 2019-02-18 12:17:26 | 2019-02-18 12:21:21 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 R3Z55WP4HJ | 2019-02-18 12:19:14 | 2019-02-18 12:23:03 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 3 | 2 | 2 | 1 | 3 | 2 | 1 YQHHZJ0K7V | 2019-02-18 12:19:30 | 2019-02-18 12:24:05 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 P47CQJ833Q | 2019-02-18 12:22:43 | 2019-02-18 12:26:33 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 2 | 2 | 1 TTB9PY46VQ | 2019-02-18 12:27:52 | 2019-02-18 12:31:22 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 97H8C97Y63 | 2019-02-18 12:27:28 | 2019-02-18 12:31:53 |

| 1 | 2 | 3 | 1 | 2 | 2 | 3 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 XPDVX1JDXS | 2019-02-18 12:27:21 | 2019-02-18 12:33:02 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 5Y36K9ZX6K | 2019-02-13 15:56:09 | 2019-02-13 15:59:17 |
| 1 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 3 | 2 | 2 | 1 Y6X7T42PZF | 2019-02-13 16:45:06 | 2019-02-13 16:48:14 |
| 1 | 2 | 3 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 X1G4W55SKM | 2019-02-13 18:25:03 | 2019-02-13 18:37:28 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 9QV93GYZ4W | 2019-02-13 19:03:09 | 2019-02-13 19:07:00 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 85QH497F5F | 2019-02-13 21:26:12 | 2019-02-13 21:30:30 |
| 1 | 2 | 3 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 9MSTWQVD8C | 2019-02-13 21:33:04 | 2019-02-13 21:36:45 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 2 | 2 | 1 1D1SBN34MP | 2019-02-14 05:23:09 | 2019-02-14 05:26:42 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 G911DDZQ87 | 2019-02-14 08:05:02 | 2019-02-14 08:08:12 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 XHCTKNM8PM | 2019-02-14 08:27:37 | 2019-02-14 08:34:48 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 KYD3CCSCF4 | 2019-02-14 08:43:17 | 2019-02-14 08:48:00 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 3 | 1 | 2 | 2 | 1 9JJ6BQ0D70 | 2019-02-14 09:40:12 | 2019-02-14 09:44:55 |
| 1 | 2 | 3 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 D9BGWR41SS | 2019-02-14 21:05:20 | 2019-02-14 21:12:57 |
| 1 | 2 | 3 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 3 | 2 | 2 | 1 SPYWHJH0R0 | 2019-02-14 23:55:49 | 2019-02-15 00:05:55 |
| 1 | 2 | 3 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 F6CNPZYNY3 | 2019-02-15 00:34:34 | 2019-02-15 00:36:36 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 ZJR4VF7J9Q | 2019-02-15 01:39:37 | 2019-02-15 01:43:12 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 YR6NCRRR3W | 2019-02-15 04:31:38 | 2019-02-15 04:36:10 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 H4SZ71G2KB | 2019-02-15 12:42:22 | 2019-02-15 12:51:39 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 S49QZ4S3BK | 2019-02-15 12:51:43 | 2019-02-15 12:56:19 |
| 1 | 2 | 3 | 1 | 1 | 2 | 2 | 1 | 3 | 1 | 2 | 2 | 2 | 3 | 2 | 2 | 1 3XFTV8VDV2 | 2019-02-15 13:03:14 | 2019-02-15 13:08:11 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 N8GVSP5FBJ | 2019-02-15 13:04:43 | 2019-02-15 13:09:33 |
| 1 | 2 | 3 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 2 | 2 | 2 | 1 KHYZ4ZXHPD | 2019-02-15 13:04:32 | 2019-02-15 13:10:40 |
| 1 | 2 | 3 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 3 | 2 | 2 | 1 5XCDHHSKJ9 | 2019-02-15 13:05:33 | 2019-02-15 13:11:10 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 2HDRR31950 | 2019-02-15 13:11:45 | 2019-02-15 13:14:53 |
| 1 | 2 | 3 | 1 | 1 | 2 | 3 | 1 | 1 | 1 | 2 | 2 | 2 | 3 | 2 | 2 | 1 V4PBNQMY32 | 2019-02-15 13:14:38 | 2019-02-15 13:17:52 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 YPWRNQC5HY | 2019-02-15 13:34:52 | 2019-02-15 13:41:26 |
| 1 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 3 | 2 | 2 | 1 209TKYH12Q | 2019-02-15 13:40:45 | 2019-02-15 13:45:51 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 CFH3YFCH3B | 2019-02-15 13:41:45 | 2019-02-15 13:46:26 |
| 1 | 2 | 3 | 1 | 1 | 2 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 HMC2BKHB0B | 2019-02-15 13:42:40 | 2019-02-15 13:47:28 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 JVKRD0XQTC | 2019-02-15 13:43:33 | 2019-02-15 13:47:49 |
| 1 | 2 | 3 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 3 | 2 | 2 | 1 N0330V94X5 | 2019-02-15 13:48:46 | 2019-02-15 13:50:51 |
| 1 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 4QNBD3DTNV | 2019-02-15 13:48:15 | 2019-02-15 13:51:55 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 B4MCX06V03 | 2019-02-15 13:48:31 | 2019-02-15 13:51:55 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 99H74HVDYM | 2019-02-15 14:03:11 | 2019-02-15 14:15:44 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 2WZNS6R4H5 | 2019-02-15 14:13:20 | 2019-02-15 14:32:38 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 YC88K2RP0T | 2019-02-15 14:31:53 | 2019-02-15 14:39:21 |
| 1 | 2 | 3 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 SXKHMQWRTW | 2019-02-15 14:31:14 | 2019-02-15 14:40:04 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 127JDJGZKF | 2019-02-15 14:41:56 | 2019-02-15 14:45:46 |
| 1 | 2 | 3 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 XBVBRHMFST | 2019-02-15 14:50:40 | 2019-02-15 14:54:48 |
| 1 | 2 | 3 | 1 | 1 | 1 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 3 | 2 | 1 | 1 KG5X1VJBQG | 2019-02-15 14:51:06 | 2019-02-15 14:57:15 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 KJPZ35PY7D | 2019-02-15 14:49:07 | 2019-02-15 14:59:14 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 TWRKSJ7TRX | 2019-02-15 15:13:33 | 2019-02-15 15:23:02 |
| 1 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 1 W6NMBC6W83 | 2019-02-15 15:47:16 | 2019-02-15 15:49:39 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 BN87H0ST9Z | 2019-02-15 15:50:30 | 2019-02-15 15:54:22 |
| 1 | 2 | 3 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 3 | 2 | 2 | 1 DWJC8VSGJS | 2019-02-15 16:20:22 | 2019-02-15 16:24:07 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 6BBNKSF9DD | 2019-02-15 16:24:10 | 2019-02-15 16:29:25 |
| 1 | 2 | 3 | 1 | 1 | 2 | 3 | 1 | 1 | 1 | 3 | 3 | 2 | 1 | 2 | 2 | 1 4XNG4WDYFW | 2019-02-15 16:44:17 | 2019-02-15 16:49:10 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 2 | 2 | 2 | 1 QF4M15YH0F | 2019-02-15 16:45:34 | 2019-02-15 16:49:10 |
| 1 | 2 | 3 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 NKXVGV1PQ0 | 2019-02-15 17:09:32 | 2019-02-15 17:13:07 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 3 | 2 | 2 | 1 C5M13P9VS5 | 2019-02-15 17:17:53 | 2019-02-15 17:20:44 |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | YH7XTVNWM2 | 2019-02-15 15:38:46 | 2019-02-15 17:32:13 |
| 1 | 2 | 3 | 1 | 1 | 2 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | YFWZ7N1Z3Q | 2019-02-15 19:17:27 | 2019-02-15 19:22:06 |
| 1 | 2 | 3 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 8M0PJKST9R | 2019-02-15 19:58:55 | 2019-02-15 20:01:44 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 2 | 2 | 1 | DC1PM65VYK | 2019-02-15 20:29:44 | 2019-02-15 20:35:53 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1XDHPBJ2VQ | 2019-02-15 21:02:06 | 2019-02-15 21:05:35 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | CTQJW1HNHZ | 2019-02-15 22:12:33 | 2019-02-15 22:15:45 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 84YH8XCVCB | 2019-02-15 22:33:46 | 2019-02-15 22:37:35 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 76N7QVX2QJ | 2019-02-15 22:46:41 | 2019-02-15 22:51:45 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | HMF1JTJ5B6 | 2019-02-15 23:14:41 | 2019-02-15 23:20:18 |
| 1 | 2 | 3 | 1 | 1 | 2 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 3 | 2 | 2 | 1 | CZMSF3Q2Z3 | 2019-02-15 23:20:19 | 2019-02-15 23:31:55 |
| 1 | 2 | 3 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 3 | 2 | 2 | 1 | H3THYV698G | 2019-02-15 23:56:50 | 2019-02-16 00:00:00 |
| 1 | 2 | 1 | 1 | 1 | 2 | 3 | 2 | 1 | 1 | 2 | 2 | 1 | 2 | 2 | 2 | 1 | W80J0DMS60 | 2019-02-16 01:00:15 | 2019-02-16 01:06:18 |
| 1 | 2 | 1 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 8DDM1YHWFK | 2019-02-16 01:19:34 | 2019-02-16 01:24:55 |
| 1 | 2 | 3 | 2 | 2 | 2 | 1 | 2 | 1 | 1 | 3 | 2 | 1 | 1 | 2 | 2 | 1 | FQCMQT8Q8T | 2019-02-16 03:17:37 | 2019-02-16 03:22:00 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 9M3Q3192MX | 2019-02-16 05:50:43 | 2019-02-16 05:54:32 |
| 1 | 2 | 2 | 1 | 1 | 2 | 3 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 2 | 2 | 1 | ZG3BMZS4GJ | 2019-02-16 05:49:02 | 2019-02-16 05:54:37 |
| 1 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | XS6XXF4GP7 | 2019-02-16 05:59:52 | 2019-02-16 06:05:12 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | KXW1R5PPFB | 2019-02-16 07:12:34 | 2019-02-16 07:16:04 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 96Q44NGRCN | 2019-02-16 08:12:54 | 2019-02-16 08:16:44 |
| 1 | 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 5J5PJH76X5 | 2019-02-16 09:47:29 | 2019-02-16 09:53:22 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | B73TMHZ51W | 2019-02-16 10:26:39 | 2019-02-16 10:32:21 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 5CNR5FYRG0 | 2019-02-16 10:58:29 | 2019-02-16 11:02:11 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 83D564SKHD | 2019-02-16 11:20:06 | 2019-02-16 11:24:45 |
| 1 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | WGJQ3PGYYF | 2019-02-16 11:38:03 | 2019-02-16 11:40:48 |
| 1 | 2 | 3 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 3 | 2 | 2 | 1 | 5K2TWBD07Q | 2019-02-16 12:21:09 | 2019-02-16 12:23:41 |
| 1 | 2 | 3 | 2 | 3 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 3 | 3 | 3 | 2 | 1 | MFH48X6Z8M | 2019-02-16 12:29:36 | 2019-02-16 12:38:04 |
| 1 | 2 | 1 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 2 | 2 | 2 | 1 | RKH219PK99 | 2019-02-16 12:46:27 | 2019-02-16 12:51:08 |
| 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 2 | 1 | 2 | 2 | 1 | HBBTG9K6DC | 2019-02-16 13:10:14 | 2019-02-16 13:13:45 |
| 1 | 2 | 1 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 8TV0B69S25 | 2019-02-16 14:43:25 | 2019-02-16 14:46:20 |
| 1 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 2 | 2 | 1 | KZCQD62H9S | 2019-02-16 15:38:08 | 2019-02-16 15:45:25 |
| 1 | 2 | 1 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | JY8PZ0JQWN | 2019-02-16 17:01:26 | 2019-02-16 18:12:55 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 9QRN8MBDV0 | 2019-02-16 19:21:26 | 2019-02-16 19:26:45 |
| 1 | 2 | 3 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | SNGSY0KK3H | 2019-02-16 20:55:30 | 2019-02-16 20:59:09 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 3 | 2 | 2 | 1 | C767BT2XC0 | 2019-02-16 22:49:30 | 2019-02-16 22:52:30 |
| 1 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 720PTPRRVG | 2019-02-17 00:45:32 | 2019-02-17 00:53:31 |
| 1 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 4G6TKB080D | 2019-02-17 08:20:36 | 2019-02-17 08:24:04 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | B92BQ6YSNG | 2019-02-17 08:26:47 | 2019-02-17 08:32:49 |
| 1 | 2 | 1 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | ZBVN6RY84K | 2019-02-17 09:36:45 | 2019-02-17 09:45:12 |
| 1 | 2 | 1 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | V6B3N9P81B | 2019-02-17 12:40:41 | 2019-02-17 12:47:10 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 6B2R1BJ8MP | 2019-02-17 18:38:40 | 2019-02-17 18:45:47 |
| 1 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | N6V13P0XPP | 2019-02-17 19:08:24 | 2019-02-17 19:15:51 |
| 1 | 2 | 1 | 2 | 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 1 | 3PB9415DTP | 2019-02-17 19:19:19 | 2019-02-17 19:30:32 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | CH9BTMN5YS | 2019-02-17 20:09:23 | 2019-02-17 20:14:53 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | T0H9DSCXSN | 2019-02-17 20:47:22 | 2019-02-17 20:51:57 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 3 | 2 | 2 | 1 | QZ18YFB67V | 2019-02-17 21:25:42 | 2019-02-17 21:29:12 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 3R34RG27HQ | 2019-02-18 10:58:02 | 2019-02-18 11:02:32 |
| 1 | 2 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1G00HWPYNQ | 2019-02-18 12:46:14 | 2019-02-18 12:49:35 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 3 | 2 | 2 | 1 | XG270S4CNM | 2019-02-18 13:37:25 | 2019-02-18 13:39:37 |
| 1 | 2 | 3 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | VNX0JRG2RP | 2019-02-18 14:59:47 | 2019-02-18 15:04:31 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | JB58FP9JVY | 2019-02-19 11:42:12 | 2019-02-19 11:46:02 |

| | | | | | | | | | | | | | | | | | Code | Start | End |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 8CGMW8RT1M | 2019-02-20 08:39:46 | 2019-02-20 08:46:46 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 6564T9XTTF | 2019-02-13 16:02:25 | 2019-02-13 16:06:40 |
| 1 | 2 | 3 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 3 | 2 | 2 | 1 | 7CQ15SZPR9 | 2019-02-13 16:08:36 | 2019-02-13 16:14:08 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 70PTPYK5VF | 2019-02-13 16:13:08 | 2019-02-13 16:16:33 |
| 1 | 2 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 9RDT8WFFCH | 2019-02-13 16:29:00 | 2019-02-13 16:34:31 |
| 1 | 2 | 3 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 3 | 3 | 2 | 2 | 1 | Y0PNK3WBCV | 2019-02-13 16:35:13 | 2019-02-13 16:41:44 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | B9HQHXM9X3 | 2019-02-13 16:38:49 | 2019-02-13 16:42:27 |
| 1 | 2 | 3 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 3 | 2 | 2 | 1 | JP7P9Z57V0 | 2019-02-13 16:55:40 | 2019-02-13 16:58:53 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 1 | 1 | RMZKVZYD15 | 2019-02-13 17:54:17 | 2019-02-13 18:32:54 |
| 1 | 2 | 3 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | X8G3F3T2G3 | 2019-02-13 18:30:49 | 2019-02-13 18:33:03 |
| 1 | 2 | 3 | 3 | 1 | 2 | 3 | 2 | 1 | 1 | 2 | 2 | 1 | 3 | 2 | 2 | 1 | B1SYH0RM3K | 2019-02-13 18:27:36 | 2019-02-13 18:39:21 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 3 | 2 | 2 | 1 | 50GTGH63PQ | 2019-02-13 18:46:40 | 2019-02-13 19:01:18 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 3 | 2 | 2 | 1 | DH3RJ2ZPYS | 2019-02-13 19:01:50 | 2019-02-13 19:05:00 |
| 1 | 2 | 3 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 3 | 2 | 1 | 3 | 2 | 2 | 1 | W1BNDYXH73 | 2019-02-13 19:45:45 | 2019-02-13 19:50:02 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 2 | 2 | 1 | RQ5MVQVQ0H | 2019-02-13 21:20:26 | 2019-02-13 21:24:24 |
| 1 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 2 | 2 | 1 | KJNV1X4F5H | 2019-02-13 21:32:45 | 2019-02-13 21:35:34 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 3 | 2 | 2 | 1 | 93TTPS0GX2 | 2019-02-13 21:39:28 | 2019-02-13 21:42:11 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 | 2 | 1 | MMKRKRF6W0 | 2019-02-13 21:45:59 | 2019-02-13 21:50:17 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | G2F20K5SGS | 2019-02-13 21:41:11 | 2019-02-13 21:51:28 |
| 1 | 2 | 3 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | B4TQ6WCX2T | 2019-02-13 21:46:59 | 2019-02-13 21:54:05 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | RRQC5B2R90 | 2019-02-13 21:58:47 | 2019-02-13 22:03:14 |
| 1 | 2 | 2 | 1 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | N2JFF8249G | 2019-02-13 22:01:17 | 2019-02-13 22:07:43 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 217XTHQ3RX | 2019-02-13 22:15:23 | 2019-02-13 22:18:49 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 78PZKY7SN7 | 2019-02-13 22:16:28 | 2019-02-13 22:18:55 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 1 | MJPCSMVQWS | 2019-02-13 22:15:24 | 2019-02-13 22:18:59 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 3 | 2 | 2 | 1 | P1ZQYHV2XZ | 2019-02-13 22:15:27 | 2019-02-13 22:23:05 |
| 1 | 2 | 3 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 3 | 1 | 2 | 2 | 1 | 8GRG333652 | 2019-02-13 22:32:38 | 2019-02-13 22:42:28 |
| 1 | 2 | 3 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | SY4MPTC7K8 | 2019-02-13 22:41:39 | 2019-02-13 22:45:55 |
| 1 | 2 | 3 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | QRM9SD5Z6F | 2019-02-13 23:03:12 | 2019-02-13 23:08:42 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 3 | 1 | 2 | 1 | VQXHQW1303 | 2019-02-13 23:19:06 | 2019-02-13 23:22:55 |
| 1 | 2 | 3 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 3 | 2 | 2 | 1 | H26V0YZ267 | 2019-02-14 00:06:19 | 2019-02-14 00:09:38 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | PPW0W84DC2 | 2019-02-14 01:25:40 | 2019-02-14 01:33:06 |
| 1 | 2 | 2 | 1 | 1 | 2 | 1 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | CDRHYFJ4ZK | 2019-02-14 06:00:27 | 2019-02-14 06:07:49 |
| 1 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 58HXD4WQQ7 | 2019-02-14 07:30:28 | 2019-02-14 07:32:43 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 9QNVZYW0ZZ | 2019-02-14 08:35:04 | 2019-02-14 08:38:33 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | QYJ94Z7NWR | 2019-02-14 11:42:56 | 2019-02-14 12:02:28 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 3 | 1 | 1 | 2 | 2 | 1 | TNXRG337S9 | 2019-02-14 18:23:37 | 2019-02-14 18:29:27 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 | 1 | 2 | 1 | 1 | 2 | 2 | 1 | N9GN3BDBQR | 2019-02-14 19:57:36 | 2019-02-14 20:03:59 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 | 2 | 2 | 3 | 2 | 2 | 2 | 1 | VVT17QF32F | 2019-02-14 20:12:53 | 2019-02-14 20:16:10 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 2 | 2 | 1 | H4FTJ7Y5VR | 2019-02-14 20:44:29 | 2019-02-14 20:48:24 |
| 1 | 2 | 3 | 2 | 1 | 2 | 2 | 3 | 1 | 3 | 2 | 3 | 3 | 2 | 2 | 2 | 1 | WYFGRPQYVN | 2019-02-14 23:27:35 | 2019-02-14 23:32:27 |
| 1 | 2 | 3 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | R19XNH7PGH | 2019-02-14 23:50:37 | 2019-02-14 23:53:01 |
| 1 | 2 | 3 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | K0CMF90C6J | 2019-02-15 09:08:47 | 2019-02-15 09:12:44 |
| 1 | 2 | 3 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 7NM18DTWNF | 2019-02-15 09:18:57 | 2019-02-15 09:23:32 |
| 1 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 9S2FZ79WCH | 2019-02-15 10:06:09 | 2019-02-15 10:11:29 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 2 | 2 | 1 | 79TXPF9DXH | 2019-02-15 10:26:43 | 2019-02-15 10:29:03 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | KRJ41K3PCN | 2019-02-15 11:02:31 | 2019-02-15 11:05:05 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | JGKYY9X9PR | 2019-02-15 11:09:59 | 2019-02-15 11:12:28 |
| 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 2 | 3 | 2 | 1 | 1 | 2 | 2 | 1 | C8KWTH1QTK | 2019-02-15 11:51:51 | 2019-02-15 11:31:01 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 4YFCTS7BZJ | 2019-02-15 11:35:27 | 2019-02-15 11:40:48 |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 DH2JDYGXT7 | 2019-02-15 12:47:31 | 2019-02-15 12:50:32 |
| 1 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 3 | 2 | 2 | 1 72MMXDC77V | 2019-02-15 17:06:43 | 2019-02-15 17:11:13 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 3 | 2 | 2 | 1 8K25N5157J | 2019-02-15 18:40:48 | 2019-02-15 18:43:25 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 1 D9VKXJN3QB | 2019-02-15 22:36:20 | 2019-02-15 22:40:38 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 3 | 2 | 2 | 1 DWRHWD6PB1 | 2019-02-15 23:40:48 | 2019-02-15 23:49:31 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 3DHG5JSN5V | 2019-02-16 03:28:42 | 2019-02-16 03:32:17 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 9CPNGTH1NW | 2019-02-16 10:56:16 | 2019-02-16 11:01:27 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 K66QVS2ZY0 | 2019-02-16 11:14:04 | 2019-02-16 11:17:21 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 XY1W6NRDFG | 2019-02-16 18:00:56 | 2019-02-16 18:05:46 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 2 | 2 | 1 8K9RNPY7MW | 2019-02-16 21:08:29 | 2019-02-16 21:13:24 |
| 1 | 2 | 3 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 BWY1BGQR9X | 2019-02-17 01:40:29 | 2019-02-17 01:44:46 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 J2ZH6BZ4GY | 2019-02-17 06:55:35 | 2019-02-17 07:00:01 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 2 | 2 | 2 | 1 S0P6BVR1QC | 2019-02-17 09:38:56 | 2019-02-17 09:42:28 |
| 1 | 2 | 2 | 2 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 BGH3GKVC2D | 2019-02-17 12:41:10 | 2019-02-17 12:48:21 |
| 1 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 2HFCTRXZWG | 2019-02-17 13:24:09 | 2019-02-17 13:28:49 |
| 1 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 8ZPWYT6V38 | 2019-02-17 16:02:17 | 2019-02-17 16:37:31 |
| 1 | 2 | 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 48WZR9TMZ7 | 2019-02-17 19:15:48 | 2019-02-17 19:19:58 |
| 1 | 2 | 3 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 3RQCZHT99D | 2019-02-17 19:15:06 | 2019-02-17 19:24:54 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 2 | 2 | 1 JD07BSRD0C | 2019-02-17 20:52:19 | 2019-02-17 21:00:34 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 JWKKR5KZ0T | 2019-02-17 22:56:18 | 2019-02-17 23:02:43 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 2 | 2 | 2 | 1 1718CGMS10 | 2019-02-18 09:19:17 | 2019-02-18 09:23:10 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 3 | 2 | 2 | 1 DRSV12KZ1B | 2019-02-18 12:05:50 | 2019-02-18 12:08:30 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 3 | 2 | 2 | 1 2198X9NQ6Z | 2019-02-18 12:05:43 | 2019-02-18 12:10:42 |
| 1 | 2 | 1 | 1 | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 1 XK6M6CJJKG | 2019-02-18 12:13:40 | 2019-02-18 12:20:14 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 Q2YJM8394X | 2019-02-18 12:16:17 | 2019-02-18 12:20:20 |
| 1 | 2 | 1 | 1 | 1 | 3 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 2 | 2 | 1 3Q7NDJQYB3 | 2019-02-18 12:19:29 | 2019-02-18 12:23:05 |
| 1 | 2 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 2 | 2 | 1 GVFHHHQN24 | 2019-02-18 12:23:39 | 2019-02-18 12:26:37 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 3 | 2 | 2 | 1 SWW2B7SDJS | 2019-02-18 12:27:34 | 2019-02-18 12:30:35 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 YSFD36T165 | 2019-02-18 12:27:35 | 2019-02-18 12:30:56 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 CJ45BPMNV6 | 2019-02-18 12:31:16 | 2019-02-18 12:34:04 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 J1TM15PQ2G | 2019-02-18 12:32:23 | 2019-02-18 12:34:55 |
| 1 | 2 | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 3 | 2 | 1 | 1 | 2 | 2 | 1 30Z1PTNK26 | 2019-02-18 12:31:02 | 2019-02-18 12:37:01 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 SNY1D4MP3V | 2019-02-18 12:39:10 | 2019-02-18 12:42:02 |
| 1 | 2 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 1 JMHHHN675W | 2019-02-18 12:40:02 | 2019-02-18 12:42:48 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 2 | 2 | 2 | 1 W4YT2G7BR7 | 2019-02-18 12:46:15 | 2019-02-18 12:51:20 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 85MGGJJ17M | 2019-02-18 12:51:09 | 2019-02-18 12:55:33 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 GY3GMQ5WRG | 2019-02-18 12:58:41 | 2019-02-18 13:03:28 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 Z59RFP551N | 2019-02-18 12:51:00 | 2019-02-18 13:09:22 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 3 | 2 | 2 | 1 ZRQ6CS0NR1 | 2019-02-18 13:23:18 | 2019-02-18 13:28:21 |
| 1 | 2 | 1 | 1 | 1 | 2 | 1 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 XWTTKTPX9N | 2019-02-18 13:27:58 | 2019-02-18 13:34:15 |
| 1 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 842Q7RZBT3 | 2019-02-18 13:50:45 | 2019-02-18 13:56:32 |
| 1 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 19SRSJD8CF | 2019-02-18 14:10:24 | 2019-02-18 14:12:41 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 3T809XV42N | 2019-02-18 14:31:25 | 2019-02-18 14:36:49 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 3 | 2 | 2 | 1 HHKM5T3224 | 2019-02-18 14:40:44 | 2019-02-18 14:46:58 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 1 | 2 | 2 | 1 VK4NXKDG98 | 2019-02-18 14:50:57 | 2019-02-18 14:53:31 |
| 1 | 2 | 3 | 1 | 1 | 2 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 7CFJPC1JVW | 2019-02-18 15:36:32 | 2019-02-18 15:42:38 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 76ZXB99NCN | 2019-02-18 16:11:56 | 2019-02-18 16:14:25 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 3 | 2 | 2 | 1 9GD2W3K8C9 | 2019-02-18 16:47:36 | 2019-02-18 16:51:34 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 3 | 2 | 2 | 1 T8RV56KN1Q | 2019-02-18 17:32:02 | 2019-02-18 17:35:54 |
| 1 | 2 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 RGJW8B7Y97 | 2019-02-18 17:45:44 | 2019-02-18 17:48:45 |

1    2    1    1    2    2    2    1    1    1    2    2    1    1    2    2    1 7F1VHS2FB5    2019-02-19 11:03:37  2019-02-19 11:06:54

# Exhibit C

Publications Since 2009
Authored or Co-Authored
By Matthew G. Ezell

ARTICLES



These articles are available @ www.fordbubala.com/articles

"Intellectual Property Surveys: 2018" was electronically published on the INTA website.

"Intellectual Property Surveys: Annual Cumulative Update 1998–2018" was electronically published on the INTA website.

"Intellectual Property Surveys: 2017" was electronically published on the INTA website.

"Intellectual Property Surveys: Annual Cumulative Update 1998–2017" was electronically published on the INTA website.

"Intellectual Property Surveys: 2016" was electronically published on the INTA website.

"Intellectual Property Surveys: Mid 2014 – 2015" was electronically published on the INTA website.

"Intellectual Property Surveys: 2013 – Mid 2014" was electronically published on the INTA website.

CHAPTERS

*Survey Evidence in U.S. Dilution Cases*, *in* International Trademark Dilution 545-574 (Daniel R. Bereskin 2018).

# Exhibit D

TRIAL AND DEPOSITION TESTIMONY
OF MATTHEW G. EZELL SINCE 2015

**Trial Testimony**

2017

> *San Diego Comic Convention v. Dan Farr Productions et al.*
> U.S. District Court, Southern District of California

**Deposition Testimony**

2019

> *Quidel Corporation v. Siemens Medical Solutions USA, Inc., et al.*
> U.S. District Court, Southern District of California

2017

> *Luxe Hospitality Company, LLC v. SBE Entertainment Group, LLC*
> U.S. District Court, Central District of California

Exhibit E

PROFESSIONAL HISTORY

Matthew G. Ezell
**Ford Bubala & Associates**
Peter's Landing, Suite 211
16400 Pacific Coast Highway
Huntington Beach, California  92649
Telephone (562) 592-4581
Facsimile (562) 592-3867
Email matte@fordbubala.com



EDUCATION_____

Graduate Certificate in Survey Research
University of Connecticut, 2016

Master of Arts Linguistics (M.A.)
California State University Long Beach, 2010

Bachelor of Arts (B.A.)
California State University Fullerton, 2002

PROFESSIONAL AFFILIATIONS_____

American Association for Public Opinion Research (AAPOR)
The Insights Association (Merger of The Marketing Research Association (MRA)
    and the Council of American Survey Research Organizations (CASRO))
International Trademark Association (INTA)
The Trademark Reporter (TMR) Committee, 2016 – 2017 and 2018 – 2019 terms
Teachers of Japanese in Southern California, President and Board Member,
    2009 – 2012

PROFESSIONAL EXPERIENCE_____

Ford Bubala & Associates (Principal), 2015 – Present

Responsible for questionnaire design and execution, including identifying
appropriate universe, relevant questions and methodology; coding and data analysis;
Rule 26 Declaration and report generation and testimony; and communication with
clients.

Ford Bubala & Associates (Senior Research Associate), 2010 – 2015

Ford Bubala & Associates (Research Associate), 1997 – 2002; 2007 – 2010

Ford Bubala & Associates is a marketing and management consulting firm which
provides a variety of consulting services in the areas of marketing management,
marketing research, marketing planning, competitive evaluation, economic analysis,
and strategy development.

Ford Bubala & Associates has been retained to provide consulting assistance for a
diverse base of companies in consumer products, industrial products, and service
sectors of the economy.

PRIOR EXPERIENCE_____

Fullerton College, Lecturer, Japanese language, 2014

Irvine Valley College, Lecturer, Japanese language, 2011 – 2012

Hanno Municipal Board of Education, Saitama, Japan, English teacher 2002 – 2005